```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------x

JUNG KYOON KONG, Individually and on behalf          ORDER
of all others similarly situated,

                    Plaintiff,
                                                     19-CV-6770(EK)(VMS)
               v.

FIAT CHRYSLER AUTOMOBILES N.V.,
et al.,


                    Defendants.
--------------------------------------------x

JENNIFER H. TAN, Individually and on behalf
of all others similarly situated,

                    Plaintiff,
                                                     20-CV-0202(EK)(VMS)
               v.

FIAT CHRYSLER AUTOMOBILES N.V.,
et al.,


                    Defendants.
--------------------------------------------x
```

**ERIC R. KOMITEE**, United States District Judge:

WHEREAS, the above-captioned class actions (the "Class Actions") have been filed against defendants Fiat Chrysler Automobiles N.V. ("Fiat" or the "Company") and certain of its officers and directors alleging violations of the federal securities laws;

WHEREAS, on December 2, 2019, Plaintiff Jung Kyoon Kong filed the first such Class Action in this District subject to the Private

1

Securities Litigation Reform Act of 1995 (the "PSLRA") against Fiat (the "*Kong* Action") and, pursuant to the PSLRA, published notice of the pendency of the action;

WHEREAS, on January 10, 2020, Plaintiff Jennifer H. Tan filed an additional Class Action against Fiat in this District (the "*Tan* Action");

WHEREAS, the PSLRA provides that any class member may move for appointment as Lead Plaintiff within 60 days of the publication of notice of the pendency of the action.  *See* 15 U.S.C. § 78u-4(a)(3)(A);

WHEREAS, on January 31, 2020, Plaintiff Nicholas S. Panitza ("Movant") moved the Court, in both the *Kong* Action and the *Tan* Action, to consolidate the Class Actions, to appoint Movant as Lead Plaintiff, and to approve Movant's selection of Bernstein Liebhard LLP as Lead Counsel;

WHEREAS, on January 31, 2020, three competing movants filed motions in the *Kong* Action each seeking consolidation of the Class Actions, appointment as Lead Plaintiff, and approval of Lead Counsel;

WHEREAS, Rule 42(a) of the Federal Rules of Civil Procedure provides that a court may order all actions consolidated if they involve "common issues of law or fact";

2

WHEREAS, the Class Actions allege substantially identical allegations against the same parties and on behalf of the same class of security holders;

WHEREAS, only Movant continues to seek appointment as Lead Plaintiff and approval of Lead Counsel, as the competing movants either withdrew their motions or filed notices of non-opposition;

WHEREAS, the PSLRA provides, *inter alia,* that the most-adequate plaintiff to serve as lead plaintiff is the person or group of persons that has either filed a complaint or has made a motion in response to a notice and has the largest financial interest in the relief sought by the Class Actions and satisfies the requirements of Fed. R. Civ. P. 23;

WHEREAS, the Court finds Movant has the largest financial interest in this action and *prima facie* satisfies the typicality and adequacy requirements of Fed. R. Civ. P. 23.  *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I);

WHEREAS, the PSLRA requires the proposed Lead Plaintiff to, subject to court approval, select and retain counsel to represent the class.  *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(II)(aa); 15 U.S.C. § 78u-4(a)(3)(B)(v);

3

**IT IS HEREBY ORDERED THAT:**

### CONSOLIDATION OF CLASS ACTIONS

1.    The Class Actions are consolidated for all purposes including, but not limited to, discovery, pretrial proceedings and trial proceedings pursuant to Fed. R. Civ. P. 42(a).

### MASTER DOCKET AND CAPTION

2.    The docket in Case No. 1:19-cv-06770 (EK) (VMS) shall constitute the Master Docket for this action.

3.    Every pleading filed in the consolidated action shall bear the following caption:

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------x
                                    Master File No.
IN RE FIAT CHRYSLER AUTOMOBILES     19-CV-6770 (EK) (VMS)
N.V. SECURITIES LITIGATION
                                    CLASS ACTION
--------------------------------------------x
```

 This Document Relates To:

4.    The file in civil action no. 1:19-cv-06770-EK-VMS shall constitute a master file for every action in the consolidated action.  When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:". When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each

4

individual action to which the document applies, along with the last name of the first-listed plaintiff in said action.

5.    All Class Actions subsequently filed in, or transferred to, this District shall be consolidated into this action. This Order shall apply to every such action, absent an order of the Court.  A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the date on which a copy of this Order is mailed to the party's counsel.

6.    This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

### APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL

7.    Pursuant to Section 21D(a)(3)(B) of the Exchange Act, 15 U.S.C. §78u-(a)(3)(B), Nicholas S. Panitza is appointed as Lead Plaintiff for the class.

8.    Movant's choice of counsel is approved and, accordingly, Bernstein Liebhard LLP is appointed as Lead Counsel.

9.    Lead Counsel, after being appointed by the Court, shall manage the prosecution of this litigation.  Lead Counsel is to avoid duplicative or unproductive activities and is hereby vested by the Court with the responsibilities that include, without limitation, the following: (1) to prepare all pleadings; (2) to direct and coordinate the briefing and arguing of motions in accordance with

5

the schedules set by the orders and rules of this Court; (3) to initiate and direct discovery; (4) to engage and employ expert witnesses; (5) to prepare the case for trial; and (6) to engage in settlement negotiations on behalf of the Lead Plaintiff and the class.

SO ORDERED.

_____/s/_____
ERIC R. KOMITEE
United States District Judge

Dated: Brooklyn, New York
       March 10, 2020

6