UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE FIAT CHRYSLER AUTOMOBILES N.V. SECURITIES LITIGATION | Civil Action No. 19 Civ. 6770 (EK) (VMS)<br><br>**STIPULATION AND ORDER** |

This stipulation is entered into by and among Plaintiff Nicholas S. Panitza ("Plaintiff") and Defendants Fiat Chrysler Automobiles N.V., Roland Iseli and Alessandro Baldi, as co-executors of the estate for Sergio Marchionne, Michael Manley, and Richard K. Palmer (collectively, "Defendants").

WHEREAS, on December 2, 2019, Jung Kyoon Kong filed a putative class action styled *Kong* v. *Fiat Chrysler Automobiles N.V., et al.* in the United States District Court for the Eastern District of New York against Defendants alleging violations of the federal securities laws subject to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 (the "PSLRA");

WHEREAS, on January 13, 2020, Jennifer H. Tan filed a putative class action styled *Tan* v. *Fiat Chrysler Automobiles, N.V., et al.* in the United States District Court for the Eastern District of New York against Defendants alleging violations of the federal securities laws subject to the PSLRA;

WHEREAS, on March 10, 2020, the Court issued an Order ("March 10 Order"; ECF No. 21) consolidating the *Kong* and *Tan* actions and, pursuant to the PSLRA, appointing Nicholas S. Panitza as Lead Plaintiff and Bernstein Liebhard LLP as Lead Counsel in the consolidated action, styled *In re Fiat Chrysler Automobiles N.V. Securities Litigation*;

WHEREAS, on March 27, 2020, the Court entered an order setting a schedule for Lead Plaintiff to file an amended complaint or designate an existing complaint as the operative complaint, and for Defendants to answer, move to dismiss, or otherwise respond to the operative complaint;

WHEREAS, the COVID-19 pandemic has caused severe dislocations and disruptions across the country, including significantly impacting Lead Counsel's investigation for the amended complaint;

WHEREAS, due to these disruptions caused by COVID-19, Lead Counsel and counsel for Defendants have conferred and agree that each of the stipulated dates for filing of an amended complaint, as well as the briefing schedule for Defendants' contemplated motion to dismiss, shall be extended by three (3) weeks;

WHEREAS, there has been no previous request for an extension of time with respect to the filing of an amended complaint or responses;

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED THAT:

1. The time for Plaintiff to file any amended complaint or designate an existing complaint as the operative complaint (the "Complaint") shall be extended to June 1, 2020.

2. The time for Defendants to answer, move to dismiss, or otherwise respond to the Complaint is extended through and including August 21, 2020. The time for Plaintiff's opposition to any motion to dismiss filed by Defendants shall be October 21, 2020. The time for Defendants' reply in support of any motion to dismiss shall be December 14, 2020.

3. Neither Plaintiff nor Defendants waive their rights to seek from each other or the Court additional adjournments or extensions of the above deadlines, and the entry into this

Stipulation shall not waive, and the parties expressly preserve, all rights, claims, and defenses in this action.

4. Absent a motion by Plaintiff, the discovery stay under the PSLRA, 15 U.S.C. § 78u-4(b)(3)(B), shall continue to apply to all claims in this action.

5. This Stipulation may be executed in counterparts, and electronic or facsimile signatures shall be deemed equivalent to original signatures.

Dated: New York, New York
April 21, 2020

| BERNSTEIN LIEBHARD LLP | SULLIVAN & CROMWELL LLP |
|---|---|
| By: */s/Stanley D. Bernstein* <br> Stanley D. Bernstein <br> Stephanie M. Beige <br> Peter J. Harrington <br> Matthew E. Guarnero <br> 10 East 40th Street <br> New York, New York 10016 <br> Tel.: (212) 951-2040 <br><br> *Attorneys for Plaintiff* | By: */s/William B. Monahan* <br> William B. Monahan <br> Thomas C. White <br> Joshua S. Levy <br> 125 Broad Street <br> New York, New York 10004-2498 <br> Tel.: (212) 558-4000 <br><br> *Attorneys for Defendants* |

DATED: April 21, 2020 _____

SO ORDERED,

s/Eric R. Komitee
_____
HON. ERIC R. KOMITEE
UNITED STATES DISTRICT JUDGE