**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | : | |
| IN RE FIAT CHRYSLER | : | 19-CV-6770 (EK) (VMS) |
| AUTOMOBILES N.V. SECURITIES | : | |
| LITIGATION | : | |
| | : | |
| | : | |

**DECLARATION OF WILLIAM B. MONAHAN IN SUPPORT OF DEFENDANTS'**
**MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT**

I, William B. Monahan, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a member of the bar of this Court and am a partner at the law firm of Sullivan & Cromwell LLP, counsel for Defendants Fiat Chrysler Automobiles N.V. ("FCA"), Roland Iseli and Alessandro Baldi, as Co-Executors of the Estate of Sergio Marchionne, Michael Manley, and Richard K. Palmer in the above-captioned action (the "Action").

2. I respectfully submit this Declaration to provide the Court with certain materials cited in Defendants' Memorandum in Support of Their Motion to Dismiss the Consolidated Amended Complaint.

3. Attached hereto as Exhibit A is a true and correct copy of the Amended Complaint in this Action (ECF No. 29).

4. Attached hereto as Exhibit B is a true and correct copy of a *Wall Street Journal* article titled *UAW Ratifies a Richer Deal With Fiat Chrysler*, dated October 22, 2015, which is available at https://www.wsj.com/articles/uaw-workers-ratify-deal-with-fiat-chrysler-1445526840.

5. Attached hereto as Exhibit C is a true and correct copy of a *Detroit Free Press* article titled *UAW Confirms Members Rejected Proposed FCA Contract*, dated October 1, 2015, which is available at https://www.freep.com/story/money/cars/chrysler/2015/10/01/uaw-confirms-members-rejected-proposed-fca-contract/73122808/.

6.      Attached hereto as Exhibit D is a true and correct copy of a *Detroit Free Press* article titled *Done Deal:  UAW Confirms Ratification of FCA Contract*, dated October 22, 2015, which is available at https://www.freep.com/story/money/cars/chrysler/2015/10/22/done-deal-uaw-confirms-ratification-fca-contract/74380230/.

7.      Attached hereto as Exhibit E is a true and correct copy of excerpts from FCA's annual filing with the Securities Exchange Commission ("SEC") on Form 20-F for the period ending December 31, 2015, dated February 29, 2016.

8.      Attached hereto as Exhibit F is a true and correct copy of excerpts from FCA's annual filing with the SEC on Form 20-F for the period ending December 31, 2016, dated February 28, 2017.

9.      Attached hereto as Exhibit G is a true and correct copy of excerpts from FCA's annual filing with the SEC on Form 20-F for the period ending December 31, 2017, dated February 20, 2018.

10.      Attached hereto as Exhibit H is a true and correct copy of excerpts from FCA's annual filing with the SEC on Form 20-F for the period ending December 31, 2018, dated February 22, 2019.

11.      Attached hereto as Exhibit I is a true and correct copy of the First Superseding Indictment of Alphons Iacobelli in *United States* v. *Durden et al.*, No. 2:17-cr-20406-PDB-RSW (E.D. Mich.), dated July 26, 2017, obtained from PACER.

12.      Attached hereto as Exhibit J is a true and correct copy of the Information against Jerome Durden in *United States* v. *Durden et al.*, dated June 13, 2017, obtained from PACER.

13.     Attached hereto as Exhibit K is a true and correct copy of a press release issued by FCA US LLC, dated July 26, 2017, which is available at https://www.prnewswire.com/news-releases/statement-in-response-to-department-of-justice-investigation-300494808.html.

14.     Attached hereto as Exhibit L is a true and correct copy of a *Detroit Free Press* article titled *Ex-Fiat Chrysler Exec Alphons Iacobelli Gets 5½ Years in UAW Scandal*, dated August 27, 2018, which is available at https://www.freep.com/story/money/cars/chrysler/2018/08/27/fca-alphons-iacobelli-uaw-sentencing/1108849002/.

15.     Attached hereto as Exhibit M is a true and correct copy of a *S&P Global Market Intelligence* article titled *Timeline:  The US Investigation of Corruption at Fiat Chrysler, UAW*, dated August 23, 2019, which is available at https://www.spglobal.com/marketintelligence/en/news-insights/latest-news-headlines/timeline-the-us-investigation-of-corruption-at-fiat-chrysler-uaw-53535153.

16.     Attached hereto as Exhibit N is a true and correct copy of a joint press release issued by FCA and Groupe PSA, dated October 31, 2019, which is available at https://ml-eu.globenewswire.com/Resource/Download/bbf558fa-9790-48c4-b1a6-ff987186a25e.

17.     Attached hereto as Exhibit O is a true and correct copy of a *Detroit News* article titled *Temps, Former Tier 2 Biggest Challenge for FCA in Labor Talks*, dated November 17, 2019, which is available at https://www.detroitnews.com/story/business/autos/chrysler/2019/11/17/temporary-progression-employees-biggest-challenge-uaw-talks-fiat-chrysler/2519484001/.

18.     Attached hereto as Exhibit P is a true and correct copy of the Complaint in *General Motors LLC* v. *FCA US LLC*, No. 2:19-cv-13429-PDB-DRG (E.D. Mich.), dated November 20, 2019, obtained from PACER.

19.     Attached hereto as <u>Exhibit Q</u> is a true and correct copy of a *Detroit News* article titled *Feds:  Fake Hospice Laundered Cash in FCA-UAW Scandal*, dated September 19, 2017, which is available at https://www.detroitnews.com/story/business/autos/2017/09/19/fake-hospice-laundered-cash-fca-uaw-scandal/105799814/.

20.     Attached hereto as <u>Exhibit R</u> is a true and correct copy of a *Detroit News* article titled *FCA Chief Failed To Disclose Gift to UAW, Sources Say*, dated August 16, 2018, which is available at https://www.detroitnews.com/story/business/autos/chrysler/2018/08/16/sergio-marchionne-gave-expensive-watch-uaw-failed-tell-investigators-orruption/985477002/.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of August 2020 on Long Island, New York.

    */s/ William B. Monahan*
    William B. Monahan

-4-