# Exhibit B

## UAW Ratifies a Richer Deal with Fiat Chrysler;  40,000 represented employees to get pay raises, signing bonuses and other advances

The Wall Street Journal Online

October 22, 2015

Copyright 2015 Factiva ®, from Dow Jones
All Rights Reserved



Copyright 2015 Dow Jones & Company, Inc. All Rights Reserved.

### THE WALL STREET JOURNAL.

**Section:** BUSINESS

**Length:** 510 words

**Byline:** By Christina Rogers

## Body

The United Auto Workers union has secured a new labor pact with Fiat Chrysler Automobiles NV with 77% of its rank-and-file workers voting in support of a new agreement that gives factory employees a significant bump in pay over the next four years.

The move clears the way for the UAW to turn its attention to talks at Detroit's two larger rivals, General Motors Co. and Ford Motor Co., where union officials have signaled they'll press for richer deals, reflecting the companies' stronger financial positions.

The groundswell of support for this latest labor contract marks a stark turnaround from a vote several weeks ago, in which  the workers rejected an earlier agreement by a 65% majority . It was the first contract offer voted down in more than 30 years.

The defeat  sent UAW negotiators back to the bargaining table  with Fiat Chrysler to strike a better deal on pay, with many workers saying the previous proposal didn't do enough to resolve a contentious wage disparity that has long upset workers at the plants.

This latest pact, which was reached earlier this month to avoid a strike, gives Fiat Chrysler's 40,000 union-represented employees pay raises, signing bonuses and a higher top wage for newer workers than originally intended, helping to gradually close the current pay gap between newer hires and longer-tenured employees.

UAW President Dennis Williams has described the current agreement as one of the "richest ever negotiated."

UAW Ratifies a Richer Deal with Fiat Chrysler;  40,000 represented employees to get pay raises, signing bonuses and other advances

"The recent bargaining process that took place on behalf of our members at FCA is a testament to the UAW's democratic values and commitment to our members," Mr. Williams said in a statement.

The contract won 77% support from production workers and 72% backing from skilled trade employees. At some of Fiat Chrysler's large factories, workers voted in favor of the contract by a more than 80% margin.

UAW officials intend to use the Fiat Chrysler agreement as a template for talks at Ford and GM, although Mr. Williams has said deals struck at the two more-profitable companies will reflect their stronger financial standings. The labor chief has not yet indicated which one he intends to turn to next.

Demond Clayton, a 29-year-old worker at Fiat Chrysler's sport-utility factory in Detroit, said he voted yes on both this agreement and the earlier one, noting that pay raises are substantial for workers, especially when compared with other industry sectors. Under this current pact, his pay will jump to about $28-an-hour in four years-about a $9-an-hour pay bump from the wage he earns now.

"For a guy who didn't finish college, that's a blessing," Mr. Clayton said.

GM and Ford have both reported record quarterly profits in North America this year as low gas prices have fueled surging demand for their lucrative trucks and SUVs.

On Wednesday,  GM posted $3.3 billion in North American operating profits  for the third quarter. Ford, which reports its latest quarterly results Tuesday, earned $2.6 billion in the second quarter for its North American business.

Write to Christina Rogers at  christina.rogers@wsj.com

# Exhibit C

# UAW confirms members rejected proposed FCA contract

**Brent Snavely, Detroit Free Press**    Published 12:13 p.m. ET Oct. 1, 2015 | Updated 1:02 p.m. ET Oct. 1, 2015

*With proposed Fiat Chrysler contract rejected, UAW leaders must now decide what to do next.*



*(Photo: Ryan Garza)*

The UAW confirmed Thursday that its members have defeated a proposed four-year contract with Fiat Chrysler Automobiles that its leaders had recommended, dealing the union a serious blow as it works to negotiate new contracts with the Detroit Three.

The union said 65% of Fiat Chrysler workers voted to reject the contract.

UAW President Dennis Williams said he does not consider the rejection of the contract a setback.

"What I love about our organization most of all is that no matter what we do, what action we take, the ultimate decision and the power of the union is our members and they make the final decision," Williams said in a statement.

Nevertheless, rejection of a national contract is unprecedented for the UAW in modern times. It's the first time since 1982 that UAW members have rejected a national agreement.

Tension rising at FCA plants in wake of UAW voting (http://www.freep.com/story/money/cars/chrysler/2015/10/01/tension-rising-fca-plants-wake-uaw-voting/73141366/)

"We will gather the issues together; notify FCA that further discussions are needed," Williams said in his statement. "We will be meeting with the UAW-FCA National bargaining committee and council to discuss the issues."

Fiat Chrysler issued an extensive statement (https://www.scribd.com/doc/283352681/FCA-US-Statement-on-Ratification-Vote) in response, expressing its disappointment with the results.

"The tentative agreement was designed to yield a strong and competitive FCA US, thus providing stability for our workforce and opportunity for future growth and investment in an increasingly complex global marketplace," the company said. "The company will make decisions, as always, based on achieving our industrial objectives, and looks forward to continuing a dialogue with the UAW."

FCA US Statement on Ratification Vote (https://www.scribd.com/doc/283352681/FCA-US-Statement-on-Ratification-Vote)

The UAW had hoped to use the agreement with Fiat Chrysler as a pattern after it was ratified to craft new contracts with Ford and General Motors. Now, the UAW must decide whether or not it wants to return to the bargaining table with Fiat Chrysler to demand a better deal, ask its members to re-vote on the existing agreement, or move on and complete contract talks with Ford or GM.

Earlier this week, UAW Vice President Jimmy Settles issued a five-day strike at Ford's F-150 plant (/story/money/cars/ford/2015/09/29/uaw-vp-threatens-strike-ford-f-150-plant/73056832/) in Kansas City, Mo., over a local contract dispute.

Despite that dispute, Mark LaNeve, vice president of sales and marketing for Ford, on Thursday said, "We're confident we're going to be able to negotiate a fair and competitive labor agreement with our UAW partners and we're going to continue working in that direction."

4 reasons why UAW members are voting against FCA deal (http://www.freep.com/story/money/cars/chrysler/2015/09/25/4-reasons-why-uaw-members-voting-against-fca-deal/72802208/)

The UAW also has called its top elected Chrysler leaders to attend a meeting in Warren on Thursday to talk about what to do next.

Meanwhile, workers inside the plants are openly speculating about whether the company will crack down on various rules and regulations or whether their union will call a strike.

The union already has made strike preparations at most of its UAW local units, according to a person briefed on the union's planning who could not be named. Typically, the union's strike preparations include selecting strike captains, assigning workers to picket line shifts and mapping out plant entrances.

A notice sent to members of UAW Local 1264 on Tuesday spelled out how workers would be notified if a strike were to be called. The notice instructs workers at Sterling Stamping in Sterling Heights to calmly gather all personal belongings, leave the plant and report to the local union hall.

Evidence that the UAW's effort to convince a majority of the 40,000 union-represented workers at the automaker was in trouble began to emerge shortly after voting began last week as workers at plants in Michigan and Indiana began to reject the contract.

UAW didn't get through to members (http://www.freep.com/story/money/cars/chrysler/2015/09/30/uaw-didnt-get-through-members/73095526/)

As voting wore on, the margin of defeat at UAW local units that represent workers at various plants grew bigger.

Workers at some plants voted against the agreement because of media reports that the car or truck that they make will be moved to different plants at some point over the next four years. While Fiat Chrysler made a commitment to the UAW to invest $5.3 billion at its U.S. plants the automaker has not spelled out where or when those investments will take place.

Meanwhile, the Free Press has reported that the automaker plans to move production of the Chrysler 200 and the Dodge Dart to Mexico from assembly plants in Sterling Heights and Belvidere, Ill. The automaker also plans to move its Ram 1500 pickup from Warren to Sterling Heights and its Jeep Cherokee from Toledo to Belvidere.

"All the UAW workers in Metro Detroit are bombarded with rumors or work going to Mexico,"  said Simon Vuli, who has worked at Sterling Heights Assembly for three years.

The defeat is especially troubling for Williams and the UAW because the contract appeared to achieve the three main goals that UAW set out to accomplish in negotiations.

If ratified, the proposed contract would have given workers hired before 2007 their first raise in 10 years and would have significantly bridged the pay gap between entry-level workers and the longtime workers.

"I think once the membership looks at it, hears the explanation for it, I think they will ratify it," Williams said on Sept. 18. "I think they will see it's a very balanced and thoughtful agreement."

If ratified, the agreement would have given all workers a $3,000 signing bonus, entry-level workers in assembly plants would see wages increase to a range of $17 to $25.35 per hour, and workers hired before 2007 would receive two 3% wage increases and two lump-sum bonuses over the life of the contract.

It would also would have established a new health care cooperative for all active UAW auto workers that would work to negotiate better rates and treatments from health providers without an increase for what workers pay.

But many workers said they didn't like the proposed contract because it failed to provide entry-level workers with a full path to the $28-per-hour average wage that workers hired before 2007 make, and a lack of clarity on a new health care cooperative.

Everything we know about UAW talks
(http://www.freep.com/story/money/cars/chrysler/2015/09/30/everything-we-know-uaw-talks/73084482/)

In 2011, workers were told that the UAW's contract with the automaker required the company cap its percentage of entry-level workers at 25% "at the end of this contract." That would have forced Fiat Chrysler to bumped some workers who earn $19.78 or less up to $28 per hour but would have kept the remaining entry-level workers at their current wage.

UAW leaders decided to abandon that cap and instead negotiated an agreement to adopt a new pay scale of $17 to $25.35 per hour for all entry level workers.

Williams argued that the proposed agreement significantly bridged the gap in pay between the two worker classes, but workers didn't see it that way.  Instead, many workers were livid and said the company and the union broke its promise to honor the cap.

Contact Brent Snavely: 313-222-6512 or bsnavely@freepress.com. Follow him on Twitter @BrentSnavely.

Read or Share this story: https://on.freep.com/1FIsFC4

# Exhibit D

# Done deal: UAW confirms ratification of FCA contract

**Alisa Priddle and Brent Snavely, Detroit Free Press**    Published 10:46 a.m. ET Oct. 22, 2015 | **Updated 7:06 p.m. ET Oct. 22, 2015**

*Attention turns to whether the UAW will complete contract talks with Ford or GM next with the ratification of a new contract with Fiat Chrysler Automobiles*



*(Photo: Doug Strickland, Associated PRESS)*

UAW members overwhelmingly ratified a new four-year agreement with Fiat Chrysler Automobiles, giving the union its first new contract with the Detroit Three since formal negotiations began in July.

The overwhelming support — 77% voted yes — comes almost six weeks after the old contract was set to expire. But there is little rest for the national bargaining team that began negotiations with General Motors Thursday and must still complete talks with Ford.

UAW President Dennis Williams has made it clear that it expects richer agreements from Ford and GM, which are larger companies with bigger profits.

Eyeing big GM profits, UAW may want more
(http://www.freep.com/story/money/cars/general-motors/2015/10/21/gm-3rd-quarter-earnings/74288904/)

At FCA, workers appreciated that the second tentative agreement their leadership delivered was richer than the first and they voted to ratify it. Breaking down the vote, production workers were 77% in favor; skilled trades 72% and salaried workers 87%.

"It's beneficial for me," said Kevin Johnson, of Warren, who works at the company's Jefferson North Assembly Plant in Detroit. "I eventually get an $11 pay raise...that doesn't happen at most companies."

Johnson, who said workers are relieved that they can now return to just doing their jobs, said he voted against the first contract because it didn't include a pay raise to the top wage that workers hired before 2007 make.

Ratification of the new contract comes just three weeks after the union's members soundly defeated the first agreement that the UAW recommended to its members. That defeat forced the union to go back to FCA and negotiate bigger raises and bonuses along with several other key changes to the contract. The first failure also caused the union to overhaul its communication strategy.

"The resolve of our membership and the dedication of our negotiating team has produced an agreement that affords UAW members a strong wage package and job security while still allowing the company to competitively produce high quality vehicles for our customers," UAW President Dennis Williams said in a statement Thursday in announcing the ratification.

The company, in a statement, said, "FCA US is pleased that UAW members have voted to ratify a new four-year national labor agreement. This agreement represents an investment in our U.S. workforce and recognizes its contributions to the company's growth over the past six years. With the bargaining process now complete, the company and our employees can look forward to continuing to build world class products, investing in our operations and achieving the targets set out in our five year business plan."

This is the first new contract since the former Chrysler filed for bankruptcy in 2009 and the union gave up its right to strike during the 2011 negotiations. Many thought a strike was a real possibility at Chrysler, but negotiators, against a backdrop of a strong global economy, were able to keep workers on the line through two tentative agreements and two sets of voting during this round of talks.

With U.S. auto sales reaching historic levels again and plants working around the clock, any disruption in production would have put FCA at a competitive disadvantage.

Fiat Chrysler now has four years of labor peace and can proceed with its ambitious $5.3-billion product and plant investment plans with a largely happy workforce.

Fiat Chrysler to invest $5.3 billion in U.S. plants
(http://www.freep.com/story/money/cars/chrysler/2015/09/17/fca-mexico-cherokee-jeep-toledo-uaw/72369300/)

"UAW members at FCA have obtained a strong agreement that provides substantial wage gains, fairness in the workplace, and job security," said FCA US Vice President Norwood Jewell, in a statement.

"Because of the strength and support from our membership, our bargaining team was able to negotiate a contract which promises a secure future for our members, their families and their communities," Jewell said.

Workers at almost all local UAW units from Belvidere, Ill., to Kokomo, Ind., to Detroit voted in favor of the proposed contract.

Early results show UAW workers favor FCA agreement
(http://www.freep.com/story/money/cars/chrysler/2015/10/21/early-results-show-uaw-workers-favor-fca-agreement/74340616/)

The new agreement delivers signing bonuses and raises for both entry-level workers and longtime workers and provides second-tier workers with an eight-year path to $29 per hour, making them nearly equal to workers hired before 2007 and effectively eliminating the two-tier wage system.

GM adds second shift at Detroit-Hamtramck
(http://www.freep.com/story/money/cars/general-motors/2015/10/22/gm-adds-second-shift-detroit-hamtramck/74381420/)

It also provides entry-level workers with a $3,000 signing bonus and elevates their wages from $15.78 to $19.28 per hour to a new range of wages that starts at $17 per hour and tops out at about $29 per hour in eight years or less.

While some workers objected to the length of time of the wage progression, the UAW was able to win over many workers by emphasizing that all workers are guaranteed to see their hourly pay rise at least to $22.50 within the length of the four year contract. Workers hired before 2007 will now get a $4,000 signing bonus, 3% raises in the first and third years of the contract and 4% lump sum bonuses in the second and fourth years of the contract.

The second agreement also eliminated a controversial proposal to form a health care cooperative that members feared would lead to higher health care costs and a more flexible attendance and vacation policy.

"I think this contract was presented much more clearly," said Kristin Dziczek, director of the labor and industry group for the Center for Automotive Research in Ann Arbor. "It included larger raises for the people who were considered tier two before and are now called 'in progression workers,' and it was much more clear about what changes were being made to health care."

UAW turns to influential PR firm to explain FCA deal
(http://www.freep.com/story/money/cars/chrysler/2015/10/12/uaw-turns-influential-pr-firm-explain-fca-deal/73648962/)

"I think they packaged it in a way that was much more appealing even though it likely doesn't cost Chrysler more money than the first agreement," Dziczek said.

*Contact Alisa Priddle: 313-222-5394 or apriddle@freepress.com (mailto:apriddle@freepress.com). Follow her on Twitter @AlisaPriddle*

*Contact Brent Snavely: 313-222-6512 or bsnavely@freepress.com. Follow him on Twitter @BrentSnavely.*

Read or Share this story: https://on.freep.com/1LOFTgY