# Exhibit K

# Statement in Response to Department of Justice Investigation

NEWS PROVIDED BY
**FCA US LLC →**
Jul 26, 2017, 16:00 ET

AUBURN HILLS, Mich., July 26, 2017 /PRNewswire/ -- "FCA US and the UAW were the victims of malfeasance by certain of their respective employees that held roles at the National Training Center (NTC), an independent legal entity. These egregious acts were neither known to nor sanctioned by FCA US. Upon learning of possible malfeasance in June 2015, the Company investigated the matter and, as a result, Mr. Iacobelli and Mr. Durden were promptly separated from the Company upon FCA US obtaining credible evidence of wrongdoing. The Company has also worked with the UAW to implement governance, auditing and structural reforms to improve the accountability and transparency of the NTC.

"FCA US has cooperated fully with the U.S. Attorney's office in its investigation of this matter. We remain committed to ensuring that the Company and its employees act in a manner consistent with high standards of legal compliance, ethics, integrity and quality.

"The Company intends to pursue all potential legal remedies against Mr. Iacobelli and any other culpable parties.  As the U.S. Attorney's investigation is ongoing, the Company cannot comment further."

For more information, please visit the FCA US LLC media site at http://media.fcanorthamerica.com.

SOURCE FCA US LLC

Related Links

http://www.fcanorthamerica.com

# Exhibit L

# Ex-Fiat Chrysler exec Alphons Iacobelli gets 5½ years in UAW scandal

<u>Tresa Baldas</u>, Detroit Free Press    Published 11:01 a.m. ET Aug. 27, 2018 | **Updated 6:48 p.m. ET Aug. 27, 2018**



*(Photo: Romain Blanquart, Detroit Free Press)*

Ex-Fiat Chrysler executive Alphons Iacobelli was sentenced to 5½ years in prison Monday for his role in a $4.5-million scheme that steered training money meant for blue-collar workers to UAW officials and himself instead.

Among the perks that Iacobelli and others lavished themselves with — using stolen money — were a Ferarri, $38,000 Mont Blanc pens, trips and house renovations.

"I fully accept responsibility for the mistakes I've made," Iacobelli told the judge before learning his punishment. "I'm particularly sorry for the pain I've caused my family. ... I brought this on myself."

Iacobelli also stressed that he's helping the government pursue its ongoing investigation into corrupt dealings between Fiat Chrysler and UAW officials.

"I intend to assist the Department of Justice in any way I can," Iacobelli said.

Then he brought up the infamous Mont Blanc pens and the Ferarri — some of the loot from his ill-gotten gains.

"I have forfeited the car," Iacobelli said, adding "the pens have been recovered" by the government.

Iacobelli's sentence comes eight months after he pleaded guilty to violating a federal labor law that prohibits the exchange of gifts between auto officials and labor leaders. In this case, Iacobelli and others at FCA siphoned money from the National Training Center fund and gave it to labor leaders to — as prosecutors argued — to keep them "fat, dumb and happy."

The scheme infuriated UAW member Richard Sheets, who sat in the courtroom Monday wearing a black T-shirt with the words "Betrayed UAW Worker" printed on the back. The former worker at the Jeep Wrangler paint shop in Toledo was irked to learn that Iacobelli would serve his sentence at a federal prison in Morgantown, West Virginia.

"He's going to a country club," Sheets said after the sentencing hearing, arguing Iacobelli "lived a life of wealth and privilege that our members could only dream about."

Sheets brought a letter to court with him expressing his outrage, but he wasn't allowed to read it. It read: "I once was a proud UAW member and now I am a betrayed union  member."

Iacobelli, 58, of Rochester Hills was indicted last fall alongside prominent photographer Monica Morgan, the widow of the late UAW Vice President General Holifield. Iacobelli was accused of funneling training funds to the Holifields through charities, including a children's charity called the Leave the Light On Foundation and the Hospice of Metropolitan Detroit.

Morgan's photo business allegedly once received $70,000 from a charity that was supposed to help children struggling with hardships. The government claims the charity was really a sham, set up by Holifield and Iacobelli.

The Holiefields also allegedly paid off their $262,219 mortgage with the same stolen employee-training funds, along with $30,000 in airline tickets over two years.

Iacobelli  has agreed to pay $835,523 in restitution. At his plea hearing, he said that while bribing the union leaders he was "acting on behalf of Fiat Chrysler." Prosecutors have argued that Iacobelli and others at FCA were trying to influence the bargaining process, though they have no proof that that happened.

Widow of UAW VP Holiefield gets 18 months in federal corruption case (/story/money/cars/chrysler/2018/07/13/uaw-holiefield-sentencing-monica-morgan/782535002/)

Both the UAW's and Fiat Chrysler's top executives have long denied that the scandal had any effect on the bargaining process. Both sides have maintained that the scheme involved only a few bad actors looking to enrich themselves.

"FCA US firmly restates that it was a victim of illegal conduct by Al Iacobelli and certain other rogue individuals who formerly held leadership roles at the National Training Center ...  the conduct of these individuals — for their personal enrichment and neither at the direction nor for the benefit of the company — had no impact on the collective bargaining process," an FCA spokesperson said in a statement Monday. "Rather, the behavior involved a small number of bad actors who stole training funds entrusted to their control and co-opted other individuals who reported to them to carry out or conceal their activity over a period of several years."

The UAW issued a similar statement, stating:

"We are appalled by the conduct of Mr. Iacobelli in his capacity as the co-head of the National Training Center (NTC) to defraud and steal from the NTC.  As he has admitted, Mr. Iacobelli stole hundreds of thousands of dollars of NTC monies to build a luxury swimming pool and outdoor kitchen at his house for himself. He stole NTC monies to buy a $350,000 Ferrari for himself. He stole NTC monies to buy jewel-encrusted pens for $37,000 apiece for himself.  And he stole NTC monies to pay over $1 million in personal credit card bills for himself and his wife. Whatever may be said about the misconduct of others at the NTC, these thefts from the NTC by Al Iacobelli had nothing to do with trying to influence collective bargaining. They had everything to do with Al Iacobelli' s personal greed. And the NTC has now sued Mr. Iacobelli to recover the millions of dollars he stole from it."

The statement continued: "There are many layers of checks and balances in our contract negotiations and ratification, including membership voting, and we are confident the terms of our UAW contracts were not impacted by Iacobelli' s fraudulent conduct at the NTC. The UAW has and continues to respond by making changes to ensure this type criminal behavior will not happen again."

Two others have pleaded guilty in the scheme: Fiat Chrysler financial analyst Jerome Durden, and retired UAW associate director Virdell King.

Prosecutors have said that while they don't know whether contracts were perverted by the scheme, laws were broken and union members were deceived by those they entrusted. Specifically, auto executives were giving things to union officials when the law prohibits that, and they kept it a secret from the dues-paying members.

"This case is about a calculated effort to undermine the law," Assistant U.S. Attorney David Gardey argued in court Monday, stressing, "Mr. Iacobelli acted in the interest of his employer."

As a result, Gardey said, tens of thousands of union members lost what they were paying for: loyal leaders.

"UAW officials owed a duty of trust to the rank and file," Gardey said. But with Iacobelli's help, the labor leaders deceived their own members, he said, noting the investigation is far from over.

"His cooperation is not complete," Gardey said of Iacobelli, adding the investigation is ongoing.

Iacobelli is the highest ranking FCA official charged so far in case.

In sentencing Iacobelli, U.S. District Judge Paul Borman called Iacobelli's crimes "egregious," noting he corrupted the labor management process while stealing large amounts of money for himself along the way.

And while Iacobelli may have been acting on behalf of the company, Borman said, Fiat Chrysler got duped, too.

"I'm sure that the larger corporation did not know he was enriching himself at the company expense,"  Borman said.

**Also read:**
Ex-FCA exec: UAW scandal didn't start with me (https://www.freep.com/story/news/local/michigan/detroit/2018/08/15/fca-uaw-fiat-chrysler-corruption-iacobelli-bribery/990512002/)

*Contact Tresa Baldas: tbaldas@freepress.com. Follow her on Twitter @Tbaldas*

Read or Share this story: https://on.freep.com/2odfKlF

# Exhibit M

23 Aug, 2019

# Timeline: The US investigation of corruption at Fiat Chrysler, UAW



Author     **Charlsy Panzino**

Theme     **Retail & Consumer Products**

After more than two years, a federal investigation of corruption between individuals at the United Auto Workers union and Fiat Chrysler Automobiles NV is expanding.

As of Aug. 22, a total of eight individuals, all former union officials or Fiat Chrysler executives, have been found guilty of participating in a conspiracy to give or receive bribes to potentially influence the automaker's benefits in union bargaining negotiations. On Aug. 9, however, another former UAW official was charged with conspiracy to commit wire fraud and money laundering related to the UAW-GM Center for Human Resources, marking the first connection to General Motors Co. in the probe.

In the Fiat Chrysler-UAW part of the investigation, then-UAW officials hid payments through the bank account of the UAW-Fiat Chrysler National Training Center in Michigan, misusing funds intended for employee training, according to court documents and the U.S. Justice Department.

Fiat Chrysler told S&P Global Market Intelligence it was a victim of illegal behavior by certain individuals.

"FCA US also confirms that the conduct of these individuals — for their personal enrichment and neither at the direction nor for the benefit of the company — had no impact on the collective bargaining process," the company said in an emailed statement. "Rather, the behavior involved a small number of bad actors who stole training funds entrusted to their control and co-opted other individuals who reported to them to carry out or conceal their activity over a period of several years."

UAW said its new leadership is "determined to earn back our members' trust" with a reform agenda dubbed "Clean Slate." This includes new policies and taking a more aggressive approach at the bargaining table, where UAW "will draw the line on more concessions to an auto industry flush in profits." GM did not respond to requests for comment.

## Timeline of US Justice Department's bribery investigation of Fiat Chrysler Automobiles and the United Auto Workers



UAW

FCA
FIAT CHRYSLER AUTOMOBILES

**JUNE 13, 2017:** Jerome Durden, former Fiat Chrysler Automobiles, or FCA, financial analyst, is charged with conspiracy to defraud the U.S. Durden is accused of filing false tax returns to conceal payments to then–United Auto Workers Vice President General Holiefield and other UAW union officials, resulting in more than $1 million in lost tax revenue for the U.S.

**AUG. 8, 2017:** Durden pleads guilty, saying he and co-conspirators used the UAW-Chrysler National Training Center to hide more than $1 million in illegal payments and gifts paid to Holiefield and other UAW officials.

**JULY 26, 2017:** Alphons Iacobelli, former FCA vice president of employee relations, is charged with participating in conspiracy to pay and deliver money and gifts to UAW employees. Monica Morgan, widow of UAW's Holiefield, is charged with conspiring with Iacobelli and others.

**AUG. 18, 2017:** Virdell King, former assistant director of UAW's Chrysler Department, is charged with participating in conspiracy to accept money and gifts from FCA officials between 2011 and 2015.

**AUG. 29, 2017:** King pleads guilty for her role in the conspiracy.

**JAN. 22, 2018:** Iacobelli pleads guilty to conspiring with other FCA and UAW officials to send $1.5 million in illegal payments and gifts to senior UAW officials, including Holiefield and King.

**MARCH 21, 2018:** Nancy Johnson, the second-highest official in UAW's Chrysler Department, is charged with accepting tens of thousands of dollars in illegal payments and gifts from FCA.

**JULY 13, 2018:** Morgan is sentenced to 18 months in prison, followed by one year of supervised released, and ordered to pay $190,747 in restitution, plus a $25,000 fine.

**FEB. 6, 2018:** Morgan pleads guilty to filing tax return documents that excluded more than $200,000 of income from 2011.

**APRIL 5, 2018:** Keith Mickens, a former senior UAW official, pleads guilty to transferring hundreds of thousands of dollars from FCA to Holiefield through two companies Holiefield controlled with his then-wife Morgan. Mickens also admits he accepted thousands of dollars' worth of gifts from FCA officials.

**JULY 23, 2018:** Johnson pleads guilty to accepting and arranging illegal payments from FCA executives to senior UAW officials.

**NOV. 7, 2018:** Durden, Mickens and Michael Brown, a former FCA executive, are sentenced to prison: 15 months for Durden, 12 months for Mickens, and 12 months for Brown. Brown was FCA's director of employee relations and was charged with providing misleading testimony to federal grand jury by hiding existence of bribery conspiracy.

**APRIL 2, 2019:** Norwood Jewell, former UAW vice president, pleads guilty to conspiring with other UAW officials and FCA executives to accept and approve illegal payments from FCA to UAW officials, totaling more than $90,000.

**AUG. 27, 2018:** Iacobelli is sentenced to 66 months in prison and ordered to pay $835,523.

**NOV. 13, 2018:** King sentenced to 60 days in prison and fined $5,500.

**DEC. 18, 2018:** Johnson is sentenced to 12 months in prison and ordered to pay a $10,000 fine.

**AUG. 5, 2019:** Jewell is sentenced to 15 months in prison.

**AUG. 12, 2019:** Mickens' sentence is reduced to eight months from 12.

As of Aug. 22, 2019.
Credit: Cat Weeks
Images source: Associated Press
Sources: Justice Department; United States District Court for the Eastern District of Michigan

One notable case on the growing list of charges involved UAW's former vice president, Norwood Jewell, who was sentenced Aug. 5 to 15 months in prison after pleading guilty to accepting bribes from Fiat Chrysler executives.

In Jewell's case, the former UAW official accepted more than $90,000 in illegal payments from the Michigan-based automaker to pay for expensive meals, parties, tickets, cigars and liquor for himself and other UAW officials, according to the Justice Department. Jewell was UAW's highest-ranking official responsible for negotiating and administering collective bargaining agreements on behalf of tens of thousands of UAW members employed by FCA.

The UAW union began a new round of labor negotiations with Fiat Chrysler, General Motors and Ford Motor Co. in July to determine benefits and wages for the organization's approximately 158,000 members. A decision is expected before Sept. 14, when the current four-year contracts expire between UAW and the three Michigan automakers.

Although federal prosecutors charged the first official in the investigation in 2017, the Fiat Chrysler-UAW bribery conspiracy took place between 2009 and 2016, according to the Justice Department.

The first charge was on June 13, 2017, when federal prosecutors accused former Fiat Chrysler financial analyst Jerome Durden with conspiracy to defraud the U.S. and failure to file a tax return. His cooperation with investigators brought other suspects to light, *The Detroit News* reported Aug. 8, 2017.

**The General Motors connection**

**AUG. 9, 2019** *(but unsealed Aug. 14):* Michael Grimes, a former UAW official and former aide to current UAW Vice President Cindy Estrada, is charged with conspiracy to commit honest services wire fraud and money laundering related to the UAW-GM Center for Human Resources. Grimes is the first former UAW official connected to General Motors in the bribery investigation.

# Exhibit N

Case 1:19-cv-06770-EK-MMH    Document 33-5    Filed 08/21/20    Page 12 of 22 PageID #: 722



PRESS RELEASE

## IMPORTANT NOTICE

*By reading the following release, you further agree to be bound by the following limitations and qualifications:*

*This communication is for informational purposes only and is not intended to and does not constitute an offer or invitation to exchange or sell or solicitation of an offer to subscribe for or buy, or an invitation to exchange, purchase or subscribe for, any securities, any part of the business or assets described herein, or any other interests or the solicitation of any vote or approval in any jurisdiction in connection with the proposed transaction or otherwise, nor shall there be any sale, issuance or transfer of securities in any jurisdiction in contravention of applicable law. This communication should not be construed in any manner as a recommendation to any reader of this communication.*

*This communication is not a prospectus, product disclosure statement or other offering document for the purposes of Regulation (EU) 2017/1129 of the European Parliament and of the Council of June 14th 2017, as amended from time to time and as implemented in each member State of the European Economic Area and under French and Dutch law and regulation.*

*An offer of securities in the United States pursuant to a business combination transaction will only be made, as may be required, through a prospectus which is part of an effective registration statement filed with the US Securities and Exchange Commission ("SEC").  Shareholders of Fiat Chrysler Automobiles N.V. ("FCA") and Peugeot S.A. who are US persons or are located in the United States are advised to read the registration statement when and if it is declared effective by the US Securities and Exchange Commission because it will contain important information relating to the proposed transaction. You may obtain copies of all documents filed with the SEC regarding the proposed transaction, documents incorporated by reference, and FCA's SEC filings at the SEC's website at http://www.sec.gov.  In addition, the effective registration statement will be made available for free to shareholders in the United States.*

Rueil-Malmaison and London, October 31st 2019

## Groupe PSA and FCA plan to join forces to build a world leader for a new era in sustainable mobility

Discussions have opened a path to the creation of a new group with global scale and resources owned 50% by Groupe PSA shareholders and 50% by FCA shareholders. In a rapidly changing environment, with new challenges in connected, electrified, shared and autonomous mobility, the combined entity would leverage its strong global R&D footprint and ecosystem to foster innovation and meet these challenges with speed and capital efficiency.

- **The combination would create the 4th largest global OEM in terms of annual unit sales (8.7m vehicles)**
- **At its inception, the combined company would realize among the highest margins in the markets where it would operate, based on FCA's strength in North America and Latin America and Groupe PSA's in Europe**
- **The combination would unite the groups' respective brand strengths across Luxury, Premium, Mainstream Passenger Car, SUV and Trucks & Light Commercial – making them stronger together**
- **The merged entity would bring together the companies' extensive and growing capabilities in the technologies shaping the new era of sustainable mobility, including electrified powertrain, autonomous driving and digital connectivity**
- **Approximately €3.7 billion estimated annual run-rate synergies without any plant closures resulting from the transaction**
- **Highly respected combined management team recognised for exceptional value creation and with proven success in previous OEM combinations**





- **Dutch parent company Board would have balanced representation and a majority of independent Directors. John Elkann as Chairman and Carlos Tavares as CEO and member of the Board**

Rueil-Malmaison and London*, 31 October 2019.* The Supervisory Board of Peugeot S.A. and the Board of Directors of Fiat Chrysler Automobiles N.V. ("FCA") (NYSE: FCAU / MTA: FCA) have each unanimously agreed to work towards a full combination of their respective businesses by way of a 50/50 merger. Both boards have given the mandate to their respective teams to finalize the discussions to reach a binding Memorandum of Understanding in the coming weeks.

The plan to combine the Groupe PSA and FCA businesses follows intensive discussions between the senior managements of the two companies. Both share the conviction that there is compelling logic for a bold and decisive move that would create an industry leader with the scale, capabilities and resources to capture successfully the opportunities and manage effectively the challenges of the new era in mobility.

The proposed combination would create the 4th largest global OEM in terms of unit sales (8.7 million vehicles), with combined revenues of nearly €170 billion[1] and recurring operating profit of over €11 billion[2] on a simple aggregated basis of 2018 results excluding Magneti Marelli and Faurecia. The significant value accretion resulting from the transaction is estimated to be approximately €3.7 billion in annual run-rate synergies derived principally from a more efficient allocation of resources for large-scale investments in vehicle platforms, powertrain and technology and from the enhanced purchasing capability inherent in the combined group's new scale. These synergy estimates are not based on any plant closures.

It is projected that 80% of the synergies would be achieved after 4 years. The total one-time cost of achieving the synergies is estimated at €2.8 billion.

The shareholders of each company would own 50% of the equity of the newly combined group and would therefore share equally in the benefits arising from the combination. The transaction would be affected by way of a merger under a Dutch parent company and the governance structure of the new company would be balanced between the contributing shareholders, with the majority of the directors being independent. The Board would be composed of 11 members. Five Board members would be nominated by FCA (including John Elkann as Chairman) and five would be nominated by Groupe PSA (including the Senior Independent Director and the Vice Chairman)[3]. The Chief Executive Officer would be Carlos Tavares for an initial term of five years and he would also be a member of the Board.

Carlos Tavares said: "This convergence brings significant value to all the stakeholders and opens a bright future for the combined entity. I'm pleased with the work already done with Mike and will be very happy to work with him to build a great company together."

---

[1] Represents FCA Net Revenues, excluding Magneti Marelli, and Groupe PSA Revenue excluding Faurecia Revenue to Third Parties.

[2] Represents FCA Adjusted EBIT, excluding Magneti Marelli, and Groupe PSA Recurring Operating Income excluding Faurecia

[3] Employee representatives would be defined based on legal requirements at all levels





Mike Manley said, "I'm delighted by the opportunity to work with Carlos and his team on this potentially industry-changing combination. We have a long history of successful cooperation with Groupe PSA and I am convinced that together with our great people we can create a world class global mobility company."

The new group's Dutch-domiciled parent company would be listed on Euronext (Paris), the Borsa Italiana (Milan) and the New York Stock Exchange and would continue to maintain significant presences in the current operating head-office locations in France, Italy and the US.

It is proposed that the by-laws of the new combined company would provide that the loyalty voting program will not operate to grant voting rights to any single shareholder in the Shareholders Meeting exceeding 30%[4] of the total votes cast. It is also foreseen that there would be no carry over of existing double voting rights but that new double voting rights would accrue after a three-year holding period after completion of the merger.

A standstill in respect of the shareholdings of EXOR N.V., Bpifrance Participations SA, DFG and the Peugeot Family would apply for a period of 7 years following completion of the merger. EXOR, Bpifrance Participations and the Peugeot Family would be subject to a 3-year lock-up in respect of their shareholdings except that the Peugeot Family would be permitted to increase its shareholding by up to 2.5% during the first 3 years following the closing, only by acquiring shares from Bpifrance Participations and DFG.

Prior to the completion of the transaction, FCA would distribute to its shareholders a special dividend of €5.5 billion, as well as its shareholding in Comau. In addition, prior to completion, Peugeot would distribute to its shareholders its 46% stake in Faurecia. This would enable the combined groups' shareholders to equally share in the synergies and benefits that would flow from a merger while recognizing the significant value of FCA's differentiated platform in North America and strong position in Latin America, including its market-leading margins in those regions. It would also reflect the added value that FCA's higher-end global brands Alfa Romeo and Maserati would bring given their substantial development potential.

The extended portfolio would cover all market segments with iconic brands and strong products based on rationalized platforms and optimization of investments.

The proposal would be submitted to the information and consultation process of the relevant employee bodies, and would be subject to customary closing conditions, including final board approvals of the binding Memorandum of Understanding and agreement on definitive documentation.

**Contacts:**

**Investor enquiries:**

| FCA | Groupe PSA |
|-----|------------|
| Joe Veltri | Andrea Bandinelli |

---

[4] No blocking minority in a Dutch entity; all the decisions made by simple majority of votes of quorum>50%





| Vice President, Investor Relations | Senior Vice President, Investor Relations |
|---|---|
| Tel: +1 248 576 9257 | Tel : + 33 6 82 58 86 04 |
| investor.relations@fcagroup.com | communication-financiere@mpsa.com |

**Media enquiries:**

| FCA | Groupe PSA |
|---|---|
| Niel Golightly, +1 248 933-6285<br>niel.golightly@fcagroup.com | Pierre Olivier Salmon, +33 6 76 86 45 48<br>pierreolivier.salmon@mpsa.com |
| Shawn Morgan, +1 248 512-2692<br>shawn.morgan@fcagroup.com | Karine Douet, +33 6 61 64 03 83<br>karine.douet@mpsa.com |
| Andrea Pallard, +39 0110030675<br>andrea.pallard@fcagroup.com | |
| Fernao Silveira, +55 11 4949-3901<br>fernao.silveira@fcagroup.com | |
| Leonardo Guan, +86 21 2218 7896<br>corp.communication@fcagroup.com.cn | |
| Lucy McLellan, +61 3 8698 0200<br>lucy.mclellan@fcagroup.com | |
| **UK/USA** | |
| Sard Verbinnen & Co<br>Jon Aarons, Robert Rendine<br>+44 20 7467 1050/+1 212 687 8080<br>fca@sardverb.com | |
| **ITALY** | |
| Community, Strategic Communications Advisers<br>Auro Palomba, Marco Rubino<br>+39 02 89404231<br>fca@communitygroup.it | |
| **FRANCE** | |
| Image 7<br>Anne-France Malrieu, Flore Larger<br>+33 1 53 70 74 95/+33 1 53 70 74 90 | |





fca@image7.fr

**About FCA**

*Fiat Chrysler Automobiles (FCA) is a global automaker that designs, engineers, manufactures and sells vehicles in a portfolio of exciting brands, including Abarth, Alfa Romeo, Chrysler, Dodge, Fiat, Fiat Professional, Jeep®, Lancia, Ram and Maserati. It also sells parts and services under the Mopar name and operates in the components and production systems sectors under the Comau and Teksid brands. FCA employs nearly 200,000 people around the globe. For more information regarding FCA, please visit www.fcagroup.com*

**About Groupe PSA**

*Groupe PSA designs unique automotive experiences and delivers mobility solutions to meet all customer expectations. The Group, which employs 210,000 people, has five car brands, Peugeot, Citroën, DS, Opel and Vauxhall and provides a wide array of mobility and smart services under the Free2Move brand. Its 'Push to Pass' strategic plan represents a first step towards the achievement of the Group's vision to be "a global carmaker with cutting-edge efficiency and a leading mobility provider sustaining lifetime customer relationships". An early innovator in the field of autonomous and connected cars, Groupe PSA is also involved in financing activities through Banque PSA Finance and in automotive equipment via Faurecia.*

*Media library: medialibrary.groupe-psa.com / @GroupePSA_EN*

**FCA FORWARD-LOOKING STATEMENTS**

*This communication contains forward-looking statements.  These statements are based on the FCA's current expectations and projections about future events and, by their nature, are subject to inherent risks and uncertainties. They relate to events and depend on circumstances that may or may not occur or exist in the future and, as such, undue reliance should not be placed on them. Actual results may differ materially from those expressed in such statements as a result of a variety of factors, including: volatility and deterioration of capital and financial markets, changes in commodity prices, changes in general economic conditions, economic growth and other changes in business conditions, weather, floods, earthquakes or other natural disasters, changes in government regulation, production difficulties, including capacity and supply constraints, uncertainties as to whether the proposed business combination will be agreed or consummated or as to the timing thereof as well as the realization of the anticipated synergies therefrom, and many other risks and uncertainties, most of which are outside of the FCA's control.*

*FCA and its affiliates, directors, advisors, employees and representatives, expressly disclaim any liability whatsoever for such forward-looking statements.*

*Forward-looking statements speak only as of the date they are made. FCA does not assume any obligation to update any public information or forward-looking statement in this communication to reflect new information, future events or circumstances or for any other reason after the date of this communication, except as may be required by applicable laws, and any opinion expressed in this communication is subject to change without notice. FCA shall not have any obligation to correct any inaccuracies therein or omissions therefrom which may become apparent.*

*This communication includes some information on specific transaction proposals that remain subject to discussions and certain approvals and other conditions.*





*GROUPE PSA FORWARD-LOOKING STATEMENTS*

*This communication contains forward-looking statements with respect to the financial condition, results of operations and business of Groupe PSA, including the expected effects of any proposed transaction.*

*Such forward-looking statements are subject to known and unknown risks, uncertainties and other factors which are beyond the control of Groupe PSA, including, among other things, the possibility that the expected synergies and value creation from the transaction will not be realized, or will not be realized within the expected time period; the risk that the businesses will not be integrated successfully; the possibility that the transaction will not receive the necessary approvals, that the expected timing of such approvals will be delayed or will require actions that adversely impact the benefits expected to realized in the transaction; and the possibility that the transaction does not close. Neither Groupe PSA , nor any of its respective directors, officers, employees and advisors nor any other person is therefore in a position to make any representation as to the accuracy of the forward-looking statements included in this communication, such as economic projections and predictions or their impact on the financial condition, credit rating or financial profile of Groupe PSA, or the market for the shares of Groupe PSA. The actual performance, the success and the development over time of the business activities of Groupe PSA may differ materially from the performance, the success and the development over time expressed in or implied from the forward-looking statements contained in this communication.*

*Groupe PSA does not assume any obligation to update any public information or forward-looking statement in this communication to reflect new information, future events or circumstances or for any other reason after the date of this communication, except as may be required by applicable laws, and any opinion expressed in this communication is subject to change without notice.*

*Groupe PSA shall not have any obligation to correct any inaccuracies herein or omissions herefrom which may become apparent.*

# Exhibit O

# Temps, former tier 2 biggest challenge for FCA in labor talks

<u>Breana Noble</u>, The Detroit News    Published 10:43 p.m. ET Nov. 17, 2019

Fiat Chrysler Automobiles NV's large contingent of temporary and lower-paid production workers, a legacy of its bankruptcy a decade ago, might be the biggest challenge as the United Auto Workers pivots Monday to focus on labor talks with the Italian American automaker.

The ratified contracts at Ford Motor Co. and <u>General Motors Co. (/story/business/autos/general-motors/2019/10/25/uaw-strike-day-40/4088234002/)</u> provide current employees, both full-time and temporary, pathways to earn top wages by the end of the four-year agreement. Now the pressure is on at Fiat Chrysler, as these employees account for a greater percentage of its 47,200 UAW member workforce than its crosstown rivals.

Following their pattern would increase Fiat Chrysler's labor costs, possibly hurting its competitive position without an obvious measure to offset those costs. It also could challenge the UAW's competitive position in the global labor marketplace, especially if <u>Fiat Chrysler merges with French automaker Groupe PSA (/story/business/autos/chrysler/2019/11/05/pending-fiat-chrysler-psa-merger-could-complicate-negotiations-with-uaw/4122295002/)</u>. Breaking with the pattern, however, could jeopardize ratification because a majority of voting UAW-FCA members must approve it.



**A Fiat logo pictured on a car in Bayonne, southwestern France, Thursday, Oct.31, 2019.** *(Photo: Bob Edme, AP)*

"That is the dilemma Chrysler is in with having more of these workers that represent a bigger portion of the voting public when it comes to ratification," said Art Schwartz, a former labor negotiator at GM and president of Labor and Economics Associates in Ann Arbor. "I expect Chrysler is going to look for some relief, and I don't think they're going to get it."

Temporary and in-progression employees do the same jobs as other workers, but must support themselves and their families on lower wages, said Jerome Dobson, a 26-year Chrysler employee working in quality at Sterling Heights Assembly Plant.

"We have a lot of part-timers over there," he said. "I'd be interested in letting them have the opportunity to become full-time. They come to work regularly, doing exactly the same work. It proves that they want and need a job."

Fiat Chrysler's $55 average hourly labor costs, including benefits, is $8 less than GM's costs, $6 less than Ford's costs and just $5 more than the costs of foreign automakers producing in the United States, according to the Center for Automotive Research in Ann Arbor.

FCA has "kept up their labor costs below the other two," said Kristin Dziczek, vice president of industry, labor and economics for the research center. "It might be that it's time to pay the difference on that average hourly labor cost advantage that the company has enjoyed a decade here. It'll be hard to get that implemented."

Labor costs represent only about 5% of the total cost of a vehicle, according to the Center for Automotive Research. But "in this business, you have to be competitive on all aspects," Schwartz said. "As long as Toyota, Honda and Nissan have this cost advantage, ... it helps them when they price their vehicles. It helps them in the market."

In a statement, UAW spokesman Brian Rothenberg noted Fiat Chrysler attributed its 5% adjusted pre-tax earnings growth in the third quarter to North America's record results.

"You cannot brag about your earnings to Wall Street and at the same time ignore the sacrifice of your workforce that put you in that profitable position," he said.

**In-progression employees**

Fiat Chrysler's costs differ from its crosstown rivals because full-time UAW-represented employees hired after their colleagues, now earning the top production wage of about $30 per hour, represent a greater percentage of its workforce. These lower-paid employees were previously called "tier two" and are known now as "in-progression" workers.

In-progression employees account for 59% of Fiat Chrysler's hourly manufacturing workforce, which does not include its skilled trades employees or salaried workers. In-progression employees represent more than 40% of GM's 48,000 UAW-represented employees and 43% of the nearly 55,500 UAW-Ford employees.

If a settlement at Fiat Chrysler follows the economics of the contracts at GM and Ford, all current in-progression employees would earn the top wage of about $32 per hour by the end of the four-year agreement. Normally it takes eight years, but the newest hires could reach the top in just four.

The change also could increase health-care costs: Unlike at the other two companies, in-progression employees do not have the same health-care benefits as their top-earning production colleagues.

Leaving bankruptcy in 2009, Fiat Chrysler offered numerous retirement and severance packages, and its jobs bank dwindled, said Colin Lightbody, a former Fiat Chrysler labor negotiator and president of consulting firm HR and Labor Guru Inc. (https://hrandlaborguru.com/blogs/news/how-to-reduce-absenteeism-and-address-fmla-abuse) As a result, the company brought in many new faces who it pays less under its contract.

Since the last contract was ratified in 2015, Fiat Chrysler has been on a hiring spree. It has announced nearly $3 billion more in U.S. investments than the $5.3 billion to which it committed. As a result, the company has hired more than 15,000 temporary employees and converted 44% of them to in-progression status.

A UAW spokeswoman referred to a previous statement from the company saying that contract negotiations continue "with the goal of reaching an agreement that will allow us to continue investing in our future while creating opportunities for our employees, their families and the communities where we live and work."

**Temporary employees**

Temporary employees now account for 13% of Fiat Chrysler's hourly manufacturing workforce. They represent 7% of all UAW-GM employees and 6% of UAW-Ford members. Temps make up an average 20% of employees at foreign automakers operating in the United States, according to the Center for Automotive Research.

The use of temporary employees may fluctuate throughout the year. Automakers typically use them when launching a new vehicle and to cover vacation time and absenteeism. Employees may be temporary for years before being hired permanently. The contracts at GM and FCA require they be hired after two or three years with seniority.

Given that Fiat Chrysler has a healthy capacity utilization of 86% in the United States, according to industry forecaster LMC Automotive, some plants run seven days a week. That contributes to increased rates of absenteeism that can reach as high as 20%.

Employees at the automakers are not required to take unpaid Family and Medical Leave Act time off concurrently with paid vacation entitlements, which doesn't deter misuse of FMLA where employees may arrive late or not show, Lightbody said. Changing that could be the "single most effective deterrent," he said, and allow Fiat Chrysler to rely on fewer temporary employees.

Rory Gamble, a UAW vice president who led its Ford Department, became acting president of the union 10 days ago when embattled President Gary Jones was placed on paid leave. The agreement Gamble negotiated at Ford also caps the use of temporary employees at 8% of the workforce and 10% at each plant.

"Historically, Ford has been more strict with respect to the utilization of temporary employees than their UAW counterparts at GM and FCA," Lightbody said. "Will that impact FCA's ability to have flexibility with respect to temporary employees, or will Rory bring the Ford approach to the table?"

**'Win now and lose later'**

But the UAW also must be cautious, said Art Wheaton, an automotive industry specialist at Cornell University's Industrial and Labor Relations School. Fiat Chrysler can afford a labor cost increase, he said, but the potential merger with Peugeot's PSA (/story/business/autos/chrysler/2019/10/31/fiat-chrysler-psa-merger-more-likely-than-renault-deal/4110841002/) could pit workers in Europe and the United States against each other for product allocation.

FCA and PSA declined to share their labor expenses in Europe. Average hourly labor costs for the motor vehicle manufacturing sector were $43.37 in France, $54.87 in Germany, $30.78 in Italy and $33.27 overall in the European Union in 2016, according to the most recent data available on Eurostat.

"I think the UAW is going to have to be careful not to get every penny in this contract, but not have the same leverage to maintain it," Wheaton said. "You could win now and lose later, which is different from GM and Ford."

Wheaton expects in-progression employees at Fiat Chrysler will push for more gains. CEO Mike Manley suggested during the company's third-quarter earnings calls that Fiat Chrysler is looking for different terms than the settlements at GM and Ford.

"What I would say is obviously each of us, each of the Big Three in Detroit are in different conditions in terms of labor workforce," he said, declining to go into detail.

The UAW is allowing GM to close three plants and a parts distribution center during its contract. Ford will close its Romeo Engine Plant, though the 600 hourly employees who work there would be offered jobs at the Van Dyke Transmission Plant about 15 miles away.

Fiat Chrysler, however, is expanding its footprint by transforming its Mack Avenue Engine Complex on Detroit's east side into a new assembly plant as a part of a $4.5 billion investment in Michigan plants announced in February.

"GM will save billions of dollars by those capacity actions," Dziczek said. "Ford will save maybe not billions, but a lot by being able to shutter Romeo Engine. FCA doesn't really have an offset of that similar size."

Still, pattern bargaining is "never cookie-cutter," Dziczek said, though the third company typically has the least flexibility. Fiat Chrysler could have room to negotiate on ratification bonuses and its investment plans.

But some workers are demanding changes and are willing to strike if needed.

"I'm expecting payback," said John Barbosa, a 14-year FCA machinist leading a team at Dundee Engine Plant. "I will not be voting or supporting a contract that doesn't eliminate the tiers. The temporary employee situation is wrong. It's exploiting workers. It uses and abuses the American worker."

*bnoble@detroitnews.com*

*Twitter: @BreanaCNoble*

Read or Share this story: https://www.detroitnews.com/story/business/autos/chrysler/2019/11/17/temporary-progression-employees-biggest-challenge-uaw-talks-fiat-chrysler/2519484001/