# Exhibit Q

# Feds: Fake hospice laundered cash in FCA-UAW scandal

**Robert Snell**, The Detroit News    Published 7:56 p.m. ET Sept. 19, 2017 | **Updated 9:07 a.m. ET Sept. 20, 2017**



*(Photo: Detroit News)*

*Detroit* — Federal prosecutors have seized $292,000 from a fake hospice that funneled cash to Monica Morgan-Holiefield, a central figure of the Fiat Chrysler-UAW corruption scandal, court records allege.

A federal court filing Tuesday seeking forfeiture of the money deepens a $4.5 million scandal involving two pillars of the auto industry and illustrates how federal agents are following money raided from a training fund for blue-collar workers.

The filing emerged eight weeks after a federal grand jury indicted former Fiat Chrysler executive Alphons Iacobelli and Morgan-Holiefield, widow of former UAW Vice President General Holiefield. The auto executive and the widow are accused of conspiring in a scheme that drained more than $4.5 million from the training center over several years.

In the filing, federal prosecutors chart the winding path of money from Fiat Chrysler's bank account to Morgan-Holiefield's pocket — after being transferred through her husband's nonprofit and an acquaintance's sham hospice in Detroit.

Morgan-Holiefield's lawyer declined comment Tuesday.

The money laundering described by federal prosecutors dates to 2009.

Between July 2009 and June 2013, Fiat Chrysler transferred $386,400 to the UAW-Chrysler National Training Center, a tax-exempt corporation established to train and educate workers.

The training center transferred the money to the nonprofit Leave the Light on Foundation, a tax-exempt group controlled by General Holiefield, prosecutors allege.

Holiefield had solicited donations "to help children who are struggling with hardships," according to the filing.

The foundation's treasurer was Jerome Durden, 61, of Rochester Hills, who struck a plea deal (/story/business/autos/chrysler/2017/08/08/former-fiat-chrysler-analyst-pleads-guilty-uaw-probe/104399452/)last month and is expected to cooperate with federal prosecutors.

Prosecutors say most of the foundation's operating funds were paid to Morgan-Holiefield.

Months after the Leave the Light on Foundation received the $386,400, a little-known hospice in Detroit had a nearly barren bank account.

On May 11, 2014, Hospice of Metropolitan Detroit had $425 in the bank.

The next day, the hospice's fortunes changed.

On May 12, 2014, a $325,000 check from the Leave the Light on Foundation was deposited into the hospice's bank account, prosecutors said.

Prosecutors say the hospice was controlled by Morgan-Holiefield's acquaintance, Mary Elon-Eloni Wilks, 84, a former assistant superintendent of Detroit Public Schools, according to her LinkedIn page.

In 2014, the same year the hospice received $325,000 from Holiefield's foundation, he was diagnosed with pancreatic cancer. Holiefield would soon need hospice treatment.

The hospice had a second bank account at Liberty Bank and Trust. That account received a $6,000 donation from the UAW training center in June 2012, prosecutors said.

In October 2014, five months after the hospice received $325,000 from General Holiefield's nonprofit, Wilks registered a second foundation with the state.

The foundation is not identified in the federal court filing. But state business records indicate that in October 2014, Wilks registered the Thomas Andrew and Kathryn Mosely Dorsey Foundation. The foundation's address is the same as the hospice and lists "Monica Morgan" as an incorporator.

The foundation was established to educate the public about gospel and other types of music, according to the state filing.

Wilks could not be reached for comment Tuesday.

By October 2014, Wilks had asked to open a new account at Liberty Bank and Trust. The new account was linked to Hospice of Metropolitan Detroit and called the "Leave the Light on Fund," prosecutors said.

In early March 2015, Holiefield's cancer worsened and he entered hospice care.

He wasn't sent to Hospice of Metropolitan Detroit.

That's because the hospice wasn't real, prosecutors allege.

Investigators questioned hospice board member Tesfaye Kebede. He resigned in 2016 and said the group never provided any hospice-related services, according to prosecutors.

"Kebede stated that he attended infrequent board meetings and that his involvement was limited because (Hospice of Metropolitan Detroit) was not performing any work," Assistant U.S. Attorney Adriana Dydell wrote in the court filing Tuesday.

Holiefield died March 9, 2015. Five months later, money started leaving the hospice's bank accounts.

On Aug. 26, 2015, Wilks received $62,000, prosecutors allege.

The check purportedly bore signatures of hospice board members, including Kebede, prosecutors said.

Kebede told investigators he was unaware that the hospice had received $325,000 from Holiefield's nonprofit Leave the Light on Foundation, prosecutors said. He also was unaware that the hospice had issued a $62,000 check to Wilks.

Kebede also said he did not sign the $62,000 check "and never gave permission for anyone to sign on his behalf," prosecutors wrote.

Prosecutors seized $62,000 from Wilks' bank account in February, along with $230,000 from a hospice bank account.

Wilks wasn't the only one to receive money after the Leave the Light on Foundation gave $325,000 to the hospice.

"Wilks further acknowledged making transfers of up to $1,500 to Monica Morgan in the months after (Hospice of Metropolitan Detroit) received $325,000 ..." the prosecutor wrote Tuesday.

In the criminal case, prosecutors allege money raided from the training center was spent on luxury items, including a $350,000 Ferrari (/story/business/autos/chrysler/2017/07/26/former-fca-official-wife-uaw-vp-indicted/104018818/), a swimming pool at Iacobelli's house, $37,500 gold pens, $1,000 Christian Louboutin shoes (/story/business/autos/2017/08/18/retired-uaw-executive-virdell-king-charged/104721558/)and a $2,180 shotgun (/story/business/autos/chrysler/2017/08/17/uaw-executives-tapped-training-center-funds-luxury-purses-shotgun/104703766/)for UAW Vice President Norwood Jewell.

Fiat Chrysler CEO Sergio Marchionne said the scandal had "nothing whatsoever to do with the collective bargaining process" during UAW negotiations. UAW President Dennis Williams also previously released a letter to union members denying the allegations involving FCA officials and union negotiators had any impact on bargaining.

The criminal case, however, alleges several people (/story/business/autos/2017/08/18/retired-uaw-executive-virdell-king-charged/104721558/)conspired to violate a federal labor law designed to combat corruption of the collective bargaining process.

rsnell@detroitnews.com

Twitter: @robertsnellnews (https://twitter.com/robertsnellnews)

(313) 222-2486

Read or Share this story: https://detne.ws/2w5GJ52

# Exhibit R

# FCA chief failed to disclose gift to UAW, sources say

<u>Robert Snell</u>, The Detroit News   Published 12:00 a.m. ET Aug. 16, 2018 | **Updated 8:05 a.m. ET Aug. 16, 2018**



*(Photo: Carlos Osorio, AP file)*

*Detroit* — Fiat Chrysler's longtime CEO Sergio Marchionne gave an expensive Italian watch to United Auto Workers Vice President General Holiefield and failed to disclose the gift while being questioned by federal investigators, two sources told The Detroit News.

The sources describe a dramatic "gotcha" moment during a secretive <u>July 2016 meeting between Marchionne (/story/business/autos/2017/11/05/sergio-marchionne-questioned-fbi-corruption-probe/107393100/)</u>, head of Fiat Chrysler Automobiles NV, and investigators. It ended with the auto executive exposed to the possibility of federal charges.

Marchionne, 66, was never charged before he died July 25 <u>in a Zurich hospital (/story/obituaries/2018/07/25/marchionne-death-fiat-chrysler/813415002/)</u>.

The auto executive's gift of a watch to a ranking union leader could bolster any criminal case against FCA, which has been named co-conspirator in the case along with the UAW. Both organizations could face criminal charges, fines and governmental oversight.

Flanked by his white-collar criminal defense lawyer, William Jeffress, at the U.S. Attorney's Office in Detroit, Marchionne was asked by investigators whether he had given UAW leaders valuable items.

Marchionne said no, according to the two sources, who spoke under the condition of anonymity because they were not authorized to discuss the case.

Investigators then confronted Marchionne with evidence he had given Holiefield a custom-made Terra Cielo Mare watch in February 2010. The Italian watchmaker has produced custom-made, limited-edition timepieces with the Fiat logo emblazoned on the dial since at least 2006.

A 2014 model featuring the Fiat logo and a mustard-yellow dial retailed for $2,245.



**This Terra Cielo Mare watch given to former UAW official General Holiefield was worth several thousand dollars and included the Fiat logo.** *(Photo: eBay)*

The watch given to Holiefield came with a hand-written note from what documents identify only as an unnamed FCA executive: "Dear General, I declared the goods at less than fifty bucks. That should remove any potential conflict. Best regards, and see you soon," according to federal court records obtained by The News.

It is unclear whether investigators showed Marchionne the watch and note or just photographs of them, and it is unknown whether federal agents have the watch.

"There is a lot of intrigue here," said Peter Henning, a Wayne State University law professor and former federal prosecutor. "Prosecutors had him and had leverage over him. This was an arrow in the government's quiver."

Holiefield died in March 2015. The next year, Holiefield's home in Harrison Township was raided by federal agents investigating his widow, Monica Morgan-Holiefield, who was convicted and sentenced to <u>18 months in federal prison (/story/business/autos/2018/07/13/monica-morgan-holiefield-sentenced-uaw-fiat-chrysler/781882002/)</u> last month for <u>her role (/story/news/local/detroit-city/2018/07/06/send-uaw-leader-general-holiefields-widow-prison-feds-say/762905002/)</u> in the scandal.

The raid was one stop in a broader series of searches that included the homes of Alphons Iacobelli (/story/business/autos/chrysler/2017/09/28/fca-uaw-scandal-figure-unloaded-ferrari-amid-fbi-probe/106097022/), the automaker's top labor negotiator, and former UAW Vice President Norwood Jewell (/story/business/autos/chrysler/2018/04/05/feds-raided-uaw-leader-house-amid-corruption-probe/33579403/).

**Buy Photo**



**Alphons Iacobelli, left, and Norwood Jewell** *(Photo: File photos by Paul Sancya/AP;Clarence Tabb Jr./The Detroit News)*

An inventory of items seized during the raid at Morgan-Holiefield's home is sealed in federal court.

Also unclear is how Marchionne explained the watch after being confronted by investigators. It is unknown whether Marchionne reached an agreement before talking to the government that would have granted him limited immunity as long as the auto executive told the truth.

"If you don't tell the truth, all bets are off," Henning said. "If you lie, the government can use what was said against you. The FBI doesn't give you a free pass on lying."

It is unclear why Marchionne was never charged. The potential charges include making a false statement and violating a federal labor law barring employers from giving union officials money and valuable items.

"Prosecutors are playing the long game," Henning said. "We don't know what would have happened in six months if his health had been all right."

It is possible FBI agents and prosecutors continued to build a criminal case against Marchionne, Henning said.

"He could have said he forgot about the watch, so the government has got to be a little careful," he said. "When he said 'no,' it looks like they've got him, but the government has to ask if maybe it's not worth charging him but get his cooperation."



The custom-made timepiece by Terra Cielo Mare (https://www.terracielomare.com/pages/museum) is described in court records as an example of a stream of illegal benefits flowing from Fiat Chrysler to labor leaders during a years-long conspiracy designed to wring concessions from the UAW (/story/business/autos/chrysler/2018/08/13/fca-uaw-conspiracy-ran-deeper-longer-lawyer-says/981325002/).

Federal prosecutors have left clues to Marchionne's involvement in hundreds of pages of federal court filings that referenced, but never publicly identified, the auto executive. Instead, the government identified Marchionne only as "FCA-1" as the investigation continued and prosecutors secured convictions against three Fiat Chrysler officials.

**General Holiefield, left, and Sergio Marchionne in November 2012.** *(Photo: Detroit News file photo)*



**Robert Snell** @robertsnellnews · Apr 5, 2018

BREAKING: UAW leader helped VP General Holiefield & wife buy a pool with $$$ meant for blue-collar workers detne.ws/2uNnNvL via @detroitnews

**UAW leader helped boss buy a pool in widespread scan...**
Former UAW leader Keith Mickens faces up to 30 months in federal prison after pleading guilty in auto industry scandal
detroitnews.com



**Robert Snell**
@robertsnellnews

See the swimming pools Fiat Chrysler exec Al Iacobelli, UAW leader General Holiefield and wife Monica Morgan-Holiefield bought with cash meant for blue-collar workers, according to the feds @detroitnews



19   11:55 AM - Apr 5, 2018

22 people are talking about this

Fiat Chrysler released a statement to The News on Wednesday: "FCA US continues to cooperate fully with this investigation. The company also confirms that Sergio Marchionne met with the government in July 2016, in the spirit of full cooperation, where he answered questions to the best of his recollection. As the U.S. attorney's investigation is ongoing, the company cannot comment further."

The U.S. Attorney's Office would not discuss the meeting with Marchionne or say whether he was a target of an investigation that has led to seven convictions. Those include Iacobelli (/story/business/autos/chrysler/2017/09/28/fca-uaw-scandal-figure-unloaded-ferrari-amid-fbi-probe/106097022/), who is scheduled to be sentenced Aug. 27.

Iacobelli was accused of using more than $1 million in Fiat Chrysler funds on a Ferrari 458 Spider convertible (/story/business/autos/chrysler/2017/09/28/fca-uaw-scandal-figure-unloaded-ferrari-amid-fbi-probe/106097022/), which he outfitted with an "IACOBLI" vanity plate, a pool at his Rochester Hills mansion and two solid-gold, bejeweled Montblanc fountain pens (/story/business/autos/2017/09/21/bejeweled-pen-fiat-chrysler-executive/105833906/) that cost $35,700 each.

The first reference to Marchionne in federal court records is on page 19 of a 42-page indictment last year charging Iacobelli and Holiefield's widow with conspiring to violate federal labor laws.



**The Montblanc pens honoring President Abraham Lincoln feature 18-karat gold fittings, a blue sapphire embedded in the clip, a mother-of-pearl cap ringed by three diamonds and an 18-karat gold tip. Only 50 were made worldwide. Iacobelli bought two, prosecutors allege.** *(Photo: Montblanc)*

The indictment outlines a scheme by Fiat Chrysler executives to keep UAW officials "fat, dumb and happy." Executives funneled money and gifts to labor leaders through the jointly operated UAW-Chrysler National Training Center, according to the indictment.

UAW leaders who served on the training center's board were given credit cards paid for by the automaker. UAW officials were given free rein to buy personal items, including $1,000 pairs of Christian Louboutin shoes, jewelry, purses, and a $2,180 shotgun (/story/business/autos/chrysler/2017/08/17/uaw-executives-tapped-training-center-funds-luxury-purses-shotgun/104703766/) for Jewell, according to court records and interviews. Jewell has not been charged with a crime.

In January 2014, then-UAW President Bob King was investigating how Holiefield and other union officials were using training center credit cards, according to the indictment.

That month, King's senior assistant asked an unnamed Fiat Chrysler official for the credit card records, according to the Iacobelli indictment.



**Bob King and General Holiefield at the UAW convention at Cobo Center in Detroit in June 2010.** *(Photo: David Coates, The Detroit News)*

The unnamed Fiat Chrysler official emailed Iacobelli.

"We can't provide the requested type of information to such people," the email read. "If we tell (King and his assistant) that we aren't giving them (expletive), what are they going to do, tell (FCA-1) we are being uncooperative? If so, so what?"

"We are providing nothing," Iacobelli responded, according to the indictment. "We're gonna have fun with these evil people."

The conspiracy is damaging and sows distrust among UAW members, Henning said.

"More than anything, it shows union leadership appears to have been bought with trinkets," he said. "The mistrust this fosters among union members is incredible."

rsnell@detroitnews.com

(313) 222-2486

Twitter: @robertsnellnews (https://twitter.com/robertsnellnews)

Read or Share this story: https://detne.ws/2MvKbRS