**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

IN RE FIAT CHRYSLER
AUTOMOBILES N.V. SECURITIES
LITIGATION

:
:
:
:
:
:

19-CV-6770 (EK) (VMS)

**DECLARATION OF THOMAS C. WHITE IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT**

I, Thomas C. White, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am a member of the bar of this Court and am a partner at the law firm of Sullivan & Cromwell LLP, counsel for Defendants Fiat Chrysler Automobiles N.V. ("FCA"), Roland Iseli and Alessandro Baldi, as Co-Executors of the Estate of Sergio Marchionne, Michael Manley, and Richard K. Palmer in the above-captioned action (the "Action").

2.      I respectfully submit this Declaration to provide the Court with certain additional materials (beyond those already cited in and attached to the Declaration of William B. Monahan) relevant specifically to the arguments in Defendants' Memorandum in Support of Their Motion to Dismiss the Consolidated Amended Complaint (the "Memorandum") that Plaintiff has failed adequately to plead loss causation. (*See* Section III of Defendants' Memorandum.)

3.      Attached hereto as <u>Appendix A</u> is a table listing publicly available information regarding the investigation conducted by the U.S. Attorney's Office for the Eastern District of Michigan ("USAO") into the misappropriation of funds from the National Training Center *prior to* the filing of General Motors LLC's ("GM") lawsuit against FCA and FCA US LLC ("FCA US") on November 20, 2019.

4.      Attached hereto as <u>Appendix B</u> is a table listing the allegations in GM's complaint against FCA and FCA US that are based on information that was already public *before* GM filed its lawsuit.

5.      Attached hereto as <u>Exhibit 1</u> is a true and correct copy of excerpts from FCA's annual filing with the Securities Exchange Commission ("SEC") on Form 20-F for the period ending December 31, 2014, dated March 5, 2015.

6.      Attached hereto as <u>Exhibit 2</u> is a true and correct copy of the Plea Agreement entered into by Jerome Durden in *United States* v. *Durden et al.*, No. 2:17-cr-20406-PDB-RSW (E.D. Mich.), on March 17, 2017, and publicly filed on August 8, 2017, obtained from PACER.

7.      Attached hereto as <u>Exhibit 3</u> is a true and correct copy of a *N.Y. Times* article titled *Ex-Fiat Chrysler Executive Accused of Siphoning Millions With Union Leader*, dated July 26, 2017, which is available at https://www.nytimes.com/2017/07/26/business/ex-fiat-chrysler-executive-accused-of-siphoning-millions-with-union-leader.html.

8.      Attached hereto as <u>Exhibit 4</u> is a true and correct copy of a *Detroit News* article titled *Former FCA Exec, Wife of Former UAW VP Indicted*, dated July 26, 2017, which is available at https://www.detroitnews.com/story/business/autos/chrysler/2017/07/26/former-fca-official-wife-uaw-vp-indicted/104018818/.

9.      Attached hereto as <u>Exhibit 5</u> is a true and correct copy of a press release issued by the USAO, dated July 26, 2017, which is available at https://www.justice.gov/usao-edmi/pr/former-fca-executive-and-wife-former-uaw-vice-president-charged-scheme-pay-uaw.

10.     Attached hereto as <u>Exhibit 6</u> is a true and correct copy of a *Wall Street Journal* article titled *Making Illegal Payments To UAW Leaders*, dated July 26, 2017, which is available at https://www.wsj.com/articles/former-fiat-chrysler-executives-charged-with-making-illegal-payments-to-uaw-leaders-1501111377.

11.     Attached hereto as <u>Exhibit 7</u> is a true and correct copy of a *Detroit Free Press* article titled *Feds:  Bargaining Rivals Stole Millions From FCA, Kept UAW Officials 'Fat, Dumb And Happy'*, dated July 27, 2017, which is available at https://www.freep.com/story/news/2017/07/28/feds-bargaining-rivals-stole-millions-fca-kept-uaw-officials-fat-dumb-and-happy/517297001/.

12.     Attached hereto as <u>Exhibit 8</u> is a true and correct copy of a *Wall Street Journal* article titled *Fat, Dumb And Happy At The UAW*, dated August 3, 2017, which is available at https://www.wsj.com/articles/fat-dumb-and-happy-at-the-uaw-1501801411.

13.     Attached hereto as <u>Exhibit 9</u> is a true and correct copy of a *Detroit News* article titled *Former FCA Analyst Pleads Guilty in UAW Probe*, dated August 8, 2017, which is available  at  https://www.detroitnews.com/story/business/autos/chrysler/2017/08/08/former-fiat-chrysler-analyst-pleads-guilty-uaw-probe/104399452/.

14.     Attached hereto as <u>Exhibit 10</u> is a true and correct copy of a *Detroit Free Press* article titled *Ex-FCA Analyst Pleads Guilty*, dated August 9, 2017, which is available at https://www.freep.com/story/money/cars/chrysler/2017/08/08/fiat-chrysler-analyst-pleads-guilty/548866001/.

15.     Attached hereto as <u>Exhibit 11</u> is a true and correct copy of a *Detroit Free Press* article titled *Key FCA/UAW Player Takes Plea Deal*, dated August 9, 2017, obtained from Lexis Advance.

16.     Attached hereto as <u>Exhibit 12</u> is a true and correct copy of the Plea Agreement entered into by Virdell King in *United States* v. *Durden et al.* on August 17, 2017, and publicly filed on August 29, 2017, obtained from PACER.

17.     Attached hereto as Exhibit 13 is a true and correct copy of the Information against Virdell King in *United States* v. *Durden et al.*, dated August 18, 2017, obtained from PACER.

18.     Attached hereto as Exhibit 14 is a true and correct copy of a *Detroit News* article titled *Feds: UAW Funds Used To Buy Designer Shoes, Jewelry*, dated August 18, 2017, which is available at https://www.detroitnews.com/story/business/autos/2017/08/18/retired-uaw-executive-virdell-king-charged/104721558/.

19.     Attached hereto as Exhibit 15 is a true and correct copy of a *Wall Street Journal* article titled *Retired UAW Official Charged in Widening Corruption Probe*, dated August 18, 2017, which is available at https://www.wsj.com/articles/retired-uaw-official-charged-in-widening-corruption-probe-1503094292.

20.     Attached hereto as Exhibit 16 is a true and correct copy of a press release issued by the USAO, dated August 18, 2017, which is available at https://www.justice.gov/usao-edmi/pr/former-uaw-official-charged-scheme-accept-illegal-payments-fiat-chrysler-automobiles.

21.     Attached hereto as Exhibit 17 is a true and correct copy of a *N.Y. Times* article titled *Former UAW Official Charged in Fiat Chrysler Payoff Case*, dated August 18, 2017, which is available at https://www.nytimes.com/reuters/2017/08/18/business/19uaw.html.

22.     Attached hereto as Exhibit 18 is a true and correct copy of a *Detroit Free Press* article titled *Former UAW Official Virdell King Pleads Guilty in Fiat Chrysler Case*, dated August 29, 2017, which is available at https://www.freep.com/story/money/cars/chrysler/2017/08/29/former-uaw-official-virdell-king-pleads-guilty-fiat-chrysler-case/613810001/.

23.     Attached hereto as Exhibit 19 is a true and correct copy of a press release issued by the USAO, dated August 29, 2017, which is available at https://www.justice.gov/usao-edmi/pr/former-uaw-official-pleads-guilty-scheme-accept-illegal-payments-fiat-chrysler.

24.     Attached hereto as Exhibit 20 is a true and correct copy of the Plea Agreement entered into by Alphons Iacobelli in *United States* v. *Durden et al.* on December 15, 2017, and publicly filed on January 23, 2018, obtained from PACER.

25.     Attached hereto as Exhibit 21 is a true and correct copy of the Plea Agreement entered into by Monica Morgan in *United States* v. *Durden et al.* on December 27, 2017, and publicly filed on February 6, 2018, obtained from PACER.

26.     Attached hereto as Exhibit 22 is a true and correct copy of the Complaint in *DeShetler* v. *FCA US LLC*, No. 3:18-cv-00078 (N.D. Ohio), dated January 11, 2018, obtained from PACER.

27.     Attached hereto as Exhibit 23 is a true and correct copy of a *Wall Street Journal* article titled *Former Fiat Chrysler Executive Pleads Guilty To Illegal Payments For UAW Leaders*, dated January 22, 2018, which is available at https://www.wsj.com/articles/former-fiat-chrysler-executive-pleads-guilty-to-illegal-payments-for-uaw-leaders-1516661886.

28.     Attached hereto as Exhibit 24 is a true and correct copy of a press release issued by the USAO, dated January 22, 2018, which is available at https://www.justice.gov/usao-edmi/pr/fiat-chryslers-former-vice-president-employee-relations-pleads-guilty-conspiracy-pay.

29.     Attached hereto as Exhibit 25 is a true and correct copy of a *Detroit News* article titled *Feds:  FCA Officials Paid To Sway UAW Talks; Ex-Labor Negotiator Pleads Guilty in Corruption Case*, dated January 23, 2018, which is available at https://www.detroitnews.com/story/business/autos/2018/01/22/iacobelli-fca-guilty-plea/109718250/.

30.     Attached hereto as Exhibit 26 is a true and correct copy of the Complaint in *Swanigan* v. *FCA US LLC*, No. 2:18-cv-10319 (E.D. Mich.), dated January 26, 2018, obtained from PACER.

31.     Attached hereto as Exhibit 27 is a true and correct copy of the Information against Keith Mickens in *United States* v. *Durden et al.*, dated February 5, 2018, and publicly filed on February 6, 2018, obtained from PACER.

32.     Attached hereto as Exhibit 28 is a true and correct copy of a *Reuters* article titled *UAW Official's Widow Pleads Guilty To Tax Fraud in Bribery Case*, dated February 6, 2018, which is available at https://www.reuters.com/article/us-fiat-chrysler-corruption-labor/uaw-officials-widow-pleads-guilty-to-tax-fraud-in-bribery-case-idUSKBN1FQ3C1.

33.     Attached hereto as Exhibit 29 is a true and correct copy of a *Detroit News* article titled *Widow of UAW Exec Contrite After Guilty Plea*, dated February 6, 2018, which is available at https://www.detroitnews.com/story/business/autos/2018/02/06/lawyer-auto-scandal-cheated-workers/110162302/.

34.     Attached hereto as Exhibit 30 is a true and correct copy of a *Detroit Free Press* article titled *UAW Widow Cuts Deal in Case; Morgan Faced Corruption Charges, Pleads to Tax Crime*, dated February 7, 2018, obtained from Lexis Advance.

35.     Attached hereto as Exhibit 31 is a true and correct copy of a *Detroit Free Press* article titled *5th Person Charged in UAW-Fiat Chrysler Scandal:  Another Union Exec Accused of Theft*, dated March 13, 2018, which is available at https://www.freep.com/story/news/local/michigan/detroit/2018/03/13/fca-uaw-scandal-keith-mickens/421266002/.

36.    Attached hereto as Exhibit 32 is a true and correct copy of the Plea Agreement entered into by Keith Mickens in *United States* v. *Durden et al.* on March 14, 2018, and publicly filed on April 5, 2018, obtained from PACER.

37.    Attached hereto as Exhibit 33 is a true and correct copy of a *Detroit News* article titled *UAW Corruption Case Widens; Former Senior Official Accused of Spending Training Cash on Self*, dated March 14, 2018, obtained from Lexis Advance.

38.    Attached hereto as Exhibit 34 is a true and correct copy of a *Detroit Free Press* article titled *Official Charged in FCA-UAW Scandal*, dated March 14, 2018, obtained from Lexis Advance.

39.    Attached hereto as Exhibit 35 is a true and correct copy of the Indictment of Nancy Johnson in *United States* v. *Durden et al.*, dated March 14, 2018, obtained from PACER.

40.    Attached hereto as Exhibit 36 is a true and correct copy of a press release issued by the USAO, dated March 21, 2018, which is available at https://www.justice.gov/usao-edmi/pr/former-senior-uaw-official-charged-accepting-prohibited-payments-fiat-chrysler.

41.    Attached hereto as Exhibit 37 is a true and correct copy of a *Click On Detroit* article titled *Former UAW Official Nancy Johnson Charged in Alleged FCA Bribery Scheme*, dated March 21, 2018, which is available at https://www.clickondetroit.com/news/2018/03/21/former-uaw-official-nancy-johnson-charged-in-alleged-fca-bribery-scheme/.

42.    Attached hereto as Exhibit 38 is a true and correct copy of a *Detroit News* article titled *Ex-UAW Official Charged in Scandal*, dated March 22, 2018, obtained from Lexis Advance.

43.     Attached hereto as Exhibit 39 is a true and correct copy of a *Detroit Free Press* article titled *Feds: More Charges in UAW Scandal; Indictment; Top Official Spent $6,900 at Steakhouse, Bought First-Class Airline Tickets*, dated March 22, 2018, obtained from Lexis Advance.

44.     Attached hereto as Exhibit 40 is a true and correct copy of the Plea Agreement entered into by Michael Brown in *United States* v. *Durden et al.* on March 29, 2018, and publicly filed on May 25, 2018, obtained from PACER.

45.     Attached hereto as Exhibit 41 is a true and correct copy of the Information against Michael Brown in *United States* v. *Durden et al.*, dated April 3, 2018, obtained from PACER.

46.     Attached hereto as Exhibit 42 is a true and correct copy of a *Detroit Free Press* article titled *Fiat Chrysler Exec Charged in FCA-UAW Scandal*, dated April 4, 2018, which is available at https://www.freep.com/story/news/local/michigan/detroit/2018/04/04/fiat-chrysler-executive-uaw-scandal/485371002/.

47.     Attached hereto as Exhibit 43 is a true and correct copy of a *Detroit Free Press* article titled *Ex-UAW Official Spent Thousands in Training Money at Best Buy*, dated April 5, 2018, which is available at https://www.freep.com/story/money/cars/chrysler/2018/04/05/uaw-fca-scandal/489130002/.

48.     Attached hereto as Exhibit 44 is a true and correct copy of a *Detroit News* article titled *Former FCA Exec Pleads Guilty to Conspiracy Cover-Up*, dated May 25, 2018, which is available at https://www.detroitnews.com/story/business/autos/chrysler/2018/05/25/fca-michael-brown-guilty-plea/644570002/.

49.     Attached hereto as Exhibit 45 is a true and correct copy of a press release issued by the UAW-Chrysler National Training Center, dated June 8, 2018, which is available at https://www.prnewswire.com/news-releases/uaw-chrysler-national-training-center-files-civil-suit-for-recovery-of-embezzled-funds-300662503.html.

50.     Attached hereto as Exhibit 46 is a true and correct copy of a *Detroit News* article titled *Feds Label Fiat Chrysler, UAW As Co-Conspirators*, dated June 12, 2018, which is available at https://www.detroitnews.com/story/business/autos/2018/06/12/feds-label-fiat-chrysler-uaw-co-conspirators/695076002/.

51.     Attached hereto as Exhibit 47 is a true and correct copy of a *Detroit Free Press* article titled *Widow of UAW VP Holiefield Gets 18 Months in Federal Corruption Case*, dated July 13, 2018, which is available at https://www.freep.com/story/money/cars/chrysler/2018/07/13/uaw-holiefield-sentencing-monica-morgan/782535002/.

52.     Attached hereto as Exhibit 48 is a true and correct copy of a press release issued by the USAO, dated July 13, 2018, which is available at https://www.justice.gov/usao-edmi/pr/wife-former-uaw-vice-president-sentenced-prison-criminal-tax-fraud.

53.     Attached hereto as Exhibit 49 is a true and correct copy of a *Detroit News* article titled *Holiefield Widow Gets 18 Months in UAW-FCA Scandal*, dated July 13, 2018, obtained from Lexis Advance.

54.     Attached hereto as Exhibit 50 is a true and correct copy of excerpts from the transcript of the sentencing hearing of Monica Morgan in *United States* v. *Durden et al.* on July 13, 2018, and publicly filed on August 3, 2018, obtained from PACER.

55.    Attached hereto as Exhibit 51 is a true and correct copy of the Plea Agreement entered into by Nancy Johnson in *United States* v. *Durden et al.* on July 18, 2018, and publicly filed on July 23, 2018, obtained from PACER.

56.    Attached hereto as Exhibit 52 is a true and correct copy of a *Reuters* article titled *Former UAW Official Pleads Guilty in Corruption Probe*, dated July 23, 2018, which is available at https://www.reuters.com/article/fiat-chrysler-corruption-labor-idUSL1N1UJ1KY.

57.    Attached hereto as Exhibit 53 is a true and correct copy of a press release issued by the USAO, dated July 23, 2018, which is available at https://www.justice.gov/usao-edmi/pr/former-senior-uaw-official-pleads-guilty-conspiracy-fiat-chrysler-executives.

58.    Attached hereto as Exhibit 54 is a true and correct copy of a *Detroit News* article titled *UAW Former No. 2 Official at FCA Pleads Guilty in Conspiracy*, dated July 24, 2018, obtained from Lexis Advance.

59.    Attached hereto as Exhibit 55 is a true and correct copy of a *Detroit Free Press* article titled *Former UAW Official Pleads Guilty*, dated July 24, 2018, obtained from Lexis Advance.

60.    Attached hereto as Exhibit 56 is a true and correct copy of the Government Sentencing Memorandum of Alphons Iacobelli in *United States* v. *Durden et al.*, dated August 20, 2018, obtained from PACER.

61.    Attached hereto as Exhibit 57 is a true and correct copy of the court's Opinion and Order in *Swanigan* v. *FCA US LLC*, 2018 WL 4030815 (E.D. Mich. Aug. 23, 2018), dated August 23, 2018, obtained from Westlaw.

62.     Attached hereto as Exhibit 58 is a true and correct copy of excerpts from the transcript of the sentencing hearing of Alphons Iacobelli in *United States* v. *Durden et al.* on August 27, 2018, and publicly filed on September 5, 2018, obtained from PACER.

63.     Attached hereto as Exhibit 59 is a true and correct copy of a *Detroit News* article titled *Corrupt Fiat Chrysler Exec Gets 5.5 Years in Prison*, dated August 27, 2018, which is available at https://www.detroitnews.com/story/business/autos/chrysler/2018/08/27/fiat-chrysler-exec-gets-five-years-prison/1085900002/.

64.     Attached hereto as Exhibit 60 is a true and correct copy of a *Boston Globe* article titled *Fiat Chrysler Official Gets 5½ Years in Bribery Case*, dated August 28, 2018, which is available at https://www.bostonglobe.com/business/2018/08/27/fiat-chrysler-official-gets-years-union-bribery-case/SLUJKt7MtrPlHaWEhKgZdK/story.html.

65.     Attached hereto as Exhibit 61 is a true and correct copy of the Government Sentencing Memorandum of Jerome Durden in *United States* v. *Durden et al.*, dated October 31, 2018, obtained from PACER.

66.     Attached hereto as Exhibit 62 is a true and correct copy of a *Detroit News* article titled *Tears, Sweat and Clues Emerge as Auto, UAW Leaders Face Reckoning*, dated November 7, 2018, which is available at https://www.detroitnews.com/story/business/autos/chrysler/2018/11/07/uaw-and-fiat-chrysler-officials-face-reckoning-federal-court/1917404002/.

67.     Attached hereto as Exhibit 63 is a true and correct copy of excerpts from the transcript of the sentencing hearing of Michael Brown in *United States* v. *Durden et al.* on November 7, 2018, and publicly filed on November 19, 2018, obtained from PACER.

68.    Attached hereto as Exhibit 64 is a true and correct copy of excerpts from the transcript of the sentencing hearing of Jerome Durden in *United States* v. *Durden et al.* on November 7, 2018, and publicly filed on November 20, 2018, obtained from PACER.

69.    Attached hereto as Exhibit 65 is a true and correct copy of excerpts from the transcript of the sentencing hearing of Keith Mickens in *United States* v. *Durden et al.* on November 7, 2018, and publicly filed on November 20, 2018, obtained from PACER.

70.    Attached hereto as Exhibit 66 is a true and correct copy of a press release issued by the U.S. Department of Labor, dated November 8, 2018, which is available at https://www.dol.gov/newsroom/releases/olms/olms20181108.

71.    Attached hereto as Exhibit 67 is a true and correct copy of a *Detroit Free Press* article titled *First UAW Official Sentenced in FCA Scandal; Trio of Defendants Receive Prison Terms, Fines, Detroit Free Press*, dated November 8, 2018, obtained from Lexis Advance.

72.    Attached hereto as Exhibit 68 is a true and correct copy of excerpts from the transcript of the sentencing hearing of Virdell King in *United States* v. *Durden et al.* on November 13, 2018, and publicly filed on January 29, 2019, obtained from PACER.

73.    Attached hereto as Exhibit 69 is a true and correct copy of a *Detroit News* article titled *Disgraced Pioneering UAW Official Faces Reckoning*, dated November 13, 2018, which is available at https://www.detroitnews.com/story/business/autos/chrysler/2018/11/13/disgraced-united-auto-workers-official-sentenced-scandal-involving-fiat-chrysler/1976182002/.

74.    Attached hereto as Exhibit 70 is a true and correct copy of a *Detroit News* article titled *UAW Leader Sentenced To Prison*, dated November 14, 2018, obtained from Lexis Advance.

75.     Attached hereto as Exhibit 71 is a true and correct copy of a *Detroit Free Press* article titled *Judge Rewards Ex-UAW Leader for Cooperation in Case*, dated November 14, 2018, obtained from Lexis Advance.

76.     Attached hereto as Exhibit 72 is a true and correct copy of the court's Memorandum Opinion and Order in *DeShetler* v. *FCA US LLC*, 2018 WL 6257377 (N.D. Ohio Nov. 30, 2018), dated November 30, 2018, obtained from Westlaw.

77.     Attached hereto as Exhibit 73 is a true and correct copy of the Government Sentencing Memorandum of Nancy Johnson in *United States* v. *Durden et al.*, dated December 12, 2018, obtained from PACER.

78.     Attached hereto as Exhibit 74 is a true and correct copy of excerpts from the transcript of the sentencing hearing of Nancy Johnson in *United States* v. *Durden et al.* on December 18, 2018, and publicly filed on January 29, 2019, obtained from PACER.

79.     Attached hereto as Exhibit 75 is a true and correct copy of a *Detroit News* article titled *Ex-UAW Official Nancy Adams Johnson Sent To Prison*, dated December 18, 2018, which is available at https://www.detroitnews.com/story/business/autos/chrysler/2018/12/18/former-uaw-official-nancy-adams-johnson-sentenced-prison/2339643002/.

80.     Attached hereto as Exhibit 76 is a true and correct copy of a *Detroit Free Press* article titled *Ex-No. 2 in UAW's FCA Unit Will Go To Prison*, dated December 19, 2018, obtained from Lexis Advance.

81.     Attached hereto as Exhibit 77 is a true and correct copy of the Information against Norwood Jewell in *United States* v. *Jewell*, No. 2:19-cr-20146 (E.D. Mich.), dated March 18, 2019, obtained from PACER.

82. Attached hereto as Exhibit 78 is a true and correct copy of a *Detroit News* article titled *Former UAW Official Jewell Charged in Labor Conspiracy*, dated March 18, 2019, which is available at https://www.detroitnews.com/story/business/autos/chrysler/2019/03/18/ex-uaw-official-jewell-charged-labor-conspiracy-fiat-chrysler/3200964002/.

83. Attached hereto as Exhibit 79 is a true and correct copy of a *Wall Street Journal* article titled *Former High-Ranking Union Official Charged in Corruption Probe at Fiat Chrysler*, dated March 18, 2019, which is available at https://www.wsj.com/articles/former-high-ranking-union-official-charged-in-corruption-probe-at-fiat-chrysler-11552929164.

84. Attached hereto as Exhibit 80 is a true and correct copy of a *Detroit News* article titled *Corruption Case Climbs Higher Up UAW Ladder*, dated March 19, 2019, obtained from Lexis Advance.

85. Attached hereto as Exhibit 81 is a true and correct copy of the Plea Agreement entered into by Norwood Jewell in *United States* v. *Jewell*, dated April 2, 2019, obtained from PACER.

86. Attached hereto as Exhibit 82 is a true and correct copy of a *Detroit News* article titled *"I Wasn't Perfect," Guilty UAW Exec Jewell Tells Judge*, dated April 2, 2019, which is available at https://www.detroitnews.com/story/business/autos/chrysler/2019/04/02/uaw-legal-fees-rise-amid-corruption-scandal-jewell/3331454002/.

87. Attached hereto as Exhibit 83 is a true and correct copy of a press release issued by the USAO, dated April 2, 2019, which is available at https://www.justice.gov/usao-edmi/pr/former-uaw-vice-president-pleads-guilty-conspiracy-fiat-chrysler-executives.

88. Attached hereto as Exhibit 84 is a true and correct copy of excerpts from FCA's filing with the SEC on Form 6-K, dated May 3, 2019.

89.     Attached hereto as Exhibit 85 is a true and correct copy of the First Amended Complaint in *Bigland* v. *FCA N. Am. Holdings, LLC*, No. 2:19-cv-11659-GAD-SDD (E.D. Mich.), dated June 12, 2019, obtained from PACER.

90.     Attached hereto as Exhibit 86 is a true and correct copy of a *Detroit News* article titled *Fiat Chrysler Negotiates With Feds To Resolve Corruption Probe*, dated June 19, 2019, which is available at https://www.detroitnews.com/story/business/autos/chrysler/2019/06/19/fiat-chrysler-negotiates-feds-resolve-corruption-probe/1489636001/.

91.     Attached hereto as Exhibit 87 is a true and correct copy of a *Detroit News* article titled *FCA, Feds Seek Deal To End Corruption Probe*, dated June 19, 2019, obtained from Lexis Advance.

92.     Attached hereto as Exhibit 88 is a true and correct copy of the minute entry accepting the Plea Agreement entered into by Norwood Jewell in *United States* v. *Jewell*, dated August 5, 2019, obtained from PACER.

93.     Attached hereto as Exhibit 89 is a true and correct copy of an *Automotive News* article titled *Ex-UAW VP Norwood Jewell Sentenced to 15 Months for Role in Corruption Scandal*, dated August 5, 2019, which is available at https://www.autonews.com/manufacturing/ex-uaw-vp-norwood-jewell-sentenced-15-months-role-corruption-scandal.

94.     Attached hereto as Exhibit 90 is a true and correct copy of a press release issued by the USAO, dated August 5, 2019, which is available at https://www.justice.gov/usao-edmi/pr/former-uaw-vice-president-norwood-jewell-sentenced-prison-conspiring-fiat-chrysler.

95.     Attached hereto as Exhibit 91 is a true and correct copy of a *Wall Street Journal* article titled *Former UAW Official Sentenced to Prison for Accepting Illegal Payments*,

dated August 5, 2019, which is available at https://www.wsj.com/articles/former-uaw-official-sentenced-to-prison-for-accepting-illegal-payments-11565038227.

96.     Attached hereto as Exhibit 92 is a true and correct copy of a *Detroit News* article titled *Feds Signal UAW Probe Not Done As Jewell Sent To Prison*, dated August 5, 2019, which is available at https://www.detroitnews.com/story/business/autos/chrysler/2019/08/05/disgraced-former-uaw-vice-president-norwood-jewell-sentencing/1920522001/.

97.     Attached hereto as Exhibit 93 is a true and correct copy of a *Detroit News* article titled *Jewell Gets 15 Months in Prison*, dated August 6, 2019, obtained from Lexis Advance.

98.     Attached hereto as Exhibit 94 is a true and correct copy of a *Detroit Free Press* article titled *Ex-UAW VP Gets 15 Months in Scandal*, dated August 6, 2019, obtained from Lexis Advance.

99.     Attached hereto as Exhibit 95 is a true and correct copy of the Information against Michael Grimes in *United States* v. *Grimes*, No. 2:19-cr-20520 (E.D. Mich.), dated August 9, 2019, obtained from PACER.

100.     Attached hereto as Exhibit 96 is a true and correct copy of a *Detroit News* article titled *Former UAW Official Charged in Growing Scandal*, dated August 15, 2019, obtained from Lexis Advance.

101.     Attached hereto as Exhibit 97 is a true and correct copy of a *Detroit Free Press* article titled *Ex-UAW Official Ensnared in Expanded Probe*, dated August 15, 2019, obtained from Lexis Advance.

102.     Attached hereto as Exhibit 98 is a true and correct copy of the Plea Agreement entered into by Michael Grimes in *United States* v. *Grimes* on September 3, 2019, and publicly filed on September 4, 2019, obtained from PACER.

103. Attached hereto as Exhibit 99 is a true and correct copy of a *CNBC* article titled *Former United Auto Workers Union Official Pleads Guilty to Taking Kickbacks*, dated September 4, 2019, which is available at https://www.cnbc.com/2019/09/04/former-united-auto-workers-union-official-pleads-guilty-to-taking-kickbacks.html.

104. Attached hereto as Exhibit 100 is a true and correct copy of a *Wall Street Journal* article titled *Former UAW Official Pleads Guilty in Federal Probe of Union Corruption*, dated September 4, 2019, which is available at https://www.wsj.com/articles/former-uaw-official-pleads-guilty-in-federal-probe-of-union-corruption-11567615782.

105. Attached hereto as Exhibit 101 is a true and correct copy of a press release issued by the USAO, dated September 4, 2019, which is available at https://www.justice.gov/usao-edmi/pr/former-senior-uaw-official-pleads-guilty-taking-over-15-million-bribes-and-kickbacks.

106. Attached hereto as Exhibit 102 is a true and correct copy of a *Detroit News* article titled *UAW Official Mike Grimes Pleads Guilty*, dated September 4, 2019, which is available at https://www.detroitnews.com/story/business/autos/2019/09/04/uaw-official-mike-grimes-pleads-guilty-federal-charges/2206248001/.

107. Attached hereto as Exhibit 103 is a true and correct copy of the Complaint in *United States* v. *Pearson*, No. 2:19-mj-30488 (E.D. Mich.), dated September 12, 2019, obtained from PACER.

108. Attached hereto as Exhibit 104 is a true and correct copy of a *Reuters* article titled *Factbox:  Highlights from Criminal Complaint in Widening UAW Corruption Probe*, dated September 12, 2019, which is available at https://www.reuters.com/article/us-autos-corruption-labor-factbox/factbox-highlights-from-criminal-complaint-in-widening-uaw-corruption-probe-idUSKCN1VX2XD.

109.    Attached hereto as Exhibit 105 is a true and correct copy of a *Wall Street Journal* article titled *United Auto Workers Official Charged in Widening Federal Probe*, dated September 12, 2019, which is available at https://www.wsj.com/articles/united-auto-workers-official-charged-in-widening-federal-probe-11568317204.

110.    Attached hereto as Exhibit 106 is a true and correct copy of the Plea Agreement entered into by Jeffrey Pietrzyk in *United States* v. *Pietrzyk*, No. 2:19-cr-20630 (E.D. Mich.) on September 19, 2019, and publicly filed on October 22, 2019, obtained from PACER.

111.    Attached hereto as Exhibit 107 is a true and correct copy of the Information against Jeffrey Pietrzyk in *United States* v. *Pietrzyk*, dated September 20, 2019, obtained from PACER.

112.    Attached hereto as Exhibit 108 is a true and correct copy of a *Detroit News* article titled *Feds Charge Another UAW Leader, Says He Received Kickbacks*, dated September 20, 2019, which is available at https://www.detroitnews.com/story/business/autos/2019/09/20/feds-charge-ashton-aide-widening-uaw-scandal/2386702001/.

113.    Attached hereto as Exhibit 109 is a true and correct copy of a *CNBC* article titled *Aide of Retired UAW Leader Pleads Guilty to Criminal Charges as GM Workers Vote on Tentative Deal To End Strike*, dated October 22, 2019, which is available at https://www.cnbc.com/2019/10/22/aide-of-retired-uaw-leader-pleads-guilty-to-criminal-charges.html.

114.    Attached hereto as Exhibit 110 is a true and correct copy of a press release issued by the USAO, dated October 22, 2019, which is available at https://www.justice.gov/usao-edmi/pr/former-senior-uaw-official-pleads-guilty-taking-123000-bribes-and-kickbacks.

115.    Attached hereto as <u>Exhibit 111</u> is a true and correct copy of a *Detroit Free Press* article titled *GM Files Racketeering Lawsuit Against FCA, Saying It Corrupted Labor Talks*, dated November 20, 2019, which is available at https://www.freep.com/story/money/cars/general-motors/2019/11/20/gm-sues-fca-rico-law-corrupted-labor-talks/4248317002/.

116.    Attached hereto as <u>Exhibit 112</u> is a true and correct copy of a *Detroit News* article titled *GM's 'Nuclear' FCA Racketeering Suit Difficult To Prove*, dated November 25, 2019, which is available at https://www.detroitnews.com/story/business/autos/general-motors/2019/11/26/general-motors-nuclear-racketeering-suit-fiat-chrysler-difficult-prove/4259995002/.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of August 2020 on Long Island, New York.

        */s/ Thomas C. White*
        Thomas C. White