**Appendix A:  Public Coverage of the Government's Investigation Prior to the Filing of General Motors' Lawsuit**

| Date | Event | Public Source(s) |
|---|---|---|
| July 26, 2017 | Iacobelli (former Chrysler employee) and Morgan (wife of UAW Vice President) Indictment made public | Iacobelli Indictment, *United States* v. *Durden*, No. 2:17-cr-20406-PDB-RSW (E.D. Mich. July 26, 2017), ECF No. 4 |
| July 26, 2017 | Durden (former Chrysler employee) Information made public | Durden Information, *United States* v. *Durden*, No. 2:17-cr-20406-PDB-RSW (E.D. Mich. June 13, 2017), ECF No. 1 |
| July 26, 2017 | Press coverage of Iacobelli's Indictment and Durden Information | Neal Boudette, *Ex-Fiat Chrysler Executive Accused of Siphoning Millions With Union Leader*, N.Y. Times (July 26, 2017); Melissa Burden & Robert Snell, *Former FCA Exec, Wife of former UAW VP Indicted*, Detroit News (July 26, 2017); USAO Eastern District of Michigan, *Former FCA Executive and Wife of Former UAW Vice President Charged in Scheme to Pay Off UAW Officials* (July 26, 2017); Chester Dawson & Christina Rogers, *Former Fiat Executives Charged with Making Illegal Payments to UAW Leaders*, Wall St. J. (July 26, 2017) |
| July 26, 2017 | FCA press release regarding Iacobelli Indictment and Durden Information | Press Release, FCA US LLC, *Statement in Response to Department of Justice Investigation* (July 26, 2017) |
| August 8, 2017 | Durden pleads guilty | Durden Plea Agreement, *United States* v. *Durden*, No. 2:17-cr-20406-PDB-RSW (E.D. Mich. Aug. 8, 2017), ECF No. 29 |
| August 8-9, 2017 | Press coverage of Durden guilty plea | Jim Lynch, *Former FCA Analyst Pleads Guilty in UAW Probe*, Detroit News (Aug. 8, 2017); Jim Lynch, *Ex-FCA Analyst Pleads Guilty*, Detroit News (Aug. 9, 2017); Brent Snavely, *Key FCA/UAW Player Takes Plea Deal*, Detroit Free Press (Aug. 9, 2017) |
| August 18, 2017 | King (UAW) Information made public | King Information, *United States* v. *Durden*, Case No. 2:17-cr-20406-PDB-RSW (E.D. Mich. Aug. 18, 2017), ECF No. 34 |

| Date | Event | Public Source(s) |
|---|---|---|
| August 18, 2017 | Press coverage of King Information | Robert Snell, *Feds: UAW Funds Used To Buy Designer Shoes, Jewelry*, Detroit News (Aug. 18, 2017); Christina Rogers, *Retired UAW Official Charged in Widening Corruption Probe*, Wall St. J. (Aug. 18, 2017); USAO Eastern District of Michigan, *Former UAW Official Charged in Scheme to Accept Illegal Payments from Fiat Chrysler Automobiles* (Aug. 18, 2017); Reuters, *Former UAW Official Charged in Fiat Chrysler Payoff Case*, N.Y. Times (Aug. 18, 2017) |
| August 29, 2017 | King pleads guilty | King Plea Agreement, *United States* v. *Durden*, Case No. 2:17-cr-20406-PDB-RSW (E.D. Mich. Aug. 29, 2017), ECF No. 43 |
| August 29, 2017 | Press coverage of King guilty plea | *Former UAW Official Virdell King Pleads Guilty in Fiat Chrysler Case*, Detroit Free Press (Aug. 29, 2017); USAO Eastern District of Michigan, *Former UAW Official Pleads Guilty in Scheme to Accept Illegal Payments from Fiat Chrysler Automobiles* (Aug. 29, 2017) |
| January 11, 2018 | *DeShetler* v. *FCA US LLC* complaint filed | Complaint, *DeShetler* v. *FCA US LLC*, Case No. 3:18-cv-00078 (N.D. Ohio Jan. 11, 2018), ECF No. 1 |
| January 22, 2018 | Iacobelli pleads guilty | Iacobelli Plea Agreement, *United States* v. *Durden*, No. 2:17-cr-20406-PDB-RSW (E.D. Mich. Jan. 23, 2018), ECF No. 58 |
| January 22-23, 2018 | Press coverage of Iacobelli guilty plea | Chester Dawson, *Former Fiat Chrysler Executive Pleads Guilty to Illegal Payments for UAW Leaders*, Wall St. J. (Jan. 22, 2018); USAO Eastern District of Michigan, *Fiat Chrysler's Former Vice President for Employee Relations Pleads Guilty to Conspiracy to Pay Off Senior UAW Officials* (Jan. 22, 2018); Bylan Thibodeau & Robert Snell, *Feds: FCA Officials Paid to Sway UAW Talks; Ex-Labor Negotiator Pleads Guilty in Corruption Case*, Detroit News (Jan. 23, 2018) |

A-2

| Date | Event | Public Source(s) |
|---|---|---|
| January 26, 2018 | *Swanigan* v. *FCA US LLC* complaint filed | Complaint, *Swanigan* v. *FCA US LLC*, Case No. 2:18-cv-10319 (E.D. Mich. Jan. 26, 2018), ECF No. 1 |
| February 6, 2018 | Morgan pleads guilty | Morgan Plea Agreement, *United States* v. *Durden*, Case No. 2:17-cr-20406-PDB-RSW (E.D. Mich. Feb 6, 2018), ECF No. 63 |
| February 6-7, 2018 | Press coverage of Morgan guilty plea | Nick Carey, *UAW Official's Widow Pleads Guilty to Tax Fraud in Bribery Case*, Reuters (Feb. 6, 2018); Robert Snell, *Widow of UAW Exec Contrite After Guilty Plea*, Detroit News (Feb. 6, 2018); Tres Baldas, *UAW Widow Cuts Deal in Case; Morgan Faced Corruption Charges, Pleads to Tax Crime*, Detroit Free Press (Feb. 7, 2018) |
| March 13, 2018 | Mickens (UAW) Information made public | Mickens Information, *United States* v. *Durden*, Case No. 2:17-cr-20406-PDB-RSW (E.D. Mich. Feb. 6, 2018), ECF No. 61 |
| March 13-14, 2018 | Press coverage of Mickens Information | Tresa Baldas, *5th Person Charged in UAW-Fiat Chrysler Scandal:  Another Union Exec Accused of Theft*, Detroit Free Press (Mar. 13, 2018); Robert Snell, *UAW Corruption Case Widens; Former Senior Official Accused of Spending Training Cash on Self*, Detroit News (Mar. 14, 2018); Tresa Baldas, *Official Charged in FCA-UAW Scandal*, Detroit Free Press (Mar. 14, 2018) |
| March 21, 2018 | Johnson (UAW) Indictment made public | Johnson Indictment, *United States* v. *Durden*, Case No. 2:17-cr-20406-PDB-RSW (E.D. Mich. Mar. 21, 2018), ECF No. 69 |
| March 21-22, 2018 | Press coverage of Johnson Indictment | USAO Eastern District of Michigan, *Former Senior UAW Official Charged with Accepting Prohibited Payments from Fiat Chrysler Automobiles* (Mar. 21, 2018); Dave Bartkowiak Jr., *Former UAW Official Nancy Johnson Charged in Alleged FCA Bribery Scheme*, Click On Detroit (Mar. 21, 2018); Robert Snell, *Ex-UAW Official Charged in Scandal*, Detroit News (Mar. 22, 2018); Tresa Baldas, *Feds: More Charges in* |

A-3

| Date | Event | Public Source(s) |
|---|---|---|
| | | *UAW Scandal; Indictment; Top Official Spent $6,900 at Steakhouse, Bought First-Class Airline Tickets*, Detroit Free Press (Mar. 22, 2018) |
| April 4, 2018 | Brown (Chrysler) Information made public | Brown Information, *United States* v. *Durden*, Case No. 2:17-cr-20406-PDB-RSW (E.D. Mich. Apr. 4, 2018), ECF No. 86 |
| April 4, 2018 | Press coverage of Brown Information | Tresa Baldas, *Fiat Chrysler Exec Charged in FCA-UAW Scandal*, Detroit Free Press (Apr. 4, 2018) |
| April 5, 2018 | Mickens pleads guilty | Mickens Plea Agreement, *United States* v. *Durden*, Case No. 2:17-cr-20406-PDB-RSW (E.D. Mich. Apr. 5, 2018), ECF No. 88 |
| April 5, 2018 | Press coverage of Mickens guilty plea | Eric D. Lawrence, *Ex-UAW Official Spent Thousands in Training Money at Best Buy*, Detroit Free Press (Apr. 5, 2018) |
| May 25, 2018 | Brown pleads guilty | Brown Plea Agreement, *United States* v. *Durden*, Case No. 2:17-cr-20406-PDB-RSW (E.D. Mich. May 25, 2018), ECF No. 102 |
| May 25, 2018 | Press coverage of Brown guilty plea | Nora Naughton, *Former FCA Exec Pleads Guilty to Conspiracy Cover-Up*, Detroit News (May 25, 2018) |
| July 13, 2018 | Morgan sentencing | Morgan Sentencing Tr., *United States* v. *Durden*, Case No. 2:17-cr-20406-PDB-RSW (E.D. Mich. July 13, 2018), ECF No. 119 (publicly filed on Aug. 3, 2018) |
| July 13-14, 2018 | Press coverage of Morgan sentencing | Eric D. Lawrence, *Widow of UAW VP Holiefield Gets 18 Months in Federal Corruption Case*, Detroit Free Press (July 13, 2018); Robert Snell, *Holiefield Widow Gets 18 Months in UAW-FCA Scandal*, Detroit News (July 14, 2018); USAO Eastern District of Michigan, *Wife of Former UAW Vice President Sentenced to Prison for Criminal Tax Fraud* (July 13, 2018) |
| July 23, 2018 | Johnson pleads guilty | Johnson Plea Agreement, *United States* v. *Durden*, Case No. 2:17-cr-20406-PDB-RSW (E.D. Mich. July 23, 2018), ECF No. 112 |

A-4

| Date | Event | Public Source(s) |
|---|---|---|
| July 23-24, 2018 | Press coverage of Johnson guilty plea | *Former UAW Official Pleads Guilty in Corruption Probe*, Reuters (July 23, 2018); USAO Eastern District of Michigan, *Former Senior UAW Official Pleads Guilty to Conspiracy with Fiat Chrysler Executives* (July 23, 2018); Robert Snell, *UAW Former No. 2 Official at FCA Pleads Guilty in Conspiracy*, Detroit News (July 24, 2018); Frank Witsil, *Former UAW Official Pleads Guilty*, Detroit Free Press (July 24, 2018) |
| August 27, 2018 | Iacobelli sentencing | Iacobelli Sentencing Tr., *United States* v. *Durden*, No. 2:17-cr-20406-PDB-RSW (E.D. Mich. Aug. 27, 2018), ECF No. 134 (publicly filed on Sept. 5, 2018) |
| August 27, 2018 | Press coverage of Iacobelli sentencing | Robert Snell, *Corrupt Fiat Chrysler Exec Gets 5.5 Years in Prison*, Detroit News (Aug. 27, 2018); Tresa Baldas, *Ex-Fiat Chrysler Exec Alphons Iacobelli Gets 5 ½ Years in UAW Scandal*, Detroit Free Press (Aug. 27, 2018); Associated Press, *Fiat Chrysler Official Gets 5½ Years in Bribery Case*, Boston Globe (Aug. 28, 2018) |
| November 7, 2018 | Durden sentencing | Durden Sentencing Tr., *United States* v. *Durden*, Case No. 2:17-cr-20406-PDB-RSW (E.D. Mich. Nov. 7, 2018), ECF No. 171 (publicly filed on November 20, 2018) |
| November 7, 2018 | Brown sentencing | Brown Sentencing Tr., *United States* v. *Durden*, Case No. 2:17-cr-20406-PDB-RSW (E.D. Mich. Nov. 7, 2018), ECF No. 168 (publicly filed on Nov. 19, 2018) |
| November 7, 2018 | Mickens sentencing | Mickens Sentencing Tr., *United States* v. *Durden*, Case No. 2:17-cr-20406-PDB-RSW (E.D. Mich. Nov. 7, 2018), ECF No. 170 (publicly filed on Nov. 20, 2018) |
| November 7-8, 2018 | Press coverage of Durden, Brown and Mickens sentencings | Robert Smell, *Tears, Sweat and Clues Emerge as Auto, UAW Leaders Face Reckoning*, Detroit News (Nov. 7, 2018); U.S. Department of Labor, *Federal Court Sentences Former Fiat Chrysler Executives, UAW Official in Ongoing Investigation* |

A-5

| Date | Event | Public Source(s) |
|---|---|---|
| | | *of Illegal Payoff Scheme* (Nov. 8, 2018); Eric D. Lawrence, *First UAW Official Sentenced in FCA Scandal; Trio of Defendants Receive Prison Terms, Fines*, Detroit Free Press (Nov. 8, 2018) |
| November 13, 2018 | King sentencing | King Sentencing Tr., *United States* v. *Durden*, Case No. 2:17-cr-20406-PDB-RSW (E.D. Mich. Nov. 13, 2018), ECF No. 179 (publicly filed on Jan. 29, 2019) |
| November 13-14, 2018 | Press coverage of King sentencing | Robert Snell, *Disgraced Pioneering UAW Official Faces Reckoning*, Detroit News (Nov. 13, 2018); Robert Snell, *UAW Leader Sentenced to Prison*, Detroit News (Nov. 14, 2018); Eric D. Lawrence, *Judge Rewards Ex-UAW Leader for Cooperation in Case*, Detroit Free Press (Nov. 14, 2018) |
| December 18, 2018 | Johnson sentencing | Johnson Sentencing Tr., *United States* v. *Durden*, Case No. 2:17-cr-20406-PDB-RSW (E.D. Mich. Dec. 18, 2018), ECF No. 180 (publicly filed on Jan. 29, 2019) |
| December 18-19 2018 | Press coverage of Johnson sentencing | Robert Snell, *Ex-UAW Official Nancy Adams Johnson Sent to Prison*, Detroit News (Dec. 18, 2018); Eric D. Lawrence, *Ex-No. 2 in UAW's FCA Unit Will Go To Prison*, Detroit Free Press (Dec. 19, 2018) |
| March 18, 2019 | Jewell (UAW) Information made public | Jewell Information, *United States* v. *Jewell*, Case No. 2:19-cr-20146 (E.D. Mich. Mar. 18, 2019), ECF No. 1 |
| March 18-19, 2019 | Press coverage of Jewell Information | Robert Snell, *Former UAW Official Jewell Charged in Labor Conspiracy*, Detroit News (Mar. 18, 2019); Adrienne Roberts, *Former High-Ranking Union Official Charged in Corruption Probe at Fiat Chrysler*, Wall St. J. (Mar. 18, 2019); Robert Snell, *Corruption Case Climbs Higher Up UAW Ladder*, Detroit News (Mar. 19, 2019) |
| April 2, 2019 | Jewell pleads guilty | Jewell Plea Agreement, *United States* v. *Jewell*, Case No. 2:19-cr-20146 (E.D. Mich. Apr. 2, 2019), ECF No. 10 |

A-6

| Date | Event | Public Source(s) |
|---|---|---|
| April 2, 2019 | Press coverage of Jewell guilty plea | Robert Snell, *"I Wasn't Perfect," Guilty UAW Exec Jewell Tells Judge*, Detroit News (Apr. 2, 2019); USAO Eastern District of Michigan, *Former UAW Vice President Pleads Guilty to Conspiracy with Fiat Chrysler Executives* (Apr. 2, 2019) |
| May 3, 2019 | FCA discloses government investigating whether Chrysler violated Taft-Hartley Act | FCA May 3, 2019 Form 6-K |
| June 19, 2019 | Press coverage regarding Chrysler's negotiations with the U.S. Attorney's Office regarding criminal investigation | Robert Snell *et al.*, *Fiat Chrysler Negotiates with Feds to Resolve Corruption Probe*, Detroit News (June 19, 2019); Robert Snell *et al.*, *FCA, Feds Seek Deal to End Corruption Probe*, Detroit News (June 19, 2019) |
| August 5, 2019 | Jewell sentencing | Jewell Plea Agreement, *United States* v. *Jewell*, Case No. 2:19-cr-20146 (E.D. Mich. Aug. 5, 2019), Minute Entry |
| August 5-6, 2019 | Press coverage of Jewell sentencing | Danielle Szatkowski, *Ex-UAW VP Norwood Jewell Sentenced to 15 Months for Role in Corruption Scandal*, Automotive News (Aug. 5, 2019); USAO Eastern District of Michigan, *Former UAW Vice President Norwood Jewell Sentenced to Prison for Conspiring with Fiat Chrysler to Accept Illegal Payments* (Aug. 5, 2019); Nora Naughton, *Former UAW Official Sentenced to Prison for Accepting Illegal Payments*, Wall St. J. (Aug. 5, 2019); Robert Snell, *Feds Signal UAW Probe Not Done as Jewell Sent to Prison*, Detroit News (Aug. 5, 2019); Robert Snell, *Jewell Gets 15 Months in Prison*, Detroit News (Aug. 6, 2019); Eric D. Lawrence, *Ex-UAW VP Gets 15 Months in Scandal*, Detroit Free Press (Aug. 6, 2019) |
| August 14, 2019 | Grimes (UAW) Information made public | Grimes Information, *United States* v. *Grimes*, Case No. 2:19-cr-20520 (E.D. Mich. Aug. 9, 2019), ECF No. 1 |
| August 15, 2019 | Press coverage of Grimes Information | Robert Snell *et al.*, *Former UAW Official Charged in Growing Scandal*, Detroit News (Aug. 15, 2019); Eric D. |

A-7

| Date | Event | Public Source(s) |
|---|---|---|
| | | Lawrence, *Ex-UAW Official Ensnared in Expanded Probe*, Detroit Free Press (Aug. 15, 2019) |
| August 23, 2019 | Press coverage regarding Chrysler's negotiations with the U.S. Attorney's Office regarding criminal investigation | Charlsey Panzino, *Timeline: The US Investigation of Corruption at Fiat Chrysler, UAW*, S&P Global Market Intelligence (Aug. 23, 2019) |
| September 4, 2019 | Grimes pleads guilty | Grimes Plea Agreement, *United States* v. *Grimes*, Case No. 2:19-cr-20520 (E.D. Mich. Sept. 4, 2019), ECF No. 14 |
| September 4, 2019 | Press coverage of Grimes guilty plea | Michael Wayland, *Former United Auto Workers Union Official Pleads Guilty to Taking Kickbacks*, CNBC (Sept. 4, 2019); Nora Naughton, *Former UAW Official Pleads Guilty in Federal Probe of Union Corruption*, Wall St. J. (Sept. 4, 2019); USAO Eastern District of Michigan, *Former Senior UAW Official Pleads Guilty to Taking Over $1,5 Million in Bribes and Kickbacks* (Sept. 4, 2019); Kalea Hall & Robert Snell, *UAW Official Mike Grimes Pleads Guilty*, Detroit News (Sept. 4, 2019) |
| September 12, 2019 | Pearson (UAW) complaint filed | Complaint, *United States* v. *Pearson*, Case No. 2:19-mj-30488 (E.D. Mich. Sept. 12, 2019), ECF No. 1 |
| September 12, 2019 | Press coverage of Pearson complaint | *Factbox: Highlights from Criminal Complaint in Widening UAW Corruption Probe*, Reuters (Sept. 12, 2019); Nora Naughton, *United Auto Workers Official Charged in Widening Federal Probe*, Wall St. J. (Sept. 12, 2019) |
| September 20, 2019 | Pietrzyk (UAW) Information made public | Pietrzyk Information, *United States* v. *Pietrzyk*, Case No. 2:19-cr-20630 (E.D. Mich. Sept. 20, 2019), ECF No. 1 |
| September 20, 2019 | Press coverage of Pietrzyk Information | Robert Snell, *Feds Charge Another UAW Leader, Says He Received Kickbacks*, Detroit News (Sept. 20, 2019) |
| October 22, 2019 | Pietrzyk pleads guilty | Pietrzyk Plea Agreement, *United States* v. *Pietrzyk*, Case No. 2:19-cr-20630 (E.D. Mich. Oct. 22, 2019), ECF No. 10 |
| October 22, 2019 | Press coverage of Pietrzyk guilty plea | Michael Wayland, *Aide of Retired UAW Leader Pleads Guilty to Criminal Charges as GM Workers Vote on Tentative Deal* |

A-8

| Date | Event | Public Source(s) |
|---|---|---|
| | | *To End Strike*, CNBC (Oct. 22, 2019); USAO Eastern District of Michigan, *Former Senior UAW Official Pleads Guilty to Taking $123,000 in Bribes and Kickbacks* (Oct. 22, 2019) |
| November 20, 2019 | GM files lawsuit against FCA | Complaint, *General Motors* v. *FCA US LLC*, Case No. 2:19-cv-13429 (E.D. Mich. Nov. 20, 2019), ECF No. 1 |