**Appendix B:  Allegations From GM Lawsuit That Were Already Public Information**

| Paragraph in GM Complaint* | Allegation | Date Same Information Made Public | Public Source |
|---|---|---|---|
| ¶ 3 | "[T]he United States Attorney for the Eastern District of Michigan has been conducting a wide-ranging investigation into corruption by and between FCA Group and certain former union leaders." | July 26, 2017 | Iacobelli Indictment, *United States* v. *Durden*, No. 2:17-cr-20406-PDB-RSW (E.D. Mich. July 26, 2017), ECF No. 4; FCA 2017 Form 20-F; USAO Eastern District of Michigan, *Former UAW Vice President Pleads Guilty to Conspiracy with Fiat Chrysler Executives* (Apr. 2, 2019); FCA May 3, 2019 Form 6-K |
| ¶ 3 | "FCA paid millions of dollars in 'prohibited payments and things of value to UAW officers and UAW employees' primarily through the UAW-FCA joint training center (the National Training Center or 'NTC') and, in return, received 'benefits, concessions, and advantages for FCA in the negotiation, implementation, and administration of the collective bargaining agreements between FCA and the UAW.'" | January 23, 2018 | Iacobelli Plea Agreement, *United States* v. *Durden*, No. 2:17-cr-20406-PDB-RSW (E.D. Mich. Jan. 23, 2018), ECF No. 58; Robert Snell *et al.*, *Feds Label Fiat Chrysler, UAW as Co-Conspirators*, Detroit News (June 12, 2018); *DeShetler* v. *FCA US LLC*, 2018 WL 6257377, at *3 (N.D. Ohio 2018); *Swanigan* v. *FCA US LLC*, 2018 WL 4030815, at *1 (E.D. Mich. 2018) |
| ¶ 5 | "[S]enior FCA Group executives 'knowingly and voluntarily joined a conspiracy in which Fiat Chrysler Automobiles US LLC and its executives agreed to pay and deliver, and willfully paid and delivered, more than $1.5 million in prohibited payments and things of value to officers and employees of the UAW.'" | January 23, 2018 | Iacobelli Plea Agreement, *United States* v. *Durden*, No. 2:17-cr-20406-PDB-RSW (E.D. Mich. Jan. 23, 2018), ECF No. 58; *DeShetler*, 2018 WL 6257377, at *3; *Swanigan*, 2018 WL 4030815, at *1 |

---

* Complaint, *General Motors LLC* v. *FCA US LLC*, No. 2:19-cv-13429-PDB-DRG (E.D. Mich. Nov. 20, 2019), ECF No. 1.

| Paragraph in GM Complaint* | Allegation | Date Same Information Made Public | Public Source |
|---|---|---|---|
| ¶ 32 | "Starting in approximately July 2009, Defendants gave . . . items of significant value to UAW officials with the purpose of acquiring and maintaining, directly and indirectly, an interest in and/or control of the FCA-Control Enterprise." | July 26, 2017 | Brown Plea Agreement, *United States* v. *Durden*, Case No. 2:17-cr-20406-PDB-RSW (E.D. Mich. May 25, 2018), ECF No. 102; Iacobelli Indictment, *United States* v. *Durden*, No. 2:17-cr-20406-PDB-RSW (E.D. Mich. July 26, 2017), ECF No. 4; Iacobelli Plea Agreement, *United States* v. *Durden*, No. 2:17-cr-20406-PDB-RSW (E.D. Mich. Jan. 23, 2018), ECF No. 58; Johnson Plea Agreement, *United States* v. *Durden*, Case No. 2:17-cr-20406-PDB-RSW (E.D. Mich. July 23, 2018), ECF No. 112; *DeShetler*, 2018 WL 6257377, at *3; |
| ¶ 35 | "FCA Group and some of its top executives have admitted that they willingly, purposefully, and unlawfully used the NTC as a vehicle to bribe union officials, funneling millions of dollars through the NTC for the benefit of certain union leaders in violation of the Taft-Hartley Act." | June 13, 2017 | Brown Plea Agreement, *United States* v. *Durden*, Case No. 2:17-cr-20406-PDB-RSW (E.D. Mich. May 25, 2018), ECF No. 102; Durden Information, *United States* v. *Durden*, No. 2:17-cr-20406-PDB-RSW (E.D. Mich. June 13, 2017), ECF No. 1; Durden Plea Agreement, *United States* v. *Durden*, No. 2:17-cr-20406-PDB-RSW (E.D. Mich. Aug. 8, 2017), ECF No. 29 |
| ¶ 57 | "Starting as of July 2009, merely one month after Chrysler emerged from bankruptcy, Iacobelli and other FCA officials began to transfer hundreds of thousands of dollars of Chrysler funds to Holiefield. . . . Holiefield's charity, LTLOF, received hundreds of thousands of dollars in furtherance of FCA's | January 22, 2018 | Iacobelli Indictment, *United States* v. *Durden*, No. 2:17-cr-20406-PDB-RSW (E.D. Mich. July 26, 2017), ECF No. 4; Tresa Baldas, *Ex-Fiat Chrysler Exec Alphons Iacobelli Gets 5 1/2 Years in UAW Scandal*, Detroit Free Press (Aug. 27, 2018) |

| Paragraph in GM Complaint* | Allegation | Date Same Information Made Public | Public Source |
|---|---|---|---|
| | anticipated 'high value/high leverage programs' with the UAW." | | |
| ¶ 58 | "[I]n February 2010, Marchionne, acting in the interest and as an agent of FCA Group, gave Holiefield a custom-made Terra Cielo Mare watch worth several thousand dollars." | January 23, 2018 | Iacobelli Plea Agreement, *United States* v. *Durden*, No. 2:17-cr-20406-PDB-RSW (E.D. Mich. Jan. 23 2018), ECF No. 58; Robert Snell, *FCA Chief Failed To Disclose Gift to UAW, Sources Say*, Detroit News (Aug. 16, 2018) |
| ¶ 63 | "FCA officials 'used the credit card accounts and the bank accounts of the NTC to conceal over $1.5 million in prohibited payments and things of value paid to officers and employees of the UAW.'" | May 25, 2018 | Brown Plea Agreement, *United States* v. *Durden*, Case No. 2:17-cr-20406-PDB-RSW (E.D. Mich. May 25, 2018), ECF No. 102; *DeShetler*, 2018 WL 6257377, at *3 |
| ¶ 64 | "FCA and its executives, with the knowledge and approval of FCA NV, made these payments to, according to government prosecutors, keep UAW officials 'fat, dumb, and happy' and to 'buy labor peace.'" | July 27, 2017 | Iacobelli Indictment, *United States* v. *Durden*, No. 2:17-cr-20406-PDB-RSW (E.D. Mich. July 26, 2017), ECF No. 4; Durden Government Sentencing Memorandum, *United States* v. *Durden*, No. 2:17-cr-20406-PDB-RSW (E.D. Mich. Oct. 31, 2018), ECF No. 154; Tresa Baldas, *Feds: Bargaining Rivals Stole Millions from FCA, Kept UAW Officials 'Fat, Dumb and Happy'*, Detroit Free Press (July 27, 2017); *Fat, Dumb and Happy at the UAW*, Wall St. J. (Aug. 3, 2017) |
| ¶ 64 | "FCA, through Iacobelli and its executives, was implementing a corporate policy to buy good relationships with UAW officials. As one FCA executive put it, FCA was making an 'investment,' by 'spending thousands | August 20, 2018 | Iacobelli Government Sentencing Memorandum, *United States* v. *Durden*, No. 2:17-cr-20406-PDB-RSW (E.D. Mich. Aug. 20, 2018), ECF No. 132 |

| Paragraph in GM Complaint* | Allegation | Date Same Information Made Public | Public Source |
|---|---|---|---|
| | here,' in the form of illegal payments to UAW officials through the NTC, in an effort to obtain benefits, concessions, and advantages for FCA in its relationship with the UAW." | | |
| ¶ 66 | "Between July 2009 and 2014, Holiefield and his hand-selected LTLOF board members (which included FCA executive Jerome Durden and UAW officials Keith Mickens and Virdell King) transferred 'more than $386,400 in funds' from the NTC to LTLOF." | August 8, 2017 | Durden Plea Agreement, *United States* v. *Durden*, No. 2:17-cr-20406-PDB-RSW (E.D. Mich. Aug. 8, 2017), ECF No. 29 |
| ¶ 69 | "Iacobelli directed the NTC to follow 'liberal' credit card and expense policies to persuade union officials to take company-friendly positions." | August 18, 2017 | King Information, *United States* v. *Durden*, No. 2:17-cr-20406-PDB-RSW (E.D. Mich. Aug. 18, 2017), ECF No. 34; Iacobelli Indictment, *United States* v. *Durden*, No. 2:17-cr-20406-PDB-RSW (E.D. Mich. July 26, 2017), ECF No. 4; Iacobelli Plea Agreement, *United States* v. *Durden*, No. 2:17-cr-20406-PDB-RSW (E.D. Mich. Jan. 23, 2018), ECF No. 58 |
| ¶ 80 | "'Instead of zealously pursuing union grievances and health and safety issues, senior officials of the UAW sought to line their own pockets with money and things of value provided to them by Fiat Chrysler.' Through these bribes, FCA effectively exercised control of the UAW with respect to the grievance process." | December 12, 2018 | Johnson Government Sentencing Memorandum, *United States* v. *Durden*, No. 2:17-cr-20406-PDB-RSW (E.D. Mich. Dec. 12, 2018), ECF No. 176 |

| Paragraph in GM Complaint[*] | Allegation | Date Same Information Made Public | Public Source |
|---|---|---|---|
| ¶ 89 | "In December 2013, Fiat apparently 'scripted' Holiefield at an UAW Executive Board meeting to support Fiat's goal of buying all of the UAW Trust's stake. Iacobelli emailed that Holiefield would 'create a dialogue pursuant to our outline' at the meeting which, upon information and belief, involved having the UAW support a complete sale of its Chrysler interest to Fiat." | January 23, 2018 | Iacobelli Plea Agreement, *United States* v. *Durden*, No. 2:17-cr-20406-PDB-RSW (E.D. Mich. Jan. 23, 2018), ECF No. 58; *Swanigan*, 2018 WL 4030815, at *1 |
| ¶ 91 | "[T]he UAW itself entered an 'enforceable' MOU with FCA promising to 'actively assist in the achievement of FCA US's long-term business plan.'" | March 5, 2015 | FCA, N.V. 2014 Annual Report on Form 20-F at 38, Mar. 5, 2015. |
| ¶¶ 141–42 | "FCA began to systematically overstate its month-end sales figures, ultimately using the fraud to claim a record-breaking 71-month streak in year-over-year improvements.  Reid Bigland, FCA's Senior Vice President of Sales and the executive in charge of the scheme, alleged that Marchionne was intimately involved with the reporting methodology." | June 12, 2019 | First Am. Compl. at 3, 12, *Bigland* v. *FCA N. Am. Holdings, LLC*, No. 2:19-cv-11659-GAD-SDD (E.D. Mich., June 12, 2019) |