# Exhibit 3

Case 1:19-cv-06770-EK-MMH Document 34-5 Filed 08/21/20 Page 2 of 37 PageID #: 902

**The New York Times**

https://nyti.ms/2tLpDMU

# Ex-Fiat Chrysler Executive Accused of Siphoning Millions With Union Leader

By Neal E. Boudette

July 26, 2017

The former head of labor relations at Fiat Chrysler Automobiles was indicted on conspiracy and other charges by a federal grand jury on Wednesday, accused of siphoning off millions of dollars from a workers training center to pay for lavish travel, gifts, home improvements and other expenses for himself and his main negotiating partner at the United Automobile Workers union.

The executive, Alphons Iacobelli, 57, who suddenly retired from Fiat Chrysler in 2015, used money the company put into a union account to pay for a $350,000 Ferrari 458 Spider, two gold Montblanc pens each worth $35,700, a swimming pool and new kitchen for his home in Rochester Hills, Mich., from 2012 to 2014, according to a 42-page indictment from the United States attorney's office for the Eastern District of Michigan.

Also charged was Monica Morgan, the widow of General Holiefield, a U.A.W. vice president who led the union's negotiations with Fiat Chrysler from 2008 to 2014. Mr. Holiefield came under scrutiny inside the U.A.W. in October 2013, when union officials began investigating hundreds of thousands of dollars in expenses and transfers linked to a union training center, according to the indictment. He retired in 2014 and died of pancreatic cancer the following year.

The indictment said Mr. Iacobelli authorized $1.2 million in payments for the benefit of Mr. Holiefield and his wife from 2009 to 2013. These included $262,219.11 to pay off the mortgage on a home owned by the Holiefields, as well as first-class plane tickets for Ms. Holiefield, and tens of thousands of dollars in cash transfers to companies she managed.

A Fiat Chrysler accountant, Jerome Durden, 61, of Rochester, Mich., was also named in the indictment. Three other employees of the company's employee relations department were mentioned in the indictment, but their names were withheld.

"Today's indictment exposes a disturbing criminal collaboration that was ongoing for years between high-ranking officials" from Fiat Chrysler and the U.A.W., David P. Gelios, a special agent with the Federal Bureau of Investigation in Detroit, said in statement.

Fiat Chrysler said in a statement that it learned of the actions of Mr. Iacobelli and Mr. Durden in June 2015 and that the men had left the company. Fiat Chrysler and the U.A.W. were "victims of malfeasance by their respective employees," the company said.

Dennis Williams, the U.A.W. president, said the union was "appalled" by the charges. "The U.A.W. had absolutely no knowledge of the fraudulent activities detailed in this indictment until they were brought to our attention by the government," he said in a statement.

Both Fiat Chrysler and the U.A.W. said they were cooperating with investigators.

Calls to phone numbers listed under Mr. Iacobelli's name and Mr. Durden's name were not returned. Ms. Morgan could not be reached for comment.

While negotiating contracts, auto executives and union representatives often portray relations as tense, signaling that they are battling to win the best deal for their constituents. In recent years, the U.A.W. has staged short strikes during contract talks to show rank-and-file members that they took a hard line with the auto companies.

Case 1:19-cv-06770-EK-MMH Document 34-5 Filed 08/21/20 Page 3 of 37 PageID #: 903

But the relationship is not always adversarial, however. The industry has seen instances when labor and management representatives have formed close, private ties and crossed legal lines. A decade ago, Volkswagen was rocked by scandal when it was revealed that the company's top worker representative and a senior labor executive had used company accounts to pay for prostitutes, international travel and expensive wines.

The indictment handed down in Detroit indicated that the payments to Mr. Holiefield began as a way of winning his cooperation in negotiations and labor issues.

The payments were made using a bank account and credit cards linked to the U.A.W.-Chrysler National Training Center, in Detroit. The N.T.C., as it was known, was funded by Chrysler with annual payments of $13 million to $31 million.

Early on in the scheme, Mr. Iacobelli and Mr. Durden approved transfers of more than $150,000 from the training center's funds to a charity set up by Mr. Holiefield, according to the indictment. Mr. Durden served as treasurer of the charity, called the Leave the Light On Foundation.

In 2012, training center accounts began paying off large American Express bills for Mr. Iacobelli, and covered the cost of leasing a private airplane, according to the indictment. A payment of $96,000 covered the cost of a swimming pool at his 9,800-square foot, three-story home, which has seven bathrooms. Real estate websites value the residence at $1.4 million.

By October 2013, the U.A.W.'s general counsel began reviewing the training center's accounts and credit card policies, the indictment said. At that time, Detroit media outlets reported that Mr. Holiefield had come under heavy criticism and the U.A.W. president at the time, Bob King, met with several local chapters to quell the uproar. A few weeks later, the union announced Mr. Holiefield would retire the following June. That month, the training center issued the check that paid off Mr. Holiefield's mortgage.

# Exhibit 4

# The Detroit News

**FIAT CHRYSLER**

# Former FCA exec, wife of former UAW VP indicted

**Melissa Burden, and Robert Snell** The Detroit News
Published 2:13 p.m. ET Jul. 26, 2017 | Updated 12:17 p.m. ET Jul. 31, 2017

A former Fiat Chrysler Automobiles NV labor negotiator accused of pocketing employee training funds to pay for a Ferrari and solid-gold Mont Blanc pens has been indicted by a federal grand jury for allegedly conspiring to give $1.2 million in money and goods to officers and employees of the United Auto Workers.

Alphons Iacobelli, 57, of Rochester Hills, who abruptly left FCA a month before the start of 2015 UAW contract negotiations, has been charged with criminal violations of the Labor Management Relations Act.

Also charged was local businesswoman and photographer Monica Morgan, 54, of Harrison Township, whose $262,000 mortgage allegedly was paid off through the scheme. She is the wife of the late General Holiefield, a UAW vice president who died in March 2015. From 2008 through June 2014 he was the top negotiator for the UAW with Chrysler.

Morgan was charged with conspiracy for violations of the act, which prohibits employers or those working for them from giving money or valuables to officers or employees of labor organizations – and vice versa – for labor union representatives.

Iacobelli was vice president for employee relations at FCA, where he had worked since 1993. Fiat Chrysler said in June 2015 he had decided to retire, but on Wednesday the company said he had been fired.

General Motors Co. hired Iacobelli in January 2016 as executive director of labor relations. A GM spokesman declined to comment on Iacobelli's employment status.

Jerome Durden, 61, of Rochester was charged separately with conspiracy to defraud the U.S. He was a financial analyst with FCA's corporate accounting department and from 2008 through 2015 was controller of the UAW-Chrysler National Training Center.

FCA said it intends to pursue "all potential legal remedies" against Iacobelli and any others involved.

"FCA US and the UAW were the victims of malfeasance by certain of their respective employees that held roles at the National Training Center, an independent legal entity. These egregious acts were neither known to nor sanctioned by FCA US," the company said in the statement. "Upon learning of possible malfeasance in June 2015, the company investigated the matter and, as a result, Mr. Iacobelli and Mr. Durden were promptly separated from the company upon FCA US obtaining credible evidence of wrongdoing."

UAW President Dennis Williams in a statement said the union is "appalled" by the allegations in the indictment. It has hired external counsel to conduct an internal investigation into the allegations.

"The UAW had absolutely no knowledge of the fraudulent activities detailed in this indictment until they were brought to our attention by the government," Williams said. "We nevertheless take responsibility for not doing more to exert our influence over the governance policies of the NTC, which might have uncovered this corruption sooner."

The indictment charges Iacobelli and others associated with FCA for making more than $1.2 million in prohibited payments from 2009 to 2014 to Morgan, Holiefield and others. The indictment claims money went toward designer clothing, jewelry, furniture – and paying off a $262,219 mortgage on the home of Holiefield and Morgan.

Authorities say the payments came from a bank account and credit cards from the UAW-Chrysler National Training Center in Detroit, which provides training for union FCA employees.

FCA finances the training center, which from 2009 to 2014 received $13 million to $31 million per year, according to court filings. The government alleges Iacobelli, Durden and two other unnamed people controlled the finances and spending at the training center.

Iacobelli also has been charged with tax violations related to diverting more than $1 million of funds from the UAW-Chrysler center for his own benefit and using them to pay for a $350,000 2013 Ferrari 458 Spider; lease of a private jet; two limited-edition solid-gold Mont Blanc fountain pens costing $37,500 apiece; nearly $100,000 for a swimming pool, outdoor kitchen and outdoor spa at his Rochester Hills home; and landscaping. There were hundreds of thousands dollars of personal credit card expenses, and a relative's student loan was paid off.

Morgan was also charged with using companies including Monica Morgan Photography, Wilson's Diversified Products and a third entity to hide FCA payments made by Iacobelli and others to Holiefield – and for failing to report that income on her individual tax returns.

The filing alleges some payments from FCA to Holiefield were funded through the nonprofit Leave the Light on Foundation in Detroit, which was controlled by Holiefield. Tax records indicate that the group supported youth organizations and education.

The court filing says between July 2009 and May 2011, more than $150,000 was given to the foundation through the training center, including payments of more than $70,000 to Monica Morgan Photography for Morgan's spending at retailers, night clubs and restaurants. Durden was foundation treasurer from 2009-14.

Court documents indicate that in 2011, former UAW President Bob King confronted Holiefield and Iacobelli for selecting Morgan as a vendor for the training center and Holiefield's foundation.

"During a face-to-face meeting in Auburn Hills, Michigan, the UAW president warned Holiefield and Iacobelli that paying Monica Morgan was a bad idea and that they could 'go to jail' and instructed them not to direct any additional business to Monica Morgan," according to the filing.

King and other UAW senior officials began to look into the spending involving the training center, the foundation and Morgan in October 2013, according to court documents.

Durden said he, Iacobelli and others created a spending policy for training center credit cards to keep senior members of the UAW's Chrysler department "fat, dumb and happy," according to the filing. Durden also personally collected credit card statements for Holiefield and other UAW officials at the training center offices and was instructed (by an unnamed FCA employee) to take steps to conceal training center expenditures that benefited UAW officials that could "raise eyebrows," court records say.

Morgan's lawyer, Steve Fishman, declined comment Wednesday. Iacobelli's lawyer, David DuMouchel, also declined to comment.

Durden was charged in a criminal "information," which typically means a guilty plea is expected. His lawyer declined comment Wednesday.

"Today's indictment exposes a disturbing criminal collaboration that was ongoing for years between high ranking officials of FCA and the UAW," David P. Gelios, special agent in charge

of the Detroit Division of the Federal Bureau of Investigation, said in a statement: "The funds misapplied deprived working men and women of critical workforce and professional development opportunities and calls into question the integrity of contracts negotiated during the course of this criminal conspiracy."

Morgan has a history of financial problems. Since 2002, the state and Internal Revenue Service have accused her of failing to pay more than $76,000 in taxes, according to public records. A year before Holiefield died, he took a leave of absence from the union after he accidentally shot Morgan in the stomach at their Harrison Township home. She underwent emergency surgery and recovered.

The charges in the Wednesday indictment, "if proven true, are quite shocking," said Kristin Dzcizek, director of the Industry, Labor and Economics Group at the Center for Automotive Research. "These type of activities are highly irregular uses of joint funds, which are intended to be used for training and other benefits for the membership — not individuals."

While the reputations of both Fiat Chrysler and the union may be bruised by the allegations, Wayne State Law School professor Peter Henning said it looks like a case of greedy embezzlement.

"Essentially this a crime that takes place because no one is looking," said Henning, a former federal prosecutor. "Everyone trusts the chief company negotiator and the union person to act appropriately."

mburden@detroitnews.com

Staff writers Ian Thibodeau, Henry Payne and Keith Laing contributed

# Exhibit 5


United States Department of Justice



THE UNITED STATES ATTORNEY'S OFFICE

# EASTERN DISTRICT *of* MICHIGAN

<u>U.S. Attorneys</u> » <u>Eastern District of Michigan</u> » <u>News</u>

**Department of Justice**

U.S. Attorney's Office

Eastern District of Michigan

FOR IMMEDIATE RELEASE                    Wednesday, July 26, 2017

## Former FCA Executive and Wife of Former UAW Vice President Charged in Scheme to Pay Off UAW Officials

A federal grand jury returned a superseding indictment today charging the former Vice President for Employee Relations for Fiat Chrysler Automobiles US LLC (FCA) with criminal violations of the Labor Management Relations Act, announced Acting U.S. Attorney Daniel L. Lemisch.

Joining in the announcement was David P. Gelios, Special Agent in Charge of the Detroit, Michigan office of the Federal Bureau of Investigation, Manny Muriel, Special Agent in Charge of the Detroit, Michigan office of the Internal Revenue Service – Criminal Investigations, James Vanderberg, Special Agent in Charge of the U.S. Department of Labor – Office of Inspector General and Ian Burg, District Director, U.S. Department of Labor – Office of Labor-Management Standards.

Alphons Iacobelli, 57, of Rochester Hills, Michigan was charged with taking part in a multiyear conspiracy to pay and deliver prohibited money and things of value to officers and employees of the International Union, United Automobile, Aerospace, and Agricultural Workers of America (UAW).

Monica Morgan, 54, of Harrison Township, Michigan was charged with conspiring with Iacobelli and others to violate the Labor Management Relations Act. Morgan is the wife of former UAW Vice President General Holiefield, who died in March of 2015.

The superseding indictment charges Iacobelli and others acting in the interest of FCA with making over $1.2 million in prohibited payments to Morgan and then-UAW Vice President General Holiefield and others. The prohibited

payments and things of value included designer clothing, jewelry, furniture, and paying off the $262,219 mortgage on Holiefield and Morgan's residence in Harrison Township, Michigan. The payments were made using the bank account and credit card accounts of the UAW-Chrysler National Training Center located in Detroit, Michigan. The UAW-Chrysler National Training Center was established to provide for the education, training, and retraining of workers.

The prohibited payments were charged to have occurred between 2009 and 2014 during which time FCA Vice President Alphons Iacobelli and UAW Vice President General Holiefield had primary responsibility for negotiating and administering the collective bargaining agreements between FCA and the UAW.

Alphons Iacobelli was also charged with tax violations related to diverting for his own personal benefit over $1 million in funds from the UAW-Chrysler National Training Center. Iacobelli was charged with diverting those funds to pay for: a Ferrari 458 Spider automobile costing more than $350,000; leasing a private jet; two limited edition Mont Blanc pens costing $37,500 each; a pool and hundreds of thousands of dollars in improvements to his residence; and hundreds of thousands of dollars in personal credit card expenses, among other purchases.

Monica Morgan was also charged with using the companies Monica Morgan Photography, Wilson's Diversified Products, and a third company to conceal payments made by Iacobelli and others acting in the interest of FCA to UAW Vice President General Holiefield and with failing to report the income she received through those companies on her individual tax returns.

Acting U.S. Attorney Lemisch also announced that a separate information was unsealed charging Jerome Durden, 61, of Rochester, Michigan with conspiracy to defraud the United States by impairing, impeding, and obstructing the Internal Revenue Service. Durden was a Financial Analyst in the FCA Corporate Accounting Department who served as the Controller of the UAW-Chrysler National Training Center from 2008 through 2015. The information charges Durden with preparing and filing tax returns for the UAW-Chrysler National Training Center which falsely concealed millions of dollars in payments directed to General Holiefield, Alphons Iacobelli and others.

"Today's indictment exposes a disturbing criminal collaboration that was ongoing for years between high ranking officials of FCA and the UAW", said David P. Gelios, Special Agent in Charge, Detroit Division of the FBI. "The funds misapplied deprived working men and women of critical workforce and professional development opportunities and calls into question the integrity of contracts negotiated during the course of this criminal conspiracy. The FBI and

our federal partners will remain vigilant in our efforts to expose those who participate in corrupt fraud schemes which jeopardize our region's economic vitality and our faith in honest business practices."

"Today's indictment alleges an outrageous abuse of power and misuse of this Chrysler executive's position of trust. The diverted funds from the NTC could have and should have been used to benefit Chrysler employees," said Special Agent in Charge Manny Muriel. "IRS Criminal Investigation and our law enforcement partners are particularly committed to stopping those individuals who use double fraud schemes to defraud corporate funds, bribe others for their own gains and cushion their personal wallets."

"An important mission of the Office of Inspector General is to investigate allegations relating to Labor Racketeering and prohibited payments between union and company officials. We will continue to work with our law enforcement partners to investigate these types of allegations," stated James Vanderberg, Special Agent in Charge, Chicago Region, U.S. Department of Labor, Office of Inspector General.

"OLMS places a high priority on combatting financial malfeasance and safeguarding financial integrity in labor unions," said Ian Burg, Detroit-Milwaukee District Director of the Office of Labor-Management Standards. "This indictment leaves no question as to the agency's commitment to seek justice when anyone puts personal financial gain ahead of the best interests of union members."

Acting U.S. Attorney Lemisch commended the outstanding work of the Federal Bureau of Investigation, the Internal Revenue Service – Criminal Investigations, the US Department of Labor – Office of Inspector General and the U.S. Department of Labor – Office of Labor-Management Standards in conducting a comprehensive criminal investigation into labor corruption activities involving a vital sector of the local and national economy.

An indictment is only a charge and is not evidence of guilt. Every defendant is entitled to a fair trial in which it will be the government's burden to prove guilty beyond a reasonable doubt.

**Attachment(s):**
Download aai_and_mm_-_first_superseding_indictment_-_scanned_file_stamp_copy.pdf

**Topic(s):**
Public Corruption

**Component(s):**
USAO - Michigan, Eastern

# Exhibit 6

## Former Fiat Chrysler Executives Charged With Making Illegal Payments to UAW Leaders;  Former head of labor relations at auto maker and the wife of deceased UAW vice president allegedly pocketed money from a fund set up to train workers - Correction Appended

The Wall Street Journal Online

July 26, 2017

⚑ **Correction Appended**

Copyright 2017 Factiva ®, from Dow Jones
All Rights Reserved

**FACTIVA**®

Copyright 2017 Dow Jones & Company, Inc. All Rights Reserved.

**THE WALL STREET JOURNAL.**

**Section:** BUSINESS

**Length:** 590 words

**Byline:** By Chester Dawson and Christina Rogers

## Body

A federal grand jury indicted a former Fiat Chrysler Automobiles NV executive on charges he made illegal payments to United Auto Workers union leaders and pocketed money from a fund set up to train workers, U.S. officials said Wednesday.

Alphons Iacobelli, 57 years old, a former head of labor relations at Fiat Chrysler, was indicted Wednesday for allegedly violating the Labor Management Relations Act, along with the wife of a former UAW vice president, according to court documents filed by the U.S. Attorney's Office for the Eastern District of Michigan.

"Today's indictment exposes a disturbing criminal collaboration that was ongoing for years between high-ranking officials of FCA and the UAW," said David P. Gelios, special agent in charge of the Federal Bureau of Investigation's Detroit Division.

The 42-page indictment alleges Mr. Iacobelli and others "acting in the interest of FCA" were involved in a scheme to divert $1.2 million in payments and other gifts between 2009 and 2014 to union employees, including the now-deceased UAW vice president, General Holiefield, during a time when he was the union's top negotiator for bargaining with Chrysler.

Former Fiat Chrysler Executives Charged With Making Illegal Payments to UAW Leaders;  Former head of labor relations at auto maker and the wife of deceased UAW ....

The gifts included travel, designer clothing, jewelry and a $262,219 payment to Mr. Holiefield, who died in March 2015, for the mortgage on his Michigan home, the indictment alleges.

Mr. Iacobelli was also charged with tax violations for using $1 million in funds from the accounts belonging to the UAW-Chrysler National Training Center for his own benefit, including the purchase of a Ferrari 458 Spider costing more than $350,000, federal investigators charge.

Mr. Iacobelli declined to comment on the allegations. He referred inquiries to his attorney, who couldn't be reached for immediate comment.

Attempts to reach Monica Morgan, 54, who was married to Mr. Holiefield, were unsuccessful.

The UAW said it was appalled by the allegations and had no knowledge of them before being informed by the government, with whom it said it is fully cooperating. "The UAW has zero tolerance for corruption or wrongdoing of this kind at any level," Dennis Williams, the union's president, said in a statement.

Mr. Iacobelli abruptly left Fiat Chrysler weeks before the start of union negotiations in 2015 and more recently consulted for General Motors Co. on labor matters. A spokesman for GM said the company is looking into the matter, but wouldn't say if Mr. Iacobelli is currently employed by the auto maker.

At the time Mr. Iacobelli parted ways with FCA, the company said he retired. But on Wednesday FCA said it terminated Mr. Iacobelli and another employee after investigating the matter and "obtaining credible evidence of wrongdoing."

The company said it learned of the allegations of impropriety from the government in June 2015 and since then has worked with the UAW to improve financial controls and transparency at the training center.

FCA said it is cooperating with federal prosecutors and "intends to pursue all potential legal remedies against Mr. Iacobelli and any other culpable parties."

The other FCA official charged separately is Jerome Durden, 61, who the government said was a financial analyst in the company's accounting department and served as the controller of the training center from 2008 to 2015. He allegedly conspired to obstruct the government's investigation and conceal millions of dollars in illicit payments.

Attempts to reach Mr. Durden were unsuccessful.

Write to Chester Dawson at   chester.dawson@wsj.com   and Christina Rogers at christina.rogers@wsj.com

## Notes

Former Fiat Chrysler Executives Charged With Making Illegal Payments to UAW Leaders;  Former head of labor relations at auto maker and the wife of deceased UAW ....

PUBLISHER: Dow Jones & Company, Inc.

## Correction

Corrections & Amplifications

The indictment alleges Mr. Iacobelli and others "acting in the interest of FCA" were involved in a scheme to divert $1.2 million in payments and other gifts between 2009 and 2014 to union employees. Mr. Iacobelli was also charged with tax violations for using $1 million in funds from the accounts belonging to the UAW-Chrysler National Training Center for his own benefit. An earlier version of this article incorrectly said those indicted were involved in scheme to divert $1.2 billion and that Mr. Iacobelli was charged with tax violations for using $1 billion in funds from the training center. (July 26)

# Exhibit 7

# Detroit Free Press

NEWS

# Feds: Bargaining rivals stole millions from FCA; kept UAW officials 'fat, dumb and happy'

*FBI says pair raids millions for themselves and to keep top UAW officials 'fat, dumb and happy'*

**Tresa Baldas** Detroit Free Press
Published 9:14 p.m. ET Jul. 27, 2017 | **Updated 8:32 p.m. ET Jul. 28, 2017**

They were supposed to be rivals across the bargaining table, one jockeying for the best deal for Fiat Chrysler, the other pushing for a good contract for autoworkers.

Instead, the FBI says, former Fiat Chrysler executive Al Iacobelli  and the late UAW Vice President General Holiefield were scheming to enrich themselves, jet-setting and buying luxury watches, jewelry, a Ferrari and $37,500 Mont Blanc pens with money that was supposed to help train autoworkers.

The top negotiators did this, authorities allege, by secretly funneling FCA money through a UAW training center and a fake children's charity, ultimately spending it on themselves. They pulled it off with the help of an FCA financial analyst who cooked the books, they say, and ignored a warning years ago that they could "go to jail" for their misdeeds.

**More:** FBI also looked into kickbacks in return for Chrysler plant jobs

To pull off the scam, a criminal indictment says, the pair plotted to keep senior union members "fat, dumb and happy."  While contracts were being negotiated on behalf of tens of thousands of autoworkers, prosecutors allege, FCA officials were secretly siphoning money from the company and giving it to senior union officials as an investment in "relationship building."

The scheme lasted for six years, authorities say. But the FBI and Department of Labor caught on, triggering a criminal investigation that surfaced this week, shaking up one of the country's largest and most powerful unions and a billion-dollar international auto giant.

In an indictment unsealed Wednesday, the federal government charged Iacobelli and Holiefield's widow with multiple corruption crimes, alleging they and others perverted the negotiation process by taking millions in FCA money that they weren't entitled to.

According to the indictment, Iacobelli committed the alleged crimes while he was supposed to be looking out for FCA's best interests at the bargaining table. As FCA's vice president for employee relations, he was responsible for negotiating with the UAW and administering contracts between the union and the company. He was also responsible for helping resolve disputes and grievances involving union employees.

**More:** A look at the key players snared in UAW/Fiat Chrysler indictment

FBI also looked into kickbacks in return for Chrysler plant jobs

Holiefield, who died in 2015, was the senior UAW official responsible for negotiating contracts with Fiat Chrysler on behalf of the union.

Detroit's FBI chief David P. Gelios  went so far Wednesday as to say the indictment "calls into question the integrity of contracts negotiated during the course of this criminal conspiracy."

Charged in the case are Iacobelli, 57, of Rochester Hills; Holiefield's widow, Monica Morgan, 54, of Harrison Township; and Jerome Durden, 61, of Rochester, a financial analyst at FCA who allegedly helped conceal the fraud.  According to sources familiar with the probe, more indictments are in the pipeline, targeting both FCA and UAW officials.

## Fake charity

In March of 2011, Holiefield, then the top union negotiator for the UAW's Fiat Chrysler workers, solicited donations for a charity called Leave the Light On. He

claimed in a donor letter that he formed the foundation "to help children who are struggling with hardships."

The charity ended up helping him and his wife instead, the government says.

According to the indictment, between 2009 and 2011, the Leave the Light On charity paid more than $70,000 — almost all of its operating budget — to Holiefield's wife's business: Monica Morgan Photography. She spent the money at retailers, night clubs and restaurants.

All of that money was really flowing from FCA, prosecutors say. And there was plenty more of it that flowed Holiefield's and Morgan's way, the government alleges.

According to the indictment, Iacobelli siphoned money from the UAW-Chrysler National Training Center and funneled it to Holiefield, himself and others. He was able to do this because he and Durden — the FCA financial analyst — controlled the training center's finances and spending.

And there was plenty of money to be spent.

The training center was funded by FCA — receiving from $13 million to $31 million a year. At the direction of Iacobelli, here is where some of that money went, according to the indictment:

• $150,000 was transferred to the Leave the Light On foundation, which was controlled by Iacobelli and Holiefield. Durden was treasurer.
• $30,000 in airline tickets for Holiefield and Morgan to travel to Miami, Las Vegas and Los Angeles.
• A four-night stay for Holiefield — at $3,100 per night — at a suite in the Beverly Hills Hotel in California.

• In 2014, a $262,219 NTC check paid off Holiefield and Morgan's mortgage on their Harrison Township home.
• Iacobelli used $403,834 in NTC funds to pay off his personal American Express and Chase credit cards.
• Iacobelli used $35,000 in NTC funds as a down payment for two Mont Blanc fountain pens costing $35,700 each. He later completed the purchase with $40,684

in NTC funds.

• Iacobelli used $375,047 in NTC funds to install a swimming pool, outdoor kitchen and outdoor spa at his Rochester Hills home.

• Iacobelli used $350,000 in NTC funds to buy a 2013 Ferrari 458 Spider.

While the perks were going out, prosecutors say, the schemers were careful not to get caught and cautioned one another about leaving a paper trial.

In one e-mail, Durden informed Iacobelli and other FCA officials that "UAW officials had made arrangements" for Morgan to fly first-class to San Diego from Detroit.

Iacobelli e-mailed back, stating: "Wouldn't put this in writing. No worries. We can cover."

Durden received a similar e-mail from another FCA employee: "Next time just tell us about it verbally."

## You 'could go to jail'

In 2011, Iacobelli and Holiefield received a warning.

The two top negotiators for the union and automaker had picked Morgan — Holiefield's wife — to be a vendor to the National Training Center. She was going to provide shirts, key chains, coffee mugs and other novelty items to the center through a company she had formed called Wilson's Diversified Products.

Morgan got the business without submitting a bid or a quote.

Then UAW President Bob King thought this was a bad idea. He confronted Holiefield and Iacobelli face to face.

"The UAW president warned Holiefield and Iacobelli that paying Monica Morgan was a bad idea and that they could 'go to jail,' " the indictment reads. "And (he) instructed them not to direct any additional business to Monica Morgan."

They did so anyway, but secretly.

According to the indictment, Morgan and Holiefield approached an associate and asked the person to set up a new company to supply shirts, cups and other trinkets to the NTC. The associate obliged and got the deal, without a bid or quote.

In 2012, the National Training Center transferred more than $200,000 to that company, identified as Morgan Company A. Within a year, $85,000 of that money was transferred to Holiefield and Morgan.

## 'Fat, dumb and happy'

Starting in 2012, Iacobelli saw to it that Holiefield and other senior UAW officials obtained National Training Center credit cards. He directed Durden to obtain the cards. The financial analyst obliged.

And the union officials were encouraged to use them for personal expense.

According to the indictment, Durden reported that he, Iacobelli and others at FCA "had created a liberal spending policy for the NTC issued credit cards as part of their effort to keep the senior members of the UAW Chrysler Department 'fat, dumb and happy.' "

The cards were used liberally.

The indictment alleges Holiefield made more than $200,000 in personal purchases on his credit card, including jewelry, furniture, designer clothing and other items. Iacobelli authorized the charges.

Durden collected Holiefield's credit card statements, instructing members of the NTC accounting staff "not to open, examine or review the NTC credit card statements."

In 2013, red flags went up.

According to the indictment, the UAW's president, top lawyer and other union officials started looking into financial transactions involving the National Training Center, the Leave the Light On foundation and Morgan.

According to the indictment, Iacobelli got an e-mail from an unnamed FCA employee stating: "The UAW president and the UAW general counsel want to go through NTC financials looking for something. …. They are apparently questioning something about (the charity's) payments … General needs to talk to you directly."

In January of 2014, the indictment said, the UAW president made official requests to FCA for information on the use of NTC credit cards by Holiefield and others. Iacobelli and Durden refused to prove information.

When the UAW president asked a second time, Iacobelli sent this e-mail to an unnamed FCA employee:

"We are providing nothing … We're gonna have fun with these evil people."

## The charges

David DuMouchel, attorney for Iacobelli, has declined to comment.

Morgan, who bills herself as a prominent photographer and businesswoman, could not be reached for comment by the Free Press and did not respond to a text message.

Iacobelli formerly served as Fiat Chrysler's vice president of employee relations. He abruptly left the company in June 2015, a month before contract negotiations were to start.  He now works for General Motors.

Iacobelli and Morgan are charged with violating the Labor Management Relations Act, which prohibits companies from paying money or giving perks to union officials and vice versa.

The government doesn't have to show why the money was given, or prove that it affected contract negotiations and resulted in bad deals for workers. Under this federal law, it only has to show that the money was given.

UAW President Dennis Williams issued a statement saying the union "had absolutely no knowledge of the fraudulent activities" alleged in the indictment and that the union is cooperating with the Justice Department.

"The UAW is appalled at the allegations contained in the Department of Justice's (DOJ) indictment, which constitute a betrayal of trust by a former vice president of our union," the statement said. "The UAW has zero tolerance for corruption or wrongdoing of this kind at any level."

Fiat Chrysler issued a statement saying the Auburn Hills automaker has cooperated fully with the U.S. Attorney's Office and "intends to pursue all potential legal remedies against Mr. Iacobelli and any other culpable parties."

The automaker said it first learned about possible wrongdoing in June 2015 and that Iacobelli and Durden were let go following an investigation.

Iacobelli was hired in January 2016 by GM is currently working as executive director of labor relations.

GM Spokesman Tom Wickham declined to comment on details of the case, stating only: "We first became aware of the indictment on July 26 and are reviewing the case. As a matter of practice, we don't comment on current or past employees."

*Free Press reporter Brent Snavely contributed to this report.*

# Exhibit 8

## 'Fat, Dumb and Happy' at the UAW;  An indictment details a multimillion-dollar corruption scheme.

The Wall Street Journal Online

August 3, 2017

Copyright 2017 Factiva ®, from Dow Jones
All Rights Reserved



Copyright 2017 Dow Jones & Company, Inc. All Rights Reserved.

### THE WALL STREET JOURNAL.

**Section:** OPINION

**Length:** 608 words

**Byline:** By The Editorial Board

## Body

In December 2014, United Automobile Workers vice president General Holiefield accidentally fired the gun he was cleaning on his kitchen table, hitting his wife, Monica Morgan, in the abdomen. If you think that's bad, wait until you hear about the gut-shot the couple allegedly dealt to Holiefield's union members.

An indictment unsealed last week claims the labor chief, who died of cancer in 2015, secretly teamed up with his bargaining-table opponent at Fiat Chrysler, Alphons Iacobelli. The feds say they and other conspirators skimmed millions from the UAW National Training Center, a tax-exempt, Fiat Chrysler-funded entity that was supposed to help union automotive workers get job training.

The indictment claims Mr. Iacobelli availed himself of National Training Center money, buying limited edition gold Montblanc pens and a $350,000 Ferrari. He also allegedly installed a swimming pool, outdoor kitchen and spa at his Michigan home, renovations that cost $375,000, and paid off a relative's student loans.

The indictment says the training center also spent $425,000 at a swag company owned by Holiefield's wife, Ms. Morgan, while an additional $70,000 was funneled from the fund to the union boss's nonprofit to his wife's photography business. More training center cash paid for Ms. Morgan's first-class plane tickets, her $12,400 four-night stay at the luxe Beverly Hills Hotel, and the $262,000 mortgage on the townhouse she and Holiefield owned, the indictment says. Happy wife, happy life, we guess.

'Fat, Dumb and Happy' at the UAW;  An indictment details a multimillion-dollar corruption scheme.

That's in addition to the $924,000 Holiefield received in legal union compensation between 2009 and 2014, purportedly for representing the interests of UAW members. He and Mr. Iacobelli were responsible for negotiating contracts between Fiat Chrysler and the union over pay, bonuses and working conditions.

Detroit's FBI chief said last week that the indictment "calls into question the integrity of contracts negotiated during the course of this criminal conspiracy," which the feds say ran for six and a half years. Jerome Durden, a Fiat Chrysler accountant who allegedly cooked the books, put it more bluntly, according to the indictment: This corrupt spending was intended to keep Holiefield and other senior UAW officials "fat, dumb and happy," he said.

Mr. Iacobelli and Ms. Morgan have pleaded not guilty, while Mr. Durden will be arraigned Friday.

"The UAW has zero tolerance for corruption or wrongdoing of this kind at any level," union President Dennis Williams said of the scandal, adding that it is cooperating with investigators. Yet the UAW has quite the rap sheet. Since 2001 at least 47 of its members, including officials at several locals, have pleaded guilty to corruption and embezzlement charges.

There are also eyebrow-raising expenditures that are legal. For instance, the union, which has nearly a billion in total assets, owns a lakeside retreat and golf course in Michigan, valued at more than $34 million last year, which includes an indoor pool, two basketball courts, a sauna, beaches and hiking trails. The luxury property was "designed for the upper echelon of the UAW," one retiree  told  these pages in 2009. Six-figure salaries are the norm for top brass. And the union's last financial disclosure includes expenditures at Sea World Orlando, as well as several casinos, bowling alleys and golf courses.

The union's high-paid officials are no doubt cringing over the timing of the indictment's release. Employees at Nissan's Mississippi plant are voting this week on whether to join the UAW. Those automotive workers would do well to ask if this is the kind of outfit they want to hand a chunk of their wages to.

## Notes

PUBLISHER: Dow Jones & Company, Inc.

# Exhibit 9

# Former FCA analyst pleads guilty in UAW probe

**Jim Lynch**, **The Detroit News**    Published 10:57 a.m. ET Aug. 8, 2017



**Buy Photo**

*(Photo: John T. Greilick / The Detroit News)*

*Ann Arbor* — A former financial analyst with Fiat Chrysler Automobiles NV who is charged with helping to improperly channel more than $4.5 million in blue-collar training funds to union officials pleaded guilty in U.S. District Court on Tuesday.

Jerome Durden, 61, of Rochester Hills, faced charges of conspiracy to defraud the U.S. and failure to file a tax return — all linked to an investigation into improper financial activities at the UAW-Chrysler National Training Center. Durden was the center's controller and pleaded guilty to both charges. He allegedly used some of the training funds for $4,300 in new carpeting at his home.

"He's doing the right thing," said Judith Gracey, Durden's attorney, following the hearing in Ann Arbor. Durden declined to comment.

Durden now faces up to 37 months in prison as part of a plea agreement reached with the U.S. Attorney's Office. He had faced as much as five years in prison on the conspiracy charge. His sentencing is scheduled for Dec. 12 in Ann Arbor.

Durden is expected to cooperate with prosecutors and could prove to be a damaging witness against members of the alleged conspiracy, said Peter Henning, a Wayne State University law professor and former federal prosecutor who has followed the case.

"They've gotten the witness to help follow the money," Henning said. "It strengthens your case and could help the U.S. Attorney's Office move up the food chain and get into the inner circle."

He is one of three charged in the case which came to light in an unsealed indictment released in late July. Former top Fiat Chrysler labor negotiator, 57-year-old Alphons Iacobelli, also faces charges as does Monica Morgan-Holiefield, 54, of Harrison Township. She is the widow of former UAW Vice President General Holiefield.

Durden is alleged to have helped transfer millions of dollars in training center funds to Holiefield, Morgan-Holiefield and Iacobelli who used the funds on personal luxuries.

Durden and co-conspirators used the training center "as a conduit" to hide prohibited payments and valuables paid directly and indirectly to Holiefield and other UAW officials "by persons acting in the interest of Fiat Chrysler Automobiles US LLC," according to court documents.

As part of the scheme from 2009 to 2015, Durden "agreed and conspired" with Iacobelli, Holiefield, Morgan-Holiefield, a senior UAW official called UAW-2, the training center and the Leave the Light on Foundation, other individuals and entities to defraud the U.S., according to court filings.

Durden was controller of the training center between 2008 and 2015 and was secretary of the center's Joint Activities Board. He was employed by Fiat Chrysler as a member of the company's corporate accounting department. Fiat Chrysler said that after it learned about the allegations in June 2015, it fired Durden.

Durden admitted to "preparing and filing numerous false tax returns" on behalf of the nonprofit training center and the Leave the Light on Foundation and acknowledged the false tax returns caused more than $1 million in tax losses to the U.S., prosecutors say.

"Mr. Durden's criminal conduct was part of a broader pattern of dishonesty and collusion among those implicated in this investigation," David P. Gelios, special agent in charge of the Detroit Division of the FBI, said in a statement. "Top level executives at FCA and the UAW chose to misappropriate over a million dollars directly from the NTC at the expense of the FCA workforce. The FBI and its federal partners will remain vigilant in exposing and prosecuting anyone, regardless of their position within an organization, who violates federal laws."

Iacobelli is accused of pocketing union worker training funds to buy a $350,000 Ferrari, two solid-gold Mont Blanc pens and to install a pool and outdoor kitchen at his upscale Rochester Hills home.

Morgan-Holiefield, the widow of Holiefield who died in 2015, is alleged to have received some $30,000 in airline tickets and had the $262,000 mortgage on her and Holiefield's home paid off using the training center funds.

A magistrate judge last week issued not guilty pleas on behalf of Iacobelli and Morgan-Holiefield who are out on bond before a jury trial slated for Sept. 25.

Iacobelli and Morgan-Holiefield are charged with criminal violations of the Labor Management Relations Act, which prohibits employers or those working for them from paying, lending or delivering money or other valuables to officers or employees of labor organizations — and from labor leaders from accepting such items. Iacobelli also is charged with tax violations.

Iacobelli was fired by Fiat Chrysler in June 2015 as vice president of employee relations and was hired by General Motors Co. in January 2016 as executive director of labor relations. GM has declined to comment on Iacobelli's employment status.

UAW President Dennis Williams previously released a letter to union members denying the transactions between FCA officials and union negotiators had any impact on bargaining.

Prosecutors with the U.S. Attorney's Office believe payments to union officials came from a bank account and credit cards from the training center. Improper funds also reached Holiefield through the nonprofit Leave the Light on Foundation.

jlynch@detroitnews.com

(313) 222-2034

Staff writers Melissa Burden and Robert Snell contributed.

Read or Share this story: https://www.detroitnews.com/story/business/autos/chrysler/2017/08/08/former-fiat-chrysler-analyst-pleads-guilty-uaw-probe/104399452/

# **Exhibit 10**

# Detroit Free Press

**CHRYSLER**

# Ex-Fiat Chrysler analyst Jerome Durden pleads guilty in federal UAW probe

**Brent Snavely** Detroit Free Press

Published 1:55 p.m. ET Aug. 8, 2017 | **Updated 1:18 p.m. ET Aug. 9, 2017**

A former Fiat Chrysler Automobiles financial analyst at the center of a federal investigation into fraud involving the automaker and the United Auto Workers pleaded guilty to two criminal charges today in Ann Arbor.

Jerome Durden, 61, of Rochester was the controller of the UAW-Chrysler National Training Center, or NTC, from 2009 to 2015. He has been accused of helping to steer funds, plane tickets, mortgage payments and other goods valued at more than $4.5 million to UAW Vice President General Holiefield, former Fiat Chrysler vice president Al Iacobelli and others.

Along with Durden, Iacobelli and Holiefield's widow, Monica Morgan, were indicted last month as part of a federal investigation. Holiefield died in 2015.

"Mr. Darden's criminal conduct was part of a broader pattern of dishonesty and collusion among those implicated in this investigation," David Gelios, the FBI agent of the Detroit Division, said in a statement. "Top-level executives at FCA and the UAW chose to misappropriate over a million dollars directly from the NTC at the expense of the FCA workforce. The FBI and its federal partners will remain vigilant in exposing and prosecuting anyone, regardless of their position within an organization, who violates federal laws."

Durden pleaded guilty today in court to one count of conspiracy to defraud the U.S. "by impeding, impairing, obstructing and defeating the Internal Revenue Service" from investigating, according to a plea agreement filed in U.S. district court.

He also pleaded guilty to filing false tax returns over a period of five consecutive years that failed to disclose hundreds of thousands of dollars in payments to Iacobelli, Holiefield, one or more companies controlled by Morgan and a nonprofit charity controlled by Holiefield called the Leave the Light on Foundation.

Durden could have faced a maximum term of five years, or 60 months, in prison in and maximum fines of $275,000.

Instead, the government agreed to recommend a prison term of 37 months in prison and may be forced to pay unpaid taxes as part of restitution, according to the plea deal. Federal Judge John Corbett O'Meara will decide if the terms are fair and adequate. Durden's sentencing has been set for Dec. 12.

His attorney, Judith Gracey, said Durden has no other criminal history.

"He wanted to do the right thing, and take responsibility," Gracey said of her client's decision to plead guilty.

### Related:

Feds: UAW, FCA execs were in cahoots in multimillion-dollar scam that funded trips, cars

Friends defend UAW exec's widow in alleged $2.2M scam: 'She is not (a) gold digger'

Once a rising star, now she's FBI target in alleged FCA/UAW scam

According to the plea agreement, Durden prepared tax forms for the UAW-Chrysler National Training Center and concealed and failed to report improper expenditures each year between 2011 and 2015.

Durden, who was a financial analyst at Chrysler, served as controller of the training center from 2008 to 2015 and as treasurer of the Leave the Light on Foundation from 2009 to 2015.

"Durden ... and others directed and caused the (training center) to engage in hundreds of thousands of dollars in business transactions with interested parties, including current and former officers, directors, trustees and key employees, with their family members and with entities they owned or controlled, which business transactions were falsely and fraudulently omitted from (tax forms)," according to a plea agreement filed with the court.

The Free Press has reported that the investigation is ongoing, with additional indictments possible. An attorney for retired UAW Associate Director Virdell King has confirmed that she is among the targets of the investigation.

Fiat Chrysler said it removed Durdan and Iacobelli from their positions in June 2015, shortly after the government informed the company of its investigation.

UAW President Dennis Williams said the UAW's leadership knew nothing about Holiefield's illegal activities until the U.S. Attorney's Office contacted it last year.

"This is certainly one of the toughest moments our union has faced in years," Williams said in a letter to union members on Aug. 1. "We are heartbroken and horrified to learn a man we knew, trusted and loved was involved in these alleged misdeeds."

Both Morgan and Iacobelli were arraigned last week and both pleaded not guilty. Attorneys for both have said that their clients do not want to talk about the investigation.

*Contact Brent Snavely: 313-222-6512 or bsnavely@freepress.com. Follow him on Twitter @BrentSnavely. Staff writer Tresa Baldas contributed to this report.*

# Exhibit 11

## Key FCA/UAW player takes plea deal; Ex-money analyst at heart of probe

Detroit Free Press (Michigan)

August 9, 2017 Wednesday, 1 Edition

Copyright 2017 Detroit Free Press All Rights Reserved

**Section:** OPINION; Pg. A13

**Length:** 722 words

**Byline:** By, Brent Snavely, Detroit Free Press

## Body

A former Fiat Chrysler Automobiles financial analyst at the center of a federal investigation into fraud involving the automaker and the UAW pleaded guilty to two criminal charges Tuesday in Ann Arbor.

Jerome Durden, 61, of Rochester was the controller of the UAW-Chrysler National Training Center, or NTC, from 2009 to 2015. He has been accused of helping to steer funds, plane tickets, mortgage payments and other goods valued at more than $4.5 million to UAW Vice President General Holiefield, former Fiat Chrysler vice president Al Iacobelli and others.

Along with Durden, Iacobelli and Holiefield's widow, Monica Morgan, were indicted last month as part of a federal investigation. Holiefield died in 2015.

"Mr. Darden's criminal conduct was part of a broader pattern of dishonesty and collusion among those implicated in this investigation," David Gelios, the FBI agent of the Detroit Division, said in a statement. "Top-level executives at FCA and the UAW chose to misappropriate over a million dollars directly from the NTC at the expense of the FCA workforce. The FBI and its federal partners will remain vigilant in exposing and prosecuting anyone, regardless of their position within an organization, who violates federal laws."

Durden pleaded guilty Tuesday in court to one count of conspiracy to defraud the U.S.  "by impeding, impairing, obstructing and defeating the Internal Revenue Service" from investigating, according to a plea agreement filed in U.S. District Court.

He also pleaded guilty to filing false tax returns over a period of five consecutive years that failed to disclose hundreds of thousands of dollars in payments to Iacobelli, Holiefield, one or more companies controlled by Morgan and a nonprofit charity controlled by Holiefield called the Leave the Light on Foundation.

Durden could have faced a maximum term of six years, or 72 months, in prison in and maximum fines of $275,000.

Instead, the government agreed to recommend a prison term of 37 months in prison and may be forced to pay unpaid taxes as part of restitution, according to the plea deal. Federal Judge John

Key FCA/UAW player takes plea deal; Ex-money analyst at heart of probe

Corbett O'Meara will decide if the terms are fair and adequate. Durden's sentencing has been set for Dec. 12.

His attorney, Judith Gracey, said Durden has no other criminal history.

"He wanted to do the right thing, and take responsibility," Gracey said of her client's decision to plead guilty.

According to the plea agreement, Durden prepared tax forms for the UAW-Chrysler National Training Center and concealed and failed to report improper expenditures each year between 2011 and 2015.

Durden, who was a financial analyst at Chrysler, served as controller of the training center from 2008 to 2015 and as treasurer of the Leave the Light on Foundation from 2009 to 2015.

"Durden ... and others directed and caused the (training center) to engage in hundreds of thousands of dollars in business transactions with interested parties, including current and former officers, directors, trustees and key employees, with their family members and with entities they owned or controlled, which business transactions were falsely and fraudulently omitted from (tax forms)," according to a plea agreement filed with the court.

The Free Press has reported that the investigation is ongoing, with additional indictments possible. An attorney for retired UAW Associate Director Virdell King has confirmed that she is among the targets of the investigation.

Fiat Chrysler said it removed Durdan and Iacobelli from their positions in June 2015, shortly after the government informed the company of its investigation.

UAW President Dennis Williams said the UAW's leadership knew nothing about Holiefield's illegal activities until the U.S. Attorney's Office contacted it last year.

"This is certainly one of the toughest moments our union has faced in years," Williams said in a letter to union members on Aug. 1. "We are heartbroken and horrified to learn a man we knew, trusted and loved was involved in these alleged misdeeds."

Both Morgan and Iacobelli were arraigned last week and both pleaded not guilty. Attorneys for both have said that their clients do not want to talk about the investigation.

Contact Brent Snavely: 313-222-6512 or bsnavely@freepress.com Follow him on Twitter @BrentSnavely. Staff writer Tresa Baldas contributed to this report.