# Exhibit 14

# Feds: UAW funds used to buy designer shoes, jewelry

<u>Robert Snell</u>, **The Detroit News**    Published 2:41 p.m. ET Aug. 18, 2017 | **Updated 11:22 p.m. ET Aug. 18, 2017**



*(Photo: Facebook.com)*

*Detroit* — Federal prosecutors offered a more detailed view Friday of a years-long conspiracy involving auto industry executives and labor leaders raiding a workers' training fund to buy luxury items, including $1,000 Christian Louboutin shoes, jewelry, a $2,180 shotgun and more.

The conspiracy deepened as prosecutors charged a fourth person in a $4.5 million corruption scandal involving two pillars of the auto industry, Fiat Chrysler Automobiles and the United Auto Workers. High-ranking leaders of FCA and the UAW with six-figure salaries, often cast as adversaries in bitter labor battles, conspired to dip into a multimillion fund created for training blue-collar workers, prosecutors alleged.

Former UAW labor executive Virdell King, 65, of Detroit, the first black woman to head a local UAW-Chrysler union and who later served on the UAW-Chrysler National Training Center's governing board, was charged in federal court with pocketing thousands of dollars worth of illegal payments and is expected to help the government prosecute others involved in the scandal.

The case against King emerged three weeks after a federal grand jury indicted former Fiat Chrysler executive Alphons Iacobelli and Monica Morgan-Holiefield, widow of former UAW Vice President General Holiefield. The auto executive and the widow are accused of conspiring in a scheme that drained more than $4.5 million from the training center over several years.

New allegations about the misuse of training center funds could hurt the UAW's reputation and possible organizing activities, said Michelle Krebs, a senior analyst with Autotrader.

"Clearly something needs to give in terms of financial oversight, because how this went on is quite stunning," she said. "And if I were a union member I would be extremely unhappy that funds are being improperly used."

Iacobelli sanctioned the use of training center cards for personal expenses in a bid to keep senior UAW leaders "fat, dumb and happy," according to a court filing that raises questions about the sanctity of earlier labor deals.

The government alleges several people, including King, conspired to violate a federal labor law designed to combat corruption of the collective bargaining process.



**Alphons Iacobelli** *(Photo: Paul Sancya / AP file)*

On Friday, prosecutors said Iacobelli unleashed the shopping sprees with a simple order.

"If you see something you want, feel free to buy it," Iacobelli said, prosecutors quoted him as saying in Friday's court filing.

UAW President Dennis Williams, in a statement Friday, said he was "disheartened by the misconduct alleged in today's indictment."

"Ms. King is no longer with the union and hasn't been since February 2016," Williams said in the statement. "Based on our own internal investigation, we believe anyone who engaged in intentional misconduct is no longer employed by the UAW. We continue to cooperate with the DOJ and share information with the government."

The investigation involves several federal agencies, including the FBI, Internal Revenue Service and Labor

Department.

"This alleged conspiracy among several union and corporate officials to abuse their positions for personal gains at the expense of hard-working Chrysler employees is highly alarming," Ian Burg, director of the Office of Labor-Management Standards Detroit-Milwaukee District Office, said in a statement. "… these efforts make it far more likely that leaders in the labor union movement who illegally profit at the expense of their membership will be held to account for their crimes."

The criminal filing against King came one day after The Detroit News reported that King used a training center credit card to buy a $2,180 shotgun (/story/business/autos/chrysler/2017/08/17/uaw-executives-tapped-training-center-funds-luxury-purses-shotgun/104703766/)as a birthday present for UAW Vice President Norwood Jewell.

On Friday, Fiat Chrysler announced it had canceled a media event next week featuring Jewell and the automaker's CEO Sergio Marchionne at the Belvidere Assembly Plant in Illinois.

FCA said the cancellation was due to scheduling issues.

The criminal filing Friday mentions the shotgun among more than $40,000 in personal purchases King is accused of making with training center credit cards from 2012 to 2015.

King bought items for herself and other senior UAW officials, prosecutors said. The purchases also included golf equipment, luggage, and concert and theme-park tickets — all of which were purchased with training center funds.

King's lawyer declined comment Friday.

The News previously reported that King was told to buy the shotgun by Jewell's top administrative assistant, Nancy Johnson, in August 2015, according to sources familiar with the investigation.

Johnson has not been charged with a crime. She declined to comment to The News.

Johnson was not named in the filing Friday, which described events surrounding the shotgun purchase. Instead, prosecutors refer to "UAW-4" as a senior labor official in the Chrysler department who told King to buy the shotgun in August 2015.

"Ask them for a really good one with (a) case," "UAW-4" wrote in a text, according to prosecutors.

King bought the shotgun and charged the purchase to her training center credit card, prosecutors said.

"UAW-4" made more than $75,000 worth of purchases on a training center credit card from 2014 to 2016, according to the government.

The shopping spree included clothes, jewelry, luggage, meals and designer shoes.

In March 2015, the month General Holiefield died, "UAW-4" used a training center credit card to buy Christian Louboutin shoes that cost more than $1,000. The stiletto pumps with blood-red soles are popular among celebrities and wealthy fashionistas.

"UAW-4" encouraged King to buy a pair, too. The same month, King swiped her training center card and spent more than $1,000 on her own pair, prosecutors said.

King, who was paid $128,930 in 2015, the year before she retired, was charged in a criminal "information," which means a guilty plea is expected in coming days.

The News first reported that King was a potential target July 31 amid questions about her personal use of a training center credit card (/story/business/autos/chrysler/2017/07/31/fiat-chrysler-uaw-scandal-near-new-potential-target/104181184/). King was part of the UAW-Chrysler bargaining teams in both 2011 and 2015 and she spent years on the training center's board.

If convicted of crimes that could send them to federal prison for up to five years, Iacobelli and Morgan-Holiefield risk losing their homes to the government (http://If%20convicted%20of%20crimes%20that%20could%20send%20them%20to%20federal%20prison%20for%20up%20to%20five%20years,%20Iacobelli%C2%A0 Holiefield%20risk%20losing%20their%20homes%20to%20the%20government.%20A%20trial%20date%20for%20the%20two%20has%20been%20scheduled A trial date for the two has been scheduled for Sept. 25.

Former Fiat Chrysler financial analyst Jerome Durden, 61, of Rochester Hills, struck a plea deal (/story/business/autos/chrysler/2017/08/08/former-fiat-chrysler-analyst-pleads-guilty-uaw-probe/104399452/) last week and is expected to cooperate with prosecutors.

Staff Writer Melissa Burden contributed.

Read or Share this story: https://www.detroitnews.com/story/business/autos/2017/08/18/retired-uaw-executive-virdell-king-charged/104721558/

# Exhibit 15

## [Retired UAW Official Charged in Widening Corruption Probe;  Virdell King is fourth individual charged in investigation into misuse of training funds by UAW, Fiat Chrysler officials](#)

The Wall Street Journal Online

August 18, 2017

Copyright 2017 Factiva ®, from Dow Jones
All Rights Reserved



Copyright 2017 Dow Jones & Company, Inc. All Rights Reserved.

### THE WALL STREET JOURNAL.

**Section:** BUSINESS

**Length:** 550 words

**Byline:** By Christina Rogers

## Body

Federal prosecutors charged a fourth individual Friday in a widening investigation into alleged misuse of auto worker-training funds by officials at the United Auto Workers union and Fiat Chrysler Automobiles NV.

Retired UAW Associate Director Virdell King, a once fast-rising star at the union, was charged in U.S. District Court for allegedly conspiring with others to steal more than $4.5 million from accounts belonging to a joint UAW-Fiat Chrysler training center, according to court documents filed by the U.S. Attorney's Office for the Eastern District of Michigan.

Ms. King, who retired from the UAW in February 2016, allegedly used credit cards issued by the training center to buy designer shoes, clothing, jewelry and luggage, federal prosecutors charge. She is also charged with making an additional $40,000 in purchases using Fiat Chrysler funds for other senior UAW officials, including concert tickets and golf equipment, the court filings said.

A $2,180 shotgun was also purchased by Ms. King using training-center funds and then given to current UAW Vice President Norwood Jewell as a gift, according to the court documents and a statement from the UAW.

The UAW says Mr. Jewell wasn't aware Ms. King used training money to purchase the shotgun when he accepted the gift and reimbursed the center when he learned of the alleged misconduct. "We have thoroughly investigated the matter and concluded Norwood Jewell did nothing illegal," the union said in a statement.

Retired UAW Official Charged in Widening Corruption Probe;  Virdell King is fourth individual charged in investigation into misuse of training funds by UAW, Fia....

Ms. King's attorney, John Shea, declined to comment.

The investigation has already ensnared former Fiat Chrysler labor-relations executive Al Iacobelli and financial analyst Jerome Durden, both of whom  have been charged  with violating the Labor Management Relations Act for allegedly stealing worker-training funds and making illegal payments to UAW leaders. Mr. Durden pleaded guilty earlier this month and faces up to five years in prison. Mr. Iacobelli pleaded not guilty and has declined to comment on the allegations.

Monica Morgan, the wife of now-deceased UAW Vice President General Holiefield, was also indicted last month for her alleged involvement in the conspiracy, according to court filings. She pleaded not guilty.

Fiat Chrysler supports the training center, which was established in the 1980s to provide auto-plant workers with additional education. In recent years, the auto maker's payments to the training center have ranged from $13 million to $31 million a year.

The misconduct allegedly began in 2009, the same year Chrysler emerged from bankruptcy under Fiat Chrysler's control, and continued through 2014, according to court filings.

Federal prosecutors allege Mr. Iacobelli, who at the time was the company's lead negotiator for labor contracts with the union, stole more than $1 million in training funds for personal benefit, including the purchase of a $350,000 Ferrari sports car, $37,500 in Mont Blanc pens and $100,000 in home improvements.

In a statement Friday, UAW President Dennis Williams said he was disheartened by the allegations and emphasized that Ms. King is no longer with the union. "Based on our own internal investigation, we believe anyone who engaged in the intentional misconduct is no longer employed by the UAW," he added.

Write to Christina Rogers at  christina.rogers@wsj.com

## Notes

PUBLISHER: Dow Jones & Company, Inc.

# Exhibit 16

 United States Department of Justice

## THE UNITED STATES ATTORNEY'S OFFICE
## EASTERN DISTRICT *of* MICHIGAN

U.S. Attorneys » Eastern District of Michigan » News

**Department of Justice**

U.S. Attorney's Office

Eastern District of Michigan

FOR IMMEDIATE RELEASE                    Friday, August 18, 2017

## Former UAW Official Charged in Scheme To Accept Illegal Payments from Fiat Chrysler Automobiles

A superseding information was filed in federal court charging the former Assistant Director of the UAW Chrysler Department with criminal violations of the Labor Management Relations Act, announced Acting U.S. Attorney Daniel L. Lemisch.

Joining in the announcement was James Vanderberg, Special Agent in Charge of the U.S. Department of Labor – Office of Inspector General, Ian Burg, District Director, U.S. Department of Labor – Office of Labor-Management Standards, David P. Gelios, Special Agent in Charge of the Detroit, Michigan office of the Federal Bureau of Investigation, and Manny Muriel, Special Agent in Charge of the Detroit, Michigan office of the Internal Revenue Service – Criminal Investigations,

Virdell King, 65, of Detroit, Michigan, was charged with taking part in a multiyear conspiracy for UAW officials to accept money and things of value from Fiat Chrysler Automobiles US (FCA) between 2011 and 2015.

According to court documents, Virdell King was one of the senior UAW officials responsible for negotiating and administering the national collective bargaining agreements with FCA on behalf of tens of thousands of UAW members. Virdell King was also a member of the UAW's National Negotiating Committees in 2011 and 2015 that negotiated the collective bargaining agreements between the UAW and FCA.

The Superseding Information charges Virdell King with accepting thousands of dollars in designer shoes, clothing, jewelry, luggage and other personal items, all of which were purchased using credit cards issued through the UAW-Chrysler National Training Center. According to court documents, FCA Vice President Alphons Iacobelli

told senior UAW officials that they could use their NTC credit cards to make personal purchases, stating "if you see something you want, feel free to buy it."

Beyond the purchases for herself, the Superseding Information charges Virdell King with making over $40,000 of additional purchases between December of 2012 and August of 2015 at the direction and for the benefit of other senior UAW officials. Those additional purchases included a shotgun, golf equipment, luggage, concert tickets, theme park tickets and other personal items. All of the credit card purchases were paid for with funds provided by FCA.

"This alleged conspiracy among several union and corporate officials to abuse their positions for personal gains at the expense of hard-working Chrysler employees is highly alarming," said Ian Burg, Director of the Office of Labor-Management Standards (OLMS) Detroit-Milwaukee District Office. "OLMS remains committed to fulfilling its mission of protecting the rights of union members and maintains a zero tolerance policy regarding financial misconduct by union officials. OLMS will continue to partner with other law enforcement agencies to investigate allegations of corruption by union officials whose members have placed their work lives in their trust."

"Years of fraud and corruption within a select group of the FCA and UAW hierarchy continue to be eroded through the diligence and collaboration of law enforcement in the Detroit metropolitan area, said David P. Gelios, Special Agent in Charge, Detroit Division of the FBI. The superseding information against Virdell King highlights the FBI's commitment to end the abusive practice of using union training finances for personal gain. As evidenced, these efforts make it far more likely that leaders in the labor union movement who illegally profit at the expense of their membership will be held to account for their crimes."

Acting U.S. Attorney Lemisch commended the outstanding work of the US Department of Labor – Office of Inspector General and Office of Labor-Management Standards, the Federal Bureau of Investigation, and the Internal Revenue Service – Criminal Investigations for continuing to conduct a comprehensive criminal investigation into labor corruption activities involving a vital sector of the local and national economy.

An information is only a charging document and is not evidence of guilt. A defendant is entitled to a fair trial in which it will be the government's burden to prove guilt beyond a reasonable doubt.

**Topic(s):**
Public Corruption

**Component(s):**
USAO - Michigan, Eastern

# Exhibit 17

Case 1:19-cv-06770-EK-MMH    Document 34-7    Filed 08/21/20    Page 11 of 18 PageID #: 982

**The New York Times**    https://nyti.ms/2v9Clkf

# Former U.A.W. Official Charged in Fiat Chrysler Payoff Case

**By Reuters**

Aug. 18, 2017

A former senior official at the United Automobile Workers union was charged on Friday with conspiring with other union officials to accept improper payments from Fiat Chrysler Automobiles officials over four years.

The official, Virdell King, 65, of Detroit, who was with the U.A.W. until February 2016, was charged with conspiracy to violate labor laws in the United States District Court in Detroit.

Ms. King was one of the senior U.A.W. officials responsible for negotiating and administering the contract between Fiat Chrysler and the union, the government said.

A lawyer for Ms. King, John Shea, declined Friday to comment. Ms. King is the fourth person charged in the investigation.

The Justice Department charged Ms. King with accepting thousands of dollars in designer shoes, clothing, jewelry, luggage and other personal items, all of which were purchased using credit cards issued through the U.A.W.-Chrysler National Training Center. She also made at least $40,000 in purchases for other union officials, the government said.

The government said that Jerome Durden, a former Fiat Chrysler official, conspired to divert more than $4.5 million in training center funds. He pleaded guilty on Aug. 8 to conspiracy and preparing false tax returns and faces up to 37 months in prison under a plea deal.

A former Fiat Chrysler vice president for employee relations, Alphons Iacobelli, was charged last month with making $1.2 million in improper payments to a former union vice president and his wife. He has pleaded not guilty.

The former union vice president, General Holiefield, retired in 2014 and died of pancreatic cancer the following year. His widow, Monica Morgan, was charged in the case last month.

According to court documents, Mr. Iacobelli told senior U.A.W. officials that they could use training center credit cards to make personal purchases, stating, "If you see something you want, feel free to buy it."

The government said in court documents that at least five senior U.A.W. officials, including Ms. King, had made personal purchases with the credit cards.

The U.A.W. president, Dennis Williams, said Friday the union was "disheartened by the misconduct alleged in today's indictment."

David P. Gelios, an agent with the Federal Bureau of Investigation in Detroit, said that "years of fraud and corruption within a select group of the F.C.A. and U.A.W. hierarchy continue to be eroded through the diligence and collaboration of law enforcement."

Fiat Chrysler's chief executive, Sergio Marchionne, said last month that the "deplorable" conduct "had nothing whatsoever to do with the collective bargaining process." The company also said in July that the crimes were neither known to nor sanctioned by Fiat Chrysler. The company declined to elaborate on Friday.

# Exhibit 18

# Detroit Free Press

**CHRYSLER**

# Former UAW official Virdell King pleads guilty in Fiat Chrysler case

Detroit Free Press
Published 4:12 p.m. ET Aug. 29, 2017

A former United Auto Workers associate director has pleaded guilty to misusing money from Fiat Chrysler that was intended to train blue-collar workers.

Sixty-five-year-old Virdell King pleaded guilty Tuesday to one felony count of conspiracy to violate the Labor Management Relations Act. Under a plea agreement, she faces up to 16 months in prison and restitution payments of up to $15,000. A judge set her sentencing for Jan. 3, 2018.

King is the second person to plead guilty in the case. The government says former Fiat Chrysler labor executive Al Iacobelli provided UAW officials with credit cards linked to the company-sponsored training center. Iacobelli has pleaded not guilty.

The Detroit News reports King and her attorney declined to comment after her appearance in U.S. District Court in Ann Arbor.

**Read more:**

Feds: Fiat Chrysler VP bribed UAW execs 'to take company friendly positions'

Once a rising star, now she's FBI target in alleged FCA/UAW scam

# Exhibit 19

Case 1:19-cv-06770-EK-MMH   Document 34-7   Filed 08/21/20   Page 16 of 18 PageID #: 987



## THE UNITED STATES ATTORNEY'S OFFICE
## EASTERN DISTRICT *of* MICHIGAN

<u>U.S. Attorneys</u> » <u>Eastern District of Michigan</u> » <u>News</u>

**Department of Justice**

U.S. Attorney's Office

Eastern District of Michigan

FOR IMMEDIATE RELEASE                                   Tuesday, August 29, 2017

## Former UAW Official Pleads Guilty in Scheme to Accept Illegal Payments from Fiat Chrysler Automobiles

A former Assistant Director of the UAW Chrysler Department pleaded guilty today to committing violations of the Labor Management Relations Act, announced Acting U.S. Attorney Daniel L. Lemisch.

Joining in the announcement was James Vanderberg, Special Agent in Charge of the U.S. Department of Labor – Office of Inspector General, Ian Burg, District Director, U.S. Department of Labor – Office of Labor-Management Standards, David P. Gelios, Special Agent in Charge of the Detroit, Michigan office of the Federal Bureau of Investigation, and Manny Muriel, Special Agent in Charge of the Detroit, Michigan office of the Internal Revenue Service – Criminal Investigations,

Virdell King, 65, of Detroit, Michigan, pleaded guilty before United States District Judge John Corbett O'Meara for her role in a multiyear conspiracy in which UAW officials accepted money and things of value from Fiat Chrysler Automobiles US (FCA) between 2011 and 2015.

According to court documents, Virdell King was one of the senior UAW officials responsible for negotiating and administering the national collective bargaining agreements with FCA on behalf of tens of thousands of UAW members. Virdell King was also a member of the UAW's National Negotiating Committees in 2011 and 2015 that negotiated the collective bargaining agreements between the UAW and FCA.

According to the Superseding Information Virdell King accepted thousands of dollars in designer shoes, clothing, jewelry, luggage and other personal items, all of which were purchased using credit cards issued through the UAW-Chrysler National

Training Center. According to court documents, FCA Vice President Alphons Iacobelli told senior UAW officials that they could use their NTC credit cards to make personal purchases, stating "if you see something you want, feel free to buy it."

Beyond the purchases for herself, the Superseding Information charges Virdell King with making over $40,000 of additional purchases between December of 2012 and August of 2015 at the direction and for the benefit of other senior UAW officials. Those additional purchases included a shotgun, golf equipment, luggage, concert tickets, theme park tickets and other personal items. All of the credit card purchases were paid for with funds provided by FCA.

"Union rank and file members deserve the undivided loyalty of their leadership. Collusion between management and labor, that serves to line the pockets of corrupt individuals, is a breach of trust and will be prosecuted", said Daniel L. Lemisch, Acting U.S. Attorney.

Today's guilty plea is another step towards ending a culture of corruption between some leaders at the UAW and FCA responsible for collective bargaining agreements, said David P. Gelios, Special Agent in Charge, Detroit Division of the FBI."

"Virdell King's plea casts a dark shadow on UAW contracts negotiated while she was a member of the International Union's collective bargaining team. As a high ranking official, she was entrusted to negotiate contracts and implement them to serve the union members she represented, but instead she traded away their trust for more than $40,000 in shoes, jewelry, clothing and other things that were ultimately paid for by Fiat Chrysler Automobiles. We will continue to investigate corrupt union officials who violate their duty to the members they represent for personal gain" stated James Vanderberg, Special Agent-in-Charge, Chicago Region, United States Department of Labor, Office of Inspector General.

Sentencing of King is set for January 3, 2018.

Acting U.S. Attorney Lemisch commended the outstanding work of the US Department of Labor – Office of Inspector General and Office of Labor-Management Standards, the Federal Bureau of Investigation, and the Internal Revenue Service – Criminal Investigations for continuing to conduct a comprehensive criminal investigation into labor corruption activities involving a vital sector of the local and national economy

---

**Topic(s):**
Public Corruption

**Component(s):**
USAO - Michigan, Eastern