# Exhibit 23

## Former Fiat Chrysler Executive Pleads Guilty to Illegal Payments for UAW Leaders;  Alphons Iacobelli also took company money for himself, admits to false tax return

The Wall Street Journal Online

January 23, 2018

Copyright 2018 Factiva ®, from Dow Jones
All Rights Reserved

**FACTIVA**®

Copyright 2018 Dow Jones &amp; Company, Inc. All Rights Reserved.

**THE WALL STREET JOURNAL.**

**Section:** BUSINESS

**Length:** 741 words

**Byline:** By Chester Dawson

## Body

DETROIT-A former Fiat Chrysler Automobiles NV executive pleaded guilty Monday to making illegal payments to United Auto Workers union leaders and to filling a false tax return that failed to include $840,000 in income illegally siphoned from the company.

Alphons Iacobelli, 58 years old, a former head of labor relations at Fiat Chrysler, agreed to plead guilty to violating the Labor Management Relations Act as part of a plea deal with federal prosecutors probing officials in charge of collective bargaining agreements.

The plea came six months after a grand jury  indicted him  for his alleged role in a conspiracy to funnel money from Fiat Chrysler through a union training center to top union officials. According to the plea agreement, Mr. Iacobelli faces a maximum sentence of up to eight years imprisonment.

At a federal court hearing in Detroit, a solemn Mr. Iacobelli said he "knowingly and voluntarily joined an ongoing conspiracy" to authorize more than $1.5 million in illegal payments to UAW leaders.

Assistant U.S. Attorney Bruce Judge told the court the payments were made on behalf with funds directly from the company or through the worker training center it financed.

A spokesman for the UAW said it was "appalled" by the charges and working with Fiat Chrysler to increase transparency at its training center "to reduce the risk of any future recurrence of

Former Fiat Chrysler Executive Pleads Guilty to Illegal Payments for UAW Leaders;  Alphons Iacobelli also took company money for himself, admits to false tax re....

these activities." The union said previously it  has removed a handful of officials it believes to have been connected to the alleged conspiracy. The UAW represents more than 100,000 factory workers employed by Fiat Chrysler, Ford Motor Co. and General Motors Co. It negotiates collective bargaining agreements with the three companies on a quadrennial basis.

Federal prosecutors allege the misconduct began in 2009, the same year Chrysler  emerged from bankruptcy , and continued through 2014. That time frame overlaps with a four-year labor deal the UAW reached with Fiat Chrysler in 2011. Messrs. Iacobelli and Holiefield were the union and company's top bargainers leading negotiations at the time.

Mr. Iacobelli said the payments he authorized to UAW officials included credit card purchases of electronics, furniture and jewelry, as well as a $262,219 check from UAW-Chrysler National Training Center to pay off the mortgage on the home of a former UAW vice president and his wife.

That payment was made to the now-deceased UAW vice president, General Holiefield, and his wife during a time when he was the union's top negotiator for bargaining with Fiat Chrysler. Mr. Holiefield's wife, Monica Morgan, has been charged separately.

A spokesperson for Fiat Chrysler had no immediate comment Monday. The company said in July that the alleged actions by its top labor executive "were neither known to nor sanctioned" by the company. CEO Sergio Marchionne echoed that position in an email sent that month to employees.

Mr. Iacobelli  abruptly left  Fiat Chrysler before the start of union negotiations in 2015 and after that consulted for General Motors on labor matters. GM has said he no longer works for the company.

Prosecutors alleged Mr. Iacobelli worked with others at FCA to create a liberal spending policy for training-center credit cards to keep senior UAW officials "fat, dumb and happy."

Mr. Iacobelli also pleaded guilty to a charge of filing a false tax return that failed to include $840,000 in income illegally siphoned from Fiat Chrysler for his personal benefit, some of which was used to purchase a Ferrari 458 Spider sports car and two solid-gold Mont Blanc pens.

In addition to jail time with up to four years of supervised release, he owes $835,523 in unpaid taxes and faces the possibility of unspecified fines, according to District Judge Paul Borman, who oversaw the hearing. He is scheduled to be sentenced in May.

Ms. Morgan, who is scheduled to make a court appearance next month, also has reached a plea deal with prosecutors, according to a person familiar with the matter. She will avoid a conspiracy charge leveled against her by a grand jury, and plead guilty to a lesser tax fraud charge, this person said.

Others netted in the investigation include retired UAW associate director Virdell King, once a fast-rising star at the union, and Fiat Chrysler financial analyst Jerome Durden. Both men have pleaded guilty to charges in connection with the conspiracy and will be sentenced in the coming weeks.

Former Fiat Chrysler Executive Pleads Guilty to Illegal Payments for UAW Leaders;  Alphons Iacobelli also took company money for himself, admits to false tax re....

Write to Chester Dawson at  [chester.dawson@wsj.com](mailto:chester.dawson@wsj.com)

## Notes

PUBLISHER: Dow Jones &amp; Company, Inc.

# Exhibit 24

 United States Department of Justice

THE UNITED STATES ATTORNEY'S OFFICE

EASTERN DISTRICT *of* MICHIGAN

U.S. Attorneys » Eastern District of Michigan » News

**Department of Justice**

U.S. Attorney's Office

Eastern District of Michigan

FOR IMMEDIATE RELEASE                                    Monday, January 22, 2018

# Fiat Chrysler's Former Vice President for Employee Relations Pleads Guilty to Conspiracy to Pay Off Senior UAW Officials

The former Vice President for Employee Relations at Fiat Chrysler Automobiles LLC ("FCA" or "Fiat Chrysler") who served as the lead negotiator for, and administer of, the collective bargaining agreements between FCA and the UAW, pleaded guilty today to conspiring to commit violations of the Labor Management Relations Act, announced U.S. Attorney Matthew Schneider.

Joining in the announcement were James Vanderberg, Special Agent in Charge of the U.S. Department of Labor – Office of Inspector General, Ian Burg, District Director, U.S. Department of Labor – Office of Labor-Management Standards, David P. Gelios, Special Agent in Charge of the Detroit, Michigan office of the Federal Bureau of Investigation, and Manny Muriel, Special Agent in Charge of the Detroit, Michigan office of the Internal Revenue Service – Criminal Investigations.

Alphons Iacobelli, 58, of Rochester Hills, Michigan, pled guilty before United States District Judge Paul D. Borman. Iacobelli admitted that he conspired with FCA, with other FCA executives and employees, and with senior UAW officials to illegally deliver over $1.5 million in prohibited payments and things of value to senior UAW officials. Iacobelli was involved in the conspiracy from 2009 through June 2015. The senior UAW officials included UAW Vice President General Holiefield, UAW Assistant Director Virdell King and others.

Iacobelli also admitted that when he conspired to make to these illegal payments to senior UAW officials, he did so while acting in the interest of his employer, FCA - - in an effort to obtain benefits, concessions, and advantages for FCA in the negotiation, implementation, and administration of the collective bargaining agreements between FCA and the UAW.

The illegal payments included paying off the mortgage on Holiefield's home, first-class airline travel, designer clothing, furniture, jewelry and custom-made watches.

In August 2014, Iacobelli authorized the expenditure of more than $30,000 for a party for a different senior UAW official held at the FCA-UAW World Class Manufacturing Academy in Warren, Michigan. The expenditure included charges for "ultra-premium" liquor, more than $7,000 worth of cigars, and more than $3,000 worth of wine with custom labels in honor of that UAW official.

Besides pleading guilty to conspiracy to violate the Labor Management Relations Act, Iacobelli also pled guilty to subscribing a false tax return based on his failure to report hundreds of thousands of dollars in income that he illegally diverted from the UAW-Chrysler National Training Center.

Iacobelli's plea marks the third conviction in the ongoing criminal investigation into illegal payoffs to UAW officials.

• In August 2017, Jerome Durden, a financial analyst in FCA's Corporate Accounting Department, pled guilty to a conspiracy charge, admitting that he and Iacobelli used the UAW-Chrysler National Training Center as a conduit to conceal over a million dollars in prohibited payments and things of value paid to Holiefield and other UAW officials. Durden admitted to preparing and filing numerous false tax returns on behalf of the tax-exempt UAW-Chrysler National Training Center and on behalf of a purported charity called the Leave the Light On Foundation as part of a conspiracy to obstruct and impair the IRS. Durden's sentencing has been set for May 22, 2018.

• Later in August 2017, King, a senior UAW official responsible for negotiating and administering the national collective bargaining agreements with FCA on behalf of tens of thousands of UAW members, and a member of the UAW's National Negotiating Committees in 2011 and 2015, pled guilty to conspiring to take and receive money and things of value from persons acting in FCA's interest, including Iacobelli and Durden. King's sentencing has been set for June 4, 2018.

"Fiat Chrysler's most senior labor negotiator colluded with top UAW leaders for many years to illegally line UAW officials' pockets. Combatting corruption of this sort is one of our office's highest priorities, and these crimes of greed will not be tolerated in our district," said U.S. Attorney Schneider.

"Today's guilty plea signifies another victory for the hard working members of the UAW who were promised honest and ethical representation from the labor leaders they elected to bargain in their best interests with FCA", said David P. Gelios, Special Agent in Charge, Detroit Division of the FBI. "Instead, both UAW and FCA officials conspired to receive monetary benefits at the expense of their workforce which understandably erodes the public's confidence in the collective bargaining process. So long as such practices exist, the FBI and its federal partners will continue to aggressively root out corruption in both corporate and labor union boardrooms."

"Iacobelli conspired with Fiat Chrysler Automobiles and its executives to corrupt the collective bargaining process by making more than $1.5 million in prohibited payments and things of value to officers and employees of the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America. We will continue to work with our law enforcement partners and the U.S. Department of Labor's Office of Labor - Management Standards to protect the union members' right to fair representation," said James Vanderberg, Special Agent-in-Charge Chicago Region, U.S. Department of Labor Office of Inspector General.

Case 1:19-cv-06770-EK-MMH     Document 34-9     Filed 08/21/20     Page 8 of 12 PageID #:
1079

"Alphons Iacobelli was also convicted of criminal tax violations of the United States Tax Code based on his actions in diverting hundreds of thousands of dollars for his personal benefit from the UAW-Chrysler National Training Center, a tax exempt organization, and failed to report that diverted income on his individual federal tax returns, stated Manny Muriel, Special Agent in Charge of IRS-Criminal Investigation's Detroit Field Office. "Mr. Iacobelli will be required to repay the Internal Revenue Service and the American Taxpayers over $835,000 and faces a statutory maximum of three years in prison for his tax crime. IRS-CI will continue to work with its partners in federal law enforcement to ensure that individuals who misuse tax exempt organizations for their personal benefit face the most serious penalties under the law."

Iacobelli's sentencing has been set for May 29, 2018. He faces a statutory maximum penalty of 8 years in prison.

---

**Topic(s):**
Public Corruption

**Component(s):**
USAO - Michigan, Eastern

Updated January 24, 2018

# Exhibit 25

Case 1:19-cv-06770-EK-MMH     Document 34-9     Filed 08/21/20     Page 10 of 12 PageID #: 1081

# FCA officials paid to sway UAW negotiations, feds say

**Ian Thibodeau and Robert Snell, The Detroit News**     Published 4:56 p.m. ET Jan. 22, 2018 | **Updated 10:21 a.m. ET Jan. 23, 2018**



*(Photo: Paul Sancya / AP file)*

*Detroit* — Fiat Chrysler Automobiles NV officials paid more than $1.5 million to United Auto Workers officers and employees to sway union contract negotiations, federal prosecutors said, part of a $4.5 million corruption scandal involving Detroit's No. 3 automaker.

The accusations made Monday in a plea agreement with former FCA labor negotiator Alphons Iacobelli say for the first time in the investigation that executives' actions were intended to corrupt UAW contract negotiations to favor Fiat Chrysler.

The plea deal suggests the corruption was more widespread than previously disclosed. It lasted for years as Fiat Chrysler officials lavished UAW labor leaders with cash payments and luxury items, including airfare, jewelry and secret $50,000 payments.

Federal court records also portray a cozy relationship between Fiat Chrysler executives and labor leaders after the automaker emerged from its 2009 bankruptcy.

Court records also show the relationship involved illegal payments spent on a Ferrari, gold Montblanc fountain pens (/story/business/autos/2017/09/21/bejeweled-pen-fiat-chrysler-executive/105833906/) and a custom-made Italian watch.

"The UAW is appalled at these charges," UAW spokesman Brian Rothenberg said in a statement. "We have worked with the (National Training Center) and Fiat Chrysler to implement a range of measures aimed at enhancing transparency and internal controls at the NTC to reduce the risk of any future recurrence of these activities."

Iacobelli, 58, pleaded guilty Monday to one count of conspiracy to violate the Labor Management Relations Act, and one count of subscribing a false tax return.

The two charges carry a maximum sentence of eight years in prison. Iacobelli could also be ordered to pay more than $835,000 in restitution fees. He will be sentenced in Detroit on May 29.

According to the deal, Iacobelli, Jerome Durden, a former FCA financial analyst, and other unnamed FCA executives and employees made illegal payments to UAW officials to "obtain benefits concessions, and advantages for FCA in the negotiation, implementation, and administration of the collective bargaining agreements between FCA and the UAW."

The conspiracy dates to September 2009, three months after Chrysler exited bankruptcy and forged an alliance with Fiat.

That month, Iacobelli told other Fiat Chrysler executives, including Durden, to shift from cost-cutting at the automaker's UAW training center and start spending money.

One of the first expenses Iacobelli identified was giving $50,000 to a nonprofit run by the late UAW Vice President General Holiefield, head of the union's FCA department.

The payment is among several made over the next few years as part of a conspiracy "to obtain benefits, concessions and advantages for FCA in the negotiation, implementation and administration of the collective bargaining agreements between FCA and the UAW," prosecutors allege.

Case 1:19-cv-06770-EK-MMH    Document 34-9    Filed 08/21/20    Page 11 of 12 PageID #: 1082

In February 2015, Iacobelli directed an unnamed senior manager to offer the UAW a $50,000 lump-sum retirement payment for select labor officials. The "one-time" offer was designed to be hidden from rank-and-file UAW members and only offered to senior UAW officials, according to the government.

"My people will process the transactions to keep them out of the plants," an unnamed Fiat Chrysler official told a UAW leader, according to federal court records filed Monday.

A UAW source familiar with the federal investigation said the $50,000 offer "never went forward after legal review in Solidarity House," the UAW's international headquarters.

In February 2010, an unnamed Fiat Chrysler executive gave Holiefield a custom-made Terra Cielo Mare watch worth several thousand dollars.

The rare, Italian chronograph — only 150 were produced — was a special-edition automatic timepiece that featured the Fiat logo and a mustard-yellow dial.

The watch sells on the used market for about $2,000.

The watch came with a hand-written note from the FCA executive, which said "Dear General, I declared the goods at less than fifty bucks. That should remove any potential conflict. Best regards, and see you soon," according to federal court records.

It was unclear Monday which Fiat Chrysler executive gave the watch. An FCA spokeswoman declined to comment.

Iacobelli must cooperate with investigators as a condition of his plea, but it was unclear Monday whether he has led investigators to other FCA officials.

FCA CEO Sergio Marchionne has been questioned by investigators (/story/business/autos/2017/11/05/sergio-marchionne-questioned-fbi-corruption-probe/107393100/) amid the widening investigation. He is represented by a white-collar criminal defense lawyer, William Jeffress of the Washington, D.C., law firm Baker Botts.

In a 2011 email to Durden, Iacobelli instructed Durden not to put details of charges made to the "benefit of (Holiefield) in writing."

According to court documents, Iacobelli has agreed to forfeit the two $35,700 fountain pens and has had $354,000 seized by federal authorities. As part of the plea, Iacobelli cannot contest the seizures of the funds.

He's also sold the 2013 Ferrari 458 Spider convertible with an "IACOBLI" vanity plate that he is accused of using UAW training center cash to buy.

Monica Morgan-Holiefield, the widow of General Holiefield, is expected to enter a guilty plea to unspecified federal charges on Feb. 6.

Iacobelli told U.S. District Judge Paul Borman in Detroit that he knowingly joined in an ongoing conspiracy from 2009 to 2015 in which FCA officials agreed to pay or deliver more than $1.5 million to UAW officials.

He said he authorized $450,000 given to General Holiefield and others that was used to buy jewelry, electronics and designer clothing.

Iacobelli also said in June 2014 he approved funds to pay off Holiefield's mortgage. When he pleaded guilty to filing a false tax return, Iacobelli said he submitted in March 2015 tax forms that he did not believe to be true. He owes over $860,000 in taxes.

The plea deals come as federal agents have expanded the corruption investigation (/story/business/autos/general-motors/2017/11/02/uaw-training-center-investigation-expands-big-detroit-three/107251546/)to include a former member of General Motors Co.'s board and United Auto Workers training centers funded by all three Detroit automakers.

In a July letter to FCA employees, Marchionne wrote that those charged in the conspiracy "abused their positions and misappropriated substantial funds that FCA US contributed to the NTC — funds that were earmarked for employee training and development.

"I encourage you not to be discouraged by the actions of a few people that betrayed our core principles and our standards of morality, integrity and quality," he wrote.

"We dealt swiftly with these individuals as we will anyone who does not abide by our code of conduct and who disregard the ethical principles that lie at the foundation of FCA."

Iacobelli sanctioned the use of training center credit cards by UAW leaders for personal expenses in a bid to keep senior labor leaders "fat, dumb and happy," according to a court filing.

Case 1:19-cv-06770-EK-MMH    Document 34-9    Filed 08/21/20    Page 12 of 12 PageID #: 1083

Iacobelli is also accused of spending more than $1 million of union funds on luxury items, including his house, pool, outdoor spa and kitchen, a Ferrari (/story/business/autos/chrysler/2017/09/28/fca-uaw-scandal-figure-unloaded-ferrari-amid-fbi-probe/106097022/) and the two limited-edition, gold Montblanc fountain pens (/story/business/autos/2017/09/21/bejeweled-pen-fiat-chrysler-executive/105833906/).

Investigators have seized money and assets (/story/business/autos/chrysler/2017/10/17/cash-trail-fca-scandal/106748268/) during the investigation, including the two gold pens Iacobelli is accused of buying with stolen money.

Search warrant documents obtained by The News reveal that in March 2016, agents seized $354,000.

Between October 2013 and September 2014, Iacobelli and others transferred more than $350,000 from the UAW-Chrysler National Training Center to buy the Ferrari, prosecutors said.

He was indicted alongside Morgan-Holiefield in July on eight counts, including conspiracy to violate the Labor Management Relations Act, making prohibited payments to union officials, conspiracy to defraud and subscribing false tax returns, the most severe of which carry penalties of up to five years in federal prison.

Two others have struck plea deals in the scandal and are awaiting sentencing in federal court. They are:

■Former Fiat Chrysler financial analyst Jerome Durden, who prosecutors say helped transfer millions (/story/business/autos/chrysler/2017/08/08/former-fiat-chrysler-analyst-pleads-guilty-uaw-probe/104399452/)of dollars in training center funds to Holiefield, Morgan-Holiefield and Iacobelli. He faces up to 37 months in prison and is expected to cooperate with prosecutors.

■Former UAW official Virdell King, who admitted misusing funds (/story/business/autos/2017/08/29/uaw-chrysler-training-center-virdell-king/105079196/) that were intended to train and retrain blue-collar workers. She faces up to 16 months in prison and is expected to cooperate with the investigation.

Read or Share this story: https://www.detroitnews.com/story/business/autos/2018/01/22/iacobelli-fca-guilty-plea/109718250/