# Exhibit 28

Case 1:19-cv-06770-EK-MMH    Document 34-11    Filed 08/21/20    Page 1 of 16 PageID #: 1118



REUTERS    Business    Markets    World    Politics    TV    More

**U.S.**    FEBRUARY 6, 2018 / 6:38 PM / 3 YEARS AGO

# UAW official's widow pleads guilty to tax fraud in bribery case

Nick Carey    3 MIN READ

DETROIT (Reuters) - The widow of a United Auto Workers union official at the center of a U.S. probe into improper payments funneled out of Fiat Chrysler Automobiles NV (FCA) pleaded guilty on Tuesday to tax fraud.

As part of a plea agreement, Monica Morgan, 54, admitted to filing a fraudulent tax return for 2011 that intentionally omitted around $200,000 in income received from charities associated with her husband, former UAW Vice President General Holiefield, who died in March 2015.

Under the plea deal, Morgan faces a prison sentence of up to 27 months and a maximum fine of $100,000. She must also pay the federal government around $190,000 in restitution.

The most serious charges against her, including conspiracy and fraud related to an ongoing investigation by the U.S. Justice Department into alleged misspending at UAW union training centers, were dropped.

Last month Alphons Iacobelli, 58, who was a vice president of employee relations at Fiat Chrysler, pleaded guilty to making at least $1.5 million in improper payments to UAW officials.

Under Iacobelli's separate plea agreement, he admitted to making hundreds of thousands of dollars in prohibited payments to charities controlled by UAW officials.

The agreement also said Iacobelli had authorized paying off Morgan and Holiefield's $262,000 mortgage.

Iacobelli used funds from the Italo-American automaker to pay out more than $1.5 million in cash and items of value to UAW officials and employees, according to the plea agreement, which has weighed on the leadership of the once-powerful union.

The purpose of the payments and gifts was to obtain concessions from the UAW in collective bargaining agreements between the automaker and the union, the plea agreement said.

In a letter to union members last month, UAW President Dennis Williams said claims that payments to Holiefield had compromised contract talks or impacted union funds were baseless.

But in a statement Tuesday, the UAW said it had taken steps to prevent any similar cases, including stringent new procedures for awarding vendor contacts.

Outside the courtroom in Detroit on Tuesday, Morgan's attorney Steven Fishman said it was "unfair" for his client to be included in the broader bribery case "when it was clear she had nothing to do with it."

Morgan will be sentenced at U.S. District Court for the Eastern District of Michigan on June 4.

Reporting by Nick Carey; Editing by Tom Brown

*Our Standards:*    *The Thomson Reuters Trust Principles.*

# Exhibit 29

# Widow of UAW exec 'contrite' after guilty plea

<u>Robert Snell</u>, **The Detroit News**    Published 4:42 p.m. ET Feb. 6, 2018 | **Updated 7:58 p.m. ET Feb. 6, 2018**



*(Photo: Todd McInturf / The Detroit News)*

*Detroit* – The widow of former United Auto Workers Vice President General Holiefield could spend more than two years in federal prison after pleading guilty to a tax crime Tuesday as her lawyer blamed others for a $1.5 million corruption scandal that "cheated the hell out of auto workers."

Monica Morgan-Holiefield, 54, pleaded guilty to filing a false tax return and prosecutors have agreed to drop a five-year conspiracy charge and other counts related to a scandal involving Fiat Chrysler Automobiles NV and the UAW. She is the fourth person to strike a plea deal in the scandal and admitted guilt two weeks after former Fiat Chrysler labor negotiator Alphons Iacobelli pleaded guilty.

The plea marks a stark downfall for Morgan-Holiefield, a celebrated photographer who portrayed a lavish lifestyle on social media and in society columns – a lifestyle secretly bankrolled by money that was supposed to help train blue-collar UAW workers.

"Of course she's contrite," her lawyer Steve Fishman said. "General Holiefield and Al Iacobelli cheated the hell out of auto workers."

A federal investigation that started with Fiat Chrysler and the UAW <u>has since expanded (/story/business/autos/general-motors/2017/11/02/uaw-training-center-investigation-expands-big-detroit-three/107251546/)</u> to Detroit's other automakers and UAW training centers.

Terms of the plea deal call for Morgan-Holiefield to spend up to 27 months in federal prison and pay almost $191,000 restitution to the government. She will be sentenced June 4 by U.S. District Judge Paul Borman.

The case against Morgan-Holiefield offered a detailed look at how, according to the government, officials at Fiat Chrysler tried to tilt contract negotiations in the automaker's favor by lavishing labor leaders with first-class airfare, expense accounts and hundreds of thousands of dollars in illegal payments. Some of the illegal payments to Morgan-Holiefield coincided with 2011 labor negotiations between Fiat Chrysler and the UAW, and were hidden behind an alias and sham companies, including a <u>fake hospice (/story/business/autos/2017/09/19/fake-hospice-laundered-cash-fca-uaw-scandal/105799814/)</u> and a deliberately misspelled firm.

Morgan-Holiefield pleaded guilty seven months after being indicted in a conspiracy that raises questions about the sanctity of labor negotiations that determine pay, benefits and working conditions for thousands of workers.

She knew nothing about the alleged conspiracy but knowingly filed a false tax return, Morgan-Holiefield's lawyer said.

"If General Holiefield were here, he'd have a lot to answer for," Fishman said. "This had nothing to do with her."

General Holiefield died in March 2015.

Payments to Morgan-Holiefield started in 2011, the same year Fiat Chrysler and the UAW engaged in contract negotiations.

The money involved in the conspiracy was supposed to benefit workers at the UAW-Chrysler National Training Center.

In January 2011, the training center gave Morgan-Holiefield's company, Wilson's Diversified Products, a no-bid contract to provide shirts, key chains, coffee mugs and other trinkets, according to the government.

By 2012, the training center had funneled more than $425,000 to Wilson's Diversified Products.

A company with that name does not exist in state business records. That's because for at least two years in a row Morgan-Holiefield signed state business records with the name "Wilson's Diversifed Products," according to state records.

Her full name also does not appear on state business filings. Instead, the records were signed by "M. Alise Morgan."

The payments continued amid UAW-Chrysler contract negotiations in late fall 2011 and lasted until July 2012, according to federal court records.

The money transfers were approved by Iacobelli, who at the time was a Fiat Chrysler labor negotiator, and others.

Morgan-Holiefield withdrew approximately $65,000 and spent the money on personal items, including a new home in Harrison Township.

Iacobelli faces up to eight years in federal prison after pleading guilty (/story/business/autos/2018/01/22/iacobelli-fca-guilty-plea/109718250/) last month.

Two others have struck plea deals in the scandal and await sentencing in federal court:

■Former Fiat Chrysler financial analyst Jerome Durden (/story/business/autos/chrysler/2017/08/08/former-fiat-chrysler-analyst-pleads-guilty-uaw-probe/104399452/), who prosecutors say helped transfer millions of dollars in training center funds to Holiefield, Morgan-Holiefield and Iacobelli. He faces up to 37 months in prison and is expected to cooperate with prosecutors.

■Former UAW official Virdell King (/story/business/autos/2017/08/29/uaw-chrysler-training-center-virdell-king/105079196/), who admitted misusing funds that were intended to train and retrain blue-collar workers. She faces up to 16 months in prison and is expected to cooperate with the investigation.

Morgan-Holiefield is being held accountable for a scheme that undermined trust and work of union members, said Timothy Waters, acting special agent in charge of the FBI's Detroit field division.

"Union workers sacrifice every pay period by having money withheld from their salary to invest in their future training opportunities," Waters said in a statement.

In a statement issued Tuesday, the UAW said it has "taken several steps to ensure the type of wrongdoing uncovered cannot be repeated, including seeing to it that more stringent procedures are followed for awarding and reviewing vendor contracts."

The statement continues: "It's important to underscore that the wrongdoing here did not involve the loss of any union funds, the monies at issue did not come from union member paychecks or wages, and the misconduct did not affect the negotiation of the terms of our collective bargaining agreements. Nevertheless, the intentional misconduct by certain individuals at the training center is extremely disheartening."

According to court records, Morgan-Holiefield received "significant payments" from her husband's Leave the Light on Foundation, according to court records. Iacobelli and others acknowledged using Wilson's Diversified Products and the nonprofit to conceal payments made on behalf of Fiat Chrysler to General Holiefield.

"This plea is yet another step taken towards combatting the years-long corruption that plagued the relationship between senior officials at FCA who illegally lined the pockets of UAW officials and, in this instance, the wife of General Holiefield…," U.S. Attorney Matthew Schneider said in a statement.

Morgan-Holiefield admitted failing to report approximately $201,000 in income in 2011.

She agreed to pay $190,747 restitution for taxes owed from 2011-14. Investigators two years ago seized $103,000 from her bank account and that money will be applied to the restitution.

"In this particular case, Monica Morgan intentionally took funds which were intended to train hard-working men and women," said Manny Muriel, special agent in charge of IRS Criminal Investigation's office in Detroit. "Those who choose self-enrichment at the expense of others will be caught."

rsnell@detroitnews.com

(313) 222-2486

Twitter: @robertsnellnews (https://twitter.com/robertsnellnews)

Read or Share this story: https://www.detroitnews.com/story/business/autos/2018/02/06/lawyer-auto-scandal-cheated-workers/110162302/

# Exhibit 30

## UAW widow cuts deal in case; Morgan faced corruption charges, pleads to tax crime

Detroit Free Press (Michigan)

February 7, 2018 Wednesday, 1 Edition

Copyright 2018 Detroit Free Press All Rights Reserved

**Section:** NEWS; Pg. A12

**Length:** 1018 words

**Byline:** By, Tresa BaldasDetroit Free Press, Detroit Free Press

## Body

Monica Morgan says the only things she's guilty of is cheating on her taxes.

In court Tuesday, the indicted widow of a onetime powerful UAW official admitted to hiding $201,000 from the government on her 2011 taxes. But what she didn't explain was where the money came from.

According to the government, it was dirty money - the ill-gotten gains of a years-long bribery scheme that cheated tens of thousands of Fiat Chrysler autoworkers out of $4.5 million in training funds they were entitled to.

Morgan was part of this scheme, the government said. And so was her husband: the late UAW Vice President General Holifield, who prosecutors said was in cahoots with a Fiat Chrysler executive who siphoned $4.5million from a training fund and steered it to himself, Holiefield, his widow and others.

"In this particular case, Monica Morgan intentionally took funds which were intended to train hardworking men and women," Manny Muriel, Special Agent in Charge of the Detroit's Internal Revenue Service Criminal Investigation (IRS-CI), said in a statement Tuesday.

Added U.S. Attorney Matthew Schneider: "This plea is yet another step taken toward combating the years-long corruption that plagued the relationship between senior officials at FCA who illegally lined the pockets of UAW officials and, in this instance, the wife of General Holiefield, the former UAW Vice President in charge of the Chrysler Department."

Morgan, though, never pleaded guilty to any corruption crimes alleged in the indictment. Rather, she cut a deal with the government admitting only to a tax crime in exchange for having the more serious charges dropped: conspiracy and fraud. She faces 27 months in prison under her sentencing guidelines. She will be sentenced on June 4 and also has to pay $190,747 in restitution to the U.S. Treasury.

In court Tuesday, Morgan, 54, of Harrison Township was dressed in black, head to toe, and said very little other than answering yes or no to U.S. District Judge Paul Borman's questions.

UAW widow cuts deal in case; Morgan faced corruption charges, pleads to tax crime

According to Morgan's lawyer, Steve Fishman, none of this alleged scheme involved Holiefield's widow.

"The fact of the matter is that Monica Morgan pleaded guilty to one count of filing a false tax return, period. The conspiracy charge will be dismissed by the government at the time of sentencing. It would be nice if the media stopped including her in their descriptions of the conduct of her co-defendants - none of of which involve her," Fishman told the Free Press after the plea hearing.

Morgan was indicted last fall alongside FCA Vice President Alphons Iacobelli, who was charged with helping raid $4.5 million from the UAW-Chrysler National Training Center and spending it on himself and UAW officials, buying everything from luxury vehicles to $35,000 Mont Blanc ink pens. Iacobelli and others did this, prosecutors said, by funneling training funds to themselves through charities, including a children's charity called the Leave the Light On Foundation and the Hospice of Metropolitan Detroit.

In Morgan's case, her photo business allegedly once received $70,000 from a charity that was supposed to help children struggling with hardships. The government claims the charity was really a sham, set up by Holifield and Iacobelli, who pleaded guilty to conspiracy and tax evasion last month. Iacobelli faces up to eight years in prison.

The Holiefields also allegedly paid off their $262,219 mortgage with the same stolen employee-training funds, along with $30,000 in airline tickets over two years. A company they owned together, Wilson Diversified Products, received $435,000 in payments from the NTC with funds from FCA, prosecutors said.

During the scheme, the government says, Holiefield was the director of the UAW Chrysler Department and acted as the lead negotiator and the lead administrator for the collective bargaining agreements between the UAW and FCA. He died in 2015.

To pull off the scam, prosecutors allege, General Holiefield and Iacobelli plotted to keep senior union members "fat, dumb and happy." And the schemers were careful not to get caught, they said, claiming they warned one another not to leave a paper trail about what was going on.

According to court documents, the UAW-Chrysler National Training Center was funded by FCA and received between $13 million and $31 million a year. Prosecutors say  at  least $4.5 million of that money was misspent.

In a statement released Tuesday, the UAW said: "Our union has been shocked and saddened by the crimes uncovered by this investigation. We have taken several steps to ensure the type of wrongdoing uncovered cannot be repeated, including seeing to it that more stringent procedures are followed for awarding and reviewing vendor contracts."

The statement added that the wrongdoing "did not involve the loss of any union funds" and didn't affect negotiations.

Prosecutors have said they don't know whether that happened, but that laws were broken: Auto executives were giving things to union officials when the law prohibits that.

Iacobelli is the highest-ranking FCA official charged so far in the case. He was accused of steering $1.2 million in employee-training funds to Morgan, Holiefield and others and pocketing $1 million in training funds for himself.

Two others charged in the scheme have previously pleaded guilty and await sentencing. They are:

Jerome Durden Rochester, a financial analyst at FCA who allegedly helped conceal the fraud by cooking the books. He faces up to five years in prison when he is sentenced in May.

Virdell King, 65, of Detroit, the first African-American female to be elected president of a local union in UAW-Chrysler's history, who was accused of - among other things - buying designer shoes, clothing, jewelry and luggage using credit cards that were issued through the UAW-Chrysler National Training Center. She also was accused of making more than $40,000 in additional purchases that pampered other senior UAW officials, including a shotgun, golf equipment, luggage, concert tickets, theme park tickets and other items. King has pleaded guilty to her role in the scheme and will be sentenced in March.

## Classification

**Language:** ENGLISH

**Publication-Type:** Newspaper

**Journal Code:** dfp

**Subject:** INDICTMENTS (90%); TAX LAW (90%); LAW COURTS & TRIBUNALS (89%); SENTENCING (89%); GUILTY PLEAS (89%); TAX FRAUD (89%); CONSPIRACY (89%); CORRUPTION (89%); TAXES & TAXATION (89%); BRIBERY (78%); AUTOMOTIVE WORKERS (78%); US FEDERAL GOVERNMENT (78%); TAX ENFORCEMENT (78%); PUBLIC FINANCE (78%); TAX AUTHORITIES (78%); FRAUD & FINANCIAL CRIME (78%); JUDGES (78%); TREASURY DEPARTMENTS (78%); PUBLIC PROSECUTORS (78%); CRIMINAL OFFENSES (78%); INVESTIGATIONS (78%); FINANCIAL CRIME COUNTERMEASURES (76%); CRIMINAL INVESTIGATIONS (74%); JAIL SENTENCING (73%); PUBLIC FINANCE AGENCIES & TREASURIES (73%); SENTENCING GUIDELINES (72%)

**Company:**  FIAT CHRYSLER AUTOMOBILES NV (57%)

UAW widow cuts deal in case; Morgan faced corruption charges, pleads to tax crime

**Organization:** INTERNAL REVENUE SERVICE (82%)

**Ticker:** FCAU (NYSE) (57%); F (BIT) (57%)

**Industry:** AUTOMOTIVE WORKERS (78%); TAX AUTHORITIES (78%); TREASURY DEPARTMENTS (78%); AUTOMOTIVE MFG (78%); PUBLIC FINANCE AGENCIES & TREASURIES (73%)

**Geographic:** UNITED STATES (92%)

**Load-Date:** February 7, 2018

---

End of Document

# Exhibit 31

# 5th person charged in UAW-Fiat Chrysler scandal: Another union exec accused of theft

**Tresa Baldas, Detroit Free Press**    Published 4:29 p.m. ET March 13, 2018 | **Updated 5:24 p.m. ET March 13, 2018**



*(Photo: J. Kyle Keener, Detroit Free Press)*

The federal government has planted a bull's-eye on another senior UAW official, charging him with buying designer clothes, luggage and golf equipment with money that was supposed to help train rank and file autoworkers.

Keith Mickens, a top labor leader who helped negotiate contracts between the UAW and Fiat Chrysler Automobiles, is the fifth person charged in the growing scandal in which prosecutors allege that FCA executives and union officials schemed together to enrich themselves. To date, two FCA officials, two labor leaders and the wife of a UAW official have been charged, and more indictments are in the pipeline.

According to a document unsealed Tuesday in U.S. District Court, Mickens was part of  years-long bribery scheme that cheated tens of thousands of Fiat Chrysler autoworkers out of $4.5 million in training funds.

The alleged scheme worked like this: An FCA executive and others siphoned the money from the fund, and then funneled it to themselves and union officials through phony charities. FCA officials also gave UAW officials credit cards that were funded by the training center, and encouraged them to pamper themselves with the cards.

And they did, prosecutors allege.

Mickens, according to charging document, used his National Training Center credit card in 2013 to buy more than $1,000 worth of luggage from a Detroit store. Between 2012 and 2014, he racked up $6,500 in charges on the credit card, buying items including electronics, designer clothing and golf equipment for himself and for other UAW officials.

An attorney for Mickens was not readily available for comment.

Also charged in the scheme are Monica Morgan, 54, of Harrison Township, the widow of the late UAW Vice President General Holiefield. The government said Morgan and Holiefield both stole from the training center with the help of FCA Vice President Alphons Iacobelli, who was also charged in the scheme and has pleaded guilty in the case.



**Monica Morgan walks into the federal courthouse in Detroit on Monday, July 31, 2017.** *(Photo: Romain Blanquart, Detroit Free Press)*

According to prosecutors, Iacobelli helped raid $4.5 million from the UAW-Chrysler National Training Center and spending it on himself and UAW officials, buying everything from luxury vehicles to $35,000 Mont Blanc ink pens.



**Al Iacobelli walks out of the federal courthouse in Detroit on Tuesday, August 1, 2017.** *(Photo: Romain Blanquart, Detroit Free Press)*

Morgan also pleaded guilty in the case last month, but only to a tax crime, admitting she hid $201,000 from the government on her 2011 taxes, but without explaining where the money came from.

**Read more:**

UAW exec's widow pleads guilty only to tax crime in FCA scandal; stiffer charges dropped (/story/news/local/michigan/detroit/2018/02/06/widow-uaw-exec-spared-tougher-ordeal-afterpleads-guilty-tax-crime-fca-scandal-more-serious-charges-d/310442002/)

She faces 27 months in prison under her sentencing guidelines. She will be sentenced June 4 and also has to pay $190,747 in restitution to the U.S. Treasury.

According to prosecutors, Morgan's photo business once received $70,000 from a charity that was supposed to help children struggling with hardships. The government claims the charity was really a sham, set up by Holiefield and Iacobelli, who pleaded guilty to conspiracy and tax evasion last month. Iacobelli faces up to eight years in prison.

During the scheme, the government says, Holiefield was the director of the UAW Chrysler Department and acted as the lead negotiator and the lead administrator for the collective bargaining agreements between the UAW and FCA. He died in 2015.

According to court documents, the UAW-Chrysler National Training Center was funded by FCA and received between $13 million and $31 million a year. Prosecutors say at least $4.5 million of that money was misspent, and allege that FCA executives were bribing union brass with the intention of giving the company a better position at the bargaining table (/story/news/local/michigan/detroit/2018/01/29/uaw-fiat-chrysler-union-officials-screw-over-autoworkers-and-worked-chrysler-scandal-perver/1063930001/).

The UAW has stressed that the scheme did not affect negotiations.

In a statement released today, the UAW said: "We are deeply disappointed by the illegal misconduct alleged in today's charge against Keith Mickens, a former UAW staff person. At the time of his misconduct, Mr. Mickens served as General Holiefield's administrative assistant. His position as an administrative assistant ended in 2014, and he left the UAW altogether in 2015. The scheme set out in the charge against Mr. Mickens did not affect the negotiation of the terms of our collective bargaining agreements or involve the loss of any union funds."

Two others charged in the scheme have previously pleaded guilty and await sentencing. They are:

Jerome Durden of Rochester Hills, a financial analyst at FCA who allegedly helped conceal the fraud by cooking the books. He faces up to five years in prison when he is sentenced in May.

Virdell King, 65, of Detroit, the first African-American female to be elected president of a local union in UAW-Chrysler's history, who was accused of — among other things — buying designer shoes, clothing, jewelry and luggage using credit cards that were issued through the UAW-Chrysler National Training Center. She also was accused of making more than $40,000 in additional purchases that pampered other senior UAW officials, including a shotgun, golf equipment, luggage, concert tickets, theme park tickets and other items. King has pleaded guilty to her role in the scheme and will be sentenced in March.

*Contact Tresa Baldas: tbaldas@freepress.com. Follow her on Twitter @Tbaldas*

Read or Share this story: https://www.freep.com/story/news/local/michigan/detroit/2018/03/13/fca-uaw-scandal-keith-mickens/421266002/