# Exhibit 33

## UAW corruption case widens; Former senior official accused of spending training cash on self

The Detroit News (Michigan)

March 14, 2018 Wednesday, 1 Edition

Copyright 2018 The Detroit News All Rights Reserved

**Section:** BUSINESS; Pg. C2

**Length:** 681 words

**Byline:** By, Robert Snell, The Detroit News

## Body

Detroit - The UAW public corruption prosecution widened Tuesday as a former labor leader was accused of buying luggage, electronics, designer clothes and golf equipment with money that was supposed to help train blue-collar workers.

Keith Mickens, 64, of Detroit, a former senior UAW official assigned to Fiat Chrysler Automobiles NV, is the fifth person charged in a corruption scandal that has led to four convictions. Mickens was charged in a criminal information, which means a guilty plea is expected.

He was charged in federal court with violating the Labor Management Relations Act, a five-year felony. The law prohibits employers or those working for them from paying, lending or delivering money or other valuables to officers or employees of labor organizations - and from labor leaders from accepting such items.

The charge is the latest in a conspiracy that has led to a shakeup at the highest levels of the U.S. auto industry and raised questions about the sanctity of labor negotiations that determine pay, benefits and working conditions for thousands of workers.

The charge, like the others, is part of a scandal involving UAW training centers funded by all three Detroit automakers.

Mickens is accused of conspiring with Alphons Iacobelli, a former Fiat Chrysler labor executive, the late UAW Vice President General Holiefield and others. Mickens served as Holiefield's administrative assistant and left the UAW in 2015.

The conspiracy ran from 2010 until 2015 and involved Fiat Chrysler officials giving money and valuable items to UAW officials, according to prosecutors.

Iacobelli, former Fiat Chrysler analyst Jerome Durden and others used the UAW-Chrysler National Training Center bank accounts and credit cards to hide the payments to Mickens and others, including former senior UAW official Virdell King, according to the government.

UAW corruption case widens; Former senior official accused of spending training cash on self

Prosecutors allege that Iacobelli and other UAW-Chrysler training center officials created a liberal spending policy to keep senior UAW leaders "fat, dumb and happy."

In May 2011, Mickens and others arranged for Holiefield's then-girlfriend to fly first-class from Michigan to California, according to federal court records. The trip cost more than $2,100 and was paid for with training center funds.

The date of the trip matches an allegation that first emerged last summer when prosecutors indicted Iacobelli and Holiefield's widow, Monica Morgan-Holiefield.

Iacobelli and Morgan-Holiefield have pleaded guilty for their roles in the scandal and are awaiting sentencing in federal court.

From 2012 to 2015, Mickens, Holiefield and others continued using training center credit cards to pay for personal purchases, according to court records.

In January 2013, Mickens used his training center credit card to buy more than $1,000 worth of luggage, according to the government.

By 2014, Mickens had spent more than $6,500 in training center funds on electronics, designer clothes and golf equipment for himself and other UAW leaders, according to court records.

Mickens also served as vice president of Holiefield's charity Leave the Light on Foundation as recently as 2013. Prosecutors said the charity was used to conceal payments to Holiefield from Fiat Chrysler.

"We are deeply disappointed by the illegal misconduct alleged in today's charge against Keith Mickens, a former UAW staff person," UAW spokesman Brian Rothenberg said in a statement. "The scheme set out in the charge against Mr. Mickens did not affect the negotiation of the terms of our collective bargaining agreements or involve the loss of any union funds."

Durden and King, meanwhile, are awaiting sentencing in federal court after striking plea deals with federal prosecutors. Durden helped transfer millions of dollars in training center funds to Holiefield, Morgan-Holiefield and Iacobelli. He faces up to 37 months in prison and is expected to cooperate with prosecutors.

King, who admitted misusing funds that were intended to train and retrain blue-collar workers, faces up to 16 months in prison and is expected to cooperate with the investigation.

rsnell@detroitnews.com

# Exhibit 34

Case 1:19-cv-06770-EK-MMH    Document 34-13    Filed 08/21/20    Page 4 of 7 PageID #: 1153

## Official charged in FCA-UAW scandal; Union executive spent thousands on luggage, clothes and golf equipment, prosecutors say

Detroit Free Press (Michigan)

March 14, 2018 Wednesday, 1 Edition

Copyright 2018 Detroit Free Press All Rights Reserved

**Section:** NEWS; Pg. A9

**Length:** 808 words

**Byline:** By, Tresa Baldas, Detroit Free Press

## Body

The federal government has planted a bull's-eye on another senior UAW official, charging him with buying designer clothes, luggage and golf equipment with money that was supposed to help train rank and file autoworkers.

Keith Mickens, a top labor leader who helped negotiate contracts between the UAW and Fiat Chrysler Automobiles, is the fifth person charged in the growing scandal in which prosecutors allege that FCA executives and union officials schemed together to enrich themselves. To date, two FCA officials, two labor leaders and the wife of a UAW official have been charged, and more indictments are in the pipeline.

According to a document unsealed Tuesday in U.S. District Court, Mickens was part of a years-long bribery scheme that cheated tens of thousands of Fiat Chrysler autoworkers out of $4.5 million in training funds.

The alleged scheme worked like this: An FCA executive and others siphoned the money from the fund, and then funneled it to themselves and union officials through phony charities. FCA officials also gave UAW officials credit cards that were funded by the training center, and encouraged them to pamper themselves with the cards.

And they did, prosecutors allege.

Mickens, according to charging document, used his National Training Center credit card in 2013 to buy more than $1,000 worth of luggage from a Detroit store. Between 2012 and 2014, he racked up $6,500 in charges on the credit card, buying items including electronics, designer clothing and golf equipment for himself and for other UAW officials.

An attorney for Mickens was not readily available for comment.

Also charged in the scheme are Monica Morgan, 54, of Harrison Township, the widow of the late UAW Vice President General Holiefield. The government said Morgan and Holiefield both stole from the training center with the help of FCA Vice President Alphons Iacobelli, who was also charged in the scheme and has pleaded guilty in the case.

Official charged in FCA-UAW scandal; Union executive spent thousands on luggage, clothes and golf equipment, prosecutors say

According to prosecutors, Iacobelli helped raid $4.5 million from the UAW-Chrysler National Training Center and spending it on himself and UAW officials, buying everything from luxury vehicles to $35,000 Mont Blanc ink pens.

Morgan also pleaded guilty in the case last month, but only to a tax crime, admitting she hid $201,000 from the government on her 2011 taxes, but without explaining where the money came from.

She faces 27 months in prison under her sentencing guidelines. She will be sentenced June 4 and also has to pay $190,747 in restitution to the U.S. Treasury.

According to prosecutors, Morgan's photo business once received $70,000 from a charity that was supposed to help children struggling with hardships. The government claims the charity was really a sham, set up by Holiefield  and Iacobelli, who pleaded guilty to conspiracy and tax evasion last month. Iacobelli faces up to eight years in prison.

During the scheme, the government says, Holiefield was the director of the UAW Chrysler Department and acted as the lead negotiator and the lead administrator for the collective bargaining agreements between the UAW and FCA. He died in 2015.

According to court documents, the UAW-Chrysler National Training Center was funded by FCA and received between $13 million and $31 million a year. Prosecutors say at least $4.5million of that money was misspent, and allege that FCA executives were bribing union brass with the intention of giving the company a better position at the bargaining table.

The UAW has stressed that it is cooperating in the case, and insists that the scheme did not affect negotiations.

"Our union has been shocked and saddened by the crimes uncovered by this investigation," the UAW has previously stated. "We have taken several steps to ensure the type of wrongdoing uncovered cannot be repeated, including seeing to it that more stringent procedures are followed for awarding and reviewing vendor contracts."

Two others charged in the scheme have previously pleaded guilty and await sentencing. They are:

Jerome Durden of Rochester Hills, a financial analyst at FCA who allegedly helped conceal the fraud by cooking the books. He faces up to five years in prison when he is sentenced in May.

Virdell King, 65, of Detroit, the first African-American female to be elected president of a local union in UAW-Chrysler's history, who was accused of - among other things - buying designer shoes, clothing, jewelry and luggage using credit cards that were issued through the UAW-Chrysler National Training Center. She also was accused of making more than $40,000 in additional purchases that pampered other senior UAW officials, including a shotgun, golf equipment, luggage, concert tickets, theme park tickets and other items. King has pleaded guilty to her role in the scheme and will be sentenced in March.

Contact Tresa Baldas: tbaldas@freepress.com Follow her on Twitter @Tbaldas

Official charged in FCA-UAW scandal; Union executive spent thousands on luggage, clothes and golf equipment, prosecutors say

## Graphic

Monica Morgan, left, and

Al Iacobelli are also charged

in the case.