Case 1:19-cv-06770-EK-MMH    Document 34-15    Filed 08/21/20    Page 1 of 17 PageID #: 1176

# Exhibit 36

 United States Department of Justice

THE UNITED STATES ATTORNEY'S OFFICE

EASTERN DISTRICT *of* MICHIGAN

U.S. Attorneys » Eastern District of Michigan » News

**Department of Justice**

U.S. Attorney's Office

Eastern District of Michigan

FOR IMMEDIATE RELEASE                    Wednesday, March 21, 2018

## Former Senior UAW Official Charged with Accepting Prohibited Payments from Fiat Chrysler Automobiles

A superseding indictment was unsealed today charging former UAW official Nancy A. Johnson, 57, of Macomb, Michigan, with criminal violations of the Labor Management Relations Act, announced United States Attorney Matthew Schneider.  Between 2014 and 2016, Johnson held the second most senior position in the UAW Chrysler Department.  Ms. Johnson also served as a member of the UAW National Committee that negotiated against Fiat Chrysler Automobiles during the 2015 collective bargaining sessions.

Joining in the announcement was James Vanderberg, Special Agent-in-Charge, Chicago Region, U.S. Department of Labor Office of Inspector General, Ian Burg, District Director, U.S. Department of Labor – Office of Labor-Management Standards, Jeffrey E. Peterson, Special Agent in Charge of the Detroit, Michigan office of the Federal Bureau of Investigation, and Manny Muriel, Special Agent in Charge of the Detroit, Michigan office of the Internal Revenue Service – Criminal Investigations.

Ms. Johnson was charged with taking part in a conspiracy in which she and other senior UAW officials accepted a stream of concealed payments and things of value from FCA executives in the months leading up to the 2015 collective bargaining negotiations.

The superseding indictment charges Nancy A. Johnson with illegally accepting tens of thousands of dollars worth of designer clothing, golf resort fees, limousine services, lavish meals, luxury accommodations, luggage, and first-class travel for herself and one of her associates.  In one instance, Ms. Johnson spent $1,160 for a single pair of designer shoes, which were paid for with funds provided by FCA.  On other occasions, Ms. Johnson spent $1,217 for salon and spa services, and $1,518 for a set of women's graphite golf clubs and a diva cart bag, all using funds provided by FCA.

"Today's indictment marks the sixth defendant charged in a scheme where senior UAW officials betrayed the hard-working men and women of the union by accepting illegal payments from company executives," said United States Attorney Schneider. "My office will continue to work tirelessly with our partners at the U.S. Department of Labor, IRS, and the FBI to expose and prosecute any union official or corporate executive involved in similar criminal conduct."

"An important mission of the Office of Inspector General is to investigate allegations relating to labor racketeering and prohibited payments between company officials and union officials governed by a collective bargaining agreement. We will continue to work with our law enforcement partners and the U.S. Department of Labor's Office of Labor-Management Standards to investigate these types of allegations," said James Vanderberg, Special Agent-in-Charge, Chicago Region, U.S. Department of Labor Office of Inspector General.

"As a former UAW official, Nancy Johnson chose personal greed over promoting individual leadership through her participation in a "pay to play" scheme to enrich herself at the detriment of union members she represented," said Jeffery E. Peterson, Acting Special Agent in Charge, Detroit Division of the FBI. "This indictment sends a clear message that the FBI, through collaboration with our law enforcement partners, will continue to aggressively investigate anyone who circumvents their legal responsibilities within the union movement at the expense of their members."

U.S. Attorney Schneider commended the outstanding work of the U.S. Department of Labor – Office of Inspector General and Office of Labor-Management Standards, the Federal Bureau of Investigation, and the Internal Revenue Service – Criminal Investigations, in conducting a comprehensive criminal investigation into labor corruption activities involving a vital sector of the regional and national economy.

Nancy A. Johnson faces a maximum penalty of up to five years in prison and a fine of up to $250,000 on each of the five counts in the superseding indictment.

An indictment is only a charge and is not evidence of guilt. Every defendant is entitled to a fair trial in which it will be the government's burden to prove guilt beyond a reasonable doubt.

---

**Attachment(s):**
Download njohnson_ind.pdf

**Topic(s):**
Public Corruption

**Component(s):**
USAO - Michigan, Eastern

Updated March 21, 2018

# Exhibit 37

 73°F

LIVE

X

NEWS

# Former UAW official Nancy Johnson charged in alleged FCA bribery scheme

Nancy Johnson faces 5 counts of corruption charges

**Dave Bartkowiak Jr.**
Published: **March 21, 2018, 12:14 pm**

Tags: **News, Automotive, Wayne County, Macomb County, Oakland County**



*Credit: Pexels.com*

  

**DETROIT** – A former senior ranking United Automobile Workers (UAW) official is accused of taking part in a conspiracy in which she and other union officials accepted a stream of concealed payments and things of value from FCA executives.

Nancy A. Johnson, of Macomb Township, allegedly took part in this bribery scheme with FCA executives in the months leading up to the 2015 collective bargaining negotiations, according to the United States Attorney's Office.

Johnson is accused of illegally accepting tens of thousands of dollars worth of designer clothing, golf resort fees, limousine services, lavish meals, luxury accommodations, luggage, and first-class travel for herself and one of her associates.

"In one instance, Ms. Johnson spent $1,160 for a single pair of designer shoes, which were paid for with funds provided by FCA. On other occasions, Ms. Johnson spent $1,217 for salon and spa services, and $1,518 for a set of women's graphite golf clubs and a diva cart bag, all using funds provided by FCA," reads a statement from the U.S. Attorney's Office.

Johnson is the 6th person charged in this alleged scheme, U.S. Attorney Matthew Schneider said.

"My office will continue to work tirelessly with our partners at the U.S. Department of Labor, IRS, and the FBI to expose and prosecute any union official or corporate executive involved in similar criminal conduct," he said in a statement released Wednesday.

Johnson faces five counts including:

- Conspiracy to violate the Labor Management Relations Act
- Four counts of receiving and accepting prohibited money and things of value from a union employer

**View the indictment here**.

She faces a maximum penalty of up to five years in prison and a fine of up to $250,000 on each of the five counts in the superseding indictment.

*Stay with ClickOnDetroit for updates.*



*Copyright 2018 by WDIV ClickOnDetroit - All rights reserved.*

**ABOUT THE AUTHOR:**



**Dave Bartkowiak Jr.**

Dave Bartkowiak Jr. is the digital managing editor for ClickOnDetroit.

✉ 🐦
email    twitter

# Exhibit 38

## Ex-UAW official charged in scandal; Feds detail pattern of illegal FCA payments to labor leaders

The Detroit News (Michigan)

March 22, 2018 Thursday, 1 Edition

Copyright 2018 The Detroit News All Rights Reserved

**Section:** NEWS; Pg. A9

**Length:** 1621 words

**Byline:** By, Robert Snell, The Detroit News

## Body

Detroit - Nancy Adams Johnson thought she had reason to celebrate in September 2015: the United Auto Workers had reached a tentative agreement with Fiat Chrysler Automobiles NV.

She and fellow UAW officials headed to the London Chop House, the legendary Detroit restaurant with red leather banquettes that in the 1980s was a second home for Chrysler Corp. CEO Lee Iacocca and other Motor City powerbrokers.

Adams Johnson, the union's No. 2 FCA official, arrived at the downtown steakhouse to mark the labor contract with the automaker, a successor to the company Iacocca steered away from possible bankruptcy. The dinner cost $6,912, which federal prosecutors say Adams Johnson paid with money from Fiat Chrysler.

Within days, however, UAW workers rejected the tentative agreement that first brought Adams Johnson and other union leaders to the London Chop House, complaining the deal favored the automaker at the expense of blue-collar workers.

The meal factored into a federal indictment unsealed Wednesday that alleges Adams Johnson, 57, of Macomb Township and other union and Fiat Chrysler officials engaged in a broad conspiracy to corrupt the labor negotiation process. She received tens of thousands of dollars in illegal payments and benefits from Fiat Chrysler during the alleged conspiracy, including $1,100 designer shoes, first-class flights to California, resort stays and limousine rides, according to federal prosecutors.

"This is the UAW's worst nightmare - that their people can be bought for a pittance," said Peter Henning, a Wayne State University law professor and former federal prosecutor. "Why would these kinds of gifts be given to someone who Fiat Chrysler is negotiating with except to buy favor? This is the worst kind of corruption. You are selling out workers for a very nice meal."

The five-count indictment sheds light on what prosecutors describe as a pattern of Fiat Chrysler officials funneling illegal payments to UAW labor leaders through a joint training center. Adams Johnson is the sixth person charged in the widening case that already has ensnared former Fiat

Ex-UAW official charged in scandal; Feds detail pattern of illegal FCA payments to labor leaders

Chrysler executive Alphons Iacobelli and Monica-Morgan Holiefield, the widow of former UAW Vice President General Holiefield.

Adams Johnson's lawyer did not respond to a message seeking comment Wednesday. Fiat Chrysler CEO Sergio Marchionne, who has been questioned by federal investigators, has said the alleged conspiracy had "nothing whatsoever to do with the collective bargaining process."

In a statement, the UAW called Adams Johnson's "illegal conduct alleged in today's indictment appalling. ... There is no evidence that compromised individuals involved in this investigation, including Ms. Johnson, in any way corrupted the negotiations of the terms of the collective bargaining agreement."

The government's 18-page indictment featured new details about an alleged conspiracy that continued after Holiefield retired in June 2014 and chronicled crimes that continued during the leadership of his successor, UAW Vice President Norwood Jewell. The conspiracy described by prosecutors raises questions about the sanctity of labor contracts negotiated between the UAW and Fiat Chrysler.

Adams Johnson, a member of UAW-Chrysler National Training Center board, was Jewell's top administrative assistant and they served on the 2015 national committee that negotiated the contract with Fiat Chrysler. At least three UAW officials on the committee have either been charged or linked to the investigation, and that figure could climb, The News has learned.

The indictment could be a way to pressure Jewell.

"When prosecutors get the No. 2, the No. 1 has to be very nervous," Henning said.

The illegal benefits came from Iacobelli, who is awaiting a federal prison sentence, and former Fiat Chrysler analyst Jerome Durden, who also has pleaded guilty. Other Fiat Chrysler executives involved in the alleged conspiracy are not identified in the indictment.

Adams Johnson traveled, golfed, dined and shopped with Fiat Chrysler money funneled through the training center under a policy created by the auto company's officials to keep UAW leaders "fat, dumb and happy," according to the government. The policy was designed to wring concessions favoring the automaker, according to the government.

Adams Johnson was charged seven months after The Detroit News first linked her and Jewell to the corruption investigation. Sources described Adams Johnson as one of the more egregious abusers of the training center's credit cards, saying she charged more than $75,000 from 2014 to 2016 for personal items, including clothes, jewelry, luggage and meals.

She was charged in the indictment with conspiracy to violate the Labor Management Relations Act and four counts of receiving and accepting prohibited money and things of value from a union employer. Both are five-year felonies.

"Today's indictment marks the sixth defendant charged in a scheme where senior UAW officials betrayed the hard-working men and women of the union by accepting illegal payments from company executives," U.S. Attorney Matthew Schneider said in a statement.

Ex-UAW official charged in scandal; Feds detail pattern of illegal FCA payments to labor leaders

The illegal payments and benefits flagged by federal investigators were from 2014 and 2015. They include:

$6,912 at the London Chop House.

$6,678 on flights between Detroit and California.

$4,587 spent at LG's Prime Steakhouse in Palm Springs, California.

$1,259 for luggage.

$1,652 at Cardliff Limousine in Palm Springs.

More than $1,800 at Indian Canyons Golf Resort in Palm Springs.

More than $1,800 at St. John Knits and other retail stores in and around Palm Springs.

More than $6,900 at the Renaissance Resort & Spa in Palm Springs.

$1,217 at Salon Bilal in Pasadena, California.

$1,160 for a pair of Christian Louboutin shoes at Neiman Marcus.

More than $1,700 for a set of graphite women's golf clubs and a diva cart bag.

More than $1,000 at Divalicious and other retail stores in Orlando, Florida, and Clinton Township.

In all, Adams Johnson's flights and shopping sprees cost more than $33,000, according to the government.

Adams Johnson also was linked to a $2,180 Italian-made Beretta shotgun purchased with training center funds for Jewell as a birthday present in 2015. She told former UAW official Virdell King to buy the shotgun with her training center credit card, according to the indictment.

After The News reported about the shotgun and the widening investigation, the UAW announced in November that Jewell would retire Jan. 1, roughly six months before the scheduled end of his term. Jewell has not been charged with a crime during the ongoing investigation.

The UAW said that Jewell didn't know the shotgun was purchased with training center money and later reimbursed the training center.

Jewell also factored into other questionable expenses.

Iacobelli, the former Fiat Chrysler executive, approved spending more than $30,000 in worker training funds on a party for Jewell, a bash that included "ultra-premium" liquor and strolling models who lit labor leaders' cigars, The Detroit News has learned.

The party was described by federal prosecutors as an example of a cozy relationship between the automaker and UAW leaders designed to corrupt the bargaining process and implementation of a contract for thousands of workers.

Ex-UAW official charged in scandal; Feds detail pattern of illegal FCA payments to labor leaders

The London Chop House expense, meanwhile, is "very troubling," said Harley Shaiken, a professor at the University of California-Berkeley who specializes in labor and the global economy.

"You can understand the tension that goes into a negotiation, but to celebrate at that scale ... was inappropriate at best," Shaiken said Wednesday. "This was selfish and premature. ..."

Shaiken said the recent revelations bring up two questions: did the behavior affect negotiations, and how is the UAW responding?

UAW President Dennis Williams and other union officials are responding "aggressively," Shaiken said.

And though it's clear the actions were intended to sway UAW contract negotiations, it doesn't appear to have worked, Shaiken said. UAW members ultimately approved a renegotiated labor contract after rejecting the initial tentative deal.

"It's not desirable," Shaiken said. "But I don't think it had the desired affect."

Adams Johnson is the sixth person charged in a widening scandal that increasingly is focused on UAW officials who served on a committee that negotiated a union contract with Fiat Chrysler in 2015.

At least three UAW officials on the committee have either been charged or linked to the investigation, and that figure could climb, The News has learned. Jewell and King also served on the committee.

Jewell and Adams Johnson, meanwhile, were two of the UAW's top negotiators during 2015 contract negotiations with Fiat Chrysler.

Adams Johnson took first-class flights to California and paid for the trips using money funneled through the UAW-Chrysler National Training Center, according to the indictment.

The indictment focuses on the UAW's pattern of spending in Palm Springs.

Since 2015, the UAW has spent at least $674,903 at the Renaissance Palm Springs Hotel, according to the union's annual filings. The Renaissance Palm Springs is a four-star hotel at the base of the San Jacinto Mountains where suites cost $339 per night.

The hotel is four miles north of the Indian Canyons Golf Resort, where Adams Johnson is charged with spending more than $1,800 in January 2015.

The UAW held its Region 5 leadership conferences at the hotel in 2015 and 2016. The region is headed by Director Gary Jones, who is expected to become the new UAW president later this year.

It is unclear how much, if anything, the UAW-Chrysler National Training Center spent at the Palm Springs hotel.

The center's annual filings do not itemize specific travel.

Case 1:19-cv-06770-EK-MMH    Document 34-15    Filed 08/21/20    Page 12 of 17 PageID
#: 1187                                                                    Page 5 of 6
Ex-UAW official charged in scandal; Feds detail pattern of illegal FCA payments to labor leaders

rsnell@detroitnews.com

Ian Thibodeau contributed.

## Graphic

Facebook

Nancy Adams Johnson traveled, golfed, dined and shopped with Fiat Chrysler money funneled through the training center under a policy created by the auto company's officials to keep UAW leaders "fat, dumb and happy," according to the government.

Detroit News archive

Adams Johnson served as an aide to former UAW VP Norwood Jewell.

King

# Exhibit 39

# Feds: UAW official blew $6,900 at steakhouse with FCA workers' money

<u>Tresa Baldas</u>, **Detroit Free Press**    Published 12:45 p.m. ET March 21, 2018 | **Updated 10:50 p.m. ET March 21, 2018**



*(Photo: webphotographeer, Getty Images)*

As promised, the federal government has charged another top union official in the growing Fiat Chrysler-UAW scandal — this one accused of pampering herself and associates with $6,900 steak dinners and first-class airline tickets with money that was meant for autoworkers.

But the feds' torpedoing doesn't end there as two more high-ranking union officials have been implicated in the multimillion-dollar scandal involving collusion between auto executives and UAW officials.

The latest defendant charged in the case is Nancy Johnson, the onetime second most senior official in the UAW Chrysler Department who is accused of buying — among other things —  $1,200 luggage, $1,160 Christian Louboutin shoes and $6,900 in spa treatments with the help of Fiat Chrysler executives.

According to an indictment unsealed Wednesday, Johnson, 57,  is among several UAW officials who unlawfully accepted perks from FCA executives, who, according to prosecutors, were on a mission to keep union leaders "fat, dumb and happy." They did this by funneling $4.5 million from a training fund to themselves and union officials, who are accused of spending the money on perks galore, everything from golf resort fees and limo services to jewelry and a shotgun.



**Fiat Chrysler Automobiles headquarters in Auburn Hills** *(Photo: Eric Seals, Detroit Free Press)*

According to the indictment, here is how Johnson pampered herself with money that was funneled to her by FCA officials:

- In September 2015, Johnson spent $6,912 for a dinner at the London Chop House in Detroit with funds that came out of the National Training Center, which was supposed to train autoworkers and was funded by Fiat Chrysler.
- In January 2015, Johnson spent $4,587 for a meal at LG's Prime Steak House in Palm Springs, Calif. The meal was paid for by training center funds.
- The same month, Johnson spent more than $1,800 at Indian Canyons Golf Resort in Palm Springs. The golf fees and other purchases were paid for by the NTC funds.
- The same month, Johnson spent $1,652 at Cardiff Limousine in Palm Springs for a round trip to San Diego. The money came from the training center.
- The same month, Johnson spent more than $1,800 on a shopping spree in Palm Springs where she bought designer clothing and jewelry with training center funds.
- In January and February 2015, Johnson spent $6,900 at the Renaissance Resort & Spa in Palm Springs. The spa fees were paid for by training center funds.
- In December 2014, Johnson spent $1,914 on a first-class plane ticket for herself to travel to Palm Springs, and another $2,382 for another first-class ticket for her associate. Both plane tickets were paid for with training center money.
- In December 2014, Johnson flew to California again, that time spending $2,382 on a first-class ticket to Los Angeles from Detroit. The plane ticket was paid for with training center money.
- In February 2015, Johnson spent $1,217 at a spa in Pasadena, Calif., using training center funds.
- In March 2015, Johnson spent $1,160 at Neiman Marcus online for a pair of Christian Louboutin shoes using training center funds.
- In April 2015, Johnson spent more than $1,700 for a set of graphite women's golf clubs and a Diva cart bag purchased from Amazon.com using training center funds.
- In May 2015, Johnson spent more than $1,000 at Divalicious and other retail stores in Orlando, and Clinton Township. She bought clothing, accessories and home furnishings with training center funds.

There was also a shotgun on this shopping list, prosecutors say.

In August 2015, Johnson allegedly directed another UAW official, Virdell King, to buy a shotgun as a birthday present for another, unnamed senior UAW officer. King obliged, prosecutors allege, and bought a $2,182 Italian-made Beretta shotgun at Field & Stream in Troy using training center funds.

Johnson's lawyer, Harold Gurewitz, declined comment.

Among those who pampered Johnson and others with the gifts is former FCA Vice President Alphons Iacobelli and ex-FCA financial analyst Jerome Durden — both of whom have pleaded guilty in the case.

The UAW, which has long maintained that no contracts were ever compromised by the alleged scheme, issued this statement Wednesday:

"The illegal misconduct alleged in today's indictment is appalling and runs counter to the values our union has upheld for more than 80 years. Ms. Johnson was removed from the union in July 2016. There is no evidence that compromised individuals involved in this investigation, including Ms. Johnson, in any way corrupted the negotiations of the terms of the collective bargaining agreement."

The UAW went on to say that every contract "goes through numerous hands, including the presidents, the elected UAW-FCA National Negotiators and the UAW-FCA Council ...  before being voted on and ratified by the membership."

The UAW also called the 2015 FCA agreement "one of the richest ever negotiated" and included the following:

- The first general wage increases in nine years for traditional members
- Health care improvements made while still maintaining no premiums for all members
- An improved profit-sharing formula that recently produced $5,500 on average to every FCA worker
- $1.7 billion in pension funding and a 6.4% 401(k) company contribution rate for in-progression members
- $5.3 billion in new U.S. investments and a moratorium on outsourcing

The other defendants in the case are Keith Mickens, another senior UAW official who is  accused of using a National Training Center credit card in 2013 to buy more than $1,000 worth of luggage from a Detroit store. Between 2012 and 2014, he allegedly racked up $6,500 in charges on the credit card, buying items including electronics, designer clothing and golf equipment for himself and for other UAW officials.



**UAW logo** *(Photo: Jessica J. Trevino, Detroit Free Press)*

Also charged in the scheme are Monica Morgan, 54, of Harrison Township, the widow of the late UAW Vice President General Holiefield. The government said Morgan and Holiefield both stole from the training center with the help of Iacobelli.

According to prosecutors, Iacobelli helped raid $4.5 million from the UAW-Chrysler National Training Center and spent it on himself and UAW officials, buying everything from luxury vehicles to $35,000 Mont Blanc ink pens.

Morgan also pleaded guilty in the case in February, but only to a tax crime, admitting she hid $201,000 from the government on her 2011 taxes, but without explaining where the money came from. She faces 27 months in prison under her sentencing guidelines. She will be sentenced June 4 and also has to pay $190,747 in restitution to the U.S. Treasury.

According to prosecutors, Morgan's photo business once received $70,000 from a charity that was supposed to help children struggling with hardships. The government claims the charity was really a sham, set up by Holiefield and Iacobelli, who pleaded guilty to conspiracy and tax evasion last month. Iacobelli faces up to eight years in prison.

5th person charged in UAW-Fiat Chrysler scandal: Another union exec accused of theft (/story/news/local/michigan/detroit/2018/03/13/fca-uaw-scandal-keith-mickens/421266002/)

Feds: Bargaining rivals stole millions from FCA; kept UAW officials 'fat, dumb and happy' (/story/news/2017/07/28/feds-bargaining-rivals-stole-millions-fca-kept-uaw-officials-fat-dumb-and-happy/517297001/)

During the scheme, the government says, Holiefield was the director of the UAW Chrysler Department and acted as the lead negotiator and the lead administrator for the collective bargaining agreements between the UAW and FCA. He died in 2015.

According to court documents, the UAW-Chrysler National Training Center was funded by FCA and received between $13 million and $31 million a year. Prosecutors say at least $4.5 million of that money was misspent, and allege that FCA executives were bribing union brass with the intention of giving the company a better position at the bargaining table.

The UAW has stressed that the scheme did not affect negotiations.

Two others charged in the scheme have previously pleaded guilty and await sentencing. They are:

- Jerome Durden of Rochester Hills, a financial analyst at FCA who allegedly helped conceal the fraud by cooking the books. He faces up to five years in prison when he is sentenced in May.
- Virdell King, 65, of Detroit, the first African-American female to be elected president of a local union in UAW-Chrysler's history, who was accused of — among other things — buying designer shoes, clothing, jewelry and luggage using credit cards that were issued through the UAW-Chrysler National Training Center. She also was accused of making more than $40,000 in additional purchases that pampered other senior UAW officials. King has pleaded guilty to her role in the scheme and awaits sentencing.

Allegations in the indictment coincide with a 2017 Department of Labor audit that questioned travel expenses for a union-related trip to Palm Springs, Calif., in 2015. The audit found that Local 31 from Kansas City, Kan., "did not retain hotel receipts for the 16 officers and employees who traveled to Palm Springs." According to the audit, at least $11,000 in reimbursed travel expenses incurred by local union officers were not backed up by receipts.

*Contact Tresa Baldas: tbaldas@freepress.com. Follow her on Twitter @Tbaldas*

Read or Share this story: https://www.freep.com/story/news/local/michigan/detroit/2018/03/21/uaw-fiat-nancy-johnson-steak/445511002/