# Exhibit 42

# Fiat Chrysler exec charged in FCA-UAW scandal

**Tresa Baldas, Detroit Free Press**     Published 2:04 p.m. ET April 4, 2018 | **Updated 2:51 p.m. ET April 4, 2018**



*(Photo: Eric Seals, Detroit Free Press)*

Another Fiat Chrysler executive has been charged in the ongoing UAW-Fiat Chrysler scandal that involves union and automotive officials cheating thousands of autoworkers out of $4.5 million in training funds.

Michael Brown, the former director of employee relations at Fiat Chrysler, is charged with lying to a federal grand jury about an alleged bribery scheme involving his boss and others at FCA.

Specifically, prosecutors allege that Brown knew that FCA officials were bribing UAW leaders, but "deliberately" provided "misleading and incomplete testimony" about the scam.  Not only did he know that this was going on, prosecutors allege, but he failed to notify authorities about the corruption.

Brown, who is the second FCA official charged in the case, worked under former FCA Vice President Alphons Iacobelli, a central figure in the case who is accused of raiding $4.5 million from a training center that was supposed to help blue collar workers. Instead, prosecutors say, Iacobelli  funneled the training center funds to himself and and UAW officials, buying everything from luxury vehicles to $35,000 Mont Blanc ink pens.

Prosecutors allege the bribes were part of a bigger plot by Fiat Chrysler executives to keep UAW officials "fat, dumb and happy" by giving them credit cards and urging them to go on spending sprees with money that was supposed to train blue collar workers.

Iacobelli pulled this off, prosecutors said, with the help of a Fiat Chrysler financial analyst who cooked the books to hide the fraud. The FCA analyst, Jerome Durden of Rochester Hills, pleaded guilty in the case and faces up to five years in prison when he is sentenced in May.

Iacobelli also has pleaded guilty in the case and faces up to eight years in prison when he is sentenced in May.

The charges against Brown were filed Tuesday in U.S. District Court in what is known as an "information" charging document, which typically means the defendant has a plea deal in the works.

So far, the federal government has charged six individuals for their various roles in the alleged conspiracy.

**Related:**

Feds: UAW official blew $6,900 at steakhouse with FCA workers' money (/story/news/local/michigan/detroit/2018/03/21/uaw-fiat-nancy-johnson-steak/445511002/)

Feds: Bargaining rivals stole millions from FCA; kept UAW officials 'fat, dumb and happy' (/story/news/2017/07/28/feds-bargaining-rivals-stole-millions-fca-kept-uaw-officials-fat-dumb-and-happy/517297001/)

They include Keith Mickens, a top labor leader who helped negotiate contracts between the UAW and FCA. He was charged last month with buying designer clothes, luggage and golf equipment with money that was supposed to help train autoworkers.

According to court records, Mickens used a National Training Center credit card to buy more than $1,000 worth of luggage and  $6,500  worth of electronics, designer clothing and golf equipment for himself and other UAW officials.

Also charged in the scheme are Monica Morgan, 54, of Harrison Township, the widow of the late UAW Vice President General Holiefield. The government said Morgan and Holiefield both stole from the training center with the help of Iacobelli.

Morgan also pleaded guilty in the case last month, but only to a tax crime, admitting she hid $201,000 from the government on her 2011 taxes, but without explaining where the money came from.

She faces 27 months in prison under her sentencing guidelines. She will be sentenced June 4 and also has to pay $190,747 in restitution to the U.S. Treasury.

According to prosecutors, Morgan's photo business once received $70,000 from a charity that was supposed to help children struggling with hardships. The government claims the charity was really a sham, set up by Holiefield and Iacobelli.

During the scheme, the government says, Holiefield was the director of the UAW Chrysler Department and acted as the lead negotiator and the lead administrator for the collective bargaining agreements between the UAW and FCA. He died in 2015.

According to court documents, the UAW-Chrysler National Training Center was funded by FCA and received between $13 million and $31 million a year. Prosecutors say at least $4.5 million of that money was misspent, and allege that FCA executives were bribing union brass with the intention of giving the company a better position at the bargaining table.

The UAW has stressed that the scheme did not affect negotiations.

In a previous  statement, the  UAW has said: "The scheme ... did not affect the negotiation of the terms of our collective bargaining agreements or involve the loss of any union funds."

The sixth defendant charged in the scheme is Retired UAW Associate Director Virdell King, 65, of Detroit, a one-time rising star at the UAW who made a name for herself as a female pioneer in the male-dominated union. King is accused of — among other things — buying designer shoes, clothing, jewelry and luggage using credit cards that were issued through the UAW-Chrysler National Training Center.

She also was accused of making more than $40,000 in additional purchases that pampered other senior UAW officials, including a shotgun, golf equipment, luggage, concert tickets, theme park tickets and other items. King has pleaded guilty to her role in the scheme and will be sentenced in August.

*Contact Tresa Baldas: tbaldas@freepress.com. Follow her on Twitter @Tbaldas*

Read or Share this story: https://www.freep.com/story/news/local/michigan/detroit/2018/04/04/fiat-chrysler-executive-uaw-scandal/485371002/

# Exhibit 43

# Ex-UAW official spent thousands in training money at Best Buy

**Eric D. Lawrence**, Detroit Free Press    Published 12:59 p.m. ET April 5, 2018 | **Updated 5:13 p.m. ET April 5, 2018**



*(Photo: J. Kyle Keener, Detroit Free Press)*

A former labor leader caught up in the UAW-Fiat Chrysler scandal admitted to a judge Thursday that he spent  thousands of dollars meant for training on personal items at Best Buy.

Keith Mickens, 64, who helped negotiate labor contracts, made the comments in federal court in Detroit during a hearing in which he pleaded guilty to one count of conspiracy to violate the Labor Management Relations Act.

Mickens' guilty plea follows charges announced Wednesday against Michael Brown (/story/news/local/michigan/detroit/2018/04/04/fiat-chrysler-executive-uaw-scandal/485371002/), the former director of employee relations at FCA, who is accused of lying to a federal grand jury.

Mickens is one of at least six people charged in the scandal — UAW leaders and Fiat Chrysler officials who are accused of redirecting $4.5 million designated for training Fiat Chrysler workers to  pay for personal items including exotic sports cars, luggage and expensive pens.

Mickens, wearing a charcoal gray suit, admitted to U.S. District Judge Paul Borman that he had used credit cards issued through the UAW-Chrysler National Training Center to buy personal items. On two different occasions in 2014,  he spent more than $1,000 at a Best Buy in Oakland County.

According to a previous report, Mickens also used a card to charge $6,500 on such items as electronics and designer clothing between 2012 and 2014.

"I abused the credit cards that were provided to us by the Training Center," Mickens, who has agreed to cooperate with prosecutors, told the judge.

**Read more:**

Former UAW VP Holiefield dies after battle with cancer (/story/money/cars/2015/03/09/general-holiefield-uaw-hospitalized/24667511/)

5th person charged in UAW-Fiat Chrysler scandal: Another union exec accused of theft (/story/news/local/michigan/detroit/2018/03/13/fca-uaw-scandal-keith-mickens/421266002/)

FCA officials, including former Vice President Alphons Iacobelli, told Mickens and others they could use the cards to buy personal items, according to comments made in court. FCA provided the funds that paid for the items.

Iacobelli has also pleaded guilty in the case.

The maximum sentence under the conspiracy charge against Mickens is five years, but the judge indicated that the sentence would not exceed 27 months. Any restitution will be determined at sentencing Aug. 6.

Mickens' attorney, Robert Sheehan of Rochester Hills, declined comment after the hearing.

The UAW has insisted the scheme did not affect contract negotiations or involve union funds.

In a previous statement, the UAW noted that Mickens was a former UAW staff person.

"At the time of his misconduct, Mr. Mickens served as (former UAW Vice President) General Holiefield's administrative assistant. His position as an administrative assistant ended in 2014, and he left the UAW altogether in 2015," according to the statement made at the time Mickens was charged.

Holiefield died in 2015. His widow, Monica Morgan, has pleaded guilty to a tax charge in the scandal.

Former UAW Executive Director Virdell King and Jerome Durden, an FCA financial analyst, also have pleaded guilty in the case.

*Contact Eric D. Lawrence: elawrence@freepress.com. Follow him on Twitter: @_ericdlawrence. Staff writer Tresa Baldas contributed to this report.*

Read or Share this story: https://www.freep.com/story/money/cars/chrysler/2018/04/05/uaw-fca-scandal/489130002/

# Exhibit 44

# Former FCA exec pleads guilty to conspiracy cover-up

<u>Nora Naughton</u>, **The Detroit News**    Published 3:51 p.m. ET May 25, 2018 | **Updated 5:31 p.m. ET May 25, 2018**



*(Photo: UAW-Chrysler National Training Center)*

Former Fiat Chrysler Automobiles executive Michael Brown pleaded guilty Friday to misprision of a felony, meaning he admitted to providing misleading and incomplete information to a federal grand jury when he knew of a conspiracy to violate the Labor Management Relations Act.

In charges filed in U.S. federal court in Detroit last month, Brown, 60, of West Bloomfield Township, was accused of lying to cover up a conspiracy involving auto executives funneling illegal payments to United Auto Workers leaders.

The charges carry a maximum sentence of three years in prison, but under the plea agreement Brown can only be sentenced to 12-18 months. The plea agreement does not cover fines, a maximum $250,000.

As part of the plea, Brown has also signed a separate cooperation agreement, in which he can aid federal investigators without facing additional criminal charges.

Brown's sentencing is scheduled for Sept. 20.

Brown helped run the UAW-Chrysler National Training Center. In federal court Friday, Brown admitted to "providing misleading and incomplete information" while testifying in front of a federal grand jury in December 2015 in an attempt to cover up a conspiracy to violate the Labor Management Relations Act.

The plea agreement states that Brown knew of FCA executives including former FCA vice president Alphons Iacobelli and financial analyst Jerome Durden using credit card accounts and bank accounts associated with the National Training Center to conceal more than $1.5 million in "prohibited payments and things of value" to UAW officers and employees.

When asked about the conspiracy in court Friday, Brown said he was aware that FCA executives provided "things of value" to UAW officials and members that included funds, illegal payments, salaries for individuals who didn't do work and trips and vacations not related to work.

At the time, Brown was director of Fiat Chrysler's employee relations department.

He has since left the company, but Brown worked in a department that reported to Fiat Chrysler executive Michael Keegan, who took over as head of the Italian-American automaker's global communications in August.

FCA declined to provide comment on Brown's guilty plea.

Brown is the third former Fiat Chrysler official ensnared in an ongoing investigation that emerged publicly last summer and has since widened (/story/business/autos/general-motors/2017/11/02/uaw-training-center-investigation-expands-big-detroit-three/107251546/) to Ford Motor Co. and General Motors Co. The conspiracy described by prosecutors raises questions about the sanctity of labor contracts negotiated between the UAW and Fiat Chrysler.

Two other former Fiat Chrysler executives have been charged and struck plea deals with federal prosecutors. They include former Fiat Chrysler executive Iacobelli, who prosecutors say bought a $354,000 Ferrari and two, rare $35,700 fountain pens (/story/business/autos/chrysler/2017/10/17/cash-trail-fca-scandal/106748268/) with training center funds.

The other former FCA executive is Durden (/story/business/autos/chrysler/2017/08/08/former-fiat-chrysler-analyst-pleads-guilty-uaw-probe/104399452/), who is alleged to have helped transfer millions of dollars in training center funds to the late UAW Vice President General Holiefield, widow Monica Morgan-Holiefield and Iacobelli.

Morgan-Holiefield (/story/business/autos/2018/02/06/lawyer-auto-scandal-cheated-workers/110162302/) struck a plea deal with federal prosecutors in February.

Brown co-directed the training center for a time with UAW counterpart Keith Mickens. Mickens was charged in March and accused of buying luggage, electronics, designer clothes and golf equipment with money that was supposed to help train blue-collar workers.

Mickens, 64, pleaded guilty last month (/story/business/autos/chrysler/2018/04/05/uaw-leader-helped-boss-buy-pool-widespread-scandal/33570775/), admitting he bought more than $7,000 worth of personal items with money that was supposed to help train workers and used more money to help Holiefield buy a pool.

nnaughton@detroitnews.com

Read or Share this story: https://www.detroitnews.com/story/business/autos/chrysler/2018/05/25/fca-michael-brown-guilty-plea/644570002/

# Exhibit 45

Case 1:19-cv-06770-EK-MMH    Document 34-17    Filed 08/21/20    Page 10 of 31 PageID #: 1221

# UAW-Chrysler National Training Center Files Civil Suit for Recovery of Embezzled Funds

NEWS PROVIDED BY
**UAW-Chrysler National Training Center** →
Jun 08, 2018, 02:35 ET

WARREN, Mich., June 8, 2018 /PRNewswire-USNewswire/ -- The UAW-Chrysler National Training Center (NTC) today filed a civil suit in Oakland County Circuit Court against four individuals, including two former NTC officials, for the recovery of embezzled funds.

Two of the four civil Defendants, former NTC officials Alphons Iacobelli and Jerome Durden, have already pled guilty in Federal Court to schemes that resulted in the embezzlement of substantial NTC joint program funds. Others named in the civil suit are Susanne Iacobelli and Monica Morgan.

"Alphons Iacobelli and Jerome Durden were participants in crimes committed against the NTC.  Their conduct not only victimized the NTC, but also has resulted in indictments and convictions for violations of federal law," said Shawn Fain and Tom Rolands, Co-Directors of the NTC.

Fain and Rolands noted that the NTC has taken a number of substantial, proactive measures to ensure this type of illegal activity will not be repeated. Some of the actions taken include: imposition of stringent internal accounting controls; adoption and strict enforcement of newly revised expense policies; retention of an independent accounting firm to audit the NTC's financial statements, and the hiring of an in-house Controller along with new personnel in various leadership positions at the NTC.

"The NTC has zero tolerance for wrongdoing, and will work tirelessly to ensure that it operates to fulfill its intended purpose and to see that every dollar under its control is properly spent and accounted for," Fain and Rolands added.

**About the NTC.**  The NTC is a joint effort between the UAW and FCA to provide education, training and re-training aimed at creating a world-class workforce that can effectively compete in the global market.  Organized in 1985 through contract negotiations, the NTC is governed by an eight-member board, four appointed by the UAW and four appointed by FCA.  The NTC has played an important role in helping achieve a world-class workforce through union-management cooperation and a commitment to lifelong learning.

The NTC offers a comprehensive range of programs and services designed to help workers achieve success on and off the job.  These services address key areas such as creating and maintaining a respectful, non-discriminating, non-threatening workplace; new hire orientation program; health, safety and ergonomics training; continuing education/career development; and employee assistance program training.  The NTC also houses the World Class Manufacturing Academy (WCMA) and Technical Training Center in Warren, Michigan, as well as support and oversight of a Regional Training Center in Kokomo, Indiana.

For more information, visit: www.uaw-chrysler.com

SOURCE UAW-Chrysler National Training Center

# Exhibit 46

# The Detroit News

AUTOS

# Feds label Fiat Chrysler, UAW as co-conspirators

**Robert Snell**, **Daniel Howes** and **Ian Thibodeau** The Detroit News

Published 7:55 p.m. ET Jun. 12, 2018 | **Updated 9:43 a.m. ET Jun. 13, 2018**

*Detroit* — Federal prosecutors labeled the United Auto Workers and Fiat Chrysler Automobiles NV as co-conspirators in a widening corruption scandal, an allegation at odds with claims the labor union and automaker were victimized by rogue employees.

The allegation, contained in a federal court plea agreement obtained by The Detroit News on Tuesday, potentially exposes the automaker and the UAW — a cornerstone of the modern American automotive industry — to criminal charges, fines and governmental oversight, according to a former federal prosecutor.

"This does not bode well for Fiat Chrysler and the UAW," said Peter Henning, a Wayne State University law professor. "All along, the union and Fiat Chrysler have portrayed themselves as victims, but this indicates the government has a different view."

Federal prosecutors say the union and Fiat Chrysler conspired from before 2009 through 2015 to violate the Labor Management Relations Act and the automaker enabled nepotism to flourish at a blue-collar training center. The law prohibits employers or those working for them from paying, lending or delivering money or other valuables to officers or employees of labor organizations — and from labor leaders from accepting such items.

"From in or before 2009 through 2015, FCA executives conspired with one another, with FCA, with officials at the UAW, and with the UAW, to violate the Labor Management Relations Act," prosecutors wrote in the court filing.

It's the first time FCA and the union have been identified separately from individuals in the case. The government has not brought charges against either the company or the union.

The federal claim of a high-level conspiracy between Detroit's No. 3 automaker and its most important union comes as 3,000 delegates and union members are gathered this week for the UAW's quadrennial constitutional convention – and to elect a new slate of officers that has been shaped by the abrupt retirements of two would-be officers amid the ongoing federal probe.

The allegation is the latest development in a widening federal investigation that has led to criminal charges againstseven people, caused upheaval at the top ranks of the auto industry and raised questions about the sanctity of labor negotiations.

The allegation emerged in court documents filed as part of a plea agreement for former Fiat Chrysler executive Michael Brown, 60, of West Bloomfield Township, who helped run the training center, knew about the conspiracy and that Iacobelli and at least four other unnamed Fiat Chrysler officials were funneling more than $1.5 million worth of illegal payments to UAW officials, prosecutors allege.

"Michael Brown knew that the purpose of the conspiracy to provide prohibited payments to UAW officials was to grease the skids in order to obtain benefits, advantages and concessions in the negotiation, implementation and administration of the collective bargaining agreements between FCA and the UAW," prosecutors wrote in the federal court filing.

The conspiracy described by prosecutors spanned three administrations at the UAW: Presidents Ron Gettelfinger, Bob King and Dennis Williams, who will retire this week during the union's convention at Cobo Center.

The allegation emerged almost one year into a prosecution that has led to six convictions, including former Fiat Chrysler Vice President Alphons Iacobelli. The case has revealed a cozy relationship between the automaker and the union, long-

time adversaries, who prosecutors allege forged a relationship designed to corrupt the bargaining process and implementation of a labor contract for thousands of workers.

"Will this go any higher in the union or the company is the question left dangling here," Henning said. "For union members, they will be especially perturbed by this, that the union colluded with the company."

Some of the illegal benefits previously detailed by prosecutors include a $365,000 Ferrari that Iacobelli purchased with money meant for the training center and two bejeweled Montblanc fountain pens that cost $35,700 each.

Other illegal payments included more than $435,000 to a company controlled by the late UAW Vice President General Holiefield and his widow, Monica Morgan-Holiefield; $262,000 to pay off Holiefield's mortgage and more than $30,000 in flights for Morgan-Holiefield to Miami, Las Vegas and Los Angeles, according to prosecutors. The expenses, paid for by the jointly-operated UAW-Chrysler National Training Center, used money provided by the automaker, the government says.

More than $30,000 was spent throwing a party in August 2014 for former UAW Vice President Norwood Jewell, The News has learned. The party included "ultra premium" liquor, strolling models who lit labor leaders' cigars and a $3,000 tab for wine in bottles with custom labels that featured Jewell's name.

Jewell, 60, of Davison, has not been charged with a crime during the ongoing investigation.

More illegal payments bankrolled private accommodations, golf resort fees and lavish meals in Palm Springs, Calif., for Jewell and his top administrative assistant, Nancy Adams Johnson, according to the government. Again, the expenses were paid by the training center with money from Fiat Chrysler.

A UAW spokesman declined comment and referred to Williams' speech at the UAW Constitutional Convention on Monday, Williams tried to distance the union from the corruption described by prosecutors.

"To be clear: those who misallocated or misused training center funds betrayed our trust," Williams told thousands of union members Monday at Cobo Center. "The UAW has zero tolerance for corruption, wrongdoing, at any level of the organization.

"Now, our leadership team had no knowledge of the misconduct — which involved former union members and former auto executives — until it was brought to our attention by the government."

Jewell was linked publicly to the criminal investigation in August, when The News learned he had received a $2,180 shotgun purchased with union training center funds. He announced his surprise retirement in November and remained on the job until January.

"What took place with the people that had been indicted flies in the face of UAW culture," said Harley Shaiken, a professor at the University of California-Berkeley who specializes in labor and the global economy. "The reality is all human organizations are subject to issues of corruption. What's critical is how the organization responds. And in this case, the UAW has been unambiguous."

A Fiat Chrysler spokeswoman declined comment Tuesday and referred to previous comments by CEO Sergio Marchionne.

"I join Dennis Williams, the UAW President, in expressing my disgust at the conduct alleged in the indictment which constitutes the most egregious breach of trust by the individuals involved," Marchionne wrote in a letter last year to Fiat Chrysler employees. "This conduct had nothing whatsoever to do with the collective bargaining process, but rather involved two bad actors who apparently saw an opportunity to misappropriate funds entrusted to their control and who, unfortunately, co-opted other individuals to carry out or conceal their activities over a period of several years."

Marchionne has a criminal defense lawyer and has been questioned by federal investigators.

Marchionne was questioned during a private meeting in July 2016 with the U.S. Attorney's Office in downtown Detroit, sources familiar with the investigation said.

The Italian auto executive was escorted to the meeting by his white-collar, criminal defense lawyer, William Jeffress of the Washington, D.C., law firm Baker Botts.

Jeffress is a prominent white-collar defense lawyer who handled post-Watergate legal matters for President Richard Nixon and defended Vice President Dick Cheney's chief of staff I. Scooter Libby in a high-profile CIA leak trial.

Marchionne, 65, has not been charged with a crime during an ongoing federal grand jury investigation that has expanded in recent months to include training centers funded by all three Detroit automakers.

In November, The News reported that federal agents were interested in retired UAW Vice President Joe Ashton, who abruptly resigned from the board of General Motors Co. in December, and Cindy Estrada, his successor in charge of the union's GM department, who is up for re-election Wednesday.

The alleged conspiracy involving the UAW and Fiat Chrysler could end in a settlement with the government that would require new internal controls, fines or an injunction, Henning said.

"There could be some kind of admission that they failed to oversee what was being done at the training center," Henning said. "Or there could be an agreement to undertake certain measures to make sure this doesn't happen again."

Federal oversight of the UAW could be unprecedented for a union long considered a "clean union" – but not for organized labor. In 1988, the Justice Department sued the International Brotherhood of Teamsters, charging it with labor racketeering in a bid to stamp out corruption and Mafia influence at the union's highest levels. Prosecutors have not taken any of those steps with the UAW.

A fight for money central to the criminal case involving the UAW and Fiat Chrysler has intensified in recent days. The UAW-Chrysler National Training Center sued Iacobelli and others Friday to recoup $4.4 million it claims was embezzled during the scheme.

During the time of the conspiracy described by prosecutors, Fiat Chrysler executives authorized Holiefield and other UAW officials to offer sham employment at the training center to friends, relatives and allies, according to the court filing.

At the direction of Holiefield and other UAW officials, "numerous individuals were categorized as being on 'special assignment' status to the (training center) when, in fact, those individuals did little work or no work on behalf of the (training center)," prosecutors wrote.

No relatives are identified by name in the court filing.

Two of Jewell's sons are servicing representatives with the union, according to the UAW's annual filings. Justin Jewell is paid $125,744 while Derik Jewell's total compensation is $116,726.

Allegations of nepotism are not limited to the UAW-Chrysler training center. GM and the UAW operate the Center for Human Resources training center in Detroit. So many relatives of UAW officials have worked there that some dub the facility the "Center for Hidden Relatives."

Details about nepotism within the UAW training centers emerged in 2015 when former Center for Human Resources receptionist Shannan McDonald , unsuccessfully sued the training center. McDonald claimed she was forced to resign after being discriminated against due to a disability.

Estrada was deposed in April 2016.

"Ms. Estrada, do you have a daughter or step-daughter named Tara?" McDonald's lawyer Jeffrey Burg asked during the deposition.

"Tara White," Estrada said.

"What is she to you?" the lawyer asked.

"She's my step-daughter," Estrada said.

"And is Tara White working for (the training center) now?" the lawyer said.

"Yes, she is," Estrada said.

"Is she working the receptionist job that Shannan had occupied before Shannan left?" the lawyer asked.

"Yes," Estrada said.

Days earlier, the lawyer deposed John Ashton,  a facility manager at the UAW-GM Center for Human Resources.

"Who is Joe Ashton?" the lawyer asked.

"He's my uncle," John Ashton said.

"And did your uncle Joe Ashton assist in any way in getting you the job at (the training center)?" Burg asked.

"Yes," John Ashton said.

*rsnell@detnews.com*

*(313) 222-2486*

*Twitter: @robertsnellnews*

# Exhibit 47

Case 1:19-cv-06770-EK-MMH    Document 34-17    Filed 08/21/20    Page 22 of 31 PageID #: 1233

# Widow of UAW VP Holiefield gets 18 months in federal corruption case

**Eric D. Lawrence**, **Detroit Free Press**    Published 2:34 p.m. ET July 13, 2018 | **Updated 6:20 p.m. ET July 13, 2018**



*(Photo: Romain Blanquart, Detroit Free Press)*

The widow of a UAW vice president who is also a prominent metro Detroit photographer on Friday became the first person sentenced in a case tied to the wide-ranging scandal involving misuse of money meant to train Fiat Chrysler Automobiles workers.

The lead prosecutor in the case said she was motivated by greed.

Monica Morgan, 55, was sentenced in U.S. District in Detroit to 18 months in prison, one year supervised release and a $25,000 fine. In addition to her fine, Morgan is liable for an additional $88,000 in restitution, after paying about $102,000 to date.

Morgan pleaded guilty in February to a tax charge for hiding $201,000 on her 2011 taxes. Other charges, including one alleging conspiracy, were dismissed in exchange for her plea. Judge Paul Borman said sentencing guidelines would have allowed for a sentence of between 24 and 30 months in prison.

In plea documents, Morgan acknowledged that the money came from criminal activity, and Borman said, "It is a serious offense and it's not just a straight tax offense."

Morgan is the widow of the late General Holiefield. Authorities said he worked with former FCA Vice President Alphons Iacobelli in a scheme involving the misuse of $4.5 million.

Iacobelli has pleaded guilty and faces up to eight years in prison when he is sentenced in August. Several other now-former FCA and UAW officials have also been implicated. The leadership of both FCA and the union have denied the case was indicative of widespread corruption, saying it was instead limited to a few bad actors.

The UAW issued a statement to that effect after the sentencing:

"The misconduct of certain individuals in this case has been disturbing. Importantly, however, the wrongdoing did not involve union funds or affect our collective bargaining agreements. The UAW has taken strong measures to prevent a reoccurrence of this type of of misconduct and our new leadership team continues to oversee improvements in our operations and financial controls."

An FCA spokeswoman referred the Free Press back to previous statements from CEO Sergio Marchionne, who has denied wrongdoing on the part of the company.

Prosecutors, however, say the payoffs were aimed at influencing FCA-UAW contract negotiations in the company's favor.

Prosecutors have said that, among other things, the misappropriated money was used to pay off the $262,219 mortgage on Holiefield and Morgan's Harrison Township home, as well as luxury items for those caught up in the scheme.

Morgan, wearing a black dress and shoes, did not address the court prior to her sentencing, answering the judge's questions with one- and two-word responses. Morgan did not respond to questions from several reporters as she left the federal courthouse surrounded by supporters and climbed into a black sedan with darkened windows. The judge granted a request that she be allowed to self-report to prison.

One of Morgan's supporters, who identified himself as Duane Johnson, said, "I stand with Monica," when asked for comment.

Assistant U.S. Attorney David Gardey and Morgan's defense attorney, Steven Fishman, painted wildly diverging portraits of Morgan before the judge issued his sentence.

Gardey said Morgan was motivated by greed and had committed a serious crime deserving of serious punishment, while Fishman described her as a person who had made an unfortunate mistake, although criminal, but had dedicated her life to helping her community.

Gardey called her a very savvy businesswoman.

"This was a cold and calculating effort by her and her husband to use shell companies to conceal bribe payments," Gardey said. "She was someone who knew exactly what she was doing and chose to commit this crime."

Gardey said Morgan had engaged in a "high-flying lifestyle" despite declaring an annual income of a bit more than $5,400.

He described first-class travel, said she spent tens of thousands of dollars, had helped funnel $325,000 to a fake hospice and still has access to $680,000. In addition, Gardey said about $80,000 in bogus photography courses had been set up to send money to her business.

In urging the judge to sentence Morgan to prison, Gardey emphasized the need to send a message, noting that her supporters are "among the elite of Detroit." Among the more than 60 letters sent in support of Morgan were those by prominent individuals including, the Rev. Wendell Anthony, Bishop Charles Ellis III and Charlene Mitchell-Rodgers.

Gardey also argued that the charge to which Morgan pleaded was not victimless.

"We are all victims of someone who engages in tax fraud," Gardey said.

**Read more:**

Lawyer: Why widow in UAW/Fiat Chrysler scandal should avoid jail (/story/money/cars/chrysler/2018/07/02/uaw-fca-holiefield-widow-monica-morgan/749529002/)

Feds: Widow of UAW boss is 'trying to buy her way out of prison' (/story/news/local/michigan/detroit/2018/07/07/uaw-widow-fca-prison-sentenced-monica-morgan-holifield/763753002/)

Fishman, at various times, tried to suggest that an unfair caricature of Morgan had been created by the media but that the judge would have the full picture of her good deeds in the many letters of support and a photo book that had been submitted. It was a reprise of his comments in a sentencing memorandum arguing against a prison sentence, saying then that she had "dedicated her life to improving not just the lives of others but the metro Detroit community as a whole."

Fishman told the judge that "Ms. Morgan has been dragged through the public mud," and that it would continue even after the day of sentencing. He said that the "good news" is that the alleged attempt to damage her image had not worked with the people who know her.

The public, however, thinks Morgan is "a thief like her late husband," Fishman said.

He acknowledged that "she committed the crime to which she pled," but he pushed back against any suggestion that the case was broader than a tax issue. He said that if the other charges had not been dropped, the case would have gone to trial.

"I'm hoping the court will recognize her for who she is" and not just the caricature, Fishman said.

Fishman noted that the judge would soon be dealing with the former UAW and FCA officials who had been involved in payoffs.

*Contact Eric D. Lawrence: elawrence@freepress.com. Follow him on Twitter: @_ericdlawrence. Staff writer Tresa Baldas contributed to this report.*

Read or Share this story: https://www.freep.com/story/money/cars/chrysler/2018/07/13/uaw-holiefield-sentencing-monica-morgan/782535002/

# Exhibit 48


United States Department of Justice

THE UNITED STATES ATTORNEY'S OFFICE

EASTERN DISTRICT *of* MICHIGAN

U.S. Attorneys » Eastern District of Michigan » News

**Department of Justice**

U.S. Attorney's Office

Eastern District of Michigan

FOR IMMEDIATE RELEASE                                    Friday, July 13, 2018

## Wife of Former UAW Vice President Sentenced to Prison for Criminal Tax Fraud

The wife of former UAW Vice President General Holiefield was sentenced to 18 months in prison, followed by one year of supervised release and a fine of $25,000 today based on her conviction for felony tax fraud, announced U.S. Attorney Matthew Schneider.

Joining in the announcement were Manny Muriel, Special Agent in Charge of the Detroit, Michigan office of the Internal Revenue Service – Criminal Investigations, James Vanderberg, Special Agent in Charge of the U.S. Department of Labor – Office of Inspector General, Thomas Murray, Acting District Director, U.S. Department of Labor – Office of Labor-Management Standards, and Timothy R. Slater, Special Agent in Charge of the Detroit, Michigan office of the Federal Bureau of Investigation.

Monica Morgan, 54, of Harrison Township, Michigan had previously pled guilty in February 2018 before United States District Judge Paul D. Borman.  During her guilty plea, Morgan admitted to filing fraudulent tax returns whereby she failed to report hundreds of thousands of dollars in income for the years 2011 through 2014.  In total, Morgan failed to pay $190,747 in taxes owed.

Morgan is the wife of former UAW Vice President General Holiefield, who died in March of 2015. From 2010 to 2014, Holiefield was the director of the UAW Chrysler Department and acted as the lead negotiator and the lead administrator for the collective bargaining agreements between the UAW and FCA.

According to court records, Morgan owned and operated the companies Monica Morgan Photography and Wilson's Diversified Products based in Detroit, Michigan.  Morgan's companies received hundreds of thousands of dollars from the UAW-Chrysler National Training Center during the years when Holiefield was a UAW Vice President.  Morgan's companies also received significant payments from Holiefield's charity, known as the Leave the Light On Foundation. Former FCA Vice President Alphons Iacobelli and former FCA Financial Analyst Jerome Durden

each acknowledged using Wilson Diversified Products and the Leave the Light On Foundation to conceal payments made on behalf of FCA to UAW Vice President Holiefield. Both Durden and Iacobelli have previously pleaded guilty to their participation in the criminal conspiracy, along with former FCA executive Michael Brown and former senior UAW officials Virdell King and Keith Mickens. Durden, Iacobelli, Brown, King, and Mickens are all awaiting sentencing before Judge Borman.

Morgan's various companies received hundreds of thousands of dollars in money funneled by FCA executives to Morgan and Holiefield, all in effort to keep UAW executives like Holiefield "fat, dumb, and happy." At the hearing today, Morgan's sentencing guidelines were enhanced based on the fact that the income she failed to report was the proceeds of criminal activity. In addition, her sentence was enhanced because Morgan used sophisticated means and shell companies in order to conceal her tax fraud.

The Court ordered Morgan to pay $190,747 in restitution to the U.S. Treasury Department.

Morgan is the first defendant to be sentenced in the ongoing criminal investigation into illegal payoffs involving UAW officials and FCA executives.

U.S. Attorney Schneider commended the outstanding work of the Internal Revenue Service – Criminal Investigations, the U.S. Department of Labor – Office of Labor-Management Standards and Office of Inspector General, and the Federal Bureau of Investigation in conducting a comprehensive criminal investigation into labor corruption activities involving a vital sector of the local and national economy.

"Morgan was punished for cheating on her taxes and for helping to conceal hundreds of thousands of dollars in illegal payments from FCA executives to Morgan and her husband, General Holiefield, the former UAW Vice President in charge of the Chrysler Department," stated United States Attorney Matthew Schneider. "The court's sentence for Morgan vindicates the honest tax payers who properly report their income and pay their taxes, while sending a strong signal to those who would steal from everyone in the community through tax fraud."

Manny Muriel, Special Agent in Charge of Detroit's IRS Criminal Investigation stated, "Today's sentencing of Monica Morgan demonstrates the consequences for enriching oneself with funds designated for the hard working members of the UAW and failing to report the diverted funds as income on your personal tax returns. IRS-CI and our federal partners will continue to aggressively pursue corrupt corporate and union officials who violate federal law and interfere with our nation's tax laws."

"Monica Morgan filed a false tax return to conceal income she received from her companies. Those companies received hundreds of thousands of dollars from the UAW-Chrysler National Training Center during the years her late husband was a UAW Vice President. We will continue to work with our law enforcement partners to investigate crimes that threaten the integrity of the union collective bargaining process," said James Vanderberg, Special Agent-in-Charge, Chicago Region, U.S. Department of Labor Office of Inspector General.

"The U.S. Department of Labor's Office of Labor-Management Standards places a high priority on combatting financial malfeasance and safeguarding financial integrity in labor unions," said

acting OLMS Detroit-Milwaukee District Director Thomas Murray.  "Morgan's conviction leaves no question as to the agency's commitment to seek justice when anyone puts personal financial gain ahead of the best interests of union members."

"The sentencing of Monica Morgan should serve as a firm reminder that anyone who believes that they can enrich themselves through deception and fraud will be held accountable", said Timothy R. Slater, Special Agent in Charge, Detroit Division of the FBI.  "In the process of receiving and concealing ill-gotten funds, Morgan committed tax fraud and squandered training opportunities for many deserving blue-collar auto workers".

The case is being prosecuted by Assistant U.S. Attorneys David A. Gardey, Erin Shaw, Charles J. Kalil II, and Adriana Dydell.

---

**Topic(s):**
Public Corruption
Tax

**Component(s):**
USAO - Michigan, Eastern

Updated July 13, 2018

# Exhibit 49

# Holiefield widow gets 18 months in auto industry corruption scandal

**Robert Snell**, The Detroit News    Published 2:25 p.m. ET July 13, 2018 | **Updated 11:49 p.m. ET July 13, 2018**



*(Photo: Todd McInturf, The Detroit News)*

*Detroit* — The widow of United Auto Workers Vice President General Holiefield was sentenced to 18 months in federal prison Friday for a tax crime intertwined in a widening federal investigation of the auto industry and labor movement.

Monica Morgan-Holiefield, 55, of Harrison Township, is the first person sentenced in a scandal that has led to criminal charges against seven people and reshaped the top ranks (/story/business/autos/general-motors/2017/12/13/ex-uaw-vp-ashton-resigns-gm-board/108582808/) of the auto industry as FBI agents investigate all three Detroit automakers (/story/business/autos/general-motors/2017/11/02/uaw-training-center-investigation-expands-big-detroit-three/107251546/).

Wearing a funeral black dress, she stared straight ahead as U.S. District Judge Paul Borman issued the sentence that capped the downfall of an accomplished photographer who prosecutors say succumbed to greed, living a high-flying lifestyle with money flowing from a conspiracy involving Fiat Chrysler Automobiles NV and the UAW.

"This was not some slip-up," Assistant U.S. Attorney David Gardey told the judge. "It was a cold and calculated effort to get money for herself and her husband ... to satisfy simple greed."

The scandal has aired damning allegations about Fiat Chrysler and the UAW conspiring to violate the Labor Management Relations Act, which prohibits employers or those working for them from paying, lending or delivering money or other valuables to officers or employees of labor organizations — and makes it illegal for labor leaders to accept such items.

The sentencing Friday illustrated the gulf between prosecutors and Morgan-Holiefield's defense lawyer, Steve Fishman. He wanted her to serve a probationary sentence for a single tax crime, while the government wanted Borman to consider the underlying conduct and illegal benefits they say she enjoyed. The benefits include more than $32,000 worth of flights, a $43,300 pool and $260,000 to pay off her mortgage.

Borman said the crime was not merely a straightforward tax offense.

"The defendant failed to report the source of income from criminal activity," he said.

Morgan-Holiefield benefited "handsomely" from illegal payments from Fiat Chrysler to her late husband and used shell companies to hide the income and criminal activity, prosecutors said. The payments were part of a broader effort by Fiat Chrysler to keep UAW leaders "fat, dumb and happy" and wring concessions favoring the automaker, according to the government.

In pushing for a 27-month prison sentence, prosecutors labeled Morgan-Holiefield a fraudulent tax cheat who stole $190,000 from taxpayers to bankroll a lavish lifestyle. Her lawyer said Morgan-Holiefield should be spared prison because she has paid more than $100,000 in restitution and is unlikely to reoffend.

Morgan-Holiefield, who also was fined $25,000 and ordered to pay $190,747 in restitution, will be followed soon by five others who have struck plea deals with the federal government, including former Fiat Chrysler labor negotiator Alphons Iacobelli.

"Morgan was punished for cheating on her taxes and for helping to conceal hundreds of thousands of dollars in illegal payments from FCA executives to Morgan and her husband ...," U.S. Attorney Matthew Schneider said in a statement. "The court's sentence for Morgan vindicates the honest tax payers who properly report their income and pay their taxes, while sending a strong signal to those who would steal from everyone in the community through tax fraud."

Morgan-Holiefield pleaded guilty in February to filing a false tax return and prosecutors agreed to drop a five-year conspiracy charge and other counts related to the scandal. Morgan-Holiefield admitted failing to pay $190,747 in taxes from 2011-2014.

Two dozen supporters attended the sentencing and the reception line waiting to embrace Morgan-Holiefield stretched halfway to the rear of Borman's courtroom. She left the courthouse flanked by friends and will report later to an undisclosed prison.

Borman cited her long history of community involvement in varying downward from a 24-30 month sentencing guideline range. He also noted 45 letters written by supporters and public officials, including state Rep. Sherry Gay-Dagnogo, a Democrat whose district covers northwest Detroit, and media magnate Kevin Adell.

Borman declined to release the letters, which are sealed in federal court.

In asking Borman for leniency, Morgan-Holiefield's lawyer faulted the media for dragging her "through the public mud." He faulted the prosecutor for trying to penalize Morgan-Holiefield for the illegal payments, instead of just a tax crime.

"He wants you to say 'she's just as bad as her late husband, just as bad as Al Iacobelli, and you should nail her,'" Fishman told the judge.

Fishman cited the dozens of sealed letters from supporters, which prove Morgan-Holiefield has spent her life helping people.

"That counts more than people who find the Lord after finding the courtroom," Fishman said.

Gardey, the prosecutor, read the letters and was left with the impression of a savvy businesswoman, a strong-willed intelligent entrepreneur. Morgan-Holiefield flew first-class and stayed at resorts with money from Fiat Chrysler that was supposed to benefit blue-collar UAW workers, he said.

"She is someone who knew exactly what she was doing and chose to commit a crime," Gardey said.

Federal prosecutors have labeled the United Auto Workers and Fiat Chrysler Automobiles NV as co-conspirators in a widening corruption scandal (/story/business/autos/2018/06/12/feds-label-fiat-chrysler-uaw-co-conspirators/695076002/), an allegation at odds with claims the labor union and automaker were victimized by rogue employees.

Federal prosecutors say the union and Fiat Chrysler conspired from before 2009 through 2015 to violate the Labor Management Relations Act and the automaker enabled nepotism to flourish at a blue-collar training center.

"The misconduct by certain individuals in this case has been disturbing," UAW spokesman Brian Rothenberg said in a statement Friday. "Importantly, however, the wrongdoing did not involve union funds or affect our collective bargaining agreements. The UAW has taken strong measures to prevent a reoccurrence of this type of misconduct and our new leadership team continues to oversee improvements in our operations and financial controls."

*rsnell@detroitnews.com*

*Twitter: @robertsnellnews*

Read or Share this story: https://www.detroitnews.com/story/business/autos/2018/07/13/monica-morgan-holiefield-sentenced-uaw-fiat-chrysler/781882002/