# Exhibit 52

 REUTERS      Business    Markets    World    Politics    TV    More

COMPANY NEWS      JULY 23, 2018 / 5:45 PM / 2 YEARS AGO

# UPDATE 1-Former UAW official pleads guilty in corruption probe

3 MIN READ

(Adds UAW comment, paragraphs 8-9)

DETROIT, July 23 (Reuters) - A former United Auto Workers official who served on the union committee that negotiated a 2015 labor pact with Fiat Chrysler Automobiles NV pleaded guilty on Monday to conspiring to make illegal payments to union officials, prosecutors said.

The case is part of a U.S. Department of Justice investigation into alleged misspending at UAW training centers. Nancy Johnson, 57, of Macomb, Michigan, was the seventh defendant to plead guilty in connection with the probe.

"Today's conviction of yet another senior UAW official further exposes the dishonorable scheme between UAW officials and Fiat Chrysler executives to corrupt the collective bargaining process," U.S. Attorney Matthew Schneider said in a statement.

Johnson pleaded guilty to conspiring to violate labor laws by accepting and arranging for illegal payments from Fiat Chrysler executives to high-level UAW officials from 2014 through 2016, according to the U.S. Attorney's office for the Eastern District of Michigan.

"Ms. Johnson took responsibility for her conduct," her attorney, Harold Gurewitz, said by telephone.

During the plea hearing on Monday, Johnson admitted to participating in a conspiracy that existed from at least 2009 where company and union officials funneled money and items of value including personal travel, golf resort fees, lavish meals and parties, designer clothing and an Italian shotgun to UAW officials and the union, prosecutors said.

The illegal spending was also a way to help ease the pressure on a strained union budget, prosecutors said.

The union in a statement called the misconduct by Johnson and others "disturbing" and said it had taken strong measures to prevent a repeat of such actions.

The UAW also reaffirmed that Johnson's misconduct did not affect any collective bargaining agreements, which it said pass through many layers of review including a ratification vote by members.

Fiat Chrysler (FCA) declined to comment but said previously it and the union were victims of malfeasance by their respective employees.

Johnson, who served as the second most senior UAW official responsible for the union's FCA department from 2014 to 2016, was removed from the union in July 2016.

Alphons Iacobelli, a former vice president of employee relations at Fiat Chrysler, pleaded guilty in January to making at least $1.5 million in improper payments to UAW officials.

In February, the widow of former UAW Vice President General Holiefield, the union official at the center of the probe, pleaded guilty to tax fraud in relation to the case. Holiefield died in March 2015. (Reporting by Ben Klayman; Editing by Peter Cooney)

*Our Standards:*   *The Thomson Reuters Trust Principles.*

MORE FROM REUTERS

# Exhibit 53





U.S. Attorneys » Eastern District of Michigan » News

**Department of Justice**

U.S. Attorney's Office

Eastern District of Michigan

FOR IMMEDIATE RELEASE                                  Monday, July 23, 2018

## Former Senior UAW Official Pleads Guilty to Conspiracy with Fiat Chrysler Executives

The former second highest official in the UAW's Chrysler Department pleaded guilty today to conspiring with other UAW officials and Fiat Chrysler executives to make illegal payments to union officials, announced U.S. Attorney Matthew Schneider.

Joining in the announcement were James Vanderberg, Special Agent in Charge of the U.S. Department of Labor – Office of Inspector General, Timothy R. Slater, Special Agent in Charge of the Detroit, Michigan office of the Federal Bureau of Investigation, Manny Muriel, Special Agent in Charge of the Detroit, Michigan office of the Internal Revenue Service – Criminal Investigations, and Thomas Murray, Acting District Director, U.S. Department of Labor – Office of Labor-Management Standards.

Nancy A. Johnson, 57, of Macomb, Michigan pleaded guilty to conspiring to violate the Labor Management Relations Act by accepting and arranging for illegal payments from Fiat Chrysler executives to high-level UAW officials from 2014 through 2016.  After the now-deceased UAW Vice President General Holiefield retired in 2014, Johnson and other UAW officials began running the UAW's Chrysler Department, responsible for dealing with executives at Fiat Chrysler.  During the plea hearing, Johnson admitted to participating in a conspiracy that had existed at least from 2009 through 2016 whereby Fiat Chrysler executives conspired with one another, with Fiat Chrysler, with UAW officials, and with the UAW to funnel money and things of value worth tens of thousands of dollars from Fiat Chrysler to UAW officials and the UAW.  The things of value funneled to UAW officials from Fiat Chrysler included personal travel, golf resort fees, lavish meals and parties, limousine services, designer clothing, designer shoes, golf equipment, electronics, and an Italian shotgun.

Johnson's guilty plea indicated that a high-level UAW official directed other UAW officials to use money supplied from automobile manufacturing companies through joint UAW training centers to pay for travel, including travel solely for purported union business, as well as lavish meal and

other entertainment costs of senior UAW officials and their friends, family, and allies. This directive was issued in order to reduce costs to the UAW budget from such expenditures because the UAW's budget was under pressure.

Johnson's plea also stated that In 2014, 2015, and 2016, in Palm Springs, California, high-level UAW officials used UAW funds to pay for extravagant meals, premium liquor, multi-month stays at condominiums, and multiple rounds of golf for little, if any, legitimate union-business or labor-management purposes.  These expenditures were in addition to other expenses paid for by Fiat Chrysler by way of the training center.

As another part of the conspiracy, Johnson's plea indicated that during the period 2014 through 2016, 100% of the UAW salaries of a large number of UAW officials and employees, nominally assigned to the NTC, was paid for by FCA through the NTC. FCA paid these salaries for the UAW even though senior UAW officials and FCA executives both knew that these UAW officials and employees "assigned" to the NTC spent most of their work time performing tasks for the UAW, reported to the UAW, and enforced FCA's compliance with the collective bargaining agreement on behalf of the union and not for the benefit of FCA or the NTC.

Johnson is the seventh defendant to plead guilty in connection with the ongoing criminal investigation into illegal payoffs involving UAW officials and FCA executives.  The following individuals have already pleaded guilty to their participation in the scheme:  former FCA Vice President for Employee Relations Alphons Iacobelli, former FCA Financial Analyst Jerome Durden, former Director of FCA's Employee Relations Department Michael Brown, former senior UAW officials Virdell King and Keith Mickens, and Monica Morgan, the widow of UAW Vice President General Holiefield.

"Today's conviction of yet another senior UAW official further exposes the dishonorable scheme between UAW officials and Fiat Chrysler executives to corrupt the collective bargaining process at the expense of rank and file union members," said United States Attorney Matthew Schneider. "The conviction reveals that part of this scheme involved the wrongful use of UAW funds for extravagant meals, entertainment, golf, and travel for little, if any, union-business purpose."

"Nancy Johnson held a high-level position in the UAW and was entrusted to negotiate and implement contracts for the UAW union members she served. Instead, Johnson defrauded the membership by illegally obtaining items worth thousands of dollars, including jewelry, clothing, and other personal items, knowing that FCA was paying the bill. We will continue to work with our law enforcement partners to investigate corrupt union officials who violate their duty to the members they represent for personal gain." stated James Vanderberg, Special Agent-in-Charge, Chicago Region, United States Department of Labor Office of Inspector General.

"Today's guilty plea from Nancy A. Johnson, a former senior UAW official, demonstrates the continued efforts of the FBI along with our law enforcement partners to hold those persons misusing funds, whether for personal gain or the enrichment of others, accountable for their actions," said Timothy R. Slater, Special Agent in Charge, Detroit Division of the FBI. "Her actions, depriving the rank and file UAW membership of training money, is intolerable and we remain committed to pursuing all those responsible."

"Protecting members against corruption perpetrated by their union leaders is critical to the mission of OLMS," said Thomas Murray, acting District Director of the Office of Labor-Management Standards (OLMS) Detroit-Milwaukee District Office.  "We will continue to work cooperatively with our law enforcement partners to ensure that anyone who abuses their union position for personal financial gain will be brought to justice."

U.S. Attorney Schneider commended the outstanding work of the Internal Revenue Service – Criminal Investigations, the U.S. Department of Labor – Office of Labor-Management Standards and Office of Inspector General, and the Federal Bureau of Investigation in conducting a comprehensive criminal investigation into labor corruption activities involving a vital sector of the local and national economy.

The case is being prosecuted by Assistant U.S. Attorneys David A. Gardey, Erin Shaw, Charles J. Kalil II, and Adriana Dydell.

---

**Topic(s):**
Public Corruption

**Component(s):**
USAO - Michigan, Eastern

Updated July 23, 2018

# Exhibit 54

## UAW former No. 2 official at FCA pleads guilty in conspiracy

The Detroit News (Michigan)

July 24, 2018 Tuesday, 1 Edition

Copyright 2018 The Detroit News All Rights Reserved

**Section:** NEWS; Pg. A7

**Length:** 933 words

**Byline:** By, Robert Snell, The Detroit News

## Body

Detroit - Nancy Adams Johnson, a former high-ranking United Auto Workers official charged in a widening corruption scandal involving Fiat Chrysler Automobiles NV, pleaded guilty Monday and faces up to 18 months in federal prison.

Adams Johnson, 57, of Macomb Township, the union's No. 2 official at Fiat Chrysler, told U.S. District Judge Paul Borman she violated a federal law prohibiting labor officials from receiving cash and valuable items from employers. In this case, she received tens of thousands of dollars in illegal payments and benefits from Fiat Chrysler during the conspiracy, including $1,100 designer shoes, first-class flights to California, resort stays and limousine rides, according to federal prosecutors.

The plea came four months after Adams Johnson was indicted and accused of conspiring with other union and Fiat Chrysler officials to corrupt the labor negotiation process. The conspiracy clouded the final year in office of Fiat Chrysler CEO Sergio Marchionne, who stepped down Saturday due to health problems.

Marchionne has been questioned by investigators amid the widening investigation. He is represented by a white-collar criminal defense lawyer, William Jeffress of the Washington, D.C., law firm Baker Botts.

"Today's conviction of yet another senior UAW official further exposes the dishonorable scheme between UAW officials and Fiat Chrysler executives to corrupt the collective bargaining process at the expense of rank and file union members," U.S. Attorney Matthew Schneider said in a statement. "The conviction reveals that part of this scheme involved the wrongful use of UAW funds for extravagant meals, entertainment, golf, and travel for little, if any, union-business purpose."

Adams Johnson's guilty plea could mean trouble for more union and Fiat Chrysler officials because she has agreed to cooperate with federal investigators in the ongoing probe, which has spread to General Motors Co. and Ford Motor Co.

She will be sentenced Nov. 19 and could be forced to pay an undetermined amount of restitution.

Adams Johnson and defense lawyer Harold Gurewitz declined comment while leaving federal court in Detroit.

She is the seventh person to plead guilty in the widening scandal.

The five-count indictment against Adams Johnson shed light on what prosecutors describe as a pattern of Fiat Chrysler officials funneling illegal payments to UAW labor leaders through a joint training center. The case already has ensnared former Fiat Chrysler executive Alphons Iacobelli and Monica-Morgan Holiefield, the widow of former UAW Vice President General Holiefield.

The government's 18-page indictment featured new details about an alleged conspiracy that continued after Holiefield retired in June 2014 and chronicled crimes that continued during the leadership of his successor, UAW Vice President Norwood Jewell. The conspiracy described by prosecutors raises questions about the sanctity of labor contracts negotiated between the UAW and Fiat Chrysler.

Adams Johnson, a member of UAW-Chrysler National Training Center board, was Jewell's top administrative assistant and they served on the 2015 national committee that negotiated the contract with Fiat Chrysler. At least three UAW officials on the committee have either been charged or linked to the investigation, and that figure could climb, The News has learned.

The illegal benefits came from Iacobelli, who is awaiting a federal prison sentence, and former Fiat Chrysler analyst Jerome Durden, who also has pleaded guilty. Other Fiat Chrysler executives involved in the alleged conspiracy are not identified.

Adams Johnson traveled, golfed, dined and shopped with Fiat Chrysler money funneled through the training center under a policy created by the auto company's officials to keep UAW leaders "fat, dumb and happy," according to the government.

Adams Johnson was charged seven months after The Detroit News first linked her and Jewell to the corruption investigation. Sources described Adams Johnson as one of the more egregious abusers of the training center's credit cards, saying she charged more than $75,000 from 2014 to 2016 for personal items, including clothes, jewelry, luggage and meals.

She was charged in the indictment with conspiracy to violate the Labor Management Relations Act and four counts of receiving and accepting prohibited money and things of value from a union employer. Both are five-year felonies.

UAW spokesman Brian Rothenberg said Monday that the criminal conduct did not impact collective bargaining agreements.

"The misconduct by Nancy Johnson and certain other individuals in this case has been very disturbing," Rothenberg said in a statement. "The UAW has taken strong measures to prevent a reoccurrence of this type of misconduct and our new leadership team continues to oversee improvements in our operations and financial controls."

UAW former No. 2 official at FCA pleads guilty in conspiracy

The illegal payments and benefits flagged by federal investigators were from 2014 and 2015. They include:

$6,912 at the London Chop House.

$6,678 on flights between Detroit and California.

$4,587 spent at LG's Prime Steakhouse in Palm Springs, California.

$1,259 for luggage.

$1,652 at Cardliff Limousine in Palm Springs.

More than $1,800 at Indian Canyons Golf Resort in Palm Springs.

More than $1,800 at St. John Knits and other retail stores in and around Palm Springs.

More than $6,900 at the Renaissance Resort & Spa in Palm Springs.

$1,217 at Salon Bilal in Pasadena, California.

$1,160 for a pair of Christian Louboutin shoes at Neiman Marcus.

In all, Adams Johnson's flights and shopping sprees cost more than $33,000, according to the government.

# Exhibit 55

## Former UAW official pleads guilty; Nancy Johnson spent freely with union funds

Detroit Free Press (Michigan)

July 24, 2018 Tuesday, 1 Edition

Copyright 2018 Detroit Free Press All Rights Reserved

**Section:** OBITS; Pg. A9

**Length:** 616 words

**Byline:** By, Frank Witsil, Detroit Free Press

## Body

Nancy Johnson, the one-time senior official in the UAW Chrysler Department, pleaded guilty Monday in a wide-ranging corruption scandal involving Fiat Chrysler Automobiles.

As part of the agreement, the 57-year-old acknowledged before U.S. District Judge Paul Borman in Detroit that she violated labor laws, and agreed to cooperate with the prosecution's case against other union and FCA officials.

"I didn't have a right," she said in court, referring to her use of credit cards for personal items.

The government said Johnson spent thousands of dollars meant for autoworker training on personal items, including first-class airline tickets, expensive luggage, $1,160 Christian Louboutin shoes, $4,587 at LG's Prime Steak House and $6,900 at Renaissance Resort & Spa.

Her actions, the prosecution has alleged, were part of a wider corruption conspiracy among UAW and FCA that involves bribes for favorable contracts. The UAW and FCA have denied that allegation, saying a few corrupt individuals stole the money, and their actions did not affect labor agreements, which are ratified by union members.

"The misconduct by Nancy Johnson and certain other individuals, in this case, has been very disturbing," the union said in response to the plea arrangement. "The UAW has taken strong measures to prevent a reoccurrence of this type of misconduct and our new leadership team continues to oversee improvements in our operations and financial controls."

Johnson's agreement to cooperate suggests that the feds are investigating whether others are involved in the alleged conspiracy in either organization.

Sergio Marchionne, who was replaced Saturday after becoming gravely ill following shoulder surgery, had been questioned in 2016 about the scheme by investigators with the U.S. Attorney's Office, according to a source familiar with the investigation.

He had previously announced he planned to retire next year.

Former UAW official pleads guilty; Nancy Johnson spent freely with union funds

Johnson's plea also comes less than two weeks after Monica Morgan, the widow of a former UAW vice president, who is a metro Detroit photographer, was sentenced in the wide-ranging scandal in which the prosecution alleges the misuse of millions of dollars.

Morgan, who was married to General Holiefield, was sentenced to 18 months in prison, one year supervised release and a $25,000 fine. In addition to her fine, she is liable for an additional $88,000 in restitution. Holiefield died of pancreatic cancer in 2015.

Morgan, one of seven people charged in the scandal, also pleaded guilty in February to a tax charge for hiding $201,000 on her 2011 taxes.

In addition to conspiracy to violate the Labor Management Relations Act, Johnson had been charged with four counts of accepting prohibited money. Each of the five counts was punishable by up to 5 years in prison and a $250,000 fine.

But under the agreement, the sentencing guidelines call for 12 to 18 months and payment of restitution.

The indictment outlined a conspiracy of payments to UAW leaders through a joint training center.

In addition to Johnson and Morgan, prosecutors accused others, including former Fiat Chrysler executive Al Iacobelli of Rochester Hills and Jerome Durden, 61, of Rochester, a financial analyst at FCA who allegedly helped conceal the fraud, and also pleaded guilty.

Iacobelli is accused of diverting more than $1 million in funds for his personal benefit that included funds for a $350,000 Ferrari, Mont Blanc pens and home improvements.

He has pleaded guilty and faces up to eight years in prison with sentencing set for August.

Johnson, who is represented by Harold Gurewitz, is set to return to court Nov. 19 for sentencing.

Contact Frank Witsil: 313-222-5022 or fwitsil@freepress.com Free Press archives contributed.