# Exhibit 66

 **U.S. DEPARTMENT OF LABOR**

**News Release**

## FEDERAL COURT SENTENCES FORMER FIAT CHRYSLER EXECUTIVES, UAW OFFICIAL IN ONGOING INVESTIGATION OF ILLEGAL PAYOFF SCHEME

**DETROIT, MI** – The U.S. District Court for the Eastern District of Michigan has sentenced three defendants as part of an ongoing criminal investigation into a multi-year scheme in which Fiat Chrysler Automobiles US LLC (FCA) executives made payoffs to senior United Auto Workers International Union (UAW) officials involved in collective bargaining agreements between the union and the company.

All three defendants - Michael Brown, Jerome Durden, and Keith Mickens – pleaded guilty to crimes related to a conspiracy to direct millions of dollars in prohibited payments to themselves and their co-conspirators in violation of the Labor Management Relations Act (LMRA).

The November 7, 2018, sentencing continues an ongoing investigation by the U.S. Department of Labor's Office of Labor Management Standards (OLMS) Detroit-Milwaukee District Office, the Department of Labor's Office of Inspector General, the FBI, and the IRS.

"Protecting members against corruption perpetrated by their union leaders is critical to the mission of the U.S. Department of Labor's Office of Labor Management Standards" said OLMS Director Thomas Murray, in the Detroit-Milwaukee District office. "These convictions leave no question as to the agency's commitment to seek justice when anyone abuses their union position for personal financial gain. We place a high priority on combatting financial malfeasance and safeguarding financial integrity in labor unions."

Brown - former director for employee relations at Fiat Chrysler from 2009 to 2016 - pleaded guilty to one count of misprision of a felony, and the court sentenced him to 12 months of imprisonment and a $10,000 fine. Brown admitted that he knew FCA executives committed a felony when they authorized and made prohibited payments and provided things of value to UAW officers and employees; that he failed to notify the authorities of the criminal activities as soon as possible and deliberately took actions to conceal the crime by misleading a federal grand jury.

Durden - formerly employed in FCA's corporate accounting department and the one-time controller of the UAW-Chrysler National Training Center (NTC) - pleaded guilty to one count of conspiracy to defraud the U.S. and one count of failure to file a tax return. The court sentenced Durden to 15 months of imprisonment and restitution of $8,811.16. Between 2009 and 2015, Durden conspired with other defendants to use two tax-exempt organizations – NTC and the Leave the Light on Foundation – to direct millions of dollars in illegal payments to senior UAW officials.

Mickens - the third highest union official in the UAW's Chrysler Department - pleaded guilty to conspiracy to violate the LMRA by knowingly accepting payments, money and things of value from persons acting in the interest of FCA and facilitating over $700,000 in illegal payments from Fiat Chrysler to other senior UAW officials. The court sentenced him to 12 months of imprisonment and a $10,000 fine.

Brown, Durden, and Mickens are the latest defendants sentenced in the ongoing criminal investigation into illegal payoffs to UAW officials. Two more defendants – Virdell King and Nancy Johnson, both UAW officials - have pleaded guilty and will be sentenced on November 13 and November 19, 2018, respectively.

In August 2018, the court sentenced Alphons Iacobelli - former FCA vice president - to 66 months in prison and 2 years of supervised release based on the conspiracy to pay over $1.5 million in illegal payments to UAW officials and to evade taxes, and ordered him to pay $853,522 in restitution for the tax charge, a $10,000 fine, and a $100 special assessment.

In July 2018, the court sentenced Monica Morgan - wife of deceased General Holiefield, former Vice President of the UAW in command of the Chrysler Department - to 18 months in prison and ordered her to pay $190,747 in restitution for tax fraud in connection with the receipt of illegal payments by her husband.

Additional information can be found at https://www.dol.gov/olms.

**Agency:**Office of Labor-Management Standards
**Date:**November 8, 2018
**Release Number:**18-1794-CHI

**Contact:** Scott Allen
**Phone Number:**312-353-4727
**Email:**allen.scott@dol.gov

**Contact:** Rhonda Burke
**Phone Number:**312-353-4807
**Email:**burke.rhonda@dol.gov

---

**Agencies**    **Forms**    **Guidance Search**    **FAQ**    **About Us**    **News**

**Contact Us**

---



**U.S. DEPARTMENT OF LABOR**

200 Constitution Ave NW
Washington, DC 20210
1-866-4-USA-DOL
1-866-487-2365
www.dol.gov

**FEDERAL GOVERNMENT**

# Exhibit 67

## First UAW official sentenced in FCA scandal; Trio of defendants receive prison terms, fines

Detroit Free Press (Michigan)

November 8, 2018 Thursday, 1 Edition

Copyright 2018 Detroit Free Press All Rights Reserved

**Section:** BUSINESS AND AUTOS; Pg. B3

**Length:** 1485 words

**Byline:** By, Eric D. Lawrence, Detroit Free Press

## Body

Two figures in the ongoing Fiat Chrysler Automobiles/UAW training center scandal each got a year in prison Wednesday, and a third received a 15-month sentence.

U.S. District Court Judge Paul Borman sentenced Michael Brown, formerly of FCA, and ex-union official Keith Mickens each to one year and one day in prison, ordered $10,000 fines and a year of supervised release after their prison time.

A key former FCA official, controller Jerome Durden, was sentenced later Wednesday morning to 15 months. He will have three years of supervised release and must pay restitution of more than $8,800 to the Internal Revenue Service.

All three will delay reporting to prison for six months so they can continue cooperating with prosecutors.

Mickens was the first former UAW leader sentenced in the case.

Federal prosecutors said FCA and its executives gave millions of dollars to the UAW and union leaders to influence contract bargaining. In contrast, both the company and UAW insist the case was the work of bad actors rather than a reflection of their culture. FCA calls itself "a victim of illegal conduct by certain rogue individuals."

The UAW, through spokesman Brian Rothenberg, released a statement following the sentencings reiterating the union's position:

"Union members and FCA officials in this case acted out of personal greed, enriching themselves while damaging the reputations of their organizations. Fortunately, the UAW has layers of checks and balances in contract negotiations, including voting by the entire membership, and we are confident the terms of our agreement were never impacted."

In defending her client's role, Durden's attorney, Judith Gracey, told Borman that the issues exposed by the case have been going on "even prebankruptcy," an apparent reference to Chrysler's 2009 bankruptcy, and that the "problem of corruption predated Mr. Durden."

First UAW official sentenced in FCA scandal; Trio of defendants receive prison terms, fines

Brown, 60, was first up Wednesday.

A former director of employee relations for FCA, Brown misled a grand jury in December of 2015 while he was still employed by the automaker, according to prosecutors.

"His loyalty to FCA was firmly established during this very high-profile investigation, when he was earning over $16,000 per month as director of employee relations and he deliberately provided misleading testimony under oath to a federal grand jury to protect his lifelong employer," according to a sentencing memo from Assistant U.S. Attorney Erin Shaw.

Brown gave his testimony even as he was aware his codefendants, including former FCA Vice President Alphons Iacobelli, who received a 51/2-year prison sentence, and Durden were using center credit card and bank accounts to conceal payments to former UAW Vice President General Holiefield, who died in 2015, and others, Shaw wrote.

The payments included $30,000 in airline tickets to Holiefield's widow, Monica Morgan; $200,000 for things like jewelry; and furniture for Holiefield and much more, Shaw said in court, noting that Brown knew the purpose of the conspiracy was to "grease the skids" for contract bargaining.

Brown's attorney, David Cripps of Detroit, disputed, in a court filing, the characterization of Brown's grand jury testimony, saying Brown did not lie but only withheld information. Brown, whose FCA pension is more than $7,400 a month, requested probation rather than prison, but the judge apparently agreed with prosecutors, who had requested a 12-month sentence.

Because he is cooperating, Brown could also be in line for a sentence reduction "as the case continues to develop as to other individuals and entities under investigation," prosecutors wrote.

Cripps noted that the Brown's "allegiance to the corporation and his allegiance to others" is what landed him in court, and that he had had a "very distinguished career" and was known otherwise as a "straight arrow."

'Culture of corruption'

Prosecutors were seeking a longer sentence - 16 months - for Mickens, who was once the "third highest official in the UAW's FCA/Chrysler Department," but Borman gave him the same sentence as Brown.

Mickens, who had asked not to be sent to prison, contending that he was just following orders, "became ensconced in that culture of corruption where acceptance of lavish entertainment and personal freebies, all paid for by the car company, was the rule rather than the exception," according to the government.

Mickens, a 65-year-old Cass Tech High School graduate, admitted in court filings to "making over" invoices and using a training center credit card to buy $7,200 in personal items. Prosecutors have called Mickens Holiefield's "right-hand man." They say he "personally approved more than $700,000 in illegal payments from FCA to Holiefield and Holiefield's wife, codefendant Monica Morgan."

First UAW official sentenced in FCA scandal; Trio of defendants receive prison terms, fines

Borman said in court that Mickens "was a guardian of the UAW's position. ... He violated his obligations to the UAW and FCA."

Said Mickens, "I done wrong and broke the law, and I'm deeply ashamed of my actions." He said he had no one to blame but himself.

Prosecutors said Mickens kept the scheme going after Holiefield's retirement by facilitating "illegal payments from FCA to codefendant Nancy Johnson, who was the second highest UAW official in the FCA/Chrysler Department ..."

Holiefield, who died in 2015, was director of the UAW Chrysler Department and acted as the lead negotiator and the lead administrator for the collective bargaining agreements between the UAW and FCA. Morgan, Holiefield's widow, admitted to tax evasion and was sentenced in July to 18 months in prison.

Diverted charity money

The last person sentenced Wednesday was Durden, a former FCA analyst who was assigned as controller of the training center in 2008. Prosecutors said in court paperwork that Durden filed misleading federal tax returns for the center, which has been named as a coconspirator. The returns concealed prohibited activities at the center and allowed it to keep its tax-exempt status.

The center has filed a separate action to claim designation as a crime victim in order to seek restitution, but prosecutors have said they would fight that effort.

Durden was also treasurer of the Holiefield-controlled Leave the Light On Foundation, which ostensibly raised money for charity but which prosecutors said was a vehicle for directing money to Holiefield and Morgan.

More than $386,400 was transferred from the training center to the foundation between 2009 and 2014, according to a sentencing memo.

Gracey, Durden's attorney, said her client had been living with the case for the last three years, offering extensive cooperation to prosecutors, and she noted that he was the first to plead guilty.

"But for Mr. Durden, the government would not be as far along as it is," Gracey said.

'Money grab'

"It's not one bad decision on one day. He made bad decisions over and over," Shaw said, noting that he also told prosecutors the Leave The Light On Foundation was basically a "money grab" for Holiefield and Morgan.

During his emotional remarks to the judge, Durden struggled to finish at times.

"I truly regret my ... involvement in these matters. I brought dishonor to myself and shame," Durden said, before turning to his family. "I want to apologize to you, and I pray for your forgiveness."

First UAW official sentenced in FCA scandal; Trio of defendants receive prison terms, fines

Prosecutors had recommended a 15-month sentence for Durden and said that if he continues to provide "substantial assistance in the investigation and prosecution of other individuals and entities," he might be able to have his sentence reduced as well.

Two additional former UAW leaders are to be sentenced in coming weeks: Virdell King on Tuesday and Nancy Johnson on Nov. 19.

Prosecutors filed a sentencing memo this week for King, suggesting that the appropriate sentence for the "ground-breaking senior official" who was the first African-American woman elected president of a UAW/Chrysler union local would be a range of 10 to 16 months. The memo noted that King was an important part of the conspiracy but not a leader, had cooperated with the government and shown remorse, but it also said she was motivated to help the prosecution by a desire to reduce her own sentence exposure.

That memo pushed back against King's claims in documents filed earlier by her attorney that she was simply following orders.

"... The reality is that King repeatedly made her own decisions to make thousands of dollars in personal purchases using money provided by an employer of her own union members. As a high-ranking UAW official and former local union president, King knew better. However, her greed got the best of her, and she chose to break the law," the prosecutor's memo said.

King, who is a retired UAW associate director, had also named Norwood Jewell, a former UAW vice president and successor to Holiefield, in a court filing, saying he directed her to make improper purchases using a training center credit card. Jewell's house was searched as part of the investigation, but to date, he has not been charged with a crime.