# Exhibit 69

# Disgraced pioneering UAW official faces reckoning

<u>Robert Snell</u>, **The Detroit News**    Published 11:37 a.m. ET Nov. 13, 2018 | **Updated 6:39 p.m. ET Nov. 13, 2018**



*(Photo: Facebook.com)*

A United Auto Workers official who betrayed rank-and-file workers by pocketing as much as $15,000 in bribes from Fiat Chrysler executives during a conspiracy to keep labor leaders" fat, dumb and happy" was sentenced Tuesday to 60 days in federal prison.

The sentencing by U.S. District Judge Paul Borman caps a steep fall for Virdell King, 66, of Detroit, the first African-American woman elected president of a UAW/Fiat Chrysler local who sat on the prestigious committee that negotiated bargaining agreements with the automaker impacting more than 45,000 workers.

King was the first UAW official to cooperate with an ongoing investigation that started at least three years ago and provided invaluable insight into a conspiracy involving Fiat Chrysler executives bribing labor leaders to "grease the skids" of labor negotiations, prosecutors said.

Her ongoing assistance has led to criminal charges against four people so far, including convicted Fiat Chrysler Vice President Alphons Iacobelli. King also has helped investigators open a new line of inquiry involving UAW officials spending more than $1 million of member dues and automaker money on condominiums, liquor, food and golf in Palm Springs, California.

On Tuesday, King called herself a "fighter in the labor movement" during a tearful speech while thanking relatives, her bishop and former UAW colleagues for their support and apologizing for her actions. Those actions included spending Fiat Chrysler money funneled through the jointly operated UAW-Chrysler National Training Center on purses, designer shoes, jewelry, luggage and other personal luxuries.

"I truly apologize for disappointing you, but I thank you for allowing all the good work I've done as a fighter in the labor movement and not letting this lapse in judgment speak for me," King said.

King won't have to report to prison for at least six months, if at all. That's because she continues to assist the government and could receive a lighter sentence if her help proves substantial.

"Instead of being focused on zealous representation of the rank and file union members and their families, King was interested in buying clothes and lavish meals for herself and others," Assistant U.S. Attorney David Gardey wrote in a court filing.

The sentencing comes at a crossroads in an investigation and prosecution that has led to seven convictions, caused upheaval (/story/business/autos/general-motors/2017/12/13/ex-uaw-vp-ashton-resigns-gm-board/108582808/)at the top ranks of the auto industry and raised questions (/story/business/autos/chrysler/2018/08/13/fca-uaw-conspiracy-ran-deeper-longer-lawyer-says/981325002/) about the sanctity of labor negotiations.

"Here, you have Fiat Chrysler executives attempting to grease the skids and curry favor with UAW officials," Gardey said.

King, a former associate director of the UAW's Fiat Chrysler department, helped oversee the training center and served on a national negotiating committee in 2011 and 2015. She pleaded guilty to conspiracy to violate the Labor Management Relations Act in August 2017.

As part of a plea deal, King faced up to 16 months in prison and $15,000 restitution; her lawyer had pushed for probation. King has no prior criminal record, cooperated with the government and readily accepted responsibility for her role in the conspiracy, defense lawyer John Shea said.

"Taking the money was wrong," Shea said. "This was a top-down conspiracy with the bosses on the union side up to their elbows in the conspiracy (and) management side, who far outranked her up to their elbows as well.

"She did wrong. She knows it and she knew it then."

Probation would not have sent the wrong message to people, Shea said.

"Anybody with their eyes open and their ears open following this have seen the wreckage this investigation has created in the lives of those who committed crimes," Shea said.

King, who served under the late UAW Vice President General Holiefield, helped oversee the jointly operated UAW-Chrysler National Training Center and, in 2012, received a credit card paid by the automaker.

"She did not ask for it. Rather, Vice President Holiefield arranged for it and told Ms. King that it would make it easier for her to carry out her job responsibilities, especially those involving planning of events and conferences," Shea wrote.

Soon after receiving the card, King noticed Holiefield using his credit card to make personal purchases.

Her conviction stems from illegal benefits King received that were charged to the credit card. Holiefield encouraged her to make personal purchases, telling her it was authorized by Fiat Chrysler.

"...although it seemed wrong to her and she acknowledges that she knew better, over the next three years Ms. King used the NTC credit card to make purchases that personally benefited her, to the tune of between $10,000-$15,000 worth of items," Shea wrote.

Holiefield died in 2015 before he could be charged with a crime.

King made additional purchases for her superiors, including Holiefield and his successor, Norwood Jewell, her lawyer said.

Jewell, who retired in January, has been implicated in the scandal, but he has not been charged. His home was raided by investigators and he was the guest of honor at a party paid for with more than $30,000 worth of training center funds that featured "ultra-premium" liquor and strolling models who lit labor leaders' cigars.

**Buy Photo**



**Norwood Jewell, UAW V.P. of the FCA US Department, speaks at the Sterling Stamping Plant in 2016 as FCA CEO Sergio Marchionne listens.** *(Photo: Todd McInturf, The Detroit News)*

King used a training center credit card to buy a $2,180 shotgun for Jewell as a birthday present, two sources told The News. Jewell's top administrative assistant, Nancy Adams Johnson, told King to buy the firearm for the UAW vice president, one of the sources said.

"Persons like Ms. King are beholden to their superior, and if such a person outlasts her or his welcome that person is demoted or, worse, terminated from the International (UAW) and, if the person wants to keep the union job, sent back to the plants," Shea wrote.

King was not merely following orders while using the credit card, prosecutors said.

"As a high-ranking UAW official and former local union president, King knew better," Gardey wrote. "However, her greed got the best of her, and she chose to break the law. The fact that she was one among many other UAW officials to take advantage of their positions for their own personal gain does not minimize the seriousness of her own crime."

Adams Johnson, meanwhile, has pleaded guilty and and faces up to 18 months in prison. She received tens of thousands of dollars in illegal payments and benefits from Fiat Chrysler, including $1,100 designer Christian Louboutin shoes, first-class flights to California and resort stays.

Here are the five Fiat Chrysler and UAW officials sentenced so far in the case:

• Former Fiat Chrysler Vice President Alphons Iacobelli, 59, of Rochester Hills.

**Buy Photo**



**Alphons Iacobelli, far right, leaves the U.S. District Court in Detroit on Aug. 1, with wife Susanne Piwinski-Iacobelli and lawyer David DuMouchel.** *(Photo: Ian Thibodeau, The Detroit News)*

Iacobelli was sentenced to 5½ years in prison for stealing money from the automaker and buying a Ferrari, a backyard pool and two solid-gold, bejeweled Montblanc fountain pens that cost $35,700 each (/story/business/autos/chrysler/2018/08/27/fiat-chrysler-exec-gets-five-years-prison/1085900002/).

• Michael Brown, 61, of West Bloomfield Township, the automaker's former director of labor relations, was sentenced to one year and a day (/story/business/autos/chrysler/2018/11/07/uaw-and-fiat-chrysler-officials-face-reckoning-federal-court/1917404002/) in prison for helping cover up the conspiracy. Brown deliberately provided misleading and incomplete testimony during the grand jury investigation, enabling the conspiracy to continue for years.

• Holiefield's widow Monica Morgan-Holiefield, was sentenced to 18 months in federal prison for a tax crime stemming from the scandal. The 55-year-old Harrison Township resident received training-center funds, including more than $32,000 worth of flights (/story/business/autos/2018/07/13/monica-morgan-holiefield-sentenced-uaw-fiat-chrysler/781882002/), a $43,300 pool and $260,000 to pay off her mortgage.

• Former Fiat Chrysler financial analyst Jerome Durden, 62, of Rochester, was sentenced to 15 months in federal prison for filing misleading tax returns (/story/business/autos/chrysler/2018/11/07/uaw-and-fiat-chrysler-officials-face-reckoning-federal-court/1917404002/) that concealed the labor conspiracy and helping steer more than $386,400 to Holiefield's phony charity, the Leave the Light On Foundation.

• Former UAW official Keith Mickens, 65, of Clarkston, who was Holiefield's right-hand man, was sentenced to a year and a day in prison for buying more than $7,000 worth of personal items with training-center funds. He also approved more than $700,000 in illegal payments from Fiat Chrysler to Holiefield and Holiefield's widow.

"The UAW is appalled at the actions of a few former officials who stole money from the Chrysler Joint Program Center for their personal benefit," union spokesman Brian Rothenberg said in a statement Tuesday. "Fortunately, the UAW has layers of checks and balances in contract negotiations, including voting by the entire membership, and we are confident the terms of our collective bargaining agreements were not impacted. We are also confident in the changes we have advanced to prevent this type of rogue individual behavior."

*rsnell@detroitnews.com*

*(313) 222-2486*

*Twitter: @robertsnellnews (https://twitter.com/robertsnellnews)*

Read or Share this story: https://www.detroitnews.com/story/business/autos/chrysler/2018/11/13/disgraced-united-auto-workers-official-sentenced-scandal-involving-fiat-chrysler/1976182002/

# Exhibit 70

## UAW leader sentenced to prison; Labor leader gets 60 days for taking bribes from FCA

The Detroit News (Michigan)

November 14, 2018 Wednesday, 1 Edition

Copyright 2018 The Detroit News All Rights Reserved

**Section:** BUSINESS; Pg. B1

**Length:** 1396 words

**Byline:** By, Robert Snell, The Detroit News

## Body

A United Auto Workers official who betrayed rank-and-file workers by pocketing as much as $15,000 in bribes from Fiat Chrysler executives during a conspiracy to keep labor leaders "fat, dumb and happy" was sentenced Tuesday to 60 days in federal prison.

The sentencing by U.S. District Judge Paul Borman caps a steep fall for Virdell King, 66, of Detroit, the first African-American woman elected president of a UAW/Fiat Chrysler local who sat on the prestigious committee that negotiated bargaining agreements impacting more than 45,000 workers.

King was the first UAW official to cooperate with an ongoing investigation that started at least three years ago and provided invaluable insight into a conspiracy involving Fiat Chrysler executives bribing labor leaders to "grease the skids" of labor negotiations, prosecutors said.

Her ongoing assistance has led to criminal charges against four people so far, including convicted Fiat Chrysler Vice President Alphons Iacobelli. King also has helped investigators open a new line of inquiry involving UAW officials spending more than $1 million of member dues and automaker money on condominiums, liquor, food and golf in Palm Springs, California.

On Tuesday, King called herself a "fighter in the labor movement" during a tearful speech while thanking relatives, her bishop and former UAW colleagues for their support and apologizing for her actions. Those actions included spending Fiat Chrysler money funneled through the jointly operated UAW-Chrysler National Training Center on purses, designer shoes, jewelry, luggage and other personal luxuries.

"I truly apologize for disappointing you, but I thank you for allowing all the good work I've done as a fighter in the labor movement and not letting this lapse in judgment speak for me," King said.

King won't have to report to prison for at least six months, if at all. That's because she continues to assist the government and could receive a lighter sentence if her help proves substantial.

UAW leader sentenced to prison; Labor leader gets 60 days for taking bribes from FCA

"Instead of being focused on zealous representation of the rank and file union members and their families, King was interested in buying clothes and lavish meals for herself and others," Assistant U.S. Attorney David Gardey wrote in a court filing.

The sentencing comes at a crossroads in an investigation and prosecution that has led to seven convictions, caused upheaval at the top ranks of the auto industry and raised questions about the sanctity of labor negotiations.

"Here, you have Fiat Chrysler executives attempting to grease the skids and curry favor with UAW officials," Gardey said.

King, a former associate director of the UAW's Fiat Chrysler department, helped oversee the training center and served on a national negotiating committee in 2011 and 2015. She pleaded guilty to conspiracy to violate the Labor Management Relations Act in August 2017.

As part of a plea deal, King faced up to 16 months in prison and $15,000 restitution; her lawyer had pushed for probation. King has no prior criminal record, cooperated with the government and readily accepted responsibility for her role in the conspiracy, defense lawyer John Shea said.

"Taking the money was wrong," Shea said. "This was a top-down conspiracy with the bosses on the union side up to their elbows in the conspiracy (and) management side, who far outranked her up to their elbows as well. "She did wrong. She knows it and she knew it then."

Probation would not have sent the wrong message to people, Shea said. "Anybody with their eyes open and their ears open following this have seen the wreckage this investigation has created in the lives of those who committed crimes," Shea said.

King, who served under the late UAW Vice President General Holiefield, helped oversee the UAW-Chrysler National Training Center and, in 2012, received a credit card paid by the automaker.

"She did not ask for it. Rather, Vice President Holiefield arranged for it and told Ms. King that it would make it easier for her to carry out her job responsibilities, especially those involving planning of events and conferences," Shea wrote.

Soon after receiving the card, King noticed Holiefield using his credit card to make personal purchases. Her conviction stems from illegal benefits King received that were charged to the card. Holiefield encouraged her to make personal purchases, telling her it was authorized by Fiat Chrysler.

"Although it seemed wrong to her and she acknowledges that she knew better, over the next three years Ms. King used the NTC credit card to make purchases that personally benefited her, to the tune of between $10,000-$15,000 worth of items," Shea wrote.

Holiefield died in 2015 before he could be charged with a crime.

King made additional purchases for her superiors, including Holiefield and his successor, Norwood Jewell, her lawyer said.

UAW leader sentenced to prison; Labor leader gets 60 days for taking bribes from FCA

Jewell, who retired in January, has been implicated in the scandal. His home was raided by investigators and he was the guest of honor at a party paid for with more than $30,000 worth of training center funds that featured "ultra-premium" liquor and strolling models who lit labor leaders' cigars.

King used a training center credit card to buy a $2,180 shotgun for Jewell as a birthday present, two sources told The News. Jewell's top administrative assistant, Nancy Adams Johnson, told King to buy the firearm for the UAW vice president, one of the sources said.

"Persons like Ms. King are beholden to their superior, and if such a person outlasts her or his welcome that person is demoted or, worse, terminated from the International (UAW) and, if the person wants to keep the union job, sent back to the plants," Shea wrote.

King was not merely following orders while using the credit card, prosecutors said.

"As a high-ranking UAW official and former local union president, King knew better," Gardey wrote. "However, her greed got the best of her, and she chose to break the law. The fact that she was one among many other UAW officials to take advantage of their positions for their own personal gain does not minimize the seriousness of her own crime."

Adams Johnson, meanwhile, has pleaded guilty and and faces up to 18 months in prison. She received tens of thousands of dollars in illegal payments and benefits from Fiat Chrysler, including $1,100 designer Christian Louboutin shoes, first-class flights to California and resort stays.

Here are the five Fiat Chrysler and UAW officials sentenced so far in the case:

Former Fiat Chrysler Vice President Alphons Iacobelli, 59, of Rochester Hills.

Iacobelli was sentenced to 5 1/2 years in prison for stealing money from the automaker and buying a Ferrari, a backyard pool and two solid-gold, bejeweled Montblanc fountain pens that cost $35,700 each.

Michael Brown, 61, of West Bloomfield Township, the automaker's former director of labor relations, was sentenced to one year and a day in prison for helping cover up the conspiracy. Brown deliberately provided misleading and incomplete testimony during the grand jury investigation, enabling the conspiracy to continue for years.

Holiefield's widow Monica Morgan-Holiefield, was sentenced to 18 months in federal prison for a tax crime stemming from the scandal. The 55-year-old Harrison Township resident received training-center funds, including more than $32,000 worth of flights, a $43,300 pool and $260,000 to pay off her mortgage.

Former Fiat Chrysler financial analyst Jerome Durden, 62, of Rochester, was sentenced to 15 months in federal prison for filing misleading tax returns that concealed the labor conspiracy and helping steer more than $386,400 to Holiefield's phony charity, the Leave the Light On Foundation.

Former UAW official Keith Mickens, 65, of Clarkston, who was Holiefield's right-hand man, was sentenced to a year and a day in prison for buying more than $7,000 worth of personal items

with training-center funds. He also approved more than $700,000 in illegal payments from Fiat Chrysler to Holiefield and Holiefield's widow.

"The UAW is appalled at the actions of a few former officials who stole money from the Chrysler Joint Program Center for their personal benefit," union spokesman Brian Rothenberg said in a statement Tuesday. "Fortunately, the UAW has layers of checks and balances ... , and we are confident the terms of our collective bargaining agreements were not impacted."

rsnell@detroitnews.com

(313) 222-2486

Twitter: @robertsnellnews

# Exhibit 71

## Judge rewards ex-UAW leader for cooperation in case

Detroit Free Press (Michigan)

November 14, 2018 Wednesday, 1 Edition

Copyright 2018 Detroit Free Press All Rights Reserved

**Section:** NEWS; Pg. A3

**Length:** 1211 words

**Byline:** By, Eric D. Lawrence, Detroit Free Press

## Body

Groundbreaking union leader Virdell King was the first UAW official willing to cooperate with federal prosecutors in the wide-ranging training center scandal, and on Tuesday, she was rewarded for her efforts.

In a surprising move, U.S. District Judge Paul Borman sentenced King, the first African-American woman to be elected president of a Chrysler union local, to two months in prison and ordered her to pay a $5,500 fine for her role in the scheme. King, who used a training center credit card to make thousands of dollars in personal purchases, will also have a year of supervised release after her sentence.

Prosecutors had requested a reduction in the guideline range of 10 to 16 months, but Borman clearly considered the assistance King had provided and her lack of a criminal record in deciding on an even lesser prison stay. Borman also delayed the date at which King, who pleaded guilty to conspiracy, will need to report for prison by six months so she can continue cooperating with the investigation.

King's assistance has already led to guilty pleas by four of her codefendants and helped uncover lavish expenses by UAW officials on Fiat Chrysler's dime, according to prosecutors. In court, Assistant U.S. Attorney David Gardey noted King's grand jury testimony and at least 10 meetings with federal agents, and he specifically highlighted her help in detailing thousands of dollars spent on meals in Palm Springs, California, by union officials.

The Free Press has previously reported that investigators want to determine whether "union officials unlawfully blew nearly $1 million in union dues on extravagant conventions in the desert resort town, and whether UAW President Gary Jones and his predecessor, Dennis Williams, knew about the spending and personally benefited."

King is the latest in a string of former union and company officials caught up in the scandal. Authorities said the scheme funneled millions of dollars meant for worker training to instead pay for jewelry, clothing, travel, a Ferrari and even a mortgage for those involved, including Alphons Iacobelli, an ex-FCA vice president tasked at one point with leading contract bargaining for the automaker.

Judge rewards ex-UAW leader for cooperation in case

Both the company and union have consistently denied that the case demonstrates a pattern of corruption, insisting that the scheme was the work of rogue bad actors. Prosecutors, however, allege that FCA sought through an employee to "buy labor peace" by warping the relationship between management and the union.

The UAW issued a new statement following King's sentence saying it is appalled at the actions of those who stole from the training center.

"Fortunately, the UAW has layers of checks and balances in contract negotiations, including voting by the entire membership, and we are confident the terms of our collective bargaining agreements were not impacted. We are also confident in the changes we have advanced to prevent this type of rogue individual behavior," according to the statement.

During her remarks in court, King, 66, highlighted her desire to take responsibility for her actions.

"Your honor, as a parent I have always taught my children that all actions have consequences" and to accept responsibility, King said, before thanking her family and friends for continuing to stand by her,

She also thanked the former union colleagues who had continued to offer her their support.

"I truly apologize for disappointing you," she said.

Over her 42 years as a UAW member, King, who was born and raised in Detroit, worked in a variety of roles, according to court records, even sitting on bargaining committees for contract negotiations in 2011 and 2015, but her place in history was sealed when she was elected the first African-American woman president of a Chrysler union local - Local 961 - in 1996.

Federal prosecutors, however, said she abused her position of trust, using a training center credit card to charge tens of thousands of dollars on items for herself, such as a more than $1,000 pair of Christian Louboutin shoes, and on golf equipment, luggage and concert and theme park tickets for other high-ranking UAW officials.

"Instead of being focused on zealous representation of the rank and file union members and their families, King was interested in buying clothes and lavish meals for herself and others," according to a sentencing memo signed by Gardey, chief of the public corruption unit at the U.S. Attorney's Office in Detroit.

King's attorney, John Shea, in seeking to keep King out of prison, focused on the 1969 Detroit Northwestern graduate's other attributes, including her longtime service to the union, and noted this is her first conviction.

"But for this, she served with distinction and pride," Shea said in court.

"She has been a wonderful mother, a hardworking employee, faithful to her friends and family. The offense notwithstanding, her life largely has been devoted to the UAW, her family and her church. Her remorse is undeniable, and at times she has been literally sick over this conspiracy and her role in it," according to a sentencing memo signed by Shea.

Judge rewards ex-UAW leader for cooperation in case

Shea had argued that King was essentially following orders and that "persons like Ms. King are beholden to their superior, and if such a person outlasts her or his welcome that person is demoted or, worse, terminated from the International and, if the person wants to keep the union job, sent back to the plants."

He said King's role in the conspiracy was "much smaller and more contained" than others, such as the late General Holiefield, a former UAW vice president. King received a training center credit card in 2012 and began using it for personal purchases at Holiefield's behest "although it seemed wrong to her and she acknowledges that she knew better," according to Shea's memo.

Over the next three years, King rang up $10,000-$15,000 in personal purchases with the card and was asked by Holiefield, his successor, Norwood Jewell, and codefendant Nancy Adams Johnson, Jewell's administrative assistant, to make as much as $30,000 in purchases to benefit them, the memo said.

Johnson is scheduled for sentencing next month. Jewell has not been charged, although his house was raided last year. Five others have been sentenced in the case - Iacobelli to five and a half years; Holiefield's widow, Monica Morgan, to 18 months; former FCA analyst Jerome Durden to 15 months; and Michael Brown, former director of employee relations for FCA, and Keith Mickens, who had been Holiefield's right-hand man and co-director of the training center, to one year in prison each.

Gardey, noting King's cooperation, wrote in his sentencing memo that the guideline range for King should be a sentence of 10-16 months, but he said she had recognized the seriousness of her criminal conduct.

"In order to repair the damage done, King was among the first to step forward and take every action she could to rectify her crimes and mistakes. King's actions since cooperating have aided the government's investigation and prosecution of other individuals. The court's sentence should recognize King's acceptance of responsibility and her early substantial assistance to the government in its ongoing investigation," Gardey wrote.

Contact Eric D. Lawrence: elawrence@freepress.com Twitter: @_ericdlawrence.