# Exhibit 75

# Ex-UAW official Nancy Adams Johnson sent to prison

**Robert Snell**, The Detroit News    Published 10:55 a.m. ET Dec. 18, 2018 | **Updated 3:12 p.m. ET Dec. 18, 2018**



*(Photo: Facebook)*

*Detroit* — A high-ranking United Auto Workers official who implicated President Dennis Williams and others in a corruption investigation involving Fiat Chrysler Automobiles was sentenced to one year and one day in federal prison Tuesday.

Nancy Adams Johnson betrayed the trust of blue-collar workers by accepting thousands of dollars in illegal payments from Fiat Chrysler and spending the money on $1,100 Christian Louboutin shoes, private accommodations, golf resorts and lavish meals, according to the government. She also funneled tens of thousands of dollars of illegal payments from Fiat Chrysler to other senior UAW officials.

Johnson, 58, of Macomb Township is the seventh and final person sentenced in a widespread conspiracy to violate federal labor laws, a conspiracy that has reshuffled (/story/business/autos/general-motors/2017/12/13/ex-uaw-vp-ashton-resigns-gm-board/108582808/)the top ranks (/story/business/autos/chrysler/2018/04/05/feds-raided-uaw-leader-house-amid-corruption-probe/33579403/) of the auto industry and the labor union that represents 450,000 workers.

She, along with several others convicted so far, including former Fiat Chrysler Vice President Alphons Iacobelli, are cooperating with investigators and could serve as a bridge to a second round of criminal charges against additional union and auto executives.

Johnson choked back tears while asking U.S. District Judge Paul Borman for mercy and leniency and apologizing for her role in a conspiracy that has raised questions about the sanctity of labor negotiations.

"I hope the membership of the UAW and other labor unions find in their heart to forgive me for any wrongdoing I have done," Johnson said while dabbing tears from her eyes. "The membership deserves better."

Johnson's lawyer wanted her to spend no time in prison, pointing to her ongoing cooperation with the government, contrition and health problems that include a brain tumor. Though she could have faced up to 18 months in prison, prosecutors requested a 12-month sentence.

"Instead of helping rank-and-file workers provide food for their families, Ms. Johnson provided a high-flying lifestyle for senior officials and herself," Assistant U.S. Attorney David Gardey told the judge.

Johnson also must pay a $10,000 fine but could receive less time in prison if her ongoing cooperation is substantial.

Prosecutors are armed with evidence including bank documents, credit card records, emails and testimony from at least six former Fiat Chrysler and UAW officials, including Johnson.

"Cold bank records don't tell you much, but if you have someone who can say 'this is what the money was used for,' she could be one way to help the government build a case against people higher up in the UAW," said Peter Henning, a Wayne State University law professor and former federal prosecutor.

She was sentenced five months after pleading guilty to violating a federal law prohibiting labor officials from receiving cash and valuable items from employers.

In the ensuing months, Johnson has evolved into a key witness for the government. She told investigators about UAW leaders spending approximately $1 million of membership dues on condominiums, liquor, food and golf (/story/business/autos/2018/09/19/feds-question-uaw-officials-spending-palm-springs-trips/844063002/) in Palm Springs, California, where Gary Jones held annual conferences before becoming president.

She also told investigators that Williams, who retired in June (/story/news/local/detroit-city/2018/11/01/uaw-uses-non-union-labor-construction-home-resort-spot/1811055002/), directed subordinates to save the union money by using funds from Detroit's automakers to pay for union travel, meals and entertainment (/story/business/autos/2018/07/26/uaw-president-dennis-williams-conspiracy-directed-use-automaker-funds-through-training-centers/822741002/).

Prosecutors have referenced as many as five unindicted co-conspirators (/story/business/autos/chrysler/2018/11/07/uaw-and-fiat-chrysler-officials-face-reckoning-federal-court/1917404002/), including Johnson's former boss, UAW Vice President Norwood Jewell, who retired in January after his home was raided (/story/business/autos/chrysler/2018/12/10/former-uaw-official-norwood-jewell-center-fbi-investigation/2124288002/) by investigators.

> Ex-UAW official got Disney tix, trips (https://www.detroitnews.com/story/business/autos/chrysler/2018/12/10/former-uaw-official-norwood-jewell-center-fbi-investigation/2124288002/)

While meeting with investigators, Johnson has been diligent, truthful and forthcoming about corruption within the auto industry, Gardey told the judge.

"Ms. Johnson is genuinely a good person," he said. "Unfortunately, she gave way to temptation."

In pushing for a 12-month sentence, prosecutors revealed a vignette that portrayed senior UAW officials dining on $15,000 worth of steaks, liquor and cigars (/story/business/autos/chrysler/2018/12/12/fiat-chrysler-spent-15-thousand-uaw-steak-dinners/2291277002/) paid for by Fiat Chrysler at a time when they were supposed to be negotiating against the automaker for a new contract for rank-and-file autoworkers.

She is continuing to provide insight into what prosecutors call the corrupt senior ranks of the UAW so the U.S. Attorney's Office successfully pushed to delay Adams Johnson's arrival at prison for six months.



**Nancy Adams Johnson, left, and Norwood Jewell** *(Photo: Facebook)*

Prosecutors last month labeled Jewell, who oversaw the union's Fiat Chrysler department before abruptly resigning in January, an unindicted co-conspirator (/story/business/autos/chrysler/2018/11/07/uaw-and-fiat-chrysler-officials-face-reckoning-federal-court/1917404002/). They also refer to him in hundreds of pages of criminal filings as a high-ranking union leader who received approximately $50,000 worth of lavish gifts and benefits from Fiat Chrysler executives.

The gifts include a $2,180 Italian shotgun (/story/business/autos/chrysler/2017/08/17/uaw-executives-tapped-training-center-funds-luxury-purses-shotgun/104703766/) and a $30,000 party that featured strolling models (/story/business/autos/chrysler/2018/02/01/feds-eye-pricey-party-honoring-embattled-uaw-leader/110026950/) who lit labor leaders' cigars, all paid for with Fiat Chrysler cash that was supposed to be spent training blue-collar workers.

Investigators also have learned Jewell tapped a training fund to pay for more than $10,000 (/story/business/autos/chrysler/2018/12/10/former-uaw-official-norwood-jewell-center-fbi-investigation/2124288002/) worth of golf resort accommodations in Palm Springs, California, and Disney World tickets, sources told The News.

"Today's sentence rightfully punishes the unacceptable misconduct of a former UAW official who betrayed our members' trust," union spokesman Brian Rothenberg said in a statement Tuesday. "The UAW is confident that Ms. Johnson's misconduct had no effect on the collective bargaining agreement between the UAW and Chrysler — which has numerous checks and balances and requires a vote by the entire membership, among other things."

Federal prosecutors have labeled (/story/business/autos/2018/06/12/feds-label-fiat-chrysler-uaw-co-conspirators/695076002/)the UAW, Fiat Chrysler and the jointly operated UAW-Chrysler National Training Center as co-conspirators. The allegation potentially exposes the automaker and the UAW to criminal charges, fines and governmental oversight, according to a former federal prosecutor.

*rsnell@detroitnews.com*

*(313) 222-2486*

*Twitter: @robertsnellnews (https://twitter.com/robertsnellnews)*

Read or Share this story: https://www.detroitnews.com/story/business/autos/chrysler/2018/12/18/former-uaw-official-nancy-adams-johnson-sentenced-prison/2339643002/

# Exhibit 76

Case 1:19-cv-06770-EK-MMH     Document 34-29     Filed 08/21/20     Page 4 of 7 PageID #: 1448

## Ex-No. 2 in UAW's FCA unit will go to prison; Receives1-yearincarceration, 1-year supervised release

Detroit Free Press (Michigan)

December 19, 2018 Wednesday, 1 Edition

Copyright 2018 Detroit Free Press All Rights Reserved

**Section:** BUSINESS AND AUTOS; Pg. A11

**Length:** 1125 words

**Byline:** By, Eric D. Lawrence, Detroit Free Press

## Body

Johnson ... "recognizes with great remorse the profoundly negative impact her conduct in this case has on that image generally and on her preceding career and her otherwise exemplary record of personal achievements."

Harold Gurewitz

Nancy Johnson's attorney, in a memo last week

She was once the No. 2 person in the UAW's Fiat Chrysler Department, but now, Nancy Johnson will be headed to prison for using her training center credit card to pay for tens of thousands of dollars in meals, clothing and travel in what prosecutors say was a betrayal of her union brothers and sisters, much of it at the direction of her bosses.

U.S. District Court Judge Paul Borman sentenced Johnson Tuesday in Detroit to one year and one day in prison followed by one year of supervised release, and ordered her to pay a $10,000 fine.

"It's a very serious offense, corrupting a labor union," Borman said.

Johnson, who dabbed her eyes repeatedly with tissues, apologized for what had happened, saying she takes responsibility for her part and offered a message for her union.

"I love my organization. I love the membership, and for that, I'm truly sorry for being here," she said, noting that she hopes members can "find it in their hearts" to forgive her.

Johnson said the union is putting safeguards in place because of the court proceedings that have led to seven convictions.

"The membership does deserve a whole lot better than they've been getting," she said.

Johnson, 58, is the last person among the seven people charged and convicted to be sentenced in a scheme that redirected millions of dollars meant for worker training into an array of high-priced goodies for ex-company and union officials alike. The names of other ex-officials,

including former UAW Vice President Norwood Jewell and President Dennis Williams, have surfaced in connection with the case, but they have not been charged. Jewell's house has even been searched.

Prosecutors said the actions of former officials, such as then-FCA Vice President Al Iacobelli, who helped himself to a Ferrari and $37,000 pens and has been sentenced to 51/2 years in prison, "fatally compromised" the union's Fiat Chrysler Department in its role representing workers.

The UAW issued a statement last week pushing back against that assertion, saying "it is confident that Ms. Johnson's misconduct had no effect on the collective bargaining agreement between the UAW and Chrysler - which has numerous checks and balances and requires a vote by the entire membership, among other things."

$40,000 on credit card

Johnson's attorney, Harold Gurewitz of Detroit, sought, in a filing last week, to play down Johnson's role in contract negotiations, claiming "her participation in collective bargaining involved logistics and note taking." Prosecutors, however, have said she was part of the "national committee responsible for negotiating the terms of the collective bargaining agreements between the UAW and FCA."

Johnson, who retired in 2016, charged more than $40,000 worth of travel, meals and swanky merchandise on her training center credit card. Tens of thousands of dollars in charges were at the direction of "more senior UAW officials," according to prosecutors. But other items - a $1,160 pair of Christian Louboutin shoes and the $1,700 she spent for women's golf clubs and a diva cart bag - paint a more personal picture of the wrongdoing prosecutors have been exposing since the first charges were filed in 2017.

"Through her leadership skills and political savvy within the UAW, Johnson reached the highest levels of the UAW's Chrysler Department. She became enmeshed in a culture of corruption where acceptance of lavish entertainment and personal freebies, all paid for by the car company, was the rule rather than the exception," prosecutors wrote in their memo last week ahead of her sentencing.

Prosecutors, citing her acceptance of responsibility and efforts to cooperate, recommended a one-year sentence.

During his remarks in court, Assistant U.S. Attorney David Gardey highlighted the efforts of Fiat Chrysler executives to keep union leaders "fat, dumb and happy" and to "grease the skids," but he also noted that Johnson had fallen victim to her own greed even as he said she was being directed by higher-ups in the union to commit wrongdoing.

"She went along with the criminal intentions of her bosses," Gardey told the judge.

Still, in requesting and receiving a six-month delay to the start of Johnson's prison sentence, Gardey described Johnson as remorseful and someone who had tried to help right the wrongs by cooperating.

Ex-No. 2 in UAW's FCA unit will go to prison; Receives 1-year incarceration, 1-year supervised release

He said Johnson had been "diligent, truthful and forthcoming" in her dealings with prosecutors over the last several months.

"Ms. Johnson is genuinely a good person," Gardey said.

Health problems

In Johnson's defense and in seeking a noncustodial sentence, Gurewitz focused on her personal history and ongoing cooperation with prosecutors. He noted, in his own memo last week, that Johnson is the daughter of two hard-working UAW members and that her two adult daughters describe her as "exemplary, having served as a role model for them as a consistent fighter for improving the circumstances of hard working autoworkers and particularly to improve the status of women and African-American women within the leadership of the union."

That memo, however, also noted that Johnson, whose parents both died in 2017 while she was being treated for a brain tumor, "recognizes with great remorse the profoundly negative impact her conduct in this case has on that image generally and on her preceding career and her otherwise exemplary record of personal achievements."

Gurewitz noted in court that Johnson is now also dealing with tumors in each eye.

Both Fiat Chrysler and the UAW have pushed back against the contention by prosecutors of a culture of corruption. Prosecutors have said the automaker sought to buy labor peace.

FCA has called itself "a victim of illegal conduct by certain rogue individuals."

The UAW said it took a proactive role when it learned of Johnson's actions.

"When the UAW first found out that Nancy Johnson had stolen thousands of dollars from the (National Training Center), we confronted her with her misconduct and Ms. Johnson promptly resigned from the union. The UAW also provided information about Ms. Johnson's illegal conduct to the federal prosecutors at that time," according to an email last week.

Contact Eric D. Lawrence: elawrence@freepress.com Follow him on Twitter: @_ericdlawrence.

Johnson ... "recognizes with great remorse the profoundly negative impact her conduct in this case has on that image generally and on her preceding career and her otherwise exemplary record of personal achievements."

Harold Gurewitz

Nancy Johnson's attorney, in a memo last week