# Exhibit 78

# Former UAW official Jewell charged in labor conspiracy

**Robert Snell, The Detroit News**    Published 10:19 a.m. ET March 18, 2019 | **Updated 5:35 p.m. ET March 18, 2019**

**Buy Photo**



**Norwood Jewell, former UAW vice president of the FCA US Department, speaks at the Sterling Stamping Plant in 2016 as FCA CEO Sergio Marchionne listens.** *(Photo: Todd McInturf, The Detroit News)*

*Detroit* — Federal prosecutors charged former United Auto Workers Vice President Norwood Jewell on Monday with conspiracy to violate federal labor laws, the latest criminal charge filed in a years-long corruption investigation of the U.S. auto industry.

Jewell, 61, who headed the union's Fiat Chrysler department, was charged in a criminal information, which indicates a guilty plea is expected. The Swartz Creek resident is the highest-ranking former UAW official charged with a crime during a four-year investigation that has led to seven convictions and raised questions about the sanctity of labor negotiations.

The criminal case focuses heavily on how Fiat Chrysler executives bankrolled a life of luxury for Jewell and other UAW officials in Detroit and Palm Springs, California, with money that was supposed to train blue-collar workers. In all, prosecutors say Jewell and other UAW officials went on a $100,000 spending spree paid for by Fiat Chrysler.

The criminal charge comes eight months after prosecutors alleged former UAW President Dennis Williams directed subordinates to use funds from Detroit's automakers, funneled through training centers, to pay for union travel, meals and entertainment. Williams has not been charged with any crimes during the ongoing investigation.

Aide: UAW chief Williams OK'd using Big 3 funds

(https://www.detroitnews.com/story/business/autos/2018/07/26/uaw-president-
dennis-williams-conspiracy-directed-use-automaker-funds-through-training-
centers/822741002/)

The Jewell case illustrates how the policy saved the UAW money and how union officials spent more than $58,000 at steakhouses and golfing in Palm Springs and Detroit — and how Fiat Chrysler executives picked up the bill. It is unclear whether Jewell is telling investigators anything about his superiors, including Williams, in exchange for a lighter sentence.

"The key is who else can he point a finger at higher up in the organization, if he's willing to," said Peter Henning, a Wayne State University law professor and former federal prosecutor. "That's an open question at this point."

The News reported in September that federal investigators were questioning UAW officials' use of almost $1 million of membership dues on condominiums, liquor, food and golf in California, where Gary Jones held annual conferences before becoming UAW president.

The charge, which could send Jewell to federal prison for up to five years, ends a two-year period of uncertainty as prosecutors and sources familiar with the investigation repeatedly identified Jewell as receiving illegal benefits from Fiat Chrysler.

Feds probe UAW spending on purses, shotgun
(https://www.detroitnews.com/story/business/autos/chrysler/2017/08/17/uaw-
executives-tapped-training-center-funds-luxury-purses-shotgun/104703766/)

"We can confirm that we have had professional and productive discussions with the U.S. Attorney's Office towards a fair and just resolution," Jewell's lawyer Michael P. Manley wrote in a text message to The News on Monday. "We are confident that when the facts of the case come out as it relates to Mr. Jewell, his decades-long reputation of honorable service to members of the UAW will remain intact."

Manley declined comment when asked whether Jewell is cooperating with investigators. Prosecutors have labeled Fiat Chrysler, the UAW and the jointly operated UAW-Chrysler National Training Center as co-conspirators (/story/business/autos/2018/06/12/feds-label-fiat-chrysler-uaw-co-conspirators/695076002/) and have said the investigation is focused on numerous individuals and entities.

Feds label FCA, UAW as co-conspirators
(https://www.detroitnews.com/story/business/autos/2018/06/12/feds-label-fiat-
chrysler-uaw-co-conspirators/695076002/)

From at least 2014 to 2016, Jewell and others conspired to violate the Labor Management Relations Act by receiving more than $40,000 worth of travel, lodging and meals from people acting on behalf of Fiat Chrysler, according to court records.

"We are deeply saddened by today's news of criminal filings and understand the frustrations our members feel when allegations like this are made about a former officer," the UAW said in a statement Monday. "We have already implemented many reforms and enacted new policies to prevent any misuse of funds at the joint program centers from ever happening again, and we will continue to vigilantly review our practices to make sure any lax financial controls are identified and fixed going forward."

Jewell abruptly retired in January 2018 after The News linked him to the investigation and his home was searched (/story/business/autos/chrysler/2018/04/05/feds-raided-uaw-leader-house-amid-corruption-probe/33579403/) by federal agents.

Federal prosecutors have said the union and Fiat Chrysler conspired from before 2009 through 2015 to violate the Labor Management Relations Act and that the automaker enabled nepotism to flourish at a blue-collar training center. The law prohibits employers or those working for them from paying, lending or delivering money or other valuables to officers or employees of labor organizations — and labor leaders from accepting such items.

The criminal case was filed four months after The News reported that Jewell tapped a worker training fund (/story/business/autos/chrysler/2018/12/10/former-uaw-official-norwood-jewell-center-fbi-investigation/2124288002/) to pay for more than $10,000 worth of golf resort accommodations in Palm Springs and Disney World tickets and that federal agents were investigating the spending spree, according to multiple sources.

During his tenure, Jewell helped oversee the UAW-Chrysler National Training Center. The center is funded by Fiat Chrysler and officials who helped run the center received credit cards that ended up paying for personal luxuries.

The criminal filing Monday focused on Palm Springs and a string of illegal benefits that allegedly flowed to Jewell.

From 2015 to 2016, Jewell spent or approved spending $43,500 at a golf resort and on meals in Palm Springs, according to the criminal filing. The money came from Fiat Chrysler and violated federal labor law, prosecutors said.

Back in Detroit, Jewell and other union officials spent $15,407 on three dinners at the London Chop House, prosecutors said.

The criminal filing features cameos by some of the people convicted during the years-long investigation, including Jewell's assistant, Nancy Adams Johnson.



**Former UAW official Nancy Adams Johnson was sentenced to one year and a day in federal prison. She is cooperating with investigators.** *(Photo: Facebook)*

In January 2015, Johnson spent $4,587 at LG's Prime Steakhouse in Palm Springs. Jewell approved the expense, which was paid by the training center using money from Fiat Chrysler, according to the court filing.

The criminal case Monday reiterates that the UAW was plagued by corruption within the top ranks of the UAW from 2009 through 2016, a period covering the tenure of several presidents and vice presidents, including Williams and the late UAW Vice President General Holiefield.



"During the Holiefield leadership years, a 'culture of corruption' was continued and enhanced between Holiefield, his staff, and executives of (Fiat Chrysler) to violate the Labor Management Relations Act," prosecutors wrote in the court filing.

Holiefield retired in 2014 and died the following year. His widow, Monica Morgan Holiefield, was charged during the investigation, convicted of a tax crime and sentenced to 18 months (/story/business/autos/2018/07/13/monica-morgan-holiefield-sentenced-uaw-fiat-chrysler/781882002/) in federal prison.

She was accused of receiving several illegal benefits, including $32,000 worth of flights, a $43,300 pool and $260,000 to pay off her mortgage.

**Monica Morgan and her late husband General Holiefield.** *(Photo: Facebook.com)*

**Buy Photo**



**Outgoing UAW President Dennis Williams runs officer nominations from the main podium.** *(Photo: Todd McInturf, The Detroit News)*

Williams, meanwhile, retired amidst the corruption investigation last summer. He moved to the UAW's resort in northern Michigan, where the UAW is building a lakefront cottage (/story/business/autos/chrysler/2018/10/26/cabin-retired-leader-rises-feds-question-uaw-spending/1512997002/) for him as FBI agents question union leaders' spending of membership dues and money from Detroit's automakers on personal luxuries.

**Buy Photo**



Construction equipment sits outside an unfinished new cottage for retired UAW President Dennis Williams on the UAW property on Black Lake, near Cheboygan. *(Photo: John L. Russell, Special to The Detroit News)*

The UAW is using nonunion labor to build the Williams cottage, a money-saving move (/story/news/local/detroit-city/2018/11/01/uaw-uses-non-union-labor-construction-home-resort-spot/1811055002/) prompted by bids showing the project would have cost more than $1.3 million.

"Unless Norwood can deliver somebody like that on the Fiat Chrysler side or the union side, he's not of any value to the government," said Erik Gordon, a University of Michigan business professor. "For prosecutors to go back downstream and say they found another low-level person, there's no extra points for that."

*rsnell@detroitnews.com*

*(313) 222-2486*

*Twitter: @robertsnellnews (https://twitter.com/robertsnellnews)*

Read or Share this story: https://www.detroitnews.com/story/business/autos/chrysler/2019/03/18/ex-uaw-official-jewell-charged-labor-conspiracy-fiat-chrysler/3200964002/

# Exhibit 79

## [Former High-Ranking Union Official Charged in Corruption Probe at Fiat Chrysler;  Ex-UAW vice president accused of accepting illegal payments from Fiat Chrysler Automobiles executives](#)

The Wall Street Journal Online

March 18, 2019

Copyright 2019 Factiva  , from Dow Jones
All Rights Reserved



Copyright 2019 Dow Jones & Company, Inc. All Rights Reserved.

### THE WALL STREET JOURNAL.

**Section:** BUSINESS; Autos

**Length:** 613 words

**Byline:** By Adrienne Roberts

## Body

A former vice president for the United Auto Workers union was charged Monday with allegedly receiving tens of thousands of dollars in illegal payments from Fiat Chrysler Automobiles NV executives, according to federal prosecutors, the latest in  a widening probe  into allegations of corruption in the union's top ranks.

Norwood Jewell is the highest-ranking UAW official to date to be charged in the federal investigation, which  first became public in July 2017 . Prosecutors have already charged several other union officials, as well as Fiat Chrysler executives, in the continuing probe, alleging they had used money from a union training-center fund to enrich themselves.

Mr. Jewell, who led the UAW's bargaining team with Fiat Chrysler in 2015 for a new four-year contract, was charged with allegedly violating the Labor Management Relations Act, according to court documents filed by the U.S. Attorney's Office for the Eastern District of Michigan.

Read More

*  Former Fiat Chrysler Executive Pleads Guilty to Illegal Payments for UAW Leaders  (Jan. 22, 2018)

*  Retired UAW Official Charged in Widening Corruption Probe  (Aug. 18, 2017)

*  Former Fiat Chrysler Executives Charged With Making Illegal Payments to UAW Leaders (July 26, 2017)

Former High-Ranking Union Official Charged in Corruption Probe at Fiat Chrysler;  Ex-UAW vice president accused of accepting illegal payments from Fiat Chrysler....

"We are aware of the information filed today by the government," Mr. Jewell's attorney, Michael Manley, said in a statement. "We are confident that when the facts of the case come out as it relates to Mr. Jewell, his decadeslong reputation of honorable service to members of the UAW will remain intact."

The charges come ahead of contract talks starting this summer between the UAW and Detroit's three car makers: General Motors Co., Ford Motor Co. and Fiat Chrysler. The auto makers negotiate new labor deals every four years for more than 151,000 U.S. hourly workers, a process that is largely done behind closed doors.

The UAW said in a statement that it has already implemented reforms and enacted new policies to prevent any misuse of funds from the worker-training centers. "We are deeply saddened by today's news of criminal filings and understand the frustrations our members feel when allegations like this are made about a former officer," the union added.

Fiat Chrysler said a few bad actors stole training funds for their personal enrichment and their actions neither benefited nor were at the direction of the company.

The 16-page indictment alleges Mr. Jewell was involved in a scheme to divert payments and other gifts to union employees from money set aside in the worker-training fund.

Federal prosecutors charge that Mr. Jewell, who was serving as a vice president at the UAW between 2014 and 2016 when the scheme allegedly took place, knowingly accepted more than $40,000 from people acting in the interest of Fiat Chrysler in the form of travel, lodging and meals. The charges specifically allege Mr. Jewell made purchases on a credit card funded by Fiat Chrysler through its UAW-Chrysler National Training Center.

Mr. Jewell allegedly made purchases with the credit card such as a $7,570 dinner at a steakhouse in Palm Springs, Calif. and a $1,268 charge at a California golf resort. Mr. Jewell is also alleged to have approved thousands of dollars in meals and travel by other UAW officials using credit cards tied to the training center, according to the charging documents.

Alphons Iacobelli, a former head of labor relations at Fiat Chrysler, was sentenced to 5  years in prison in August  after pleading guilty  to making illegal payments to UAW leaders and to filing a false tax return that failed to include $840,000 in income illegally siphoned from the company.

Write to Adrienne Roberts at  Adrienne.Roberts@wsj.com

## Notes

PUBLISHER: Dow Jones & Company, Inc.

# Exhibit 80

## Corruption case climbs higher up UAW ladder; Former VP Jewell charged with conspiracy to violate labor laws

The Detroit News (Michigan)

March 19, 2019 Tuesday, 1 Edition

Copyright 2019 The Detroit News All Rights Reserved

**Section:** NEWS; Pg. A7

**Length:** 1237 words

**Byline:** By, Robert Snell, The Detroit News

## Body

Detroit - Federal prosecutors charged former United Auto Workers Vice President Norwood Jewell on Monday with conspiracy to violate federal labor laws, the latest criminal charge filed in a years-long corruption investigation of the U.S. auto industry.

Jewell, 61, who headed the union's Fiat Chrysler department, was charged in a criminal information, which indicates a guilty plea is expected. The Swartz Creek resident is the highest-ranking former UAW official charged with a crime during a four-year investigation that has led to seven convictions and raised questions about the sanctity of labor negotiations.

The criminal case focuses heavily on how Fiat Chrysler executives bankrolled a life of luxury for Jewell and other UAW officials in Detroit and Palm Springs, California, with money that was supposed to train blue-collar workers. In all, prosecutors say Jewell and other UAW officials went on a $100,000 spending spree paid for by Fiat Chrysler.

The criminal charge comes eight months after prosecutors alleged former UAW President Dennis Williams directed subordinates to use funds from Detroit's automakers, funneled through training centers, to pay for union travel, meals and entertainment. Williams has not been charged with any crimes during the ongoing investigation.

The Jewell case illustrates how the policy saved the UAW money and how union officials spent more than $58,000 at steakhouses and golfing in Palm Springs and Detroit - and how Fiat Chrysler executives picked up the bill. It is unclear whether Jewell is telling investigators anything about his superiors, including Williams, in exchange for a lighter sentence.

"The key is who else can he point a finger at higher up in the organization, if he's willing to," said Peter Henning, a Wayne State University law professor and former federal prosecutor. "That's an open question at this point."

The News reported in September that federal investigators were questioning UAW officials' use of almost $1 million of membership dues on condominiums, liquor, food and golf in California, where Gary Jones held annual conferences before becoming UAW president.

Corruption case climbs higher up UAW ladder; Former VP Jewell charged with conspiracy to violate labor laws

The charge, which could send Jewell to federal prison for up to five years, ends a two-year period of uncertainty as prosecutors and sources familiar with the investigation repeatedly identified Jewell as receiving illegal benefits from Fiat Chrysler.

"We can confirm that we have had professional and productive discussions with the U.S. Attorney's Office towards a fair and just resolution," Jewell's lawyer Michael P. Manley wrote in a text message to The News on Monday. "We are confident that when the facts of the case come out as it relates to Mr. Jewell, his decades-long reputation of honorable service to members of the UAW will remain intact."

Manley declined comment when asked whether Jewell is cooperating with investigators. Prosecutors have labeled Fiat Chrysler, the UAW and the jointly operated UAW-Chrysler National Training Center as co-conspirators and have said the investigation is focused on numerous individuals and entities.

From at least 2014 to 2016, Jewell and others conspired to violate the Labor Management Relations Act by receiving more than $40,000 worth of travel, lodging and meals from people acting on behalf of Fiat Chrysler, according to court records.

"We are deeply saddened by today's news of criminal filings and understand the frustrations our members feel when allegations like this are made about a former officer," the UAW said in a statement Monday. "We have already implemented many reforms and enacted new policies to prevent any misuse of funds at the joint program centers from ever happening again, and we will continue to vigilantly review our practices to make sure any lax financial controls are identified and fixed going forward."

Jewell abruptly retired in January 2018 after The News linked him to the investigation and his home was searched by federal agents.

Federal prosecutors have said the union and Fiat Chrysler conspired from before 2009 through 2015 to violate the Labor Management Relations Act and that the automaker enabled nepotism to flourish at a blue-collar training center. The law prohibits employers or those working for them from paying, lending or delivering money or other valuables to officers or employees of labor organizations - and labor leaders from accepting such items.

The criminal case was filed four months after The News reported that Jewell tapped a worker training fund to pay for more than $10,000 worth of golf resort accommodations in Palm Springs and Disney World tickets and that federal agents were investigating the spending spree, according to multiple sources.

During his tenure, Jewell helped oversee the UAW-Chrysler National Training Center. The center is funded by Fiat Chrysler and officials who helped run the center received credit cards that ended up paying for personal luxuries.

The criminal filing Monday focused on Palm Springs and a string of illegal benefits that allegedly flowed to Jewell.

Corruption case climbs higher up UAW ladder; Former VP Jewell charged with conspiracy to violate labor laws

From 2015 to 2016, Jewell spent or approved spending $43,500 at a golf resort and on meals in Palm Springs, according to the criminal filing. The money came from Fiat Chrysler and violated federal labor law, prosecutors said.

Back in Detroit, Jewell and other union officials spent $15,407 on three dinners at the London Chop House, prosecutors said.

The criminal filing features cameos by some of the people convicted during the years-long investigation, including Jewell's assistant, Nancy Adams Johnson.

In January 2015, Johnson spent $4,587 at LG's Prime Steakhouse in Palm Springs. Jewell approved the expense, which was paid by the training center using money from Fiat Chrysler, according to the court filing.

The criminal case Monday reiterates that the UAW was plagued by corruption within the top ranks of the UAW from 2009 through 2016, a period covering the tenure of several presidents and vice presidents, including Williams and the late UAW Vice President General Holiefield.

"During the Holiefield leadership years, a 'culture of corruption' was continued and enhanced between Holiefield, his staff, and executives of (Fiat Chrysler) to violate the Labor Management Relations Act," prosecutors wrote in the court filing.

Holiefield retired in 2014 and died the following year. His widow, Monica Morgan Holiefield, was charged during the investigation, convicted of a tax crime and sentenced to 18 months in federal prison.

She was accused of receiving several illegal benefits, including $32,000 worth of flights, a $43,300 pool and $260,000 to pay off her mortgage.

Williams, meanwhile, retired amidst the corruption investigation last summer. He moved to the UAW's resort in northern Michigan, where the UAW is building a lakefront cottage for him as FBI agents question union leaders' spending of membership dues and money from Detroit's automakers on personal luxuries.

The UAW is using nonunion labor to build the Williams cottage, a money-saving move prompted by bids showing the project would have cost more than $1.3 million.

"Unless Norwood can deliver somebody like that on the Fiat Chrysler side or the union side, he's not of any value to the government," said Erik Gordon, a University of Michigan business professor. "For prosecutors to go back downstream and say they found another low-level person, there's no extra points for that."

rsnell@detroitnews.com

(313) 222-2486