# Exhibit 82

# 'I wasn't perfect,' guilty UAW exec Jewell tells judge

**Robert Snell**, **The Detroit News**   Published 10:38 a.m. ET April 2, 2019 | **Updated 6:37 p.m. ET April 2, 2019**



**Norwood Jewell, center, leaves the U.S. courthouse in Detroit after pleading guilty to breaking federal labor laws.** *(Photo: Clarence Tabb Jr., Detroit News)*

*Detroit* — Norwood Jewell, the disgraced former United Auto Workers vice president, pleaded guilty to breaking federal labor laws Tuesday, becoming the highest-ranking labor leader convicted in an ongoing investigation of corruption within the U.S. auto industry.

The plea to one count of labor conspiracy capped a prolonged downward spiral for one of the most powerful leaders of the UAW but spares him from cooperating with an ongoing investigation that has embroiled his former boss, retired UAW President Dennis Williams.

As prosecutors spent the last two years securing the convictions of six former UAW officials and Fiat Chrysler Automobiles executives, Jewell was repeatedly referenced in court records as living a luxury lifestyle, including a coast-to-coast spree of $7,000 steakhouse dinners, $30,000 cigar and wine parties and months-long stays at California golf resorts, all bankrolled by Fiat Chrysler executives intent on wringing concessions from him at the bargaining table.

With a pinky ring on his left hand and a grim expression dominating a face notable for a trademark Chevron mustache, Jewell, 61, stood before U.S. District Judge Paul Borman and admitted receiving thousands of dollars worth of illegal benefits from Fiat Chrysler executives.

"I wasn't perfect," Jewell told the judge. "I was getting stuff from Chrysler and I can't do that."



**U.S. Attorney for the Eastern District of Michigan Matthew J. Schneider talks to reporters at the end of the hearing Tuesday for former UAW Vice President Norwood Jewell.** *(Photo: Clarence Tabb Jr., Detroit News)*

Though the Swartz Creek resident could spend up to five years in prison Aug. 5, prosecutors have agreed to recommend a 15-month sentence.

Jewell silently shook his head when reporters asked for comment.

"It's a sad day," Jewell's lawyer Michael P. Manley told reporters outside federal court. "The man is a legend and has left a great legacy for the UAW."

That legacy won't involve helping federal agents with the ongoing investigation. Jewell was not required to cooperate as part of his plea deal.

Prosecutors might not need Jewell.

Six Fiat Chrysler and UAW officials convicted in the scandal have cooperated in hopes of receiving shorter prison sentences. That list includes several who helped Jewell oversee the UAW-Chrysler National Training Center, including former Fiat Chrysler Vice President Alphons Iacobelli (/story/business/autos/chrysler/2018/08/27/fiat-chrysler-exec-gets-five-years-prison/1085900002/) and Jewell's top assistant, Nancy Adams Johnson (/story/business/autos/chrysler/2018/12/18/former-uaw-official-nancy-adams-johnson-sentenced-prison/2339643002/).



**Former UAW official Nancy Adams Johnson was sentenced to one year and a day in federal prison. She is cooperating with investigators.** *(Photo: Facebook)*

Adams Johnson told prosecutors that Williams, the UAW president, directed subordinates to use funds from Detroit's automakers to pay for union travel, meals and entertainment.

Williams has not been charged with any crimes during the ongoing investigation.

"It could be helpful to Williams and others that they don't have a high-level, UAW vice president cooperating against them," said Peter Henning, a Wayne State University law professor and former federal prosecutor. "But the government has others who have cooperated."

Jewell's guilty plea secured a high-profile conviction for federal prosecutors who have labeled the UAW, Fiat Chrysler and the jointly operated UAW-Chrysler National Training Center as co-conspirators in a years-long scandal designed to corrupt the bargaining process.

"Mr. Jewell's criminal actions were an effort to enrich himself and his colleagues at the expense of dues-paying UAW members and denied those same hard-working men and women the assurance that union leadership was bargaining in their best interests," Timothy Slater, special agent in charge of the FBI's Detroit office, said in a statement.



**Genesee County Clerk-Register John Gleason protests alongside a dedicated handful United Auto Workers retirees during a protest against former UAW 1-C Director Norwood Jewell, Tuesday at Sitdowners Memorial Park in Flint. The retired UAW workers who protested are asking for all mentions of Jewell's name to be removed from the park.** *(Photo: Jake May, The Flint Journal via AP)*

Fiat Chrysler executives funneled cash and benefits in hopes of obtaining contract concessions from union executives who prosecutors say betrayed blue-collar workers.

The corruption was entrenched by the time Jewell was elected vice president in 2014, according to prosecutors and Manley.

"When you get put into a cesspool," Jewell's lawyer told reporters, "you're destined to fail."

The illegal benefits Jewell received did not influence the bargaining process, Manley said.

"This is a troubling moment for our organization, and our members are appropriately angry and frustrated," the UAW said in a statement. "Our members will always be our highest authority, and so we pledge to continue to change the way that we do business."



detroitnews

Norwood Jewell pleads guilty                    Share

Cookie policy

Jewell headed the union's Fiat Chrysler department until abruptly retiring last year after being identified as a target of the investigation.

Jewell was charged with labor conspiracy March 18 and accused along with other UAW officials of going on a $100,000 spending spree paid for by Fiat Chrysler officials.

The criminal case focuses heavily on how Fiat Chrysler executives bankrolled a life of luxury for Jewell and other UAW officials in Detroit and Palm Springs, California, with money from Fiat Chrysler that was supposed to train blue-collar workers.

The case illustrates how the policy allegedly implemented by Williams saved the UAW money. Union officials spent more than $58,000 at steakhouses and golfing in Palm Springs and Detroit — and Fiat Chrysler executives picked up the bill, authorities allege.



The News reported in September that federal investigators were questioning UAW officials' use of almost $1 million of membership dues on condominiums, liquor, food and golf in California, where Gary Jones held annual conferences before becoming UAW president.

From at least 2014 to 2016, Jewell and others conspired to violate the Labor Management Relations Act by receiving more than $40,000 worth of travel, lodging and meals from people acting on behalf of Fiat Chrysler, according to court records.

Before Jewell appeared in court Tuesday, the UAW revealed officials have spent more than $1.5 million in member dues since 2015 defending the union from allegations that labor leaders pocketed bribes and conspired to violate federal labor laws.

**Former UAW president Dennis Williams in 2017** *(Photo: Rogelio V. Solis, AP)*

The union's annual Labor Department filing reveals a portion of the cost of a scandal that has bruised the UAW's reputation, raised questions about the sanctity of labor negotiations and exposed union executives who betrayed rank-and-file workers by receiving bribes from Fiat Chrysler Automobiles officials who tried to secure contract concessions.

"We've been forced to pay these legal fees because of the actions of people who've pled guilty," UAW spokesman Brian Rothenberg wrote in an email to The News. "These expenses are lawyers representing the union. It is President (Gary) Jones' goal to make reforms that will prevent this kind of expenditure from being needed in the future."



**Norwood Jewell, UAW vice president, reimbursed the training center for a shotgun and luggage purchased with training center funds.** *(Photo: Clarence Tabb Jr., The Detroit News)*

The filing, entered Friday, showed Chicago law firm Cotsirilos, Tighe, Streicker, Poulos & Campbell has been paid at least $1,489,233 since 2015.

That's the year the federal investigation emerged publicly when prosecutors filed liens (/story/news/local/detroit-city/2017/08/14/feds-poised-seize-fca-scandal-figures-homes/104607672/) on the homes of Iacobelli and Monica Morgan-Holiefield, the widow of former UAW Vice President General Holiefield.

The firm's bills started small before ballooning in summer 2017 as prosecutors started charging four former UAW officials and Morgan-Holiefield.

The UAW's legal bills are expected to continue to climb amid the ongoing investigation.

"(The training center) sits at the epicenter of a massive conspiracy to corrupt the labor management process, as the conduit of choice for illegal payments between its parents, Fiat Chrysler Automobiles ... and the UAW," Assistant U.S. Attorney Erin Shaw wrote in a federal court filing.

rsnell@detroitnews.com

(313) 222-2486

Twitter: @robertsnellnews

Read or Share this story: https://www.detroitnews.com/story/business/autos/chrysler/2019/04/02/uaw-legal-fees-rise-amid-corruption-scandal-jewell/3331454002/

# Exhibit 83

 United States Department of Justice

---

THE UNITED STATES ATTORNEY'S OFFICE

EASTERN DISTRICT *of* MICHIGAN

<u>U.S. Attorneys</u> » <u>Eastern District of Michigan</u> » <u>News</u>

**Department of Justice**

U.S. Attorney's Office

Eastern District of Michigan

FOR IMMEDIATE RELEASE                                    Tuesday, April 2, 2019

## Former UAW Vice President Pleads Guilty to Conspiracy with Fiat Chrysler Executives

Norwood Jewell, the former Vice President of the UAW and the highest official in the UAW's Chrysler Department, pleaded guilty today to conspiring with other UAW officials and Fiat Chrysler executives to make illegal payments to union officials announced U.S. Attorney Matthew Schneider.

Joining in the announcement were Irene Lindow, Acting Special Agent in Charge of the U.S. Department of Labor – Office of Inspector General, Timothy R. Slater, Special Agent in Charge of the Detroit, Michigan office of the Federal Bureau of Investigation, Manny Muriel, Special Agent in Charge of the Detroit, Michigan office of the Internal Revenue Service – Criminal Investigations, and Thomas Murray, District Director, U.S. Department of Labor – Office of Labor-Management Standards.

Norwood Jewell, 61, of Swartz Creek, Michigan pleaded guilty to conspiring to violate the Labor Management Relations Act by accepting, arranging for, and approving illegal payments from Fiat Chrysler executives to high-level UAW officials from 2014 through 2016.  After the now-deceased UAW Vice President General Holiefield retired in 2014, Jewell and other UAW officials began running the UAW's Chrysler Department, responsible for dealing with executives at Fiat Chrysler. During the plea hearing, Jewell admitted to participating in a conspiracy that had existed at least from 2009 through 2016 whereby Fiat Chrysler executives conspired with one another, with Fiat Chrysler, with UAW officials, and with the UAW to funnel money and things of value worth millions of dollars from Fiat Chrysler to UAW officials and the UAW.  Fiat Chrysler and the UAW, and their executives and officials, used the joint UAW-Chrysler National Training Center in order to conceal and make the payoffs from Fiat Chrysler to senior UAW officials.

The things of value funneled to UAW officials from Fiat Chrysler included personal travel, golf resort fees, lavish meals and parties, theme park tickets at Disney World and Universal Studios, limousine services, designer clothing, designer shoes, golf equipment, electronics, and custom-

labeled bottles of wine.  Jewell admitted that in 2014 he had knowingly joined a "culture of corruption" and a conspiracy at the UAW that had been in place since 2009, whereby Fiat Chrysler illegally paid for lavish entertainment and other things of value for UAW officials.

Jewell himself admitted to approving tens of thousands of dollars in extravagant meals for high-level UAW officials paid for by Fiat Chrysler at Detroit's London Chop House and at multiple high-end steakhouses in Palm Springs, California in 2015 and 2016.  For example, in July 2015, Fiat Chrysler paid $8,494.37 so that the UAW's National Negotiating Committee, including Jewell, could dine at the London Chop House right before collective bargaining negotiations with Fiat Chrysler began.  After the UAW and Fiat Chrysler negotiated a new collective bargaining agreement in September 2015, Fiat Chrysler paid $6,912.81 for the UAW's negotiators, including Jewell, to again dine at the London Chop House in order to celebrate.  The agreement that had been negotiated was then voted down by the UAW's membership.  Jewell and other UAW officials also accepted almost ten thousand dollars from Fiat Chrysler through the National Training Center in order to pay for multiple rounds of golf at the Indian Canyons Golf Resort in Palm Springs for senior UAW officials.

As part of his plea, Jewell stated that other Fiat Chrysler executives continued the conspiracy to make illegal payoffs to senior UAW officials up through the end of 2016 after co-defendants and Fiat Chrysler executives Alphons Iacobelli and Jerome Durden left the company in June 2015.

Jewell is the eighth defendant to plead guilty in connection with the ongoing criminal investigation into illegal payoffs involving UAW officials and FCA executives.  The following individuals have already pleaded guilty to their participation in the scheme and have been sentenced:  former FCA Vice President for Employee Relations Alphons Iacobelli (66 months in prison), former FCA Financial Analyst Jerome Durden (15 months in prison), former Director of FCA's Employee Relations Department Michael Brown (12 months in prison), former senior UAW officials Virdell King (60 days in prison), Keith Mickens (12 months in prison), and Nancy A. Johnson (12 months in prison), and Monica Morgan, the widow of UAW Vice President General Holiefield (18 months in prison).

U.S. Attorney Schneider commended the outstanding work of the Internal Revenue Service – Criminal Investigations, the U.S. Department of Labor – Office of Labor-Management Standards and Office of Inspector General, and the Federal Bureau of Investigation in conducting a comprehensive criminal investigation into labor corruption activities involving a vital sector of the local and national economy.

"Today's conviction of a UAW Vice President demonstrates that our efforts to clean up labor corruption will not rest until the 400,000 UAW members and their families are represented by union officials of honor and integrity," said United States Attorney Matthew Schneider.  "Labor leaders must always put the best interests of the hard working men and women of the union over their own personal interests."

"Mr. Jewell chose to forsake his obligation to serve the rank and file of the UAW when he accepted and authorized his subordinates to spend in excess of $40,000 in FCA funds on lavish meals, liquor, and entertainment. We will continue to work with our law enforcement partners to investigate those who facilitate illegal payments to union officials entrusted to negotiate on behalf

of union members," said Irene Lindow, Acting Special Agent-in-Charge, Chicago Region, U.S. Department of Labor Office of Inspector General.

"Mr. Jewell's criminal actions were an effort to enrich himself and his colleagues at the expense of dues-paying UAW members and denied those same hard-working men and women the assurance that union leadership was bargaining in their best interests," said SAC Slater. "The FBI will continue to work alongside our federal partners to expose these conspiracies and ensure those who violate the law are held accountable."

"Mr. Jewell callously conspired with other UAW officials and Fiat Chrysler executives to accept illegal payments from funds meant for the hard working rank and file members of the UAW.  IRS-CI is prepared to investigate any disregard of fiduciary responsibilities entrusted to corporate and union officials who aim to selfishly enrich their own pockets."

 "Protecting members against corruption perpetrated by their union leaders is critical to the mission of OLMS," said Thomas Murray, District Director of the Office of Labor-Management Standards (OLMS) Detroit-Milwaukee District Office.  "We will continue to work cooperatively with our law enforcement partners to ensure that anyone who abuses their union position for personal financial gain will be brought to justice."

The case is being prosecuted by Assistant U.S. Attorneys David A. Gardey, Erin Shaw, and Steven Cares.

---

**Topic(s):**
Labor & Employment

**Component(s):**
USAO - Michigan, Eastern

Updated April 2, 2019