# Exhibit 84

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

## FORM 6-K

**REPORT OF FOREIGN PRIVATE ISSUER
PURSUANT TO RULE 13a-16 OR 15d-16
OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the month of May 2019**

**Commission File No. 001-36675**

# Fiat Chrysler Automobiles N.V.

**(Translation of Registrant's Name Into English)**

**25 St. James's Street
London SW1A 1HA
United Kingdom
Tel. No.: +44 (0) 20 7766 0311
(Address of Principal Executive Offices)**

Indicate by check mark whether the registrant files or will file annual reports under cover of Form 20-F or Form 40-F.

Form 20-F ☒ Form 40-F ☐

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule101(b) (1): ☐

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule101(b) (7): ☐

Indicate by check mark whether the registrant by furnishing the information contained in this form is also thereby furnishing the information to the Commission pursuant to Rule 12g3-2(b) under the Securities Exchange Act of 1934.

Yes ☐ No ☒

If "Yes" is marked, indicate below the file number assigned to the registrant in connection with Rule 12g3-2(b): N/A

The following exhibit shall be deemed to be incorporated by reference into the Registrant's Registration Statement on Form F-3 (File No. 333-217806) and to be a part thereof from the date on which this report is furnished, to the extent not superseded by documents or reports subsequently filed or furnished:

Exhibit 99.1            Fiat Chrysler Automobiles N.V. Interim Report as of and for the three months ended March 31, 2019

The following exhibits are furnished herewith:

Exhibit 99.2            Fiat Chrysler Automobiles N.V. Supplemental information as of and for the three months ended March 31, 2019

Exhibit 99.3            Fiat Chrysler Automobiles N.V. Supplemental information as of and for the three months ended March 31, 2019

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

Date: May 3, 2019                                                          FIAT CHRYSLER AUTOMOBILES N.V.

By: /s/ Richard K. Palmer
Name: Richard K. Palmer
Title: Chief Financial Officer

**Index of Exhibits**

| Exhibit Number | Description of Exhibit |
|---|---|
| 99.1 | Fiat Chrysler Automobiles N.V. Interim Report as of and for the three months ended March 31, 2019 |
| 99.2 | Fiat Chrysler Automobiles N.V. Supplemental information as of and for the three months ended March 31, 2019 |
| 99.3 | Fiat Chrysler Automobiles N.V. Supplemental information as of and for the three months ended March 31, 2019 |

Exhibit 99.1



**Interim Report**

**As of and for the three months ended March 31, 2019**

**TABLE OF CONTENTS**

|  | Page |
|---|---|
| CERTAIN DEFINED TERMS | 3 |
| MANAGEMENT DISCUSSION AND ANALYSIS | 5 |
| Highlights | 5 |
| Non-GAAP Financial Measures | 6 |
| Group Results | 8 |
| Results by Segment | 14 |
| Liquidity and Capital Resources | 24 |
| Risks and Uncertainties | 27 |
| Outlook | 28 |
| INTERIM CONDENSED CONSOLIDATED FINANCIAL STATEMENTS AND NOTES AS OF AND FOR THE THREE MONTHS ENDED MARCH 31, 2019 | 29 |
| Interim Condensed Consolidated Income Statement | 30 |
| Interim Condensed Consolidated Statement of Comprehensive Income | 31 |
| Interim Condensed Consolidated Statement of Financial Position | 32 |
| Interim Condensed Consolidated Statement of Cash Flows | 33 |
| Interim Condensed Consolidated Statement of Changes in Equity | 34 |
| Notes to the Interim Condensed Consolidated Financial Statements | 35 |
| 1. Basis of preparation | 35 |
| 2. Scope of consolidation | 42 |
| 3. Net revenues | 44 |
| 4. Net financial expenses | 45 |
| 5. Tax expense | 45 |
| 6. Goodwill and intangible assets with indefinite useful lives | 45 |
| 7. Trade and other receivables | 46 |
| 8. Inventories | 46 |
| 9. Share-based compensation | 47 |
| 10. Employee benefits liabilities | 47 |
| 11. Provisions | 48 |
| 12. Debt | 48 |
| 13. Other liabilities | 49 |
| 14. Fair value measurement | 49 |
| 15. Related party transactions | 51 |
| 16. Guarantees granted, commitments and contingent liabilities | 52 |
| 17. Equity | 54 |
| 18. Earnings per share | 56 |
| 19. Segment reporting | 57 |
| 20. Subsequent events | 59 |

The amounts for significant transactions with related parties recognized in the Interim Condensed Consolidated Income Statements were as follows:

| | Three months ended March 31 | | | | | | | |
| | 2019 | | | | 2018 | | | |
| | Net revenues | Cost of revenues | Selling, general and other costs/(income) | Net financial expenses | Net revenues | Cost of revenues | Selling, general and other costs/(income) | Net financial expenses |
| | (€ million) | | | | | | | |
| Joint arrangements and associates | € 772 | € 516 | € (15) | € 15 | € 940 | € 782 | € (19) | € 10 |
| CNHI | 127 | 73 | 2 | - | 142 | 86 | 2 | - |
| Ferrari | 14 | 40 | - | - | 19 | 60 | - | - |

Assets and liabilities from significant transactions with related parties were as follows:

| | At March 31, 2019 | | | | | At December 31, 2018 | | | | |
| | Trade and other receivables | Trade payables | Other liabilities | Asset-backed financing | Debt | Trade and other receivables | Trade payables | Other liabilities | Asset-backed financing | Debt |
| | (€ million) | | | | | | | | | |
| Joint arrangements and associates | € 560 | € 450 | € 272 | € 266 | € 61 | € 542 | € 490 | € 291 | € 449 | € 39 |
| CNHI | 58 | 56 | 12 | - | - | 53 | 71 | 12 | - | - |
| Ferrari | 18 | 29 | 4 | - | - | 25 | 45 | 3 | - | - |

## 16. Guarantees granted, commitments and contingent liabilities

### *Litigation*

*Takata airbag inflators*

Putative class action lawsuits were filed in March 2018 against FCA US in the U.S. District Courts for the Southern District of Florida and the Eastern District of Michigan, asserting claims under federal and state laws alleging economic loss due to Takata airbag inflators installed in certain of our vehicles. We are vigorously defending against this action and at this stage of the proceedings, we are unable to reliably evaluate the likelihood that a loss will be incurred or estimate a range of possible loss.

*Emissions Matters*

On January 10, 2019, we announced that FCA US reached final settlements on civil environmental and consumer claims with the U.S. Environmental Protection Agency ("EPA") , U.S. Department of Justice, the California Air Resources Board, the State of California, 49 other States and U.S. Customs and Border Protection, for which we have accrued €748 million. Approximately €350 million of the accrual will be paid in civil penalties to resolve differences over diesel emissions requirements and a portion of the accrual is attributable to settlements reached by FCA US in connection with a putative class action on behalf of consumers in connection with which FCA US agreed to pay an average of $2,800 per vehicle to eligible customers affected by the recall.

In the U.S. we remain subject to diesel emissions-related investigations by the U.S. Securities and Exchange Commission and the U.S. Department of Justice, Criminal Division. In addition, we remain subject to a number of related private lawsuits and the potential for claims by consumers who choose not to participate in the class action settlement.

We have also received inquiries from other regulatory authorities in a number of jurisdictions as they examine the on-road tailpipe emissions of several automakers' vehicles and, when jurisdictionally appropriate, we continue to cooperate with these governmental agencies and authorities.

In Europe, we have been working with the Italian Ministry of Transport ("MIT") and the Dutch Vehicle Regulator ("RDW"), the authorities that certified FCA diesel vehicles for sale in the European Union, and the UK Driver and Vehicle Standards Agency. We also initially responded to inquiries from the German authority, the Kraftfahrt-Bundesamt ("KBA"), regarding emissions test results for our vehicles, and we discussed the KBA reported test results, our emission control calibrations and the features of the vehicles in question. After these initial discussions, the MIT, which has sole authority for regulatory compliance of the vehicles it has certified, asserted its exclusive jurisdiction over the matters raised by the KBA, tested the vehicles, determined that the vehicles complied with applicable European regulations and informed the KBA of its determination. Thereafter, mediations have been held under European Commission ("EC") rules, between the MIT and the German Ministry of Transport and Digital Infrastructure, which oversees the KBA, in an effort to resolve their differences. The mediation was concluded with no action being taken with respect to FCA. In May 2017, the EC announced its intention to open an infringement procedure against Italy regarding Italy's alleged failure to respond to EC's concerns regarding certain FCA emission control calibrations. The MIT has responded to the EC's allegations by confirming that the vehicles' approval process was properly performed.

In addition, at the request of the French Consumer Protection Agency, the Juge d'Instruction du Tribunal de Grande Instance of Paris is investigating diesel vehicles of a number of automakers including FCA, regarding whether the sale of those vehicles violated French consumer protection laws. In December 2018, the Korean Ministry of Environment announced its determination that 2,428 FCA vehicles imported in Korea during 2015, 2016 and 2017 were not emissions compliant and that the vehicles with a subsequent update of the emission control calibrations voluntarily performed by FCA, although compliant, would have required re-homologation of the vehicles concerned.

The results of the unresolved inquiries and private litigation cannot be predicted at this time and these inquiries and litigation may lead to further enforcement actions, penalties or damage awards, any of which may have a material adverse effect on our business, financial condition, results of operations and reputation. It is possible that the resolution of these matters may adversely affect our reputation with consumers, which may negatively impact demand for our vehicles and could have a material adverse effect on our business, financial condition and results of operations. At this stage, we are unable to evaluate the likelihood that a loss will be incurred with regard to the unresolved inquiries and private litigation or estimate a range of possible loss.

*Safety Recall and Emissions-related Securities Class Action Lawsuit*

On September 11, 2015, a putative securities class action complaint was filed in the U.S. District Court for the Southern District of New York against us alleging material misstatements regarding our compliance with regulatory requirements and that we failed to timely disclose certain expenses relating to our vehicle recall campaigns. On October 5, 2016, the district court dismissed the claims relating to the disclosure of vehicle recall campaign expenses but ruled that claims regarding the alleged misstatements regarding regulatory requirements would be allowed to proceed. On February 17, 2017, the plaintiffs amended their complaint to allege material misstatements regarding emissions compliance. On November 13, 2017, the Court denied our motion to dismiss the emissions-related claims. On June 15, 2018, the Court certified a class of our stockholders in the case. On February 4, 2019, we entered into an agreement in principle to settle the litigation contingent on court approval for an amount within the coverage limits of our applicable insurance policies. As such, any potential loss is not material to the Group. On April 10, 2019, the Court preliminarily approved the settlement, which remains subject to final court approval following a notice period.

*U.S. Sales Reporting Investigations*

On July 18, 2016, we confirmed that the U.S. Securities and Exchange Commission had commenced an investigation into our reporting of vehicle unit sales to end customers in the U.S. and that inquiries into similar issues have been received from the U.S. Department of Justice. These vehicle unit sales reports relate to unit sales volumes primarily by dealers to consumers while we generally recognize revenues based on shipments to dealers and other customers and not on vehicle unit sales to consumers. We continue to cooperate with these investigations and have begun discussions with the SEC about a potential resolution of its investigation. The outcome of these investigations remains uncertain; however, any resolution may involve the payment of penalties and other sanctions. At this time, we cannot predict whether or when any settlements may be reached or, if no settlement is reached, the ultimate outcome of any litigation. As such, we are unable to reliably evaluate the likelihood that a loss will be incurred or estimate a range of possible loss.

53

As previously reported, two putative securities class action lawsuits were filed against us in the U.S. District Court for the Eastern District of Michigan making allegations with regard to our reporting of vehicle unit sales to end consumers in the U.S. These lawsuits have been consolidated into a single action and on October 4, 2018, we entered into an agreement in principle to settle the consolidated litigation, subject to court approval, for an amount that is not material to the Group. On February 20, 2019, the Court preliminarily approved the settlement, which remains subject to final court approval following a notice period.

*National Training Center*

In connection with an on-going government investigation into matters at the UAW-Chrysler National Training Center, the U.S. Department of Justice has brought charges against a number of individuals including former FCA US employees and individuals associated with the UAW for, among other things, tax fraud and conspiring to provide money or other things of value to a UAW officer and UAW employees while acting in the interests of FCA US, in violation of the Labor Management Relations (Taft-Hartley) Act. Several of the individual defendants have entered guilty pleas and some have claimed in connection with those pleas that they conspired with FCA US in violation of the Taft-Hartley Act. We continue to cooperate with this investigation and are in discussions with the DOJ about a potential resolution of its investigation. The outcome of those discussions is uncertain; however, any resolution may involve the payment of penalties and other sanctions. At this time, we cannot predict whether or when any settlements may be reached or, if no settlement is reached, the ultimate outcome of any litigation. As such, we are unable to reliably evaluate the likelihood that a loss will be incurred or estimate a range of possible loss.

Several putative class action lawsuits have been filed against FCA US in U.S. federal court alleging harm to UAW workers as a result of these acts. Those actions have been dismissed at the trial court stage, but remain subject to appeal. At this stage, we are unable to reliably evaluate the likelihood that a loss will be incurred or estimate a range of possible loss.

In addition, refer to Note 25, *Guarantees granted, commitments and contingent liabilities,* in the FCA Consolidated Financial Statements at December 31, 2018 for information on the Group's other pending litigation proceedings and governmental investigations.

### *Other commitments, arrangements and contractual rights*

During the three months ended March 31, 2019, FCA entered into multi-year non-cancellable agreements for purchases of regulatory emissions credits in various jurisdictions with total commitments of €1.8 billion. The purchased credits are expected to be used for compliance years through 2023.

### 17. Equity

### *Share capital*

At March 31, 2019, the authorized share capital of FCA was forty million Euro (€40,000,000), divided into two billion (2,000,000,000) FCA common shares, nominal value of one Euro cent (€0.01) per share and two billion (2,000,000,000) special voting shares, nominal value of one Euro cent (€0.01) per share.

At March 31, 2019, the fully-paid up share capital of FCA amounted to €19 million (€19 million at December 31, 2018) and consisted of 1,566,979,374 common shares and 408,941,767 special voting shares, all with a par value of €0.01 each (1,550,617,563 common shares and 408,941,767 special voting shares, all with a par value of €0.01 each at December 31, 2018).

54