# Exhibit 88

This PDF was generated by PacerPro for a text-only docket entry on August 18, 2020.

*United States of America v. Jewell (closed 08/07/2019)*
Case no. 2:19-cr-20146-PDB-RSW-1 (E.D. Mich.)

Date: August 05, 2019
Docket entry: N/A

Docket text:

Minute Entry for proceedings before District Judge Paul D. Borman: Sentencing held as to Norwood Jewell. Disposition: Rule 11 Plea Agreement accepted by the Court. (Court Reporter: Andrea Wabeke) (Defendant Attorney: Michael Manley) (AUSA: David Gardey, Erin Shaw) (DTof) (Entered: 08/05/2019)

https://app.pacerpro.com/cases/9364520