# Exhibit 89

Home > Manufacturing

August 05, 2019 10:53 AM

# Ex-UAW VP Norwood Jewell sentenced to 15 months for role in corruption scandal

DANIELLE SZATKOWSKI    ✉

🐦 TWEET    f SHARE    in SHARE    ✉ EMAIL





BLOOMBERG

DETROIT — Former UAW Vice President Norwood Jewell was sentenced Monday to 15 months in prison and a year of supervised probation for his role in a multimillion-dollar corruption scandal involving the union and Fiat Chrysler Automobiles.

He is the highest-ranking UAW figure charged in the federal probe.

Jewell was charged in March with one count of conspiracy to violate the Labor Management Relations Act for receiving more than $40,000 worth of travel, lodging and meals from people acting on behalf of FCA from at least 2014 to 2016. He pleaded guilty to the charge April 2.

He is one of four UAW officials to be charged in connection to the multiyear investigation involving misappropriated funds at a UAW-Chrysler training center. Jewell's lawyer, Michael P. Manley (no relation to current FCA CEO Mike Manley), had argued for home confinement while prosecutors asked for a sentence of 15 months.

He had faced a maximum of 18 months in prison due to his plea agreement guidelines.

Appearing before U.S. District Judge Paul Borman on Monday afternoon, Jewell said culture corruption was concealed from him and that he tried uncovering improper charges through an audit.

"I am remorseful for the shadow I casted on myself and the union that I love," Jewell said.



CONTENT FROM CONTINENTAL

### If you could save 40,000 lives a year, would you?

40,000 lives lost on US roads is too many - and the technologies exist today that can prevent many of these crashes.

READ MORE >

Jewell began leading the union's FCA department in June 2014, following the retirement of General Holiefield. Federal investigators have identified Holiefield, who died in 2015, and his wife, Monica Morgan, as key figures in the scandal. Morgan was sentenced in July 2018 to 18 months in prison after pleading guilty to a tax charge for hiding $201,000 on her 2011 taxes.

During Monday's sentencing, prosecutors said that the trust and confidence that UAW members had are shattered by the tens and thousands of dollars spent by Jewell to maintain a high lifestyle for himself and other UAW officials.

"Mr. Jewell made the decision to not cooperate against other union officials who broke the law," said Assistant U.S. Attorney David Gardey. "It shows he places his loyalty in union officials and that doesn't make him a hero. This case is about betrayal of trust and simple greed of ambition."

Gardey added: "Mr. Jewell has not shown true remorse today."

Manley argued that his client worked his way up from "a servant on the line to the ranks" and had to rely on the other UAW officials. He placed the blame on a "culture corruption," and other UAW officials who have been charged, including former UAW Associate Director Virdell King, senior UAW official Keith Mickens, and Jewell's former aide Nancy Johnson.

"Is [Jewell] this crook the newspaper narrative made him out to be?  Absolutely not," Manley said. "Was the captain asleep? Absolutely, but the people he was supposed to rely on crashed the ship right into the iceberg."

In a statement the UAW said: "The sentencing of Norwood Jewell speaks for itself. The UAW's leadership is determined to earn back our members' trust with our Clean Slate reform agenda and a take-no-prisoners approach at the bargaining table, where we will draw the line on more concessions to an auto industry flush in profits."

Those charged in the case from FCA were former labor relations chief Alphons Iacobelli, financial analyst Jerome Durden, and employee Michael Brown.

# Exhibit 90

 United States Department of Justice

## THE UNITED STATES ATTORNEY'S OFFICE
### EASTERN DISTRICT *of* MICHIGAN

U.S. Attorneys » Eastern District of Michigan » News

**Department of Justice**

U.S. Attorney's Office

Eastern District of Michigan

FOR IMMEDIATE RELEASE                                    Monday, August 5, 2019

# Former UAW Vice President Norwood Jewell Sentenced to Prison for Conspiring with Fiat Chrysler to Accept Illegal Payments

Norwood Jewell, the former Vice President of the International Union, United Automobile, Aerospace, and Agricultural Implement Workers of America ("UAW") and the highest official in the UAW's Chrysler Department was sentenced to prison today based on his conviction for accepting bribes from high-level executives of Fiat Chrysler Automobiles US LLC ("FCA" or "Fiat Chrysler"), announced U.S. Attorney Matthew Schneider.

Joining in the announcement were Irene Lindow, Special Agent in Charge of the U.S. Department of Labor – Office of Inspector General, Rainer S. Drolshagen, Acting Special Agent in Charge of the Detroit, Michigan office of the Federal Bureau of Investigation, Manny Muriel, Special Agent in Charge of the Detroit, Michigan office of the Internal Revenue Service – Criminal Investigations, and Thomas Murray, District Director, U.S. Department of Labor, Office of Labor-Management Standards.

Norwood Jewell, 61, of Swartz Creek, Michigan was sentenced today to 15 months in prison based on his April 2019 conviction for conspiring with other UAW officials and FCA executives to take illegal payments from Fiat Chrysler.  Between 2014 and 2016, Jewell was the highest UAW official responsible for administering and negotiating the collective bargaining agreements on behalf of tens of thousands of UAW members employed by FCA.  Jewell served as a member of the UAW's National Negotiating Committee in 2015 responsible for negotiating the collective bargaining agreement between the UAW and Fiat Chrysler.

During the course of the conspiracy, Jewell accepted over $90,000 in illegal payments from Fiat Chrysler for his own personal benefit, for the benefit of his friends, and for the lavish entertainment of the UAW's senior leadership.  Jewell spent tens of thousands of dollars in Fiat Chrysler money to pay for lavish meals, liquor, and cigars for the personal enjoyment of himself

and other senior UAW officials.  For example, Jewell caused to be spent $6,912.81 in Fiat Chrysler money for liquor and an extravagant meal at the London Chop House in Detroit Michigan in September 2015 for himself and other senior UAW officials, while Jewell and those same UAW officials were negotiating with Fiat Chrysler executives over a new collective bargaining agreement.  Jewell also expended thousands of dollars in Fiat Chrysler money to pay for fancy meals, a three bedroom villa with a private pool and hot tub, and twenty-nine rounds of golf for himself and other senior UAW officials in Palm Springs, California.  Jewell used Fiat Chrysler money to acquire over $2,000 in tickets and passes at Disney World and Universal Studios in Orlando, Florida for Jewell's best friend.  Finally, Jewell conducted two lavish parties, each costing over $25,000, at the joint UAW/FCA National Training Center for the members of the UAW's International Executive Board.  The parties included thousands of dollars in Fiat Chrysler money spent on twenty boxes of cigars, ultra-premium liquor, personalized bottles of wine, and women paid to light the cigars of senior UAW leaders.

The Court's sentencing of Jewell marks the eighth defendant to be sentenced in the ongoing criminal investigation into illegal payoffs to UAW officials.  On July 13, 2018, defendant Monica Morgan was sentenced to 18 months in prison and ordered to pay $190,747 in restitution for her tax fraud in connection with the receipt of illegal payments by her husband, the now deceased Holiefield, who had served as the Vice President of the UAW in command of the Chrysler Department.  On August 27, 2018, Alphons Iacobelli, FCA's Vice President for Employee Relations, was sentenced to 66 months in prison and ordered to pay $835,523 in restitution for his involvement in the conspiracy to bribe UAW officials and his submission of false tax returns.  On November 7, 2018, defendant Jerome Durden, an FCA executive and Controller of the Joint UAW/FCA National Training Center, was sentenced to 15 months in prison and ordered to pay $8,000 in restitution for his involvement in the conspiracy.  Also on November 7, 2018, defendant and FCA executive Michael Brown was sentenced to 12 months in prison and ordered to pay a $10,000 fine for lying to and misleading a federal grand jury in order to cover up FCA's involvement in the conspiracy.  Also on November 7, 2018, defendant Keith Mickens, who served as the UAW's Director of the National Training Center, was sentenced to 12 months in prison and a $10,000 fine for conspiring to take prohibited payments from FCA.  On November 13, 2018, defendant Virdell King, a senior UAW official, was sentenced to two months in prison and a fine of $5,500 for her participation in the conspiracy with FCA and other UAW officials.  Finally, on December 18, 2018, defendant Nancy A. Johnson, the second highest official in the UAW's Chrysler Department, was sentenced to 12 months in prison and ordered to pay a $10,000 fine.

"Jewell's actions as an elected UAW official who took tens of thousands of dollars in illegal payments from Fiat Chrysler amount to a betrayal of the UAW's members and their families," said U.S. Attorney Schneider.  "Our office will continue to stand up for the men and women of the union by vigorously prosecuting UAW  corruption."

"Mr. Jewell abused his fiduciary position as the former UAW Vice-President by conspiring to accept FCA funds at the expense of the hard working rank and file members of UAW.  We will continue to work with our law enforcement partners to protect the integrity of labor unions and their benefit plans," said Irene Lindow, Special Agent in Charge, Chicago Region, U.S. Department of Labor Office of Inspector General."

"Mr. Jewell's criminal conduct was part of a broader pattern of dishonesty and self- enrichment among those convicted as a result of this investigation," said Rainer S. Drolshagen, Acting Special Agent in Charge, Detroit Division of the FBI. "He chose to take almost $100,000 from FCA for his personal gain instead of looking out for the best interests of UAW members.  The FBI and its federal partners will remain vigilant in investigating and exposing anyone – regardless of their position - who violates federal labor laws and betrays the trust of the workers they represent."

"Norwood Jewell betrayed the trust of the union membership who rightfully expected him to protect and safeguard their union's funds and assets.  Instead, Jewell chose to use his elected union position to enrich himself, live a lavish lifestyle, and curry favor with the UAW's leadership," said Thomas Murray, District Director, U.S. Department of Labor, Office of Labor-Management Standards.  "Jewell's conviction leaves no question as to the agency's commitment to root out corruption within the labor community and seek justice when anyone uses their elected position to put their personal financial gain ahead of the best interests of union members."

These cases are being prosecuted by Assistant U.S. Attorneys David A. Gardey, Erin S. Shaw, and Adriana Dydell.

---

**Topic(s):**
Public Corruption

**Component(s):**
USAO - Michigan, Eastern

Updated August 5, 2019

# Exhibit 91

## Former UAW Official Sentenced to Prison for Accepting Illegal Payments; Prosecutors have already charged several other union officials in the probe

The Wall Street Journal Online

August 5, 2019

Copyright 2019 Factiva , from Dow Jones
All Rights Reserved



Copyright 2019 Dow Jones & Company, Inc. All Rights Reserved.

# THE WALL STREET JOURNAL.

**Section:** BUSINESS; Business

**Length:** 728 words

**Byline:** By Nora Naughton

## Body

A former vice president for the United Auto Workers union was sentenced to 15 months in federal prison by a U.S. district judge in Detroit Monday for accepting illegal payments from executives at Fiat Chrysler Automobiles NV.

Norwood Jewell is the highest-ranking UAW official to date to be prosecuted in a multiyear federal investigation into allegations of corruption in the union's top ranks that has resulted in eight convictions in all.

Mr. Jewell has pleaded guilty to violating the Labor Management Relations Act, also known as the Taft-Hartley Act, and will serve the prison time but won't pay fines, according to U.S. District Judge Paul Borman.

Mr. Jewell's attorney, Michael P. Manley, couldn't be immediately reached for comment.

Share Your Thoughts

What are your thoughts on the collective bargaining process of late? Join the conversation below.

Prosecutors have already charged several other union officials in the probe, which first became public in July 2017, as well as Fiat Chrysler executives, alleging they illegally diverted money from a union training-center fund for personal use.

Former UAW Official Sentenced to Prison for Accepting Illegal Payments;  Prosecutors have already charged several other union officials in the probe

Mr. Jewell, a longtime union official who left the UAW abruptly last year, led the union's bargaining team with Fiat Chrysler in 2015 for the current four-year agreement. The charges filed earlier this year alleged Mr. Jewell made purchases on a credit card funded by Fiat Chrysler through its UAW-Chrysler National Training Center.

Alphons Iacobelli, a former head of labor relations at Fiat Chrysler, was sentenced to 5  years in prison last year after  pleading guilty  to making illegal payments to UAW leaders and to filing a false tax return that failed to include income illegally siphoned from the company.

"The sentencing of Norwood Jewell speaks for itself," the UAW said in a statement released shortly after the hearing. "The UAW's leadership is determined to earn back our members' trust."

Fiat Chrysler reiterated comments made in earlier statements that the misconduct was perpetrated by a small group of individuals who acted on their own and had no impact on the collective bargaining process.

The auto maker disclosed in a securities filing in May that it was negotiating a settlement with the U.S. Justice Department to resolve the investigation, including potentially paying fines and abiding by other sanctions. These negotiations include the possibility of federal oversight of Fiat Chrysler and payments of under $50 million, according to a person familiar with the talks.

The sentencing comes as the UAW is in the process of negotiating new labor contracts with Fiat Chrysler, Ford Motor Co. and General Motors Co. to replace pacts that expire on Sept. 14. The auto makers negotiate new labor deals every four years for nearly 150,000 U.S. hourly workers, a process that is conducted in private.

The continuing federal investigation into allegations of misappropriated training-center funds poses a challenge for UAW leaders, which need the support of rank-and-file members to ratify any agreement they reach with the car companies.

"This is a huge problem to face for the current leadership-on both sides-in trying to rebuild that trust that was broken," said Kristin Dziczek, a labor expert at the Center for Automotive Research. "For UAW leaders especially, the members need to believe their leaders got them the best possible deal. The people in jail now cast a long shadow over that."

Mr. Jewell is accused of accepting illegal payments and gifts of up to $95,000 and undermining the confidence of UAW members, who entrusted him as their representative in collective bargaining with Fiat Chrysler, according to a July 30 sentencing memorandum filed in the U.S. District Court for the Eastern District of Michigan. Among the gifts Mr. Jewell allegedly accepted were cigars, steaks, first-class airfare and rounds of golf, court documents show.

In the charges filed earlier this year, Mr. Jewell was also accused of using the Fiat Chrysler-funded credit card to purchase a $7,570 dinner at a steakhouse in Palm Springs and to make a $1,268 charge at a California golf resort.

"Jewell's actions also eroded public confidence in our country's collective bargaining system and sullied the reputations of all honest trade unionists in the UAW," Assistant U.S. Attorney David Gardey wrote in the sentencing memo.

Former UAW Official Sentenced to Prison for Accepting Illegal Payments;  Prosecutors have already charged several other union officials in the probe

Write to Nora Naughton at  nora.naughton@wsj.com

## Notes

PUBLISHER: Dow Jones & Company, Inc.

# Exhibit 92

# The Detroit News

# Feds signal UAW probe not done as Jewell sent to prison

**Robert Snell** The Detroit News
Published 3:38 p.m. ET Aug. 5, 2019 | **Updated 7:06 p.m. ET Aug. 5, 2019**

*Detroit* — Federal prosecutors signaled Monday they continue to investigate other top officials within the United Auto Workers for corruption as former union vice president Norwood Jewell was sentenced to 15 months in federal prison for accepting bribes.

The disclosure comes four years into an investigation that has shown union leaders received cash and other benefits, including lavish trips, private villas and other perks paid by Fiat Chrysler Automobiles executives bent on wringing concessions from the union.

The ongoing investigation follows reports by The Detroit News that federal agents are probing whether UAW leaders received kickbacks after giving business executives contracts to produce union-branded clothes and trinkets.

Investigators have expanded the inquiry to all three Detroit automakers and also are focused on whether senior UAW staff were forced to contribute to accounts originally established to buy flowers for autoworkers' funerals, and whether union leaders kept the cash.

Prosecutors revealed the ongoing investigation during a tense sentencing hearing for Jewell, the disgraced former UAW leader who received as much as $95,000 worth of illegal gifts and benefits from Fiat Chrysler executives during a years-long labor conspiracy.

Jewell, 61, lacks remorse, willingly betrayed blue-collar workers so he and other top UAW officials could live lavishly and refused to cooperate with investigators, Assistant U.S. Attorney David Gardey said Monday.

"That shows where he placed his loyalty," Gardey told U.S. District Judge Paul Borman. "Not with (UAW) members and their families but with other high-level officials under investigation."

The sentence caps a prolonged downfall of an ambitious UAW leader who jockeyed to succeed former UAW President Dennis Williams but retired amid questions about self-dealing and a lifestyle bankrolled by auto executives who were trying to tilt labor negotiations in the automaker's favor.

Jewell received illegal gifts and benefits from Fiat Chrysler executives that included a $2,182 shotgun, $8,927 for a three-bedroom villa with a private pool and hot tub in Palm Springs, California, a $25,065 "decadent" party with strolling models lighting labor leaders' cigars and wine bottles featuring Jewell's name on the label.

The Swartz Creek resident is the highest-ranking former UAW leader convicted of a crime during a prosecution that has led to prison sentences for eight people, including Alphons Iacobelli, Fiat Chrysler's former top labor negotiator.

"The trust and confidence members had in leadership has been shattered," Gardey said.

The sentence marked a crossroads for the investigation, in which several of those convicted are cooperating with investigators.

One of those people, former Jewell aide Nancy Adams Johnson, told investigators that Williams directed subordinates to use funds from Detroit's automakers, funneled through training centers, to pay for union travel, meals and entertainment.

As part of a plea agreement last year, Adams Johnson told investigators Williams made the directive to relieve pressure on the union's budget.

Ex-UAW boss Dennis Williams OK'd using training center funds, aide says

"It's an ongoing investigation and we're not done," U.S. Attorney Matthew Schneider told reporters outside court. "We will continue to work on this until we're confident that we have leadership in the UAW that represents the men and women of the union and does what they're supposed to do."

The ongoing corruption scandal entangling also embroiled the late CEO Sergio Marchionne and led to a shakeup of the top ranks of the Detroit-based auto industry.

Jewell was sentenced as Fiat Chrysler executives negotiate a settlement that would resolve a federal criminal investigation into whether executives conspired to pay bribes and break labor laws during a years-long conspiracy with the UAW.

The negotiations are focused on Fiat Chrysler submitting to government oversight for up to five years, paying less than $50 million in penalties and agreeing to make broad institutional changes to emerge from the bribery scandal.

Two portraits of Jewell emerged Monday. His lawyer portrayed the UAW vice president as a negligent dope, consumed by responsibilities and betrayed by crooks in the union's top ranks.

Jewell trusted underlings to protect him but they, instead, let Fiat Chrysler executives pay for lavish meals, travel and entertainment for Jewell and other senior UAW officials, defense lawyer Michael Manley told the judge.

"Was he asleep at the switch? Absolutely," Manley said. "Was he a crook? Absolutely not."

Manley asked for Jewell to serve any prison sentence at home, which the judge rejected.

"What this man has suffered through … is worse than a prison sentence," Manley said.

Jewell said his true crime was failing to have the UAW pay for various expenses like $6,000 steak dinners, golf and private villas in Palm Springs.

"I did not take anything for myself," Jewell told the judge. I am proud of my career. I never compromised the collective-bargaining process.

"I stand before you a very humbled man," he added.

Prosecutors called Jewell greedy, saying he knowingly conspired to betray rank-and-file members so he could live a lavish lifestyle.

"This wasn't negligence," Gardey said. "This was corruption and greed. ... It's about a betrayal of trust, greed and ambition."

In April, Jewell pleaded guilty to breaking federal labor laws.

The UAW responded to Jewell's sentencing in a statement.

"The UAW's leadership is determined to earn back our members' trust with our Clean Slate reform agenda and a take-no-prisoners approach at the bargaining table, where we will draw the line on more concessions to an auto industry flush in profits," union spokesman Brian Rothenberg said.

Several UAW local leaders attended the sentencing, filling the rows in Borman's courtroom.

UAW Local 961 President Mike Booth requested that Jewell serve up to 18 months, saying he failed to represent rank-and-file members.

"This was never a clerical error," Booth said. "This was greed and gluttony."

rsnell@detroitnews.com

(313) 222-2486

Twitter: @robertsnellnews

# Exhibit 93

## Jewell gets 15 months in prison; With ex-UAW official sentenced, feds take aim at other targets

The Detroit News (Michigan)

August 6, 2019 Tuesday, 1 Edition

Copyright 2019 The Detroit News All Rights Reserved

**Section:** BUSINESS; Pg. B1

**Length:** 786 words

**Byline:** By, Robert Snell, The Detroit News

## Body

Detroit - Federal prosecutors signaled Monday they continue to investigate other top officials within the United Auto Workers for corruption as former union vice president Norwood Jewell was sentenced to 15 months in federal prison for accepting bribes.

The disclosure comes four years into an investigation that has shown union leaders received cash and other benefits, including lavish trips, private villas and other perks paid by Fiat Chrysler Automobiles executives bent on wringing concessions from the union.

The ongoing investigation follows reports by The Detroit News that federal agents are probing whether UAW leaders received kickbacks after giving business executives contracts to produce union-branded clothes and trinkets.

Investigators have expanded the inquiry to all three Detroit automakers and also are focused on whether senior UAW staff were forced to contribute to accounts originally established to buy flowers for autoworkers' funerals, and whether union leaders kept the cash.

Prosecutors revealed the ongoing investigation during a tense sentencing hearing for Jewell, the disgraced former UAW leader who received as much as $95,000 worth of illegal gifts and benefits from Fiat Chrysler executives during a years-long labor conspiracy.

Jewell, 61, lacks remorse, willingly betrayed blue-collar workers so he and other top UAW officials could live lavishly and refused to cooperate with investigators, Assistant U.S. Attorney David Gardey said Monday.

"That shows where he placed his loyalty," Gardey told U.S. District Judge Paul Borman. "Not with (UAW) members and their families but with other high-level officials under investigation."

The sentence caps a prolonged downfall of an ambitious UAW leader who jockeyed to succeed former UAW President Dennis Williams but retired amid questions about self-dealing and a lifestyle bankrolled by auto executives who were trying to tilt labor negotiations in the automaker's favor.

Jewell gets 15 months in prison; With ex-UAW official sentenced, feds take aim at other targets

Jewell received illegal gifts and benefits from Fiat Chrysler executives that included a $2,182 shotgun, $8,927 for a three-bedroom villa with a private pool and hot tub in Palm Springs, California, a $25,065 "decadent" party with strolling models lighting labor leaders' cigars and wine bottles featuring Jewell's name on the label.

The Swartz Creek resident is the highest-ranking former UAW leader convicted of a crime during a prosecution that has led to prison sentences for eight people, including Alphons Iacobelli, Fiat Chrysler's former top labor negotiator.

"The trust and confidence members had in leadership has been shattered," Gardey said.

The sentence marked a crossroads for the investigation, in which several of those convicted are cooperating with investigators.

One of those people, former Jewell aide Nancy Adams Johnson, told investigators that Williams directed subordinates to use funds from Detroit's automakers, funneled through training centers, to pay for union travel, meals and entertainment.

As part of a plea agreement last year, Adams Johnson told investigators Williams made the directive to relieve pressure on the union's budget.

"It's an ongoing investigation and we're not done," U.S. Attorney Matthew Schneider told reporters outside court. "

The ongoing corruption scandal entangling also embroiled the late CEO Sergio Marchionne and led to a shakeup of the top ranks of the Detroit-based auto industry.

Jewell was sentenced as Fiat Chrysler executives negotiate a settlement that would resolve a federal criminal investigation into whether executives conspired to pay bribes and break labor laws during a years-long conspiracy with the UAW.

The negotiations are focused on Fiat Chrysler submitting to government oversight for up to five years, paying less than $50 million in penalties and agreeing to make broad institutional changes to emerge from the bribery scandal.

The UAW responded to Jewell's sentencing in a statement.

"The UAW's leadership is determined to earn back our members' trust with our Clean Slate reform agenda and a take-no-prisoners approach at the bargaining table, where we will draw the line on more concessions to an auto industry flush in profits," union spokesman Brian Rothenberg said.

Several UAW local leaders attended the sentencing, filling the rows in Borman's courtroom.

UAW Local 961 President Mike Booth requested that Jewell serve up to 18 months, saying he failed to represent rank-and-file members.

"This was never a clerical error," Booth said. "This was greed and gluttony."

rsnell@detroitnews.com

(313) 222-2486

"That shows where he placed his loyalty. Not with (UAW) members and their families

but with other high-level officials under investigation."

Assistant U.S. Attorney David Gardey, on Norwood Jewell

## Graphic

Clarence Tabb Jr. / The Detroit News

The sentence caps a prolonged downfall of Norwood Jewell, who jockeyed to succeed former UAW President Dennis Williams.

# Exhibit 94

## Ex-UAW VP gets 15 months in scandal; Training center funds used for travel, dinners, sports car

Detroit Free Press (Michigan)

August 6, 2019 Tuesday, 1 Edition

Copyright 2019 Detroit Free Press All Rights Reserved

**Section:** BUSINESS AND AUTOS; Pg. A10

**Length:** 1263 words

**Byline:** By, Eric D. Lawrence, Detroit Free Press

## Body

"Norwood Jewell was placed in a position of power only to ride high on the hog at the expense of the hardworking UAW members. This is not a victimless crime."

Mike Booth

President of UAW Local 961

Norwood Jewell ascended to a top leadership position in the UAW, elected by his union brothers and sisters to represent their interests, but on Monday, he learned how long he must spend in prison for betraying their trust.

Jewell, a former vice president in the union which represents about 156,000 autoworkers, was sentenced to 15 months in prison for his role in the Fiat Chrysler Automobiles/UAW training center scandal, where millions of dollars meant for blue collar worker training were spent on travel, steak dinners, even a sports car.

Noting a financial statement showing Jewell has a negative net worth, federal District Judge Paul Borman declined to fine Jewell, even as prosecutors asked for a $95,000 fine. Jewell, who did not cooperate with prosecutors unlike some of his codefendants, will be allowed to report for prison in January. He has requested to be assigned to the federal prison in Morgantown, West Virginia.

"The defendant was a top official in the UAW Chrysler Department who betrayed his position. He was a leader. He violated the trust," Borman said, noting that he gives "appropriate sentences," not just harsh ones.

Jewell, in addressing the judge, said he was proud of his career as a union representative for 30 years and asserted that he "never compromised the collective bargaining process. ... Collective bargaining was my life."

He told the judge he was remorseful for the shadow he had cast "on myself and the union that I love."

Ex-UAW VP gets 15 months in scandal; Training center funds used for travel, dinners, sports car

Several times during the proceedings, Jewell, dressed in a dark suit and blue tie, shook his head to signal disagreement as Assistant U.S. Attorney David Gardey described the excesses that Jewell had taken part in. The case, Gardey said, was about "betrayal of trust and simple greed and ambition."

Jewell, he said, wanted to become president of the UAW, a position then held by Dennis Williams, who has not been charged but whose name has surfaced in reporting on the case. Gardey said that Jewell was willing to use FCA money through the purchase of things like big cigars for parties to accomplish that.

The sentencing, unlike several previous ones, drew numerous UAW members who helped fill the small courtroom in Detroit. Mike Booth, the president of UAW Local 961, which represents workers at Marysville Axle, read a victims' statement blasting Jewell.

"Norwood Jewell was placed in a position of power only to ride high on the hog at the expense of the hardworking UAW members," Booth said. "This is not a victimless crime."

In pleading for leniency for Jewell, defense attorney Michael Manley - no relation to FCA's CEO who has the same name - had compared his client in a sentencing memo to the captain of the ill-fated Titanic, noting that Jewell is a "Miller Lite kind of guy" even as prosecutors accused him of living like a "fat cat."

"How could ... Norwood Jewell become the face of union corruption? Much the same way a seasoned ship captain like Edward Smith can become the face of heedless seamanship," the memo said, noting Jewell had previously "lived a stellar and admirable life," which "he has dedicated to the common man."

Manley, asserting that Jewell was the victim of a reputation-staining "newspaper narrative," said Jewell had been a fine servant when he had worked in the union's General Motors division prior to taking over the FCA department in 2014.

Manley compared Jewell to a senator who goes to Washington but does not understand the culture he's just joined. He said Jewell's staff should have protected him but did not, driving him "straight into that iceberg." Manley also blasted the other codefendants, calling them crooks.

Gardey, however, referenced a different senator and a different Smith than the Titanic captain who had gone down with his ship - the idealistic senator played by Jimmy Stewart in "Mr. Smith Goes to Washington."

"The real Mr. Smith chose to say 'no' to corruption," Gardey said. "(Jewell) embraced it and continued it."

Prosecutors, in seeking a 15-month prison sentence, had, in their own memo, blasted Jewell's decision to accept lavish goodies courtesy of money supplied by FCA.

"Jewell took cigars, big steaks, first-class airfare, rounds of golf, villas, lavish entertainment and personalized bottles of wine because he lost sight of the true reason the UAW members were paying him a salary and compensation amounting to hundreds of thousands of dollars," according to the prosecutors' memo filed last week.

Ex-UAW VP gets 15 months in scandal; Training center funds used for travel, dinners, sports car

That memo, however, noted that despite Jewell's bad decisions, he was "not directly connected to the culture of corruption that had long been in place in the UAW's Chrysler Department under Vice President (the late General) Holiefield. Jewell's involvement in the conspiracy and his acceptance of prohibited payments from Fiat Chrysler were not to the level of Holiefield's graft and misappropriation."

The portrait of a culture of corruption has been one prosecutors have painted since the first indictments were announced in the case in 2017, when Alphons Iacobelli, a former FCA vice president and the highest-ranking company official convicted to date, and Monica Morgan, Holiefield's widow, were charged.

Since then, a total of eight people - Holiefield died before it came to light - have been convicted in the scheme  that directed millions of dollars meant for worker training toward the types of goodies described above as well as money for a mortgage, home improvements, a Ferrari and $37,000 Mont Blanc pens.

FCA and the UAW have denied the case demonstrated a culture of corruption, and the union has insisted that it has new controls in place to prevent a repeat. The case, however, is expected to have an impact on this year's UAW contract talks with the Detroit Three as members are expected to bring extra scrutiny to bear when they are asked to vote.

On Monday, after the sentencing, the union emphasized its reforms and expectations for bargaining.

"The sentencing of Norwood Jewell speaks for itself. The UAW's leadership is determined to earn back our members' trust with our Clean Slate reform agenda and a take-no-prisoners approach at the bargaining table, where we will draw the line on more concessions to an auto industry flush in profits."

An FCA spokeswoman directed a reporter to the company's previous statement:

"FCA US firmly restates that it was a victim of illegal conduct by certain rogue individuals who formerly held leadership roles at the National Training Center (NTC). FCA US also confirms that the conduct of these individuals - for their personal enrichment and neither at the direction nor for the benefit of the company - had no impact on the collective bargaining process. Rather, the behavior involved a small number of bad actors who stole training funds entrusted to their control and co-opted other individuals who reported to them to carry out or conceal their activity over a period of several years."

The company has acknowledged that it has been in negotiations with the government related to its role in the scandal. Prosecutors have said the company wanted to keep labor leaders "fat, dumb and happy" and wanted to buy labor peace.

Contact Eric D. Lawrence: elawrence@freepress.com Follow him on Twitter: @_ericdlawrence

"Norwood Jewell was placed in a position of power only to ride high on the hog at the expense of the hardworking UAW members. This is not a victimless crime."

Mike Booth

Ex-UAW VP gets 15 months in scandal; Training center funds used for travel, dinners, sports car

President of UAW Local 961