# Exhibit 96

## Former UAW official charged in growing scandal; Estrada aide Grimes accused in 'first shoe to drop involving' GM

The Detroit News (Michigan)

August 15, 2019 Thursday, 1 Edition

Copyright 2019 The Detroit News All Rights Reserved

**Section:** NEWS; Pg. A1

**Length:** 1442 words

**Byline:** By, Robert Snell, Kalea Hall and Breana Noble, The Detroit News

## Body

Detroit - A former senior United Auto Workers official has been charged with wire fraud conspiracy and money laundering, marking an expansion of a federal corruption investigation that has spread beyond Fiat Chrysler Automobiles NV.

Michael Grimes - who until last year served as administrative assistant to UAW Vice President Cindy Estrada - received $1.99 million in kickbacks from union vendors, according to the government.

He and other unnamed union officials assigned to General Motors Co. were paid hundreds of thousands of dollars in bribes and kickbacks from vendors who received contracts to produce promotional merchandise for the UAW, according to a criminal case unsealed Wednesday.

The criminal charges, which could send Grimes to federal prison for up to 20 years, help federal investigators pierce the inner circle of Estrada, a sitting UAW vice president and head of the union's FCA department who has been under scrutiny for almost two years. The case also expands the scope of a criminal investigation that, until now, focused on Fiat Chrysler executives trying to influence contract negotiations by giving UAW officials money, lavish trips and more.

The criminal filing Wednesday described old-school corruption and greed that deprived UAW members of honest leadership and involved officials in charge of the UAW-GM Center for Human Resources, a training center for blue-collar workers.

"This is the first shoe to drop involving General Motors and the UAW," said Peter Henning, a Wayne State University law professor and former federal prosecutor. "It raises the question of what kind of monitoring the UAW was doing, or was there any?"

The criminal case was filed four months after The Detroit News exclusively reported that federal investigators were reviewing whether UAW leaders received kickbacks after giving business executives contracts to produce union-branded clothes and trinkets.

Former UAW official charged in growing scandal; Estrada aide Grimes accused in 'first shoe to drop involving' GM

Grimes is the ninth person charged in an ongoing investigation, and the criminal case embroils a training center for blue-collar workers jointly operated by the UAW and GM.

"Mike Grimes benefited only himself, not the UAW membership, and should be fully prosecuted to the extent of the law," union spokesman Brian Rothenberg wrote in an email to The News.

The allegations involve a key UAW official who served alongside Estrada, who was assigned to the union's GM department until last year, when she was transferred to head the scandal-plagued Fiat Chrysler department. The News reported in November 2017 that federal investigators were interested in Joe Ashton, a retired UAW vice president appointed to GM's board in 2014, and Estrada, his successor.

Ashton resigned from GM's board one month after The News report.

"GM has been fully cooperating with the government on its investigation of the UAW Center for Human Resources, and will continue to do so," a GM spokesman said Wednesday. "As a matter of practice, we do not comment on the specifics of an ongoing investigation."

Investigators have expanded the inquiry to all three Detroit automakers and also are focused on whether senior UAW staff were forced to contribute to accounts originally established to buy flowers for autoworkers' funerals, and whether union leaders kept the cash.

Grimes, 65, of Fort Myers, Florida, was charged in a criminal information, which indicates a guilty plea is expected. That could give federal prosecutors another key cooperator in the ongoing investigation.

"I am aware of the charges brought against Mr. Grimes," Grimes' lawyer Michael Manley wrote in a text to The News. "There will be no comment on the charges or any potential resolution at this time."

Grimes has not returned calls or message left by The News since April. A lawyer for Grimes was not listed in federal court records Wednesday.

The criminal case focuses on self-dealing and kickbacks allegedly paid to union leaders for awarding deals for UAW-branded trinkets, including more than $3.9 million spent on commemorative watches that were never distributed to union members.

The alleged conspiracy started in 2006 and lasted until July 2018, according to the government. During that time, Grimes worked alongside Estrada and served on the UAW-GM training center board alongside Ashton and others. He was paid $150,574 a year.

The scheme described by prosecutors involved Grimes and two unnamed union officials allegedly enriching themselves by deceptively soliciting, influencing and obtaining contracts for two vendors. One contractor, identified by the government as "Vendor A," owned a family-operated business that sold American-made custom logo products, including clothes and accessories.

The second contractor, identified as "Vendor B," was a chiropractor based in Philadelphia and southern New Jersey. The chiropractor treated one of the unnamed union officials for years.

Former UAW official charged in growing scandal; Estrada aide Grimes accused in 'first shoe to drop involving' GM

Ashton, 71, lives in Ocean View, New Jersey.

In August 2012, the chiropractor opened a new business that purportedly sold American-made custom watches. The company's only income came from the UAW and the training center operated with GM.

During the alleged conspiracy, Grimes and the two unnamed UAW officials demanded and accepted hundreds of thousands of dollars from the two vendors, prosecutors said.

In 2006, Grimes recommended "Vendor A" provide 23,000 watches to the UAW-GM training center, according to court records. After awarding the contract, Grimes demanded a loan to buy property in Rose Township in northern Oakland County, prosecutors said. The vendor refused and Grimes threatened to cancel the watch contract, according to court records.

"Fearing economic harm to his company, Vendor A agreed to provide a mortgage for $60,000 so that Michael Grimes could buy the property," prosecutors wrote. The vendor also agreed to pay Grimes $1,800 per month for consulting work. The monthly payments rose to $3,800 per month and continued until Grimes retired in July 2018, according to the government.

Grimes also demanded bribes in exchange for not interfering with the vendor's business, according to prosecutors. To hide the bribes, the vendor wrote checks payable to "KKG Consulting," which prosecutors called a sham company. State business records show the company was created by Grimes' wife Karen in 2001.

From 2010 through 2017, the vendor paid Grimes almost $900,000, prosecutors said, adding that Grimes was involved in another tainted contract in 2011.

This time, an unnamed UAW official identified as "Union Official 1" proposed buying 50,000 "Team UAW-GM" jackets using training center funds. Grimes recommended steering the contract to "Vendor A," prosecutors said.

The vendor later received a $6 million contract. A second unnamed union official directed Grimes to demand an approximately $300,000 kickback for "Union Official 1" prosecutors said. The official received the money in 2012.

Grimes also demanded a $525,000 kickback and threatened to cancel the jacket contract, prosecutors said. Grimes later increased his demand and received $530,000 from the vendor, which he spent paying off property in Fenton, according to the government.

In 2016, Grimes received a $500,000 kickback from the same vendor in exchange for awarding a $5.8 million contract to provide backpacks for UAW members, prosecutors said. The money was funneled through Karen Grimes' sham company, according to the government.

Grimes also received money from another watch contract involving the Pennsylvania chiropractor, prosecutors said.

In 2012, "Union Official 1" told the chiropractor to create a new company so the UAW could buy more than 50,000 watches.

Former UAW official charged in growing scandal; Estrada aide Grimes accused in 'first shoe to drop involving' GM

The next year, the UAW-GM training center awarded a $3.97 million contract to the vendor for 58,000 watches. In May 2013, "Union Official 1" demanded a $250,000 kickback, money that was hand-delivered to the union official's home, prosecutors said. A second UAW official also received kickbacks from the watch vendor, according to the government.

To conceal the scheme, the watch vendor wrote "antique furniture" or "furniture" in the memo line of the checks. The second UAW official split some of the money with Grimes, prosecutors said.

The watch contract kickbacks continued until fall 2016, when news broke about the federal corruption investigation involving the UAW and Fiat Chrysler.

"Union Official 1" met with the watch vendor and said "the payments had to stop because of the UAW/Fiat Chrysler investigation," prosecutors said.

The UAW-GM training center received the watches anyway. The 58,000 watches are not on UAW member wrists, however - they are being stored in a warehouse at the training center.

rsnell@detroitnews.com

(313) 222-2486

Twitter: @robertsnellnews

# Exhibit 97

## Ex-UAW official ensnared in expanded probe

Detroit Free Press (Michigan)

August 15, 2019 Thursday, 1 Edition

Copyright 2019 Detroit Free Press All Rights Reserved

**Section:** BUSINESS AND AUTOS; Pg. B2

**Length:** 849 words

**Byline:** By, Eric D. Lawrence, Detroit Free Press

## Body

"Mike Grimes benefited only himself, not the UAW membership, and should be fully prosecuted to the extent of the law."

Statement from the UAW

The wide-ranging corruption investigation that has snared former UAW and Fiat Chrysler Automobiles officials now includes charges against a former official connected to the union's joint training center with General Motors.

Michael Grimes, a former UAW administrative assistant who retired last year, was named in a federal criminal information unsealed Wednesday that said he conspired with unnamed union officials to accept hundreds of thousands of dollars in bribes and kickbacks. The schemes were connected to contracts for watches, backpacks and jackets worth millions of dollars.

Grimes faces charges of conspiracy to commit wire fraud and money laundering. The filing, which as an information means he is expected to plead guilty, describes Grimes as a senior UAW official and said he was an executive board member of the UAW-GM Center for Human Resources, the GM version of the joint activity center highlighted in the FCA/UAW cases.

The information noted that Grimes, who held a "senior UAW" position from 2006-18, at times worked closely with the UAW vice president and director of the GM Department. That would appear to be a reference to Cindy Estrada, who was head of the union's GM department from 2014 until she took over the FCA department last year.

Estrada did not immediately respond to a request for comment. The UAW issued a statement that said "Mike Grimes benefited only himself, not the UAW membership, and should be fully prosecuted to the extent of the law."

GM issued a statement noting its cooperation in the investigation:

"GM has been fully cooperating with the government on its investigation of the UAW Center for Human Resources, and will continue to do so. As a matter of practice, we do not comment on the specifics of an ongoing investigation."

Ex-UAW official ensnared in expanded probe

The unsealing of the charges against Grimes, reported initially by the Detroit News, comes just over a week after former UAW Vice President Norwood Jewell was sentenced to 15 months for his role in the scheme, which redirected millions of dollars meant for worker training to goodies for former union and company officials. Jewell preceded Estrada at the union's FCA department.

Perceptions of the scandal, which has been playing out in public view since charges were unveiled in 2017 against former FCA Vice President Alphons Iacobelli and Monica Morgan, widow of the late UAW Vice President General Holiefield, are likely to be a factor in this year's UAW contract bargaining.

23,000 watches

The allegations against Grimes focus on a number of alleged schemes.

In one case starting in 2006, the filing said, Grimes recommended a vendor to provide 23,000 watches to the GM center to distribute to one of GM's powertrain divisions. After "Vendor A" got the contract, "Grimes approached Vendor A and demanded a loan to purchase property in Rose Township, Michigan. When Vendor A refused Michael Grimes's demands, Michael Grimes threatened to cancel the watch contract."

The vendor provided $60,000 for a mortgage for the property in addition to a "consulting agreement" worth $1,800 per month that eventually increased to $3,800 per month, the filing said.

"In exchange for Vendor A's kickbacks, Michael Grimes would secure the 'watch order,' ensure the retention and maintenance of Vendor A's retail stores in the GM plants and secure future business contracts between Vendor A and the UAW GM Department. In November 2006, Vendor A paid Michael Grimes $60,000," the information said.

An additional $900,000 in bribes, painted as consultant fees, were paid in the form of 27 checks from November 2010-October 2017 to either "KKG Consulting" - a sham company - or one of Grimes' relatives, the information said.

Team UAW jackets

In another case in 2011, Grimes recommended the same vendor for a $6 million contract for 50,000 "Team UAW-GM" jackets, the information said. Another official, described as "Union Official 1," wanted a cut of that deal, and Grimes was directed, by someone known as "Union Official 2," to demand $300,000 in kickbacks. "Union Official 2" got $30,000 of that money, the government said.

As part of the deal, Grimes was also able to pay off a land contract for a house in Fenton with a $530,000 check from the vendor, the information said.

The paperwork references other deals, including a $5.8 million contract to provide 55,000 backpacks for UAW members and a separate watch contract involving a different vendor. It also noted that a piece of real estate in Fort Myers, Florida, and a 2017 Jeep Wrangler are subject to forfeiture if Grimes is convicted on the wire fraud conspiracy charge.

Ex-UAW official ensnared in expanded probe

The Florida property, according to Zillow.com, is a 2,722-square-foot, three-bedroom, three-bathroom house that sold in February 2017 for $730,000.

Contact Eric D. Lawrence: elawrence@freepress.com Follow him on Twitter: @_ericdlawrence.

"Mike Grimes benefited only himself, not the UAW membership, and should be fully prosecuted to the extent of the law."

Statement from the UAW