# Exhibit 99

# Former United Auto Workers union official pleads guilty to taking kickbacks



Retired United Auto Workers official Michael Grimes, right, exits the U.S. courthouse in Ann Arbor, Michigan, after pleading guilty to federal corruption charges on Wednesday, Sept. 4, 2019. His attorney Michael P. Manley is being interviewed in blue suit.
Michael Wayland | CNBC

ANN ARBOR, Mich. – As leaders with the United Auto Workers union negotiate a new contract this week with General Motors executives, a former union negotiator admitted in court to receiving at least $1.5 million in kickbacks from union vendors.

Michael Grimes, a retired senior official with the union's GM division, pleaded guilty Wednesday to charges of wire fraud and money laundering. He faces up to 20 years in prison for the charges, however prosecutors recommended Grimes serve 46 to 57 months. Sentencing is scheduled for Jan. 14 in Detroit.

Prosecutors have not publicly connected GM or its executives to Grimes as they did with a separate corruption case involving Fiat Chrysler and UAW executives. There also have not been allegations Grimes' actions were meant to impact the UAW's negotiations with GM as there was with the Italian-American automaker.

"The conduct admitted by Mr. Grimes in his plea today is shocking and absolutely disgraceful," the UAW said in a statement, adding that it has since implemented a slate of changes meant to clean up its internal contracting process. GM reiterated the company is "deeply disturbed" by the conduct of Grimes and other union officials that has been uncovered by the government's ongoing investigation.

"These actions represent a stunning abuse of power and trust," GM said in an emailed statement. "There is no excuse for union officials to enrich themselves at the expense of the union membership they represented."

Grimes' guilty plea was part of a deal with federal prosecutors. Michael P. Manley, Grimes' attorney, declined to comment as to whether or not his client is cooperating with prosecutors for the ongoing investigation.

"Mr. Grimes is devastated by his actions," Manley, standing in-front of Grimes, told reporters after the hearing. "He has over 30 years devoting his time to the UAW. He loves the UAW. He's crushed by what he has done to their reputation and is owned up to his actions and is going to suffer great consequence because of that."

Grimes, while answering questions from prosecutors and U.S. District Judge Bernard Friedman, said he was facing "financial burden" as a reason for his crimes. Grimes, standing in a black suit with a silver checked tie, offered little other insight into his actions aside from answering direct questions. Grimes' salary was $140,000 in 2017, his last year of full employment with the UAW before retiring last year.

VIDEO2:5002:50
UAW tensions can throw a big wrench into auto trade talk, says Paul Ingrassia
The Exchange

Grimes' plea is a major milestone in a multiyear probe by the Department of Justice into one of America's largest unions. Grimes is the first person not affiliated with Fiat Chrysler to be charged as part of the investigation, which had previously led to convictions of eight union and company officials affiliated with the Italian-American automaker.

Grimes was a senior official with the union from 2006 through July 2018. That included serving as a member of the board for the UAW-GM Center for Human Resources training center, which was contracting with the vendors.

Under the plea deal, Grimes agreed to forfeit all money, items and property he received or purchased as part of the illegal wire fraud and money-laundering, including $1.5 million. He also purchased a 2017 Jeep Wrangler and a property in Fort Myers, Florida that will be forfeited to assist in paying the $1.5 million.

Federal prosecutors previously accused Grimes of receiving about $2 million in kickbacks from union vendors from 2006-2018.

Grimes was one of three union officials identified in court documents unsealed Aug. 14 as receiving bribes and kickbacks from vendors who were contracted to produce merchandise, including hats, watches, shirts and other gear, for the union — internally known as "trinkets and trash."

Prosecutors on Wednesday did not identify the other individuals in the documents. Manley also declined to identify them. "We're going to leave that up to the government to identify any person that is unnamed at this time," he said.

The Detroit News, citing sources, previously identified them as being retired UAW Vice President Joe Ashton and one of his top lieutenants, Jeff Pietrzyk. Neither has been charged.

# Exhibit 100

## [Former UAW Official Pleads Guilty in Federal Probe of Union Corruption; Michael Grimes was a senior official dealing with General Motors; investigation has led to eight convictions](#)

The Wall Street Journal Online

September 4, 2019

Copyright 2019 Factiva , from Dow Jones
All Rights Reserved



Copyright 2019 Dow Jones & Company, Inc. All Rights Reserved.

## THE WALL STREET JOURNAL.

**Section:** BUSINESS; Business

**Length:** 811 words

**Byline:** By Nora Naughton

## Body

Michael Grimes followed his attorney, Michael Manley, on the way to Wednesday's hearing in Ann Arbor, Mich.. PHOTO: Nora Naughton/The Wall Street Journal

A former top aide at the United Auto Workers union pleaded guilty Wednesday to conspiracy charges, as part of a federal investigation into corruption within UAW leadership ranks that recently expanded to the union's president and his predecessor.

Michael Grimes, a retired official who was assigned to the UAW's General Motors Co. division and once served as an administrative assistant to a union vice president, stood accused of wire fraud and money laundering. Those charges carry a maximum of 20 years in prison. Under his plea deal, federal prosecutors will recommend he serve a sentence of no more than four years and nine months.

and once served as an administrative assistant to a union vice president, stood accused of wire fraud and money laundering. He entered into a plea deal with federal prosecutors for a lesser sentence. The charges carry a maximum of 20 years in prison.

Mr. Grimes is the first senior official from the UAW's GM department to be charged in the continuing criminal probe, which first became public in 2017 and has largely focused on financial misconduct involving executives at Fiat Chrysler Automobiles NV and their union counterparts.

Page 2 of 5

Former UAW Official Pleads Guilty in Federal Probe of Union Corruption;  Michael Grimes was a senior official dealing with General Motors; investigation has led....

Federal prosecutors say Mr. Grimes received about $2 million in kickbacks and bribes from vendors hired to provide clothing and other promotional accessories to the UAW's training center for GM workers. In one instance, they say he used his power as a union official to coerce a watch vendor to pay $60,000 on his mortgage, according to court documents filed last month.

The charges allege Mr. Grimes and other unnamed union officials spearheaded the scheme-which started in 2006 and lasted until July 2018-to enrich themselves. Before retiring from the union last year, Mr. Grimes had worked alongside UAW Vice President Cindy Estrada and was on the UAW-GM training center's board.

Mr. Grimes told the court in Ann Arbor, Mich., that he was experiencing financial hardship when he accepted the kickbacks. His attorney, Michael Manley, told reporters after the plea hearing that Mr. Grimes was devastated by his actions.

The Justice Department's investigation has already resulted in eight convictions, including a prison term for Fiat Chrysler's former head of labor relations.

Last week,  federal agents searched the homes  of UAW President Gary Jones, the union's highest-ranking official, and his predecessor, Dennis Williams, marking a significant elevation in a probe that has concentrated on allegations that union officials used funds set aside for worker training programs for their personal benefit. Neither man has been charged with a crime.

The UAW has said its leadership is cooperating with federal investigators and the search warrants weren't necessary.

"The conduct admitted by Mr. Grimes in his plea today is shocking and absolutely disgraceful," the UAW said Wednesday.

The union said it has recently enacted reforms that provide more oversight and restrictions to the vendor-bidding process to ensure such behavior doesn't occur again.

As the investigation accelerates, the UAW is working to negotiate new four-year labor contracts with the Detroit auto makers. The current contracts, representing nearly 150,000 U.S. factory workers at GM, Ford Motor Co. and Fiat Chrysler, expire on Sept. 14.

The union on Tuesday said it would target GM to bargain with first, aiming to reach a deal with the car company that it can use as a template for similar agreements with Fiat Chrysler and Ford Motor Co.

The federal investigation has gained momentum in recent months with the conviction of former UAW Vice President Norwood Jewell, who as a top-ranking official led bargaining with Fiat Chrysler. In August, Mr.  Jewell was sentenced to 15 months  in federal prison after pleading guilty to violating the Labor Management Relations Act. Charges filed against Mr. Jewell earlier this year say he knowingly accepted more than $40,000 in travel, lodging and meals from people acting in the interest of Fiat Chrysler.

The charges specifically indicate Mr. Jewell made purchases on a credit card funded by Fiat Chrysler through its UAW-Chrysler National Training Center.

Former UAW Official Pleads Guilty in Federal Probe of Union Corruption;  Michael Grimes was a senior official dealing with General Motors; investigation has led....

Fiat Chrysler has said the misconduct involved a small group of individuals acting on their own and had no impact on the collective bargaining process.

The Italian-American auto maker disclosed in a securities filing in May it was negotiating a settlement with the Justice Department to resolve the investigation. These negotiations include the possibility of federal oversight of Fiat Chrysler and payments of less than $50 million, according to a person familiar with the talks.

The charges against Mr. Grimes make no mention of GM employees being involved in the kickback scheme.

## Notes

PUBLISHER: Dow Jones & Company, Inc.

# Exhibit 101

 United States Department of Justice

## THE UNITED STATES ATTORNEY'S OFFICE
## EASTERN DISTRICT *of* MICHIGAN

<u>U.S. Attorneys</u> » <u>Eastern District of Michigan</u> » <u>News</u>

**Department of Justice**

U.S. Attorney's Office

Eastern District of Michigan

FOR IMMEDIATE RELEASE                    Wednesday, September 4, 2019

# Former Senior UAW Official Pleads Guilty to Taking Over $1.5 Million in Bribes and Kickbacks

Michael Grimes, a former high-level official in the UAW's General Motors Department, pleaded guilty today to conspiring with other UAW officials to engage in honest services fraud by taking over $1.5 million in bribes and kickbacks from UAW vendors and contractors and to conspiring to launder the proceeds of the scheme announced U.S. Attorney Matthew Schneider.

Joining in the announcement were Irene Lindow, Special Agent in Charge of the U.S. Department of Labor – Office of Inspector General, Rainer S. Drolshagen, Acting Special Agent in Charge of the Detroit, Michigan office of the Federal Bureau of Investigation, Manny Muriel, Special Agent in Charge of the Detroit, Michigan office of the Internal Revenue Service – Criminal Investigations, and Thomas Murray, District Director, U.S. Department of Labor – Office of Labor-Management Standards.

Michael Grimes, 65, of Ft. Myers, Florida, who is a native of Grand Blanc, Michigan, pleaded guilty to conspiring to engage in honest services wire fraud and to conspiring to launder money between 2006 and 2018. During the plea hearing, Grimes admitted that he conspired with two other high-level UAW officials in the UAW's GM Department to take millions of dollars in bribes and kickbacks from vendors doing business with the joint UAW-GM Center for Human Resources. The Center for Human Resources is supposed to be a center for training UAW workers employed by GM. Grimes and the other UAW officials served on the Executive Board for the Center for Human Resources, and they were responsible for approving contracts with the vendors. Grimes admitted that over the course of the twelve year conspiracy, he and the other two UAW officials demanded bribes and kickbacks from the vendors in exchange for securing or maintaining contracts with the Center for Human Resources or with the UAW's GM Department.

Grimes and his co-conspirators took bribes and kickbacks from the vendors in exchange for contracts with the UAW and/or the Center for Human Resources for watches, jackets, backpacks,

and UAW stores at GM manufacturing facilities.  For example, in 2011, Grimes and two other UAW officials demanded that a vendor give them a $300,000 kickback on a $6 million contract to purchase 50,000 jackets emblazoned with "Team UAW-GM."  Grimes collected the $300,000 kickback and delivered the proceeds to two other UAW officials.  In addition, Grimes demanded an additional kickback for $525,000 from the same vendor for the same jacket contract.

In another corrupted contract, Grimes and his UAW co-conspirators demanded kickbacks on a $3.9 million contract for the Center for Human Resources to buy 58,000 watches for all UAW members employed by GM.  The UAW officials demanded over $300,000 in kickbacks on the watch contract to be distributed between 2013 through 2016.  Some of the kickbacks were distributed in the form of checks disguised as tens of thousands of dollars in payments for "antique furniture."  The majority of the kickbacks were distributed as cash.  In 2014, the UAW-GM Center for Human Resources received the 58,000 watches from the vendor.  However, the watches were never distributed to UAW members.  Instead, the watches have been sitting in storage in a warehouse for over five years.

Besides conspiring with other UAW officials and vendors to the UAW, Grimes also admitted that he conspired to launder the proceeds of the kickback scheme by using various methods to conceal and disguise the bribes and kickbacks through a lengthy and complicated series of financial transactions involving millions of dollars.

Grimes is the ninth defendant to plead guilty in connection with the ongoing criminal investigation into illegal payoffs to UAW officials by FCA executives and corruption within the UAW itself.  The following individuals have already pleaded guilty to their participation in the scheme and have been sentenced:  former FCA Vice President for Employee Relations Alphons Iacobelli (66 months in prison), former FCA Financial Analyst Jerome Durden (15 months in prison), former Director of FCA's Employee Relations Department Michael Brown (12 months in prison), former senior UAW officials Virdell King (60 days in prison), Keith Mickens (12 months in prison), Nancy A. Johnson (12 months in prison), Monica Morgan, the widow of UAW Vice President General Holiefield (18 months in prison), and former UAW Vice President Norwood Jewell (15 months in prison).

U.S. Attorney Schneider commended the outstanding work of the Internal Revenue Service – Criminal Investigations, the U.S. Department of Labor – Office of Labor-Management Standards and Office of Inspector General, and the Federal Bureau of Investigation in conducting a comprehensive criminal investigation into labor corruption activities involving a vital sector of the local and national economy.

"The hard-working members of the UAW deserve to be represented by leaders who give them true leadership — and that means leadership that isn't driven by corruption and greed," said United States Attorney Matthew Schneider.  "Today's guilty plea is another step in the right direction of our battle against corruption in the union leadership."

"Michael Grimes abused his former fiduciary position as an International United Auto Workers Union official by demanding and accepting over $1.5 million in kickbacks from vendors.  Grimes chose greed over bargaining in the best interest of UAW members to personally enrich himself.  We will continue to work with our law enforcement partners to protect the financial integrity of

labor organizations," stated Irene Lindow, Special Agent-in-Charge, Chicago Region, U.S. Department of Labor Office of Inspector General.

"Today's guilty plea highlights a years-long criminal investigation of wrongdoing between high ranking UAW officials and vendors," said Acting Special Agent in Charge Drolshagen. "The FBI and our federal partners will remain vigilant in our efforts to expose these corrupt fraud schemes that continue to undermine the trust and hard work of union members."

"For more than a decade Michael Grimes and other UAW officials were part of a corruption club that conspired to launder proceeds generated from the illegal kickback scheme.  Grimes and others concealed the source of the money through a series of convoluted transactions totaling millions of dollars.  This behavior served one purpose; self-enrichment and this greed became an epidemic throughout the corruption club," stated Manny Muriel, Special Agent in Charge of Detroit's IRS Criminal Investigation.

"Michael Grimes betrayed the trust of the union membership who rightfully expected him, as a union official, to protect and safeguard their union's funds and assets instead of using his position to enrich himself and others within the UAW," said Thomas Murray, District Director, U.S. Department of Labor, Office of Labor-Management Standards.  "The charges filed against Grime leaves no question as to the agency's commitment to seek justice when anyone puts personal financial gain ahead of the best interests of union members."

The case is being prosecuted by Assistant U.S. Attorneys Frances Carlson,  Eaton Brown and Adriana Dydell.

---

**Topic(s):**
Public Corruption

**Component(s):**
USAO - Michigan, Eastern

Updated September 4, 2019

# Exhibit 102

# UAW official Mike Grimes pleads guilty, cites economic hardship

Kalea Hall and Robert Snell, The Detroit News    Published 12:29 p.m. ET Sept. 4, 2019 | Updated 6:37 p.m. ET Sept. 4, 2019

*Ann Arbor* — In the continuing federal crackdown of corruption inside the United Auto Workers, a former assistant to a union vice president told a federal judge Wednesday that he committed financial crimes because he was facing economic hardship.

Mike Grimes, 65, of Fort Myers, Florida, pleaded guilty in the federal courtroom on charges of wire fraud conspiracy and money laundering. The government said Grimes received $1.99 million in kickbacks from union vendors.

**Buy Photo**



*Former United Auto Workers official Mike Grimes, right, appeared in federal court in Ann Arbor for a plea hearing Wednesday with his lawyer, Michael Manley. (Photo: Kalea Hall, The Detroit News)*

Public records indicate Grimes was facing tax problems in 2013, but he was receiving kickbacks years before the tax issue emerged and afterward while amassing a multimillion-dollar real estate portfolio.

The guilty plea is the latest domino in a widening federal investigation into corruption at Solidarity House and in the union's joint training centers funded by Detroit's three automakers. Nine people so far have been convicted, a former UAW vice president is serving a 15-month sentence in federal prison, and last week federal authorities raided the homes of President Gary Jones and his predecessor, Dennis Williams.

Grimes, administrative assistant to Vice President Cindy Estrada when she headed the UAW's GM Department, could face up to 20 years for wire fraud and 10 years for money laundering, but the government is recommending he serve 46 to 57 months. The length of his sentence is ultimately up to U.S. District Judge Bernard Friedman; sentencing is scheduled for Jan. 14.

As part of the plea, Grimes agreed to forfeit all property he received through the wire fraud and money-laundering schemes. He agreed to forfeit $1.5 million, money he personally obtained as bribe payments from the vendors.

Vendors were awarded contracts from the UAW-GM training center to produce UAW-branded merchandise in exchange for paying bribes and kickbacks. The conspiracy started in 2006 and lasted until July 2018, according to the government. During that time, Grimes worked alongside Estrada and was paid $150,574 a year.

Starting in 2010, Grimes received almost $900,000 worth of kickbacks from a union vendor, prosecutors said. In 2011, the same union contractor gave Grimes an additional $530,000.

Two years later, Grimes ran into tax problems. In June 2013, the IRS filed a lien against Grimes and his wife, and accused the couple of failing to pay almost $213,000 (https://www.documentcloud.org/documents/6381463-Grimes-Tax-Lien.html) in income taxes. The tax lien was filed on a $785,000 home Grimes owned overlooking Lake Fenton near Flint.



**Mike Grimes owned this $785,000 home in Fenton Township.** *(Photo: Zillow)*

Two months later, federal prosecutors say Grimes received $12,500 in kickbacks from a union vendor. Within weeks, the tax problem disappeared. The IRS released the tax lien in September 2013.

And Grimes kept receiving kickbacks, according to the government. In December 2013, he received another $12,500 in kickbacks from an unidentified union vendor.

By February 2017, Grimes appeared flush with cash. He and his wife took out a $284,000 mortgage and bought a new $730,000 home in Fort Myers, according to property records. He also bought a 2017 Jeep Wrangler. Those assets are expected to be forfeited to the government and used to pay a portion of the $1.5 million that he owes.



**Grimes owns this home in Fort Myers, Florida** *(Photo: Lee County appraiser)*

Grimes kept receiving kickbacks through 2017, according to court records. His real-estate dealings continued into the next year: In January 2018, Grimes sold a $605,000 vacation home overlooking Mullett Lake in Cheboygan.



**UAW official Mike Grimes sold this $605,000 home in Cheboygan in 2018.** *(Photo: Zillow)*

Grimes was administrative assistant to Estrada until last year. He is the ninth person convicted in an ongoing UAW corruption investigation by the federal government. Grimes is the first labor official assigned to General Motors Co. convicted in the scandal.

Michael Manley, Grimes' attorney, wouldn't comment on whether Grimes is cooperating with the government in the UAW investigation.

"Mr. Grimes is devastated by his actions," Manley said after the hearing. "He has [spent] over 30 years devoting his time to the UAW, he loves the UAW. He's crushed by what he has done to their reputation and has owned up to his actions and is going to suffer great consequence because of that."

Feds charge ex-UAW leader in growing corruption scandal (https://www.detroitnews.com/story/business/autos/general-motors/2019/08/14/feds-charge-ex-uaw-leader-widening-corruption-scandal/2012066001/)

The UAW released a statement Wednesday, that read: "The conduct admitted by Mr. Grimes in his plea today is shocking and absolutely disgraceful.

"In June 2018, as part of our Clean Slate reform agenda, the UAW adopted and reaffirmed a strict three-bid process for vendor purchasing, a policy that must be followed by all UAW officials and employees, and similar strict bid-process policies have been implemented at the Joint Program Centers, to ensure this type of conduct cannot be repeated. That is among the stronger reforms and financial controls that have been adopted by the UAW and each of the Joint Program Centers.

"Our union will not be distracted from fighting for our members and negotiating strong labor agreements with General Motors, Ford and FCA."

In a statement, GM said the company "is deeply disturbed by the conduct of Michael Grimes and other union officials as uncovered by the government's investigation and admitted to by Mr. Grimes in today's hearing. These actions represent a stunning abuse of power and trust. There is no excuse for union officials to enrich themselves at the expense of the union membership they represented — and to steal [Center for Human Resources] funds invested by GM for training our hourly employees."

Grimes and two other unnamed union officials were allegedly enriching themselves by deceptively soliciting, influencing and obtaining contracts for two vendors. Grimes and the two unnamed UAW officials demanded and accepted hundreds of thousands of dollars from two vendors, prosecutors said.

The Detroit News previously reported that the two other unnamed officials accused in the vendor kickbacks scheme are former UAW Vice President Joe Ashton  (/story/business/autos/general-motors/2019/08/18/uaw-joe-ashton-linked-bribery-probe/2019473001/)and his top lieutenant, Jeff Pietrzyk (/story/business/autos/general-motors/2019/08/19/lieutenant-uaw-wi-joe-ashton-linked-corruption-scandal/2049617001/), according to multiple sources. Neither  has been charged.

In 2011, Ashton, Pietrzyk and Grimes sat on the UAW team that negotiated a new contract with GM, serving alongside former president Williams.

Meanwhile, contentious negotiations are heating up before the Sept. 14 contract expiration. On Tuesday, the UAW announced GM as the "lead company" it would negotiate with for the new four-year contract.

Frank Hammer, a former UAW/GM international representative from 2000 to 2006, and president and chairman of UAW Local 909 in Warren, attended Grimes' plea hearing on Wednesday. He worked with Grimes — "a very personable, nice guy" — at Solidarity House in the UAW/GM department.

While Hammer worked inside Solidarity House, he said he didn't see any kind of corruption happening like what Grimes is accused of committing. But he said that doesn't mean it wasn't happening.

In a prepared statement for the news media, Hammer said Grimes' criminal behavior is the result of a culture that "placed partnership with companies ahead of defense of the members the UAW represented."

"I can see that the culture is what brought him down and brought him into this disgrace," Hammer told The News after the hearing, adding that he wants to see GM management also held accountable. "I don't think this could have been going on without their knowledge."

Paul Wohlfarth, a retiree of Fiat Chrysler Automobiles NV, didn't know Grimes but went to the hearing to represent "honest UAW workers. Hopefully we can root out these bad apples."

*khall@detroitnews.com*

*Twitter: @bykaleahall*

Read or Share this story: https://www.detroitnews.com/story/business/autos/2019/09/04/uaw-official-mike-grimes-pleads-guilty-federal-charges/2206248001/