# Exhibit 104



Business     Markets     World     Politics     TV     More

BUSINESS NEWS     SEPTEMBER 12, 2019 / 7:00 PM / A YEAR AGO

# Factbox: Highlights from criminal complaint in widening UAW corruption probe

5 MIN READ

(Reuters) - A senior United Auto Workers (UAW) official was arrested on Thursday and charged with conspiring with other union leaders to embezzle hundreds of thousands of dollars in a mushrooming corruption scandal.

FILE PHOTO: The United Auto Workers union logo is seen on the front of the UAW Solidarity House in Detroit, Michigan, September 8, 2011. REUTERS/Rebecca Cook

A criminal complaint was filed in U.S. District Court in Detroit against Vance Pearson, who served as second in command from 2016 to 2018 in the UAW's so-called "Region 5" that covers 17 western and southwestern states. He subsequently took over the region from Gary Jones, the union's current president.

The following are highlights of the allegations contained in the complaint:

— As part of a probe into dealings between the UAW and Fiat Chrysler Automobiles, federal agents discovered a multiyear conspiracy involving "senior UAW officials stealing and unlawfully and willfully abstracting and converting UAW funds to purchase luxury items and accommodations for their own personal benefit" by submitting vouchers that misrepresented payments as official business.

— In addition to Pearson, who was charged, the complaint named "UAW Official A," who was not identified but described as a union officer who has held several senior UAW positions. Three unidentified former UAW officials were also named.

— Federal agents said UAW conferences for Region 5 typically lasted three to five days, but Pearson and others would spend weeks or months living in the same city where they were held, "enjoying an extravagant lifestyle paid for with UAW funds."

— More than $600,000 of UAW money paid to the Renaissance Palm Springs Hotel in Palm Springs, California, between 2016 and 2018 was used by the hotel to satisfy debts incurred by senior UAW officials at local businesses, including restaurants, golf resorts and more.

— Between 2016 and 2018, more than $60,000 of UAW funds were used for meals at the Palm Springs area restaurants LG Prime Steak House and Johnny Costa's Ristorante.

— In one instance on New Year's Eve in 2016, the tab at LG Prime Steak House totaled almost $6,600, including four bottles of Louis Roederer Cristal champagne costing $1,760. The complaint quotes the Louis Roederer website as saying Cristal was "created in 1876 to satisfy the demanding tastes of (Russian) Tsar Alexander II." The bill also included $1,942 for liquor, $1,440 for wine and what appears to be a $1,100 tip.

— The UAW paid Indian Canyons Golf Resort more than $80,000 between 2015 and 2018 for food and beverages, green fees, club rentals and the purchase of such items as visors, sunglasses and "fashion shorts."

— Agents determined the union paid over $60,000 for cigar and tobacco, humidors, cigar cutters and related expenses between 2014 and 2018 at stores in Palm Springs and Parker, Arizona.

— Agents found similar spending patterns around Region 5 UAW conferences between 2014 and 2018 at the Loews Coronado Resort in Coronado, California. UAW headquarters paid more than $200,000 to the resort and the union's Southwest regional council paid more than $195,000. Large sums were spent on chauffeured transportation to private dining events and excursions to the San Diego Zoo's Safari Park and horseback riding on the beach, as well as more than $70,000 between 2015 and 2018 for green fees at three different golf clubs.

— Agents also found similar spending patterns around Region 5 events in Lake of the Ozarks, Missouri, where between 2014 and 2018 UAW headquarters paid more than $300,000 to the Lodge of Four Seasons hotel and the union's Midwest regional council paid more than $190,000. The payments included more than $45,000 for meals and liquor, over $75,000 for golf related expenses, more than $8,000 for spa treatments and over $1,000 spent at a local gun range.

— Agents described a "culture of alcohol" that existed in the top ranks of the UAW, crediting the term to a cooperating witness who was a senior UAW official. Vendors in Palm Springs told federal agents "there was 'no limit' on the amount of alcohol they would purchase for requesting union officials."

— Vendor records and witness testimony detailed two parties costing over $50,000 thrown by Norwood Jewell, a former UAW vice president who headed labor relations with Fiat Chrysler. Jewell was sentenced in August to 15 months in prison. His parties featured ultra-premium liquor, a skilled so-called torcedor to roll choice cigars and scantily-clad "kandy girls" to light them.

— Agents also outlined the search warrants they executed on several homes and work locations of senior UAW officials in late August. Federal officials confirmed at the time that the home of Jones, the UAW president, was among those searched. Thursday's complaint revealed that agents had seized over $30,000 in cash from the residence of UAW Offical A.

Compiled by Ben Klayman; Editing by Tom Brown

*Our Standards:*    *The Thomson Reuters Trust Principles.*

# Exhibit 105

## United Auto Workers Official Charged in Widening Federal Probe;  Regional director accused of embezzling union funds, fraud, money laundering; charges come days before labor contracts expire

The Wall Street Journal Online

September 12, 2019

Copyright 2019 Factiva  , from Dow Jones
All Rights Reserved



Copyright 2019 Dow Jones & Company, Inc. All Rights Reserved.

### THE WALL STREET JOURNAL.

**Section:** BUSINESS; Autos

**Length:** 693 words

**Byline:** By Nora Naughton

## Body

A high-ranking official at the United Auto Workers union was charged with embezzlement of union money on Thursday, as a federal corruption investigation into the union gains momentum just as contract talks with Detroit auto makers come to a head.

Vance Pearson, director of the UAW's Region 5 office in Missouri, was charged with conspiring with other union officials to embezzle hundreds of thousands of dollars in union money, the U.S. Attorney's Office said. Mr. Pearson, who is also on the union's executive board, also was charged with fraud and money laundering.

Mr. Pearson is the first sitting union official charged in the yearslong investigation, which had previously ensnared former union officials and executives at Fiat Chrysler Automobiles NV and has since spread to the union's General Motors Co. department.

"While these allegations are very concerning, we strongly believe that the government has misconstrued any number of facts," the union said Thursday. "We will not let this distract us from the critical negotiations underway with GM."

Mr. Pearson couldn't be immediately reached for comment.

Last month, federal agents also searched the homes of UAW President Gary Jones and his predecessor, Dennis Williams, marking a significant escalation of the investigation. Mr. Jones led the Region 5 office before he became president last year. The union has said it is

United Auto Workers Official Charged in Widening Federal Probe;  Regional director accused of embezzling union funds, fraud, money laundering; charges come days....

cooperating with the investigation and that there was no need for the search warrants. Neither man has been charged with a crime.

The charges against Mr. Pearson come two days before the UAW's contracts with GM, Ford Motor Co. and Fiat Chrysler are set to expire. The union's top officials are negotiating first with GM. Union leaders from GM's factories across the country are expected to meet Sunday in Detroit for an update on the talks.

"GM is outraged and deeply concerned by the conduct of union officials as uncovered by the government's investigation," the company said Thursday. "These serious allegations represent a stunning abuse of power and trust."

The Justice Department's investigation has resulted in nine convictions, including a prison sentence for Fiat Chrysler's former head of labor relations.

In a federal criminal complaint, Mr. Pearson, 58 years old, is accused of conspiring with other union officials to conceal lavish personal expenses, paid for with union money, during UAW Region 5 conferences held in California and Missouri between 2014 and 2018.

Mr. Pearson led UAW's Region 5 office since June 2018, covering 17 states in the western and southwestern U.S. He was previously the office's assistant director under Mr. Jones, who hosted Region 5 conferences when he served as director.

The gatherings typically lasted about a week, but prosecutors allege Mr. Pearson and other unnamed UAW officials paid for weeks- or monthslong trips to Palm Springs, Calif., with union funds. Some $60,000 in UAW funds spent there were falsely represented as part of the conference, according to Mr. Pearson's charging document.

A scandal that began with what federal prosecutors say was a conspiracy by Fiat Chrysler executives to keep UAW officials "fat, dumb and happy" has now ensnared a range of union officials. Former UAW Vice President Norwood Jewell, who as a top-ranking official led bargaining with Fiat Chrysler, was recently sentenced to 15 months in federal prison after pleading guilty to violating the Labor Management Relations Act. Prosecutors revealed in his sentencing memo that Mr. Jewell had used union training-center funds to rent private villas in Palm Springs.

Prosecutors say Mr. Pearson and other UAW leaders bought more than $100,000 worth of golf clubs, golf clothing, golf balls and other accessories at various pro shops in California and Missouri. Investigators also claim to have uncovered evidence of designer clothing, steak houses, spa visits, exotic sports cars and high-end shotguns paid for with funds designated for worker training.

During the search warrant executed at Mr. Pearson's office and home in Missouri, agents found dozens of cigars, high-end bottles of liquor, and tens of thousands of dollars in cash, prosecutors said.