# Exhibit 108

# Feds charge another UAW leader, say he received kickbacks

**Robert Snell**, The Detroit News    Published 1:23 p.m. ET Sept. 20, 2019 | **Updated 6:51 a.m. ET Sept. 21, 2019**

*Detroit* — Federal prosecutors Friday charged the former top aide to United Auto Workers Vice President Joe Ashton with receiving $123,000 during a bribery and kickback conspiracy that defrauded union workers.

Jeff Pietrzyk, 74, of Grand Island, New York, is accused of conspiring with Ashton and former UAW official Mike Grimes to receive millions in kickbacks and bribes from UAW vendors who received rigged contracts to produce union-branded watches, jackets and backpacks, according to the court filing.

The contracts were awarded by a UAW training center jointly operated and financed by General Motors Co., which Friday was engaged in negotiations to end a five-day-old labor strike (/story/business/autos/general-motors/2019/09/20/gm-strike-day-5/2380001001/) that has sent 46,000 hourly workers to the picket line.



**Jeff Pietrzyk** *(Photo: UAW)*

Pietrzyk, who prosecutors say received approximately $123,000 during the alleged conspiracy, is the 11th person charged in a corruption scandal that has implicated the top echelon (/story/business/autos/2019/09/12/uaw-presidents-gary-jones-dennis-williams-implicated-in-federal-probe/2302410001/) of the UAW, including President Gary Jones and former President Dennis Williams.

The criminal filing Friday appears designed to pressure Ashton into cooperating with federal investigators, who already have secured Grimes' conviction, said Peter Henning, a Wayne State University law professor and former federal prosecutor.

"This is their game plan," Henning said. "You start low and make your way up the chain of command."

Most of the details included in the criminal case Friday were first revealed last month when prosecutors charged Grimes (/story/business/autos/general-motors/2019/08/14/feds-charge-ex-uaw-leader-widening-corruption-scandal/2012066001/) with wire fraud conspiracy and money laundering.

Pietrzyk was charged with wire fraud and money laundering conspiracies in a criminal information, which means a guilty plea is expected. Wire fraud conspiracy is punishable by up to 20 years in prison while money laundering conspiracy is a 10-year felony.

Pietrzyk's attorney, Robert C. Singer, said in a statement that he has been "working with the government to resolve Jeff's involvement in this matter."

"According to the government's allegations in the information, Jeff's involvement in this scheme is much more limited in time and scope than his named and unnamed co-defendants," Singer said.

"The charges against Jeff Pietrzyk are serious, and the conduct outlined in his charges is not just illegal, it is an affront to every member of the UAW," the union said in a statement. "The UAW has already made changes to its purchasing procedures that require three bids and pushed the Joint Program Centers to significantly tighten their accounting controls to prevent this type of criminal activity from happening again.

"This conduct — which was suspiciously announced in the middle of our current bargaining — must not and will not distract us from negotiating the strongest possible contract for our members."

The charge comes one month after The Detroit News revealed investigators had accused Pietrzyk of taking kickbacks and securing hundreds of

thousands of dollars for Ashton (/story/business/autos/general-motors/2019/08/18/uaw-joe-ashton-linked-bribery-probe/2019473001/).

Grimes, who admitted receiving $1.5 million in bribes from union vendors, pleaded guilty (/story/business/autos/2019/09/04/uaw-official-mike-grimes-pleads-guilty-federal-charges/2206248001/) to wire fraud conspiracy and money laundering Sept. 4 and could be sentenced to more than 4 1/2 years in federal prison.

The criminal filing accuses Pietrzyk of teaming with Grimes and a former UAW senior leader identified by prosecutors as "Union Official 1." That official, who is accused of demanding $550,000 in kickbacks and bribes from union vendors, is Ashton, four sources familiar with the investigation told The News (/story/business/autos/general-motors/2019/08/18/uaw-joe-ashton-linked-bribery-probe/2019473001/) last month.

The alleged conspiracy started in 2006 and lasted until July 2018, prosecutors alleged.

**Buy Photo**



**Retired UAW Vice President Joe Ashton, left, and former UAW officials Mike Grimes and Jeff Pietrzyk are accused in a federal criminal case of scheming to defraud UAW members and a training center for blue-collar workers.** *(Photo: Max Ortiz, The Detroit News)*

Pietrzyk, who within UAW circles was known by the nickname "Paycheck" due to his difficult-to-pronounce last name, was paid $110,055 as Ashton's top administrative assistant until retiring in 2014. He and Ashton also served on the board of the UAW-GM Center for Human Resources training center.

"GM is disappointed by the conduct of the UAW officials charged in the government's expanding investigation," the automaker said in a statement Friday. "GM continues to cooperate with the government on its investigation."

The criminal case involves vendors being awarded contracts from the training center to produce more than $15.8 million worth of UAW-branded merchandise in exchange for paying bribes and kickbacks.

For example, in 2011, Ashton proposed buying 50,000 UAW-GM jackets using training center funds, according to sources familiar with the investigation and court records.

Grimes recommended a family-owned company identified in court records as "Vendor A," which was awarded a $6 million contract, prosecutors said.

Then, prosecutors say Pietrzyk told Grimes to demand a $300,000 kickback for "Union Official 1," who sources said is Ashton.



**In this July 27, 2011, photo, General Motors Chairman and CEO Dan Akerson, from left, shakes hands with United Auto Workers President Bob King, marking the ceremonial start of labor negotiations between GM and the UAW as GM Vice President Labor Relations Cathy Clegg and UAW Vice President GM Joe Ashton look on. Ashton aide Jeff Pietrzyk is seen in the upper right corner.** *(Photo: Jeffrey Sauger, Jeffrey Sauger for General Motor)*

Pietrzyk served as the middleman, delivering the kickbacks to Ashton, according to the government.

Ashton, 71, of Ocean View, New Jersey, continued receiving kickbacks for two years after he was promoted to GM's board of directors in 2014, according to the court records.

He resigned in December 2017, one month after The News linked him to the criminal investigation. He has not been charged with wrongdoing.

Ashton, Williams and Jones, the UAW president, are the highest-ranking UAW officials linked to a criminal investigation into whether money and illegal benefits corrupted UAW leaders and the collective bargaining process.

Pietrzyk, meanwhile, played a central role in a $4 million watch contract awarded to Ashton's chiropractor, prosecutors said.

In 2013, the UAW-GM training center awarded a $3.97 million contract to New Jersey chiropractor Marc Cohen, according to sources and the criminal case.



Ashton, who helped negotiate the contract, demanded a $250,000 kickback, prosecutors allege.

Cohen hand-delivered the kickbacks to the UAW vice president's house, prosecutors said. Ashton also told his chiropractor to pay kickbacks to Pietrzyk, according to the criminal case against Grimes and sources familiar with the investigation.

Pietrzyk received $95,000 from the chiropractor and gave $25,000 to Grimes, according to the government.

*rsnell@detroitnews.com*

**Marc Cohen** *(Photo: AC Best Docs)*

Read or Share this story: https://www.detroitnews.com/story/business/autos/2019/09/20/feds-charge-ashton-aide-widening-uaw-scandal/2386702001/

# Exhibit 109

# Aide of retired UAW leader pleads guilty to criminal charges as GM workers vote on tentative deal to end strike



Retired United Auto Workers official Jeff Pietrzyk, a former aide to retired UAW VIce President Joe Ashton, exits the U.S. courthouse in Ann Arbor, Mich., after pleading guilty to federal corruption charges on Tuesday, Oct. 22, 2019.
Michael Wayland / CNBC

ANN ARBOR, Mich. – As United Auto Workers members with General Motors vote this week on a proposed deal that could end the union's 37-day strike, one of their former brethren pleaded guilty to his part in an ongoing federal probe into corruption at the union.

Jeff Pietrzyk, a top aide of retired UAW Vice President Joe Ashton, a former GM board member, pleaded guilty to charges of conspiracy to commit wire fraud and money laundering. He is the 10th person to plead guilty in the widening federal probe that also has led to the arrest of a member of the union's top governing board.

The corruption probe has added to a contentious year of contract negotiations between the union and Big Three Detroit automakers. Previous convictions included six people affiliated with the UAW and three Fiat Chrysler executives.

Pietrzyk, outside the courthouse in Ann Arbor, Michigan, told media "of course" he apologizes to UAW members for his crimes: "I'm sorry for what I did," he said.

Prosecutors recommended Pietrzyk, who retired from the union in 2014, serve 24 to 30 months in prison for his crimes. Sentencing is scheduled for March 3. He's required to pay $123,000 in restitution as part of his plea deal.

Pietrzyk, 74, of Grand Island, New York, did not give any explanation for his crimes. Robert C. Singer, Pietrzyk's attorney, repeated that his client's involvement in the scheme was much more limited than other people's involvement.

"He was approached by someone who was in power over him and asked to do something and he did it," Singer told reporters after the hearing. "And that wasn't the best choice. It's something that he regrets."

Singer declined to comment on whether his client is cooperating with federal investigators.

Prosecutors accused Pietrzyk, whose base salary was upward of $125,000, of conspiring with other union leaders to receive hundreds of millions of dollars in bribes and kickbacks from vendors that made hats, shirts and other merchandise for the union, internally known as "trinkets and trash."

Pietrzyk's guilty plea comes nearly two months after one of his co-conspirators, Michael Grimes, a retired senior official with the union's GM division, pleaded guilty to charges of wire fraud and money laundering.

Retired United Auto Workers official Michael Grimes, right, exits the U.S. courthouse in Ann Arbor, Michigan, after pleading guilty to federal corruption charges on Wednesday, Sept. 4, 2019. His attorney Michael P. Manley is being interviewed in blue suit. Michael Wayland | CNBC

Grimes and Pietrzyk were two of three union officials identified in court documents unsealed Aug. 14 as receiving bribes and kickbacks from vendors. The Detroit News, cit-

ing anonymous sources, previously identified the third person as Ashton. He has not been charged.

Ashton — the first UAW leader on GM's board — resigned from the board in December 2017 after reportedly being linked to the investigation.

Prosecutors have not identified any GM executives as being involved in the corruption, as they did with Fiat Chrysler.

The UAW's 48,000 members with GM are voting on a tentative deal reached last week between the company and union through Friday.

# Exhibit 110

 United States Department of Justice

## THE UNITED STATES ATTORNEY'S OFFICE
## EASTERN DISTRICT *of* MICHIGAN

<u>U.S. Attorneys</u> » <u>Eastern District of Michigan</u> » <u>News</u>

**Department of Justice**

U.S. Attorney's Office

Eastern District of Michigan

FOR IMMEDIATE RELEASE                                    Tuesday, October 22, 2019

## Former Senior UAW Official Pleads Guilty to Taking $123,000 in Bribes and Kickbacks

Jeffery Pietrzyk, a former high-level official in the UAW's General Motors Department, pleaded guilty today to conspiring with other UAW officials to engage in honest services fraud by taking over $123,000 in bribes and kickbacks from UAW vendors and contractors and to conspiring to launder the proceeds of the scheme announced U.S. Attorney Matthew Schneider.

Joining in the announcement were Irene Lindow, Special Agent in Charge of the U.S. Department of Labor – Office of Inspector General, Steven M. D'Antuono, Special Agent in Charge of the Detroit, Michigan office of the Federal Bureau of Investigation, Manny Muriel, Special Agent in Charge of the Detroit, Michigan office of the Internal Revenue Service – Criminal Investigations, and Thomas Murray, District Director, U.S. Department of Labor – Office of Labor-Management Standards.

Jeffery Pietrzyk, 74, of Grand Island, NY, pleaded guilty to conspiring to engage in honest services wire fraud and to conspiring to launder money between 2006 and 2018. During the plea hearing, Pietrzyk admitted that he conspired with two other high-level UAW officials in the UAW's GM Department to take millions of dollars in bribes and kickbacks from vendors doing business with the joint UAW-GM Center for Human Resources. The Center for Human Resources is supposed to be a center for training UAW workers employed by GM. Pietrzyk and the other UAW officials served on the Executive Board for the Center for Human Resources, and they were responsible for approving contracts with the vendors. Pietrzyk admitted that over the course of the twelve year conspiracy, he and the other two UAW officials demanded and accepted bribes and kickbacks from the vendors in exchange for securing or maintaining contracts with the Center for Human Resources or with the UAW's GM Department.

Pietrzyk and his co-conspirators took bribes and kickbacks from the vendors in exchange for contracts with the UAW and/or the Center for Human Resources for watches, jackets, and UAW stores at GM manufacturing facilities. For example, in 2011, Pietrzyk and two other UAW officials

demanded that a vendor give them a $300,000 kickback on a $6 million contract to purchase 50,000 jackets emblazoned with "Team UAW-GM."  One UAW official collected the $300,000 kickback and delivered the proceeds to Pietrzyk, who in turn delivered the money to another UAW official.

In another corrupted contract, Pietrzyk and his UAW co-conspirators demanded kickbacks on a $3.9 million contract for the Center for Human Resources to buy 58,000 watches for all UAW members employed by GM.  The UAW officials demanded over $300,000 in kickbacks on the watch contract to be distributed between 2013 through 2016.  Some of the kickbacks were distributed in the form of checks disguised as tens of thousands of dollars in payments for "antique furniture" which were deposited into Pietrzyk's personal bank account. The majority of the kickbacks were distributed as cash.  In 2014, the UAW-GM Center for Human Resources received the 58,000 watches from the vendor.  However, the watches were never distributed to UAW members.  Instead, the watches have been sitting in storage in a warehouse for over five years.

Besides conspiring with other UAW officials and vendors to the UAW, Pietrzyk also admitted that he conspired to launder the proceeds of the kickback scheme by using various methods to conceal and disguise the bribes and kickbacks through a lengthy and complicated series of financial transactions.

Pietrzyk is the tenth defendant to plead guilty in connection with the ongoing criminal investigation into illegal payoffs to UAW officials by FCA executives and corruption within the UAW itself. The following individuals have already pleaded guilty to their participation in the scheme and have been sentenced:  former FCA Vice President for Employee Relations Alphons Iacobelli (66 months in prison), former FCA Financial Analyst Jerome Durden (15 months in prison), former Director of FCA's Employee Relations Department Michael Brown (12 months in prison), former senior UAW officials Virdell King (60 days in prison), Keith Mickens (12 months in prison), Nancy A. Johnson (12 months in prison), Monica Morgan, the widow of UAW Vice President General Holiefield (18 months in prison), and former UAW Vice President Norwood Jewell (15 months in prison). Michael Grimes has pleaded guilty and is awaiting sentencing.

U.S. Attorney Schneider commended the outstanding work of the Internal Revenue Service – Criminal Investigations, the U.S. Department of Labor – Office of Labor-Management Standards and Office of Inspector General, and the Federal Bureau of Investigation in conducting a comprehensive criminal investigation into labor corruption activities involving a vital sector of the local and national economy.

"The hard-working members of the UAW deserve to be represented by union officials dedicated to providing honest representation free of corruption and greed, and today's guilty plea is another step in the right direction," stated US Attorney Schneider.

"Jeffrey Pietrzyk engaged in a fraudulent scheme to deprive the International United Auto Workers Union of his honest services by demanding and accepting over $120,000 in bribes and kickbacks from vendors. Instead of bargaining in the best interests of the UAW members, he chose to personally enrich himself. We will continue to work with our law enforcement partners to protect the financial integrity of labor organizations," stated Irene Lindow, Special Agent-in-Charge, Chicago Region, U.S. Department of Labor Office of Inspector General.

"In his official role, Mr. Pietrzyk was charged with protecting the interests of his fellow union employees, but today he admitted to abdicating this responsibility to serve his own interests," said Steven M. D'Antuono, Special Agent in Charge of the FBI's Detroit Field Office.  "We will continue to work with our law enforcement partners to investigate corruption and ensure the financial integrity of our country's labor unions."

"Bribes, kickbacks, and money laundering permeated UAW culture for years and years, all at the expense of its membership.  Today's guilty plea is yet another reminder that the Internal Revenue Service – Criminal Investigation and its law enforcement partners are dedicated to uncovering and stopping illegal and corrupt business leaders from taking advantage of not only their employees, but also the American tax payers," said Special Agent in Charge Muriel, Detroit Field Office, Internal Revenue Service – Criminal Investigations.

"Jeffery Pietrzyk betrayed the trust of the union membership when he used his position to enrich himself and others within the UAW by accepting bribes and kickbacks from UAW vendors and contractors," said Thomas Murray, District Director, U.S. Department of Labor, Office of Labor-Management Standards.  "Protecting members against corruption perpetrated by their union leaders is critical to the mission of OLMS."

The case is being prosecuted by Assistant U.S. Attorneys Frances Carlson and Eaton Brown.

---

**Topic(s):**
Public Corruption

**Component(s):**
USAO - Michigan, Eastern

Updated October 22, 2019

# Exhibit 111

# Detroit Free Press

<u>GENERAL MOTORS</u>

# GM files racketeering lawsuit against FCA, saying it corrupted labor talks

**<u>Jamie L. LaReau</u>** Detroit Free Press
Published 12:13 p.m. ET Nov. 20, 2019 | Updated 10:10 p.m. ET Nov. 20, 2019

Open warfare broke out between two Detroit automakers Wednesday, with General Motors suing Fiat Chrysler Automobiles, alleging that it cost GM billions of dollars by corrupting labor talks over the past decade. FCA called the effort "a meritless attempt to divert attention" from GM's own challenges.

GM also alleged that former FCA boss Sergio Marchionne authorized bribes and conspired with the UAW to "effectively take over GM through a merger."

GM's lawsuit, filed under federal racketeering laws, said FCA was "the clear sponsor of pervasive wrongdoing, paying millions of dollars in bribes to obtain benefits, concessions and advantages in the negotiation, implementation and administration of labor agreements over time." That gave FCA an unfair edge in labor expenses, it said.

Those claims are tied to an ongoing federal corruption investigation that has led to 13 criminal charges and 11 guilty pleas among former FCA executives and UAW leaders, one of whom held a GM board seat. The probe has spread from misspending of money from a UAW-FCA training center to the highest reaches of the union, with both current President Gary Jones and his predecessor Dennis Williams implicated. Jones resigned Wednesday from the union amid contract negotiations with Detroit automakers, as UAW leaders were moving to remove him.

The shocking lawsuit comes as FCA this week began final negotiations with the UAW on a new contract. The union this month settled quickly with Ford after a bitter 40-day strike against GM in September and October. At the same time, FCA is

pushing toward a merger with French-based PSA Groupe, the maker of Peugeot and other brands, that would create the world's fourth-largest auto company.

FCA responded angrily.

"We are astonished by this filing, both its content and its timing," it said in a statement Wednesday afternoon. "We can only assume this was intended to disrupt our proposed merger with PSA as well as our negotiations with the UAW. We intend to vigorously defend against this meritless lawsuit and pursue all legal remedies in response to it."

## Marchionne takeover bid

In a riveting passage of the lawsuit, GM alleges that FCA conspired with UAW leaders to try to take over GM by merger. It said that after Marchionne's attempt to merge with GM failed in 2005, he saw another chance after Fiat acquired Chrysler out of bankruptcy in 2009 and merged into FCA in 2014.

"After taking full control of Chrysler, and having secured control of the FCA-Control Enterprise and the UAW's full cooperation, Marchionne set his sights on forcing a merger with GM," the lawsuit reads.

The suit alleges that former UAW President Williams, a "longtime friend" of Marchionne, was key to the effort.

"With Marchionne as the lead, FCA schemed that it could effectively take over GM through a merger (code-named 'Operation Cylinder'), have Marchionne remain CEO of the combined companies, and oversee the largest auto company in the world. In part for this very reason, Marchionne, on FCA Group's behalf, had authorized the bribery of UAW leaders, whose support was essential to the success of Operation Cylinder given that, among other reasons, the UAW could effectively block a merger under certain terms in the collective bargaining agreement."

The lawsuit said Marchionne's failure to "consummate Operation Cylinder was a regret" cited in Marchionne's biography, which said an FCA-GM merger was "one uncompleted project that Marchionne probably regretted to the end of his life." Marchionne died unexpectedly in July 2018 at age 66.

GM's lawsuit, filed in U.S. District Court in Detroit, names FCA and former FCA executives Al Iacobelli, Jerome Durden and Michael Brown as defendants.

"We have alleged in the complaint that Mr. Marchionne is responsible for conceiving, executing and sponsoring the alleged wrongdoing," said Craig Glidden, GM's executive vice president and general counsel. "We have no present intent to pursue the UAW. Our focus is on FCA. We believe the responsibility firmly rests on the orchestrater of the wrongdoing ... and we plan to hold FCA responsible."

GM said current FCA CEO Mike Manley is not individually part of the lawsuit.

Iacobelli had been vice president of employee relations at FCA, responsible for negotiating and implementing labor relations with the UAW. Durden was a financial analyst at FCA and Brown was director of employee relations at FCA, also involved in UAW negotiations. All three have pleaded guilty to criminal charges.

The FBI alleged that Iacobelli and the late UAW Vice President General Holiefield plotted to keep senior union members "fat, dumb and happy." While contracts were being negotiated, prosecutors alleged, FCA officials were secretly siphoning money from the company and giving it to senior union officials as an investment in "relationship building."

The top negotiators did this, prosecutors said, by secretly funneling FCA money through a UAW training center and a fake children's charity, ultimately spending it on themselves.

## FCA lowered its labor costs

GM's lawsuit alleges that during contract negotiations in 2011 and 2015, FCA corruption undermined the integrity of collective bargaining with the UAW. It alleges that FCA interfered with implementation of contracts as soon as 2009.

GM said the corruption cost it "substantial" damages. Specifically, FCA was able to achieve favorable labor costs and operate "differently than their competitors," which lowered FCA's costs, said Glidden.

Glidden said FCA hired more temporary workers and "in-progression" workers, both at lower entry level wages, than GM did and "it did so with the knowledge that guidelines we believed would be in place were not in place."

GM said FCA has an $8 per hour total labor cost advantage because of the corruption. The average total hourly labor cost GM pays is $63 an hour compared with FCA's $55, Glidden said, citing Center for Automotive Research data.

GM is not indicating a specific dollar amount yet that it seeks from FCA, Glidden said.

In the lawsuit, it said that under the 2015 UAW contract, GM spent $1.9 billion in incremental labor costs over four years, more than $1 billion more than the deal GM believed it had reached with the UAW before the UAW chose FCA as the lead company to negotiate with that year.

"We are seeking substantial damages. We cannot comment further on the amount or measure the amount of damages until discovery," said Glidden. "We will not put a number on it today. We do believe that the damages we will be able to establish will be substantial due to the length of time."

GM said it would invest any damages it collects in the lawsuit in the United States and use it to create jobs here.

Such a lawsuit is unprecedented, said Harley Shaiken, a professor at the University of California, Berkeley who specializes in labor issues.

"The timing of the suit while the UAW is in negotiations with Chrysler is neither helpful to the talks or coincidental," said Shaiken. "I don't see the suit, however, derailing the negotiations or necessarily even having a major impact, but we should see what happens quickly. New leadership teams on both sides of the table and a real desire to clean up the damage done with the original corruption scandal means the focus will be on the issues and the ratification."

FCA, in a follow-up statement from its London headquarters on Thursday (late Wednesday Detroit time), pushed back hard against the suit, suggesting motives for GM's actions other than what was included in the filing. FCA noted that the Opel

and Vauxhall brands, formerly owned by GM, have been transformed from money losers to money makers since they became part of PSA Groupe.

"This astonishing ploy comes at a time when FCA is proving itself to be an ever more formidable competitor that continues to create significant value for all its stakeholders through the successful implementation of its long-term strategy. This includes the proposed merger with PSA, which itself completed the successful turnaround of the European businesses it acquired not long ago from General Motors," FCA said in its statement.

"FCA will deal with this extraordinary attempt at distraction through the appropriate channels and will stay focused on continuing to deliver record results while realizing an exciting vision for the future of the industry. FCA is confident that it will prevail in defending itself against these claims in court and will also pursue all available remedies in response to this groundless lawsuit."

## Not focused on UAW

The lawsuit is based on RICO and the Taft-Hartley Act. RICO stands for racketeering influenced and corrupt organizations. It's a federal law designed to fight organized crime by granting private plaintiffs an ability to sue for damages suffered as a result of a criminal enterprise.

Taft-Hartley Act prohibits employers from engaging in bribery, graft, conflict of interest payments, and other prohibited transactions with union officials. The act is to ensure union officials are working on behalf of the members.

"This lawsuit is intended to hold FCA accountable for the harm its actions have caused our company and to ensure a level playing field going forward," said Glidden.

Glidden said GM's focus in the lawsuit is on FCA and the former executives.

"We are supportive of the reform efforts the UAW has announced," said Glidden. "Second, nothing about this lawsuit has anything to do with the recent work stoppage at GM and it will not change" the 2019 contract agreement GM's 46,000 UAW workers ratified on Oct. 25.

The UAW said it didn't believe the corruption influenced contracts with FCA.

"Mr. Iacobelli worked for both FCA and General Motors, and he is currently in prison for his crimes, which include the misuse of Joint Program funds," UAW spokesman Brian Rothenberg said in a statement. "As to the collective bargaining agreements negotiated with FCA while Iacobelli was an FCA manager, we are confident that the terms of those contracts were not affected by Iacobelli's misconduct, nor that of any UAW officials involved in the misuse of Joint Program funds at FCA. Those contracts, which were ultimately ratified by our membership, were negotiated with the involvement of both local and international representatives, and the process had multiple layers of checks and balances to ensure their integrity.

"That said, the fact that these issues can cause doubt about the contracts is regrettable. The UAW leadership is absolutely committed to making whatever changes are necessary to ensure on our end the misconduct that has been uncovered will never happen again."

A labor expert said the lawsuit "raises a real specter of doubt about the integrity of FCA and the UAW and takes it to a higher level."

"It basically is alleging that the parties colluded to affect collective bargaining to the advantage of the company and to the disadvantage of the workers," said Marick Masters, professor of business at Wayne State University.

GM has been caught up in the widespread corruption scandal. A former UAW vice president and onetime GM board member appears set to plead guilty to charges connected to the federal corruption probe.

Joseph Ashton, who faces two conspiracy charges related to wire fraud and money laundering is scheduled for a plea hearing Dec. 4 before U.S. District Court Judge Bernard Friedman.

In addition, Iacobelli went to work for GM to negotiate with Canada's autoworker union after he retired suddenly from FCA on the eve of 2015 negotiations. A person well-placed in Detroit labor circles told the Free Press on Wednesday that the UAW had warned GM about Iacobelli before he was hired there.

GM suspended him in the summer of 2017 when he was charged and fired him late that year. Ashton left the GM board at about the same time Iacobelli was dismissed.

**More:** Ex-UAW VP, former GM board member Ashton expected to plead guilty in probe next month

**More:** UAW to sell ex-president's lavish Up North cabin as part of ethics cleanup

**More:** UAW President Gary Jones to take leave of absence as corruption investigation escalates

"The events surrounding Mr. Ashton have nothing to do with what's alleged in this complaint," said Glidden. "As for Mr. Ashton's conduct, GM did not have knowledge of his conduct and GM will address the allegation in time."

GM wants future negotiation free of corruption, added Glidden.

GM said the timing of the lawsuit is not related to the UAW entering the final phase of its contract talks with FCA, which started this week. Also, it is not intended to derail FCA's planned merger with French-based Groupe PSA. GM relied on the federal government's investigation in bringing the RICO lawsuit. Glidden said he has not discussed the matter with Ford Motor Co.

"The acts that the federal government has brought out through guilty pleas reveal that there were covert acts," said Glidden. "We followed that and we've done our own due diligence and we think now is the time to bring it forward and recover damages."

*Contact Jamie L. LaReau: 313-222-2149 or jlareau@freepress.com. Follow her on Twitter @jlareauan. Read more on General Motors and sign up for our autos newsletter. Eric D. Lawrence contributed to this report.*

# Exhibit 112

# The Detroit News

GM

# GM's 'nuclear' FCA racketeering suit difficult to prove

**Kalea Hall** The Detroit News
Published 11:00 p.m. ET Nov. 25, 2019

*Detroit* — It will not be easy for General Motors Co. to prove its bombshell claim that Fiat Chrysler Automobiles NV violated federal racketeering law, undermined collective bargaining and hurt GM's business, experts say.

In a federal lawsuit filed last week, GM says FCA and its executives "corrupted the implementation" of United Auto Workers' collective bargaining agreements in 2009 coming out of their federally induced bankruptcy and "corrupted the negotiation, implementation, and administration of the 2011 and 2015 agreements."

The suit, which claims GM suffered "massive monetary damage" by FCA's actions over the past decade, alleges violations of the Racketeering Influenced and Corrupt Organizations Act, or RICO.

The question is: "How can GM prove it would be more profitable in the absence of these bribes," said Jeff Grell, attorney at the Minneapolis law firm Grell Feist PLC who has taught RICO law at the University of Minnesota for 20 years and wrote a book on RICO. "From a litigation standpoint, I think it's a very difficult claim. It will interesting to see if it survives a motion to dismiss."

Specifically, GM contends the company's late CEO, Sergio Marchionne, conspired with UAW officials in a bribery scheme that ultimately gave FCA lower labor costs than GM. Some of the advantages allotted to FCA and not GM include having more temporary and in-progression employees who are paid less than traditional employees.

GM's decision to use the RICO Act to go after FCA is an unprecedented move by an automaker that was the "nuclear" and difficult option for GM to pick, experts say. GM has to show that a pattern of racketeering exists, that actions taken during union negotiations directly harmed GM, and that those actions weakened GM's profitability.

RICO civil suits between competing businesses do happen. But Peter Henning, a Wayne State University law professor and former federal prosecutor, couldn't recall one between two automakers.

Grell cites a RICO lawsuit filed by Procter & Gamble Co. against Michigan-based Amway Corp. P&G alleged that Amway and its distributors circulated false statements about P&G being associated with Satanism. The RICO claim was dismissed because P&G's lost-profit claim was too far removed from the alleged wrongful conduct under RICO, Grell said.

When GM announced the lawsuit, FCA was quick to question GM's timing — coming during the automaker's contract talks with the United Auto Workers and its merger talks with Groupe PSA of France, maker of Peugeot and Citroen vehicles. GM denied FCA's claim.

The timing could have been more centered around the four-year statute of limitations on RICO civil lawsuits. GM could have waited and claimed that FCA concealed the fraud so the statute of limitations would then be suspended, but "generally, you want to avoid any potential statute of limitations argument," Grell said.

Experts generally agree this will be a tough case for GM, Grell doesn't think it's a "frivolous" lawsuit. The detailed accounts of corruption by the federal government are ammunition for GM.

"Given the prior criminal convictions, that whole part of the claim is strong obviously because it's been an established fact that these bribes were paid," Grell said.

Under RICO, GM must prove that FCA committed a pattern of crime. In its filing, GM backs up its claims with information provided through federal indictments and

convictions in the UAW corruption probe. To date, there have been 13 charged and 10 convicted. Three of the convictions were FCA executives: Alphons Iacobelli, Jerome Durden and Michael Brown.

All of them are also defendants in GM's lawsuit. Iacobelli, who is serving a 5½ year prison sentence, admitted to paying more than $1.5 million to UAW officers and employees to sway union contract negotiations.

In Iacobelli's sentencing filing from August 2018, Iacobelli's attorney, David DuMouchel, detailed how the corruption went beyond Iacobelli: "The system of corruption that has been exposed here did not begin with Al Iacobelli."

The difficulty for GM is showing how FCA's bribery of UAW officials directly affected Detroit's largest automaker. A chain of events that caused the harm is not what the statute was designed to address, Grell said.

"It's designed to address essentially what was taken out of your pocket," he said, "and in this case there's no allegation that Fiat Chrysler put its hand into GM's product and took money."

Henning agreed that "the big challenge for General Motors is going to be proving if they lost anything because of what Chrysler did. RICO cases are never easy. There's been a bunch of guilty pleas from Fiat Chrysler executives, but that alone doesn't prove the negotiations process was corrupted. It doesn't prove that this was harmful for General Motors."

The party more directly affected in this case would be the FCA employees. They might have been harmed by FCA executives giving bribes to the union officials negotiating contracts for these employees.

"The idea was to get a better deal than was reasonable out of the union, and that's why they bribed them," Grell said. "The directly injured people are the union members, and under RICO you are just not supposed to be going beyond those union members, the direct victim."

If GM wins the case, the damages are tripled under RICO. GM didn't specify how much it's seeking in damages. JPMorgan Analyst Ryan Brinkman recently estimated that GM could seek between $6 billion and $15 billion.

"The RICO route is nuclear," said Erik Gordon, professor at the University of Michigan's Ross Business School. "If FCA loses a RICO case, I am not sure what the consequences would be. But it would certainly be game-changing for the company."

*khall@detroitnews.com*

*Twitter: @bykaleahall*

*Staff Writer Breana Noble contributed.*