**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| IN RE FIAT CHRYSLER AUTOMOBILES N.V. SECURITIES LITIGATION | : : : : : : | 19-CV-6770 (EK) (VMS) |

**REPLY DECLARATION OF WILLIAM B. MONAHAN**
**IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

I, William B. Monahan, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am a member of the bar of this Court and am a partner at the law firm of Sullivan & Cromwell LLP, counsel for Defendants Fiat Chrysler Automobiles N.V. ("FCA"), Roland Iseli and Alessandro Baldi, as Co-Executors of the Estate of Sergio Marchionne, Michael Manley, and Richard K. Palmer in the above-captioned action.

2.      I respectfully submit this Declaration to provide the Court with certain materials relevant specifically to the argument in Defendants' Reply Memorandum in Further Support of Their Motion to Dismiss the Consolidated Amended Complaint (the "Reply") that Plaintiff has failed adequately to plead loss causation.  (*See* Section III of Defendants' Reply.)

3.      Attached hereto as <u>Appendix C</u> is a table identifying press and other public coverage raising the alleged bribery scheme's alleged potential impact on collective bargaining agreement negotiations between FCA US LLC ("FCA US") and the United Auto Workers Union (the "UAW") *prior to* the filing of General Motors LLC's lawsuit against FCA and FCA US on November 20, 2019.

4.      Additionally, attached hereto are the documents referenced in Appendix C:

a)      Attached hereto as <u>Exhibit 113</u> is a true and correct copy of the Complaint in *Swanigan* v. *FCA US LLC*, No. 2:18-cv-10319-GAD-DRG (E.D. Mich.), dated January 26, 2018, obtained from PACER.

b)       Attached hereto as Exhibit 114 is a true and correct copy of a *Detroit News* article titled *FCA Workers Suing for 'Hundreds of Millions' Amid Probe*, dated January 29, 2018, which is available at https://www.detroitnews.com/story/business/autos/chrysler/2018/01/29/fca-uaw-corruption-lawsuit/109919568/.

c)       Attached hereto as Exhibit 115 is a true and correct copy of the court's Opinion and Order in *Swanigan* v. *FCA US LLC*, 2018 WL 4030815 (E.D. Mich. Aug. 23, 2018), dated August 23, 2018, obtained from Westlaw.

d)       Attached hereto as Exhibit 116 is a true and correct copy of a *Labor Education and Research Project* article titled *Where Are Union Auto Workers' Voices In Scandal Reporting?*, dated December 1, 2018, obtained from Lexis Advance.

e)       Attached hereto as Exhibit 117 is a true and correct copy of the Brief of Appellants in *Swanigan* v. *FCA US LLC*, No. 18-2303 (6th Cir.), dated March 29, 2019, obtained from PACER.

f)       Attached hereto as Exhibit 118 is a true and correct copy of a *Law360* article titled *6th Circ. Urged To Revive Fiat Chrysler, Union Collusion Suit*, dated April 1, 2019, which is available at https://www.law360.com/articles/1145072/6th-circ-urged-to-revive-fiat-chrysler-union-collusion-suit.

g)       Attached hereto as Exhibit 119 is a true and correct copy of a *Law360* article titled *Fiat Chrysler Asks 6th Circ. To Nix Union Collusion Suit*, dated April 29, 2019, which is available at https://www.law360.com/articles/1154415/fiat-chrysler-asks-6th-circ-to-nix-union-collusion-suit.

h)       Attached hereto as Exhibit 120 is a true and correct copy of an *Associated Press* article titled *A Roundup of Recent Michigan Newspaper Editorials*, dated September 2, 2019, obtained from Lexis Advance.

i)       Attached hereto as Exhibit 121 is a true and correct copy of the court's Opinion in *Swanigan* v. *FCA US LLC*, 938 F.3d 779 (6th Cir. 2019), dated September 12, 2019, obtained from Westlaw.

j)       Attached hereto as Exhibit 122 is a true and correct copy of a *Law360* article titled *6th Circ. Axes Workers' Fiat Chrysler-UAW Collusion Suit*, dated September 12, 2019, which is available at https://www.law360.com/articles/1198418/6th-circ-axes-workers-fiat-chrysler-uaw-collusion-suit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of December 2020 in New York, New York.

        */s/ William B. Monahan*
        William B. Monahan