## SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

March 3, 2021

Via ECF

The Honorable Eric R. Komitee,
   United States District Judge,
      United States District Court for the Eastern District of New York,
         225 Cadman Plaza East,
            Brooklyn, New York  11201.

      Re:   *In re Stellantis N.V. Securities Litigation*,
              No. 19 Civ. 06770 (EK) (VMS)

Dear Judge Komitee:

      Pursuant to the Court's December 21, 2020 and February 1, 2021 Orders holding Defendants' motion to dismiss (ECF No. 31) in abeyance to facilitate the parties' ongoing discussions regarding a potential resolution of the above-captioned action, I write on behalf of both Plaintiff and Defendants to provide the Court with a status update.

      The parties have reached an agreement-in-principle to resolve this putative class action in its entirety.  The parties are currently drafting the settlement papers, including a motion for preliminary approval, which they intend to file with the Court later this month.  The parties jointly request that the Court continue the existing stay to the end of the month so that they can complete and file the settlement papers.

                      Respectfully submitted,

                      */s/ William B. Monahan*

                      William B. Monahan

cc:    All counsel of record (via ECF)