**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE STELLANTIS N.V. SECURITIES LITIGATION | No. 1:19-cv-06770-EK-VMS<br><br>CLASS ACTION |

**DECLARATION OF STEPHANIE BEIGE IN SUPPORT OF LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, PRELIMINARY CERTIFICATION OF SETTLEMENT CLASS, AND APPROVAL TO PROVIDE NOTICE TO THE CLASS**

I, Stephanie Beige, declare as follows pursuant to 28 U.S.C. § 1746.

1.      I am an attorney admitted to this Court. I am a partner at Bernstein Liebhard LLP. I have personal knowledge of the matters stated herein and, if called as a witness, I could and would competently testify thereto. I make this declaration in support of Lead Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement, Preliminary Certification of the Settlement Class, Approval of the Plan of Allocation, and Approval to Provide Notice to the Class

2.      Attached hereto are true and correct copies of the following documents:

**Exhibit 1**      Firm Resume of Bernstein Liebhard LLP

**Exhibit 2**      Laarni T. Bulan and Laura E. Simons, *Securities Class Action Settlements – 2019 Review and Analysis*, Cornerstone Research

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 14, 2021

/s/ Stephanie Beige
Stephanie Beige

00612828;V1                              1

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on May 14, 2021, a true and correct copy of the foregoing

**DECLARATION OF STEPHANIE BEIGE IN SUPPORT OF LEAD PLAINTIFF'S**

**UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION**

**SETTLEMENT, PRELIMINARY CERTIFICATION OF SETTLEMENT CLASS, AND**

**APPROVAL TO PROVIDE NOTICE TO THE CLASS** was filed with the Clerk of the Court

using the CM/ECF system, which sent notification of such filing to counsel of record.

Executed on May 14, 2021                                     */s/ Stephanie Beige*
                                                             Stephanie Beige

00612828;V1                                     2