# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

IN RE STELLANTIS N.V. SECURITIES
LITIGATION.

Case No. 19-cv-6770 (EK) (MMH)

**DECLARATION OF LUIGGY SEGURA REGARDING:**
**(A) MAILING OF THE POSTCARD NOTICE; (B) PUBLICATION OF THE**
**SUMMARY NOTICE; AND (C) REPORT ON REQUESTS FOR EXCLUSION**
**RECEIVED TO DATE**

I, LUIGGY SEGURA, declare as follows:

1.      I am a Senior Director at JND Legal Administration ("JND").  Pursuant to the Court's Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice, filed October 15, 2021 (ECF No. 60) (the "Preliminary Approval Order"), Lead Counsel was authorized to retain JND as the Claims Administrator in connection with the proposed settlement of the above-captioned action (the "Action").[1]  I submit this Declaration in order to provide the Court and the parties to the Action information regarding the mailing of the Postcard Notice and providing the Internet Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; and (III) Settlement Hearing (the "Internet Notice") and the Proof of Claim and Release (the "Claim Form"), which was posted on the Settlement Website.  The following statements are based on my personal knowledge and

---

[1] All terms with initial capitalization not otherwise defined herein shall have the meanings ascribed in the Stipulation and Agreement of Settlement, dated May 14, 2021 (ECF No. 50) (the "Stipulation").

information provided to me by other experienced JND employees, and, if called as a witness, I could, and would testify competently thereto.

## MAILING OF THE POSTCARD NOTICE

2.      Pursuant to the Preliminary Approval Order, JND was responsible for disseminating the Postcard Notice to potential members of the Settlement Class.  A sample of the Postcard Notice is attached hereto as Exhibit A.

3.      On October 19, 2021, JND received from Lead Counsel the names and addresses of persons who purchased or otherwise acquired common stock of Fiat Chrysler Automobiles N.V. ("FCA") or Stellantis N.V. ("STLA") on a U.S. Exchange or in a transaction in the United States between February 26, 2016 and January 27, 2021, inclusive (the "Settlement Class Period"). This list contained a total of 312 unique names.  Prior to mailing the Postcard Notices, JND verified the mailing records through the National Change of Address ("NCOA") database to ensure the most current address was being used.  As a result, 8 addresses were updated with new addresses, and on November 15, 2021, JND mailed 312 Postcard Notices via First-Class mail to potential Settlement Class Members.

4.      JND also researched filings with the U.S. Securities and Exchange Commission (the "SEC") on Form 13-F to identify additional institutions or entities who may have purchased or otherwise acquired FCA and/or STLA common stock on a U.S. Exchange or in a transaction in the United States during the Settlement Class Period.  As a result, on November 15, 2021, JND mailed Postcard Notices via First-Class mail to the 1,649 institutions and/or entities identified.

5.      As in most securities class actions, a large majority of Settlement Class Members are beneficial purchasers whose securities are held in "street name," *i.e.*, the securities are purchased by brokerage firms, banks, institutions or other third-party nominees in the name of the

nominee, on behalf of the beneficial purchasers.  JND maintains a proprietary database with the names and addresses of the most common banks and brokerage firms, nominees and known third party filers.  JND mailed Postcard Notices via First-Class mail to 4,084 banks, brokerage firms, nominees and known third-party filers on November 15, 2021.

6. Based on all the sources of information described above, on November 15, 2021, JND mailed a total of 6,045 Postcard Notices via First-Class mail (the "Initial Mailing").

7. JND also posted the Internet Notice for brokers and nominees on the Depository Trust Company's ("DTC") Legal Notice System ("LENS") service.  This service is made available to all brokers/nominees who use the DTC.  The DTC LENS is a place for legal notices to be posted pertaining to publicly traded companies.

8. The Notice requested all persons who purchased or otherwise acquired shares of FCA and/or STLA common stock on a US Exchange during the Settlement Class Period for the benefit of another person or entity to send the Postcard Notice to all beneficial owners of such FCA and/or STLA within seven (7) calendar days after receipt thereof, request an electronic copy of Postcard Notice to be sent within seven (7) calendar days after receipt thereof,  or send a list of the names and addresses of such beneficial owners to the Settlement Administrator within seven (7) calendar days.

9. JND also caused reminder postcards to be mailed by First-Class mail, postage prepaid, to the nominees in the Broker Database who did not respond to the Initial Mailing.  The postcard advised nominees of their obligation to facilitate notice of the Settlement to their clients who purchased or otherwise acquired Fiat Chrysler Automobiles N.V. or Stellantis N.V. during the Settlement Class Period.

10.    In a further attempt to garner broker responses, JND reached out via telephone to the largest firms from the broker/nominee and third-party filer community.

11.    Following the Initial Mailing, JND received an additional 104,971 unique names and addresses of potential Settlement Class Members from individuals, brokers and/or nominees requesting Postcard Notices to be mailed to such persons or entities.  JND has also received requests from brokers and other nominee holders for 98,056 Postcard Notices that will be forwarded by the nominees to their customers.

12.    As a result of the efforts described above, as of January 11, 2022, JND mailed a total of 209,072 Postcard Notices to potential Settlement Class Members, brokers, and/or nominee holders.

## PUBLICATION OF THE SUMMARY NOTICE

13.    Pursuant to the Preliminary Approval Order, JND is also responsible for publishing the Summary Notice.  Accordingly, JND caused the Summary Notice to be published once in *Investor's Business Daily* on November 29, 2021, and to be transmitted once over the *PR Newswire* on November 29, 2021.  Attached hereto as Exhibit B are the publications for *Investor's Business Daily* and *PR Newswire*.

## TELEPHONE HELPLINE

14.    Beginning on or about November 15, 2021, JND established and continues to maintain a toll-free telephone number (1-833-916-3600) for Settlement Class Members to call and obtain information about the Settlement and/or request a Notice and Claim Form.  The automated attendant answers the calls and presents callers with a series of choices to respond to basic questions. Callers requiring further assistance have the option to be transferred to a live operator

during business hours. JND continues to maintain the telephone helpline and will update the interactive voice response system as necessary throughout the administration of the Settlement.

## SETTLEMENT WEBSITE

15.     To further assist potential Settlement Class Members, JND, in coordination with Lead Counsel, designed, implemented, and currently maintains a website dedicated to the Settlement, www.PanitzaFiatChryslerSecLitigation.com (the "Settlement Website").    The Settlement Website became operational on or about November 15, 2021, and is accessible 24 hours a day, 7 days a week.  Among other things, the Settlement Website includes general information regarding the Settlement, lists the exclusion, objection, and claim filing deadlines, as well as the date and time of the Court's Settlement Hearing.  JND also posted to the Settlement Website copies of the Stipulation, Preliminary Approval Order, Internet Notice, Claim Form, and other relevant Court documents.

16.     The Settlement Website will continue to be updated with relevant case information and Court documents.  The Settlement Website also provides potential Settlement Class Members the option to submit their Claim online via the website.  Potential Settlement Class Members can enter their Claim information via the online portal, complete the Claim Form, and upload all required documentation.

## REPORT ON EXCLUSION REQUESTS RECEIVED TO DATE

17.     The Postcard Notice, Internet Notice, Summary Notice, and Settlement Website all inform potential Settlement Class Members that requests for exclusion are to be sent to the Claims Administrator, such that they are received no later than January 27, 2022.  The Internet Notice sets forth the information that must be included in any such requests for exclusion.

18.     As of January 11, 2022, JND has received no requests for exclusion.

19.     JND will submit a supplemental declaration after the January 27, 2022 deadline addressing any additional requests for exclusion received.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 13, 2022 at New Hyde Park, New York.

_____
Luiggy Segura

# EXHIBIT A

**Court-Ordered Legal Notice**
**Forwarding Service Requested**

Important Notice about a Securities Class Action Settlement

You may be entitled to a payment. This Notice may affect your legal rights. Please read it carefully.

Case Pending in the United States District Court for the Eastern District of New York.

*Case Number: 1:19-CV-06770-EK-MMH*

***THIS CARD PROVIDES ONLY LIMITED INFORMATION ABOUT THE SETTLEMENT***

*Panitza Fiat Chrysler Securities Litigation*
c/o JND Legal Administration
P.O. Box 91396
Seattle, WA 98111

Name #: PNZ

The United States District Court for the Eastern District of New York has preliminarily approved a proposed class action settlement of all claims in the action captioned *In re Stellantis N.V. Securities Litigation*, Case No. 1:19-cv-06770-EK-MMH (f/k/a *In re Fiat Chrysler Automobiles N.V. Securities Litigation*). The Settlement resolves all of the claims that Defendants violated the Securities Exchange Act of 1934 by making allegedly false and misleading statements to the investing public, which allegedly caused the Settlement Class to purchase Fiat Chrysler Automobiles N.V. ("FCA") common stock and/or Stellantis N.V. ("STLA") common stock at artificially inflated prices during the Class Period. Defendants expressly deny all allegations of wrongdoing or liability whatsoever and deny that the Settlement Class Members' losses are compensable under the securities laws.

You received this Postcard Notice because you or someone in your family may have purchased FCA and/or STLA common stock between February 26, 2016 and January 27, 2021 inclusive and you may be a Settlement Class Member. The Settlement provides that, in exchange for the dismissal and release of claims against Defendants, a fund consisting of $5,000,000, less attorneys' fees and litigation expenses, will be divided among eligible Settlement Class Members who timely submit a valid Proof of Claim and Release Form ("Claim Form"). The Claim Form can be found on the website, www.PanitzaFiatChryslerSecLitigation.com, or will be mailed to you upon request to the Claims Administrator at the address below.

For a full description of the Settlement and your rights and to make a claim, please view the Stipulation of Settlement, the Internet Notice of Pendency and Proposed Settlement of Class Action ("Notice"), and Claim Form by visiting the website: www.PanitzaFiatChryslerSecLitigation.com. You may also request copies of the Notice and Claim Form from the Claims Administrator through: (1) mail: *Panitza Fiat Chrysler Securities Litigation* c/o JND Legal Administration, P.O. Box 91396, Seattle, WA 98111; or (2) call 1-833-916-3600. **To qualify for payment, you must submit a Claim Form** online or by mail.

Claim Forms must be electronically submitted by 11:59 p. m. PST on February 13, 2022. Mailed Claim Forms must be postmarked by February 13, 2022. If you do not want to be legally bound by the Settlement, you must exclude yourself by January 27, 2022 or you will not be able to sue the Defendants concerning the legal claims in this case. If you exclude yourself, you cannot get money from this Settlement. If you stay in the Settlement, you may object to it by January 27, 2022. The detailed Notice explains how to submit a Claim Form, exclude yourself, or object.

The Court will hold a final settlement hearing in this case on February 17, 2022 at 9:30 a.m. at the United States District Court, Eastern District of New York, 225 Cadman Plaza E., Courtroom 6G N, Brooklyn, NY, 11201, or as otherwise ordered by the Court, to consider whether to approve the Settlement, the Plan of Allocation, and a request by Plaintiff's Counsel for up to 33 1/3% of the Settlement Fund for attorneys' fees, plus up to $100,000 for actual expenses, and up to $5,000 in costs and expenses for Lead Plaintiff. You may attend the hearing and ask to be heard by the Court, but you do not have to. For more information, call 1-833-916-3600 or visit the website: www.PanitzaFiatChryslerSecLitigation.com.

***PLEASE VISIT WWW.PANITZAFIATCHRYSLERSECLITIGATION.COM FOR MORE INFORMATION.***

# EXHIBIT B

*(This page consists primarily of dense multi-column mutual fund performance tables listing fund ratings, 36-month performance, YTD, 12-week and 5-year percentage changes, after-tax returns, net asset values and NAV changes — spanning Frank/Temp, Franklin, Gabelli, Guidestone, Guinness Atkinson, Hartford, Invesco, J Hancock, Janus Henderson, JP Morgan, MainStay, MFS, Matthews Asia, Mellon, Metro West, Nuveen, Oak Associates, PIMCO, Pioneer, Putnam, Schwab, SEI, Sit Funds, T-U, Touchstone, TIAA-CREF, Value Line, V-W-X, Victory, Virtus, VOYA, Wasatch, Wells Fargo, William Blair, Wilshire and other fund families — and is not reproduced number-by-number here.)*

# LEGAL NOTICE

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

**IN RE STELLANTIS N.V.
SECURITIES LITIGATION**

19-CV-6770 (EK) (MMH)
Hon. Eric R. Komitee

**SUMMARY NOTICE OF (I) PENDENCY OF CLASS ACTION AND PROPOSED SETTLEMENT; (II) MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES; AND (III) SETTLEMENT FAIRNESS HEARING**

**To: All persons and entities who or which purchased or otherwise acquired common stock of Fiat Chrysler Automobiles N.V. ("FCA") or Stellantis N.V. ("STLA") on a U.S. Exchange or in a transaction in the United States during the period from February 26, 2016 through January 27, 2021, both dates inclusive (the "Settlement Class").**

Certain persons and entities are excluded from the Class as set forth in detail in the Stipulation and Agreement of Settlement dated May 14, 2021 ("Stipulation") and the Notice described below.

**PLEASE READ THIS NOTICE CAREFULLY; YOUR RIGHTS WILL BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT**

**ADDITIONAL INFORMATION ABOUT THE SETTLEMENT IS AVAILABLE ON THE SETTLEMENT WEBSITE,**
*www.PanitzaFiatChryslerSecLitigation.com*

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Eastern District of New York ("Court"), that the Court-appointed Lead Plaintiff, Nicholas S. Panitza, on behalf of himself and all members of the proposed Settlement Class, and Defendants Stellantis N.V. f/k/a Fiat Chrysler Automobiles N.V. ("FCA"), Roland Iseli and Alessandro Baldi, as Co-Executors for the Estate of Sergio Marchionne, Michael Manley and Richard K. Palmer (collectively, "Defendants") have reached a proposed settlement of the claims in the above-captioned class action (the "Action").

A hearing will be held before the Honorable Eric R. Komitee, on **February 17, 2022, at 9:30 a.m.**, in the United States District Court for the Eastern District of New York, 225 Cadman Plaza E., Courtroom 6G N, Brooklyn, NY 11201, or as otherwise ordered by the Court (the "Settlement Hearing") to determine: (i) whether the proposed Settlement on the terms and conditions provided for in the Stipulation is fair, reasonable and adequate to the Settlement Class; (ii) whether, for purposes of the Settlement only, the Action should be certified as a class action on behalf of the Settlement Class, Lead Plaintiff should be certified as Class Representative for the Settlement Class, and Lead Counsel should be appointed as Class Counsel for the Settlement Class; (iii) whether the Action should be dismissed with prejudice against Defendants, and the releases specified and described in the Stipulation (and in the Notices described below) should be entered; (iv) whether the proposed Plan of Allocation for the proceeds of the Settlement is fair and reasonable and should be approved; (v) whether the motion by Lead Counsel for an award of attorneys' fees and reimbursement of Litigation Expenses, including costs and expenses awarded to Lead Plaintiff, should be approved; (vi) to

consider any Settlement Class Members' timely objections to the Settlement, Plan of Allocation, or motion for attorneys' fees and Litigation Expenses; and (vii) to consider any other matters that may properly be brought before the Court in connection with the Settlement. You do NOT need to attend the Settlement Hearing to receive a distribution from the Settlement Fund.

**If you are a member of the Class, your rights will be affected by the pending Action and the Settlement, and you may be entitled to share in the Settlement Fund.** You may obtain a Claim Form and review the Internet Notice of Pendency and Proposed Settlement of Class Action ("Internet Notice") on the website *www.PanitzaFiatChryslerSecLitigation.com* or by contacting the Claims Administrator at:

*Panitza Fiat Chrysler Securities Litigation*
c/o JND Legal Administration
P.O. Box 91396
Seattle, WA 98111

Inquiries, other than requests for the Notice and Claim Form may be made to Lead Counsel:

Stephanie M. Beige, Esq.
BERNSTEIN LIEBHARD LLP
10 East 40th Street
New York, NY 10016
212-779-1414
fiatinfo@bernlieb.com

If you are a Settlement Class Member, in order to be eligible to receive payment under the proposed Settlement, you must submit a Claim Form **postmarked (if mailed), or online at www.PanitzaFiatChryslerSecLitigation.com ("Case Website"), no later than February 13, 2022.** Read the instructions carefully, fill out the Claim Form in accordance with the instructions set forth in the Claim Form, and sign it in the location indicated. The Case Website also includes instructions on downloading your transaction data directly from your brokerage so that you do not have to manually enter each transaction. If you are a Settlement Class Member and do not submit a proper Claim Form, you will not be eligible to share in the distribution of the net proceeds of the Settlement, but you will nevertheless be bound by any releases, judgments or orders entered by the Court in the Action.

If you are a Settlement Class Member and wish to exclude yourself from the Class, you must submit a request for exclusion such that it is *received* **no later than January 27, 2022**, in accordance with the instructions set forth in the Notice. If you properly exclude yourself from the Class, you will not be bound by any releases, judgments or orders entered by the Court in the Action and you will not be eligible to share in the net proceeds of the Settlement.

Any objections to the Settlement, the proposed Plan of Allocation or Lead Counsel's motion for attorneys' fees and reimbursement of expenses, must be filed with the Court and delivered to Lead Counsel and Defendants' Counsel such that they are *received* **no later than January 27, 2022**, in accordance with the instructions set forth in the Notice.

PLEASE DO NOT CONTACT THE COURT, THE CLERK'S OFFICE, DEFENDANTS OR THEIR COUNSEL REGARDING THIS NOTICE. All questions about this notice, the Settlement, or your eligibility to participate in the Settlement should be directed to Lead Counsel or the Claims Administrator.

DATED: October 15, 2021

BY ORDER OF THE COURT
United States District Court for the Eastern District of New York

www.PanitzaFiatChryslerSecLitigation.com                    1-833-916-3600

# Notice of Pendency and Proposed Class Action Settlement Involving All Persons and Entities Who Purchased or Otherwise Acquired Common Stock of Fiat Chrysler Automobiles N. V. or Stellantis N.V.

NEWS PROVIDED BY

**JND Legal Administration →**
Nov 29, 2021, 09:19 ET

SEATTLE, Nov. 29, 2021 /PRNewswire/ --

| UNITED STATES DISTRICT COURT | |
|---|---|
| EASTERN DISTRICT OF NEW YORK | |
| IN RE STELLANTIS N.V. | 19-CV-6770 (EK) (MMH) |
| SECURITIES LITIGATION | Hon. Eric R. Komitee |

**SUMMARY NOTICE OF (I) PENDENCY OF CLASS ACTION AND PROPOSED SETTLEMENT; (II) MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES; AND (III) SETTLEMENT FAIRNESS HEARING**

To:  All persons and entities who or which purchased or otherwise acquired common stock of Fiat Chrysler Automobiles N.V. ("FCA") or Stellantis N.V. ("STLA") on a U.S. Exchange or in a transaction in the United States during the period from February 26, 2016 through January 27, 2021, both dates inclusive (the "Settlement Class").

Certain persons and entities are excluded from the Class as set forth in detail in the Stipulation and Agreement of Settlement dated May 14, 2021 ("Stipulation") and the Notice described below.

**YOUR RIGHTS WILL BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT.**

Additional information about the settlement is available on the settlement website, www.PanitzaFiatChryslerSecLitigation.com.

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Eastern District of New York ("Court"), that the Court-appointed Lead Plaintiff, Nicholas S. Panitza, on behalf of himself and all members of the proposed Settlement Class, and Defendants Stellantis N.V. f/k/a Fiat Chrysler Automobiles N.V. ("FCA"), Roland Iseli and Alessandro Baldi, as Co-Executors for the Estate of Sergio Marchionne, Michael Manley and Richard K. Palmer (collectively, "Defendants") have reached a proposed settlement of the claims in the above-captioned class action (the "Action").

A hearing will be held before the Honorable Eric R. Komitee, on **February 17, 2022**, **at 9:30 a.m.**, in the United States District Court for the Eastern District of New York, 225 Cadman Plaza E., Courtroom 6G N, Brooklyn, NY 11201, or as otherwise ordered by the Court  (the "Settlement Hearing") to determine: (i) whether the proposed Settlement on the terms and conditions provided for in the Stipulation is fair, reasonable and adequate to the Settlement Class; (ii) whether, for purposes of the Settlement only, the Action should be certified as a class action on behalf of the Settlement Class, Lead Plaintiff should be certified as Class Representative for the Settlement Class, and Lead Counsel should be appointed as Class Counsel for the Settlement Class; (iii) whether the Action should be dismissed with prejudice against Defendants, and the releases specified

and described in the Stipulation (and in the Notices described below) should be entered; (iv) whether the proposed Plan of Allocation for the proceeds of the Settlement is fair and reasonable and should be approved; (v) whether the motion by Lead Counsel for an award of attorneys' fees and reimbursement of Litigation Expenses, including costs and expenses awarded to Lead Plaintiff, should be approved; (vi) to consider any Settlement Class Members' timely objections to the Settlement, Plan of Allocation, or motion for attorneys' fees and Litigation Expenses; and (vii) to consider any other matters that may properly be brought before the Court in connection with the Settlement.  You do NOT need to attend the Settlement Hearing to receive a distribution from the Settlement Fund.

**If you are a member of the Class, your rights will be affected by the pending Action and the Settlement, and you may be entitled to share in the Settlement Fund.**  You may obtain a Claim Form and review the Internet Notice of Pendency and Proposed Settlement of Class Action ("Internet Notice") on the website www.PanitzaFiatChryslerSecLitigation.com or by contacting the Claims Administrator at:

*Panitza Fiat Chrysler Securities Litigation*

c/o JND Legal Administration

P.O. Box 91396

Seattle, WA 98111

Inquiries, other than requests for the Notice and Claim Form may be made to Lead Counsel:

Stephanie M. Beige, Esq.

BERNSTEIN LIEBHARD LLP

10 East 40th Street

New York, NY 10016

212-779-1414

fiatinfo@bernlieb.com

If you are a Settlement Class Member, in order to be eligible to receive payment under the proposed Settlement, you must submit a Claim Form **postmarked (if mailed), or online** at www.PanitzaFiatChryslerSecLitigation.com **("Case Website"), no later than February 13, 2022**. Read the instructions carefully, fill out the Claim Form in accordance with the instructions set forth in the Claim Form, and sign it in the location indicated.  The Case Website also includes instructions on downloading your transaction data directly from your brokerage so that you do not have to manually enter each transaction.  If you are a Settlement Class Member and do not submit a proper Claim Form, you will not be eligible to share in the distribution of the net proceeds of the Settlement, but you will nevertheless be bound by any releases, judgments or orders entered by the Court in the Action.

If you are a Settlement Class Member and wish to exclude yourself from the Class, you must submit a request for exclusion such that it is **received no later than January 27, 2022**, in accordance with the instructions set forth in the Notice.  If you properly exclude yourself from the Class, you will not be bound by any releases, judgments or orders entered by the Court in the Action and you will not be eligible to share in the net proceeds of the Settlement.

Any objections to the proposed Settlement, the proposed Plan of Allocation or Lead Counsel's motion for attorneys' fees and reimbursement of expenses, must be filed with the Court and delivered to Lead Counsel and Defendants' Counsel such that they are **received no later than January 27, 2022**, in accordance with the instructions set forth in the Notice.

For further questions, visit www.PanitzaFiatChryslerSecLitigation.com or call toll-free 1-833-916-3600.

PLEASE DO NOT CONTACT THE COURT, THE CLERK'S OFFICE, DEFENDANTS OR THEIR COUNSEL REGARDING THIS NOTICE. All questions about this notice, the Settlement, or your eligibility to participate in the Settlement should be directed to Lead Counsel or the Claims Administrator.

BY ORDER OF THE COURT

United States District Court

for the Eastern District of New York


SOURCE JND Legal Administration