**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE STELLANTIS N.V. SECURITIES LITIGATION | 19-CV-6770 (EK) (MMH) |
|  | CLASS ACTION |

**SUPPLEMENTAL DECLARATION OF STEPHANIE M. BEIGE IN FURTHER SUPPORT OF (I) LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, PLAN OF ALLOCATION AND CERTIFICATION OF SETTLEMENT CLASS AND (II) LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES AND REIMBURSEMENT AWARD TO LEAD PLAINTIFF**

I, Stephanie M. Beige, hereby declare as follows:

1.      I am a member of the New York Bar and appearing in this case *pro hac vice*. I am a partner at Bernstein Liebhard LLP ("Bernstein Liebhard"). My firm was appointed Lead Counsel in this Action for Lead Plaintiff and the Class ("Lead Counsel"). I have personal knowledge of the matters stated herein and, if called as a witness, I could and would competently testify thereto.[1]

2.      I respectfully submit this Supplemental Declaration pursuant to Rule 23 of the Federal Rules of Civil Procedure in further support of: (1) Lead Plaintiff's Motion for Final Approval of Proposed Class Action Settlement, Plan of Allocation and Certification of the Settlement Class; and (2) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Expenses (ECF Nos. 61-64).

**UPDATE ON REQUESTS FOR EXCLUSION**

3.      The Notice that was disseminated by the court-approved Claims Administrator, JND Legal Administration ("JND") informed Potential Settlement Class Members that requests

---

[1] Unless otherwise indicated, all capitalized terms herein shall have the same meanings as set forth in the Stipulation and Agreement of Settlement filed with the Court on May 14, 2021 ("Stipulation") (ECF No. 50).

00674394;V1

for exclusion were to be sent to the Claims Administrator, such that they were received no later than January 27, 2022. The Internet Notice set forth the information that must be included in any such requests for exclusion.

4. On January 18, 2022, JND received a request for exclusion from Jennifer Berthold. While Ms. Berthold requested exclusion from the Class, she did not provide any of the information needed to confirm whether she is a member of the Settlement Class.

5. On January 24, 2022, I attempted to contact Ms. Berthold by telephone to obtain the missing information, but the phone number she provided was a non-working number.

6. That same day, I wrote to Ms. Berthold at the address she provided, advising her of the missing information and requesting that she contact me by February 14, 2022 to discuss her exclusion request.

7. As of the date of this Declaration, Ms. Berthold has not contacted me or provided any of the missing information.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 10, 2022.

By: _____
Stephanie M. Beige