CIVIL CAUSE FOR FAIRNESS HEARING

BEFORE JUDGE: Eric Komitee, U.S.D.J.
DATE:  2/17/2022
TIME IN COURT: 45 MINS


DOCKET NUMBER: CV 19-6770
TITLE:  In re Stellantis N.V. Securities Litigation

COURT REPORTER: ESR Operator
FTR LOG: 9:48 - 10:33

APPEARANCES:

      Plaintiffs:    Stephanie Beige, Stanley Bernstein, Lisa Sriken
      Defendants:  William Monahan


SUMMARY: Discussion held. Decision reserved. As discussed, Defendant shall submit a revised proposed judgment.