**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| IN RE STELLANTIS N.V. SECURITIES LITIGATION | : : : : : : | 19-CV-6770 (EK) (VMS) |

**NOTICE OF LEAD COUNSEL'S UNOPPOSED MOTION FOR DISTRIBUTION OF THE NET SETTLEMENT FUND TO AUTHORIZED CLAIMAINTS**

00720679;V1

**TO:**   **ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that pursuant to paragraphs 25, 28, 31, and 49 of the Stipulation,[1] which is incorporated in the Order and Final Judgment Approving Class Action Settlement (ECF No. 70) (the "Judgment"), and upon the accompanying Declaration of Luiggy Segura of JND Legal Administration ("JND" or the "Claims Administrator") in Support of Lead Counsel's Unopposed Motion for Distribution of the Net Settlement Fund to Authorized Claimants, and the Memorandum in Support of Distribution of the Net Settlement Fund to Authorized Claimants, Lead Counsel hereby moves this Court, before the Honorable Eric R. Komitee, United States District Judge, to enter the accompanying [Proposed] Order granting Lead Counsel's Unopposed Motion for Distribution of the Net Settlement Fund to Authorized Claimants, which, *inter alia*, will: (i) approve JND's administrative determinations concerning the acceptance and rejection of the Claims submitted; (ii) approve payment of JND's requested fees and expenses associated with administering the Settlement from the Escrow Account; (iii) direct payment of the Net Settlement Fund to Authorized Claimants from the Escrow Account; and (iv) permitting the Claims Administrator to destroy paper, hard copies, and electronic data relating to the Claims in the time period(s) described in the supporting memorandum of law.

---

[1] All terms with initial capitalization not otherwise defined herein shall have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated May 14, 2021 (the "Stipulation"), previously filed with the Court (ECF No. 50).

00720679;V1

DATED: December 7, 2022                Respectfully submitted,

                                       **BERNSTEIN LIEBHARD LLP**

                                       By: /s/ Stephanie M. Beige
                                           Stanley D. Bernstein
                                           Stephanie M. Beige
                                           Joseph R. Seidman, Jr.
                                           10 East 40th Street
                                           New York, NY  10016
                                           Telephone: (212) 779-1414
                                           Facsimile: (212) 779-3218
                                           bernstein@bernlieb.com
                                           beige@bernlieb.com
                                           seidman@bernlieb.com

                                           *Lead Counsel for Lead Plaintiff and the Settlement Class*

00720679;V1

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2022, a true and correct copy of the foregoing

**NOTICE OF LEAD COUNSEL'S UNOPPOSED MOTION FOR DISTRIBUTION OF THE**

**NET SETTLEMENT FUND FOR AUTHORIZED CLAIMANTS** was filed with the Clerk of

the Court using the CM/ECF system, which sent notification of such filing to counsel of record.


Executed on December 6, 2022                    */s/ Stephanie Beige*
                                                 Stephanie Beige


00720679;V1