# EXHIBIT A
# DEFICIENCY
# NOTICES



Claim ID: ███████████

**Panitza Fiat Chrysler Securities Litigation**
**c/o JND Legal Administration**
**P.O. Box 91396**
**Seattle, WA 98111**

**Email: info@panitzafiatchryslerseclitigation.com**
**Toll Free Number: (833) 916-3600**
**Settlement Website: www.panitzafiatchryslerseclitigation.com**



**Mailing Date: 5/19/2022**
**Response Due Date: 06/08/2022**

**Claim ID:** ███████████

**Eligible Security: Fiat Chrysler Automobiles N.V and Stellantis N.V. common stock purchased or otherwise acquired on a US Exchange**

**Class Period: Between February 26, 2016 and January 27, 2021, inclusive**

# NOTICE OF DEFICIENT AND/OR INELIGIBLE CLAIM

Dear Claimant:

We received and processed the Proof of Claim and Release form you submitted in the above-referenced securities litigation settlement.  We have determined based on our review of your Claim, that the Claim is deficient or ineligible for the reason(s) identified below.  In order to resolve the deficiencies, you must submit a written response with any required documentation as specified below postmarked no later than the response due date printed at the top of this notice. Please include a copy of this notice with your response. If you agree with the determination or do not want to correct your claim, no further action is required. **If you fail to respond by the response due date set forth above, or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. This is the only notice you will receive with respect to this Claim.**

 **Reason for deficiency/ineligibility (Please see below for explanation):**
  **NO PURCHASE(S) WERE CLAIMED IN THE CLASS PERIOD**

Claim ID: ▮▮▮▮▮▮▮

**Explanation of Claim Deficiency/Ineligibility:**

### NO PURCHASE(S) WERE CLAIMED IN THE CLASS PERIOD

This Claim does not contain any purchases of FCA/STLA February 26, 2016 and January 27, 2021 Common Stock during the  Class Period, i.e., from   inclusive.

**How To Fix:**

You can only resolve this deficiency by submitting documentation supporting purchases of FCA/STLA Common Stock which occurred on a US exchange during the Class Period.

Please Note: If you have purchase transactions of FCA/STLA Common Stock during this period, you must also provide this and all other information and supporting documentation called for in the Proof of Claim and Release form with respect to your holdings of and transactions in FCA/STLA Common Stock which occurred on a US exchange.

**JND** | LEGAL ADMINISTRATION

Claim ID: ███████

**Please note, even if you cure the noted deficiencies, your Claim must then calculate to a Recognized Claim under the Plan of Allocation in order to be included in the list of eligible Claims presented to the Court for approval.** If you disagree with the conditions identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

To request Court review, you must send a letter to the Claims Administrator at the address indicated above no later than the response deadline set forth above.  Your letter, which must be signed, must: (1) specifically state that you "request that the Court review the full or partial rejection of your Claim"; (2) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (3) include any and all documentation supporting your arguments.  A copy of this letter must be included with your request for Court review.  PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM.

If you have any questions about this notice or any of the noted deficiencies, or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the telephone number or email address noted above.

Sincerely,

JND Legal Administration

**JND** LEGAL ADMINISTRATION

Claim ID:  P3TSY54BXJ

**Panitza Fiat Chrysler Securities Litigation**
**c/o JND Legal Administration**
**P.O. Box 91396**
**Seattle, WA 98111**

**Email: info@panitzafiatchryslerseclitigation.com**
**Toll Free Number: (833) 916-3600**
**Settlement Website: www.panitzafiatchryslerseclitigation.com**

**DANIEL DOHERTY**
**26 SCHUYLER HILLS ROAD**
**LOUDONVILLE, NY 12211**
**UNITED STATES**

**Mailing Date: 5/5/2022**
**Response Due Date: 05/25/2022**

**Claim ID: P3TSY54BXJ**

**Eligible Security: Fiat Chrysler Automobiles N.V and Stellantis N.V. common stock purchased or otherwise acquired on a US Exchange**

**Class Period: Between February 26, 2016 and January 27, 2021, inclusive**

## NOTICE OF DEFICIENT AND/OR INELIGIBLE CLAIM

Dear Claimant:

We received and processed the Proof of Claim and Release form you submitted in the above-referenced securities litigation settlement.  We have determined based on our review of your Claim, that the Claim is deficient or ineligible for the reason(s) identified below.  In order to resolve the deficiencies, you must submit a written response with any required documentation as specified below postmarked no later than the response due date printed at the top of this notice. Please include a copy of this notice with your response. If you agree with the determination or do not want to correct your claim, no further action is required. **If you fail to respond by the response due date set forth above, or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. This is the only notice you will receive with respect to this Claim.**

**Reason for deficiency/ineligibility (Please see below for explanation):**

**Foreign/Ineligible Exchange**
**INADEQUATE DOCUMENTATION PROVIDED FOR CERTAIN TRANSACTION(S)/POSITION(S)**
**MISSING TRANSACTION INFORMATION**

Claim ID:

**Explanation of Claim Deficiency/Ineligibility:**

**Foreign/Ineligible Exchange**

This Claim does not contain any acquisitions and/or purchases of FCA/STLA Common Stock purchased or acquired on a US Exchange during the Class Period, i.e., from February 26, 2016 and January 27, 2021, inclusive.

**How To Fix:**

Please Note: If you have purchase transactions of FCA/STLA Common Stock on a US Exchange during this period, you must also provide this and all other information and supporting documentation called for in the Proof of Claim and Release form with respect to your holdings of and transactions in FCA/STLA Common Stock.

**Explanation of Transaction Deficiency/Ineligibility:**

**INADEQUATE DOCUMENTATION PROVIDED FOR CERTAIN TRANSACTION(S)/POSITION(S)**

Documentation provided for the transaction(s)/position(s) set forth in the chart below does not meet the requirements for supporting documentation.

**How To Fix:**

You can resolve this deficiency by submitting acceptable documentation to support the transaction(s)/position(s) reflected in the chart below.  Opening holding position, all transactions, and the number of shares held at close of trading on April 26, 2021 must be properly documented.  If the entries listed in the chart are for Class Period transactions, the supporting documentation for each transaction must reflect the purchase/sale date, the number of shares purchased/sold, and the price paid/received per share.  With respect to the required "holding" positions, the documentation need only support the number of shares held as of the date set forth in Proof of Claim and Release Form.

Acceptable documentation includes securities broker's confirmation slips, month and year-end account statements or similar documentation (self-generated documents are not acceptable).

**MISSING TRANSACTION INFORMATION**

The information as entered on your Claim Form did not include all details for the transaction(s). The supporting documentation was either not provided or did not include the transactional information.

**How To Fix:**

You can resolve this deficiency by submitting acceptable documentation to support the transaction(s) reflected in the chart below.  If the entries listed in the chart are for Class Period transactions, the supporting documentation for each transaction must reflect the purchase/sale date, the number of shares purchased/sold, and the price paid/received per share.

**JND** | LEGAL ADMINISTRATION

Claim ID: ▮▮▮▮▮▮

| Transaction Deficiency Details: | | | | | |
|---|---|---|---|---|---|
| **INADEQUATE DOCUMENTATION PROVIDED FOR CERTAIN TRANSACTION(S)/PO** | | | | | |
| **Security Type** | **Transaction Type** | **Trade Date** | **Number Of Shares** | **Share Price** | **Total Price** |
| Common Stock | Purchases | 10/23/2018 | 200.00 | 10.74 | 2,147.72 |
| **MISSING TRANSACTION INFORMATION** | | | | | |
| **Security Type** | **Transaction Type** | **Trade Date** | **Number Of Shares** | **Share Price** | **Total Price** |
| Common Stock | Purchases | 10/23/2018 | 200.00 | 10.74 | 2,147.72 |

**Please note, even if you cure the noted deficiencies, your Claim must then calculate to a Recognized Claim under the Plan of Allocation in order to be included in the list of eligible Claims presented to the Court for approval.** If you disagree with the conditions identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

To request Court review, you must send a letter to the Claims Administrator at the address indicated above no later than the response deadline set forth above.  Your letter, which must be signed, must: (1) specifically state that you "request that the Court review the full or partial rejection of your Claim"; (2) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (3) include any and all documentation supporting your arguments.  A copy of this letter must be included with your request for Court review.  PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM.

If you have any questions about this notice or any of the noted deficiencies, or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the telephone number or email address noted above.

Sincerely,

JND Legal Administration