# EXHIBIT B

# DEFICIENCY EMAIL AND DEFICIENCY SPREADSHEET

Dear Electronic Claim Filer:

Your claim submission(s) for the In Re Stellantis N.V. Securities Litigation, has/have been reviewed by the Claims Administrator and claim(s) contained in your submission were found to be deficient/ineligible. A list of the claim(s), transaction(s) and our determinations are found on the attachment. A deficiency/ineligible key has also been enclosed to further describe the claim/transaction status and provide insight on ways to cure your claim(s), if possible.

You will have 20 calendar days from the date of this email to provide your deficiency response. If no response is provided, your claim(s) will be presented to the Court in the current status.

If you disagree with the conditions identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim. To request Court review, you must send an email to the Claims Administrator. Your email must: (1) specifically state that you "request that the Court review the full or partial rejection of your Claim"; (2) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (3) include any and all documentation supporting your arguments.

PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM.

Please submit all documentation to cure your deficiency/ineligible claim(s) via email to PNZSecurities@JNDLA.com or via U.S. mail to: Panitza Fiat Chrysler Securities Litigation c/o JND Legal Administration P.O. Box 91396 Seattle, WA 98111.

Please reply to this email if you have any questions regarding your deficiency or claim submission.

The attached spreadsheet is password protected. A follow-up email with the password will be sent shortly.


Regards,

Claims Administrator (TL)
Panitza Fiat Chrysler Securities Litigation
1-833-916-3600
www.PanitzaFiatChryslerSecLitigation.com

| JND ID | Claim ID | Account | Account Name | Deficiency |
|--------|----------|---------|--------------|------------|
| XX | XXX | X | XXXXXX | XX |
| XXX | XX | XX | XX | XX |
| XX | XXXXX | XXXXX | XXXXX | X |

| JND ID | Claim ID | Account | Account Name | Transaction Type | Transaction Date | Quantity | Share Price | Total Price | Deficiency |
|---|---|---|---|---|---|---|---|---|---|
| XX | XXX | XX | X | X | X | XXX | XX | XX | XX |
| XX | XXXX | XX | X | XXXX | XX | XX | XX | XXXX | XXX |
| XXX | XX | XX | X | X | XXXX | XX | X | XX | X |
| X | X | XXX | X | XX | X | XXXX | XXX | XX | XXXX |
| X | XXX | XXX | X | XX | XX | XX | XXXX | XX | X |
| | | | | | | | | | |
| | | | | | | | | | |

| Claim Level Deficiency | | | |
|---|---|---|---|
| Deficiency ID | Deficiency Name | Deficiency Description | How to Fix |
| XX | CLAIM DOES NOT BALANCE | The Claim as submitted was not a balanced Claim. The beginning holdings plus purchases of FCA/STLA Common Stock does not equal sales plus the number of shares held at close of trading on January 27, 2021. The total number of shares entered in sections 1, 2 and 3 must equal the total number of shares entered in sections 4 and 5 of the Schedule of Transactions in FCA/STLA Common Stock. | You can resolve this deficiency by supplying all the called-for share amounts in the Schedule of Transactions in FCA/STLA Common Stock together with the required revised data. |
| XX | CLAIM SUBMITTED WAS FOR AN INELIGIBLE SECURITY | The security(ies) listed in your Claim(s) is (are) not an eligible security. FCA/STLA Common Stock purchaed or acquired on a US Exchange is(are) the only security(ies) eligible under the Settlement. | You can only resolve this deficiency by submitting documentation supporting acquisitions and/or purchases of FCA/STLA Common Stock purchased or otherwise acquired on a US Exchange during the Class Period from February 26, 2016 through January 27, 2021, inclusive. Please Note: If you have purchase transactions of FCA/STLA Common Stock during this period, you must also provide this and all the other information and supporting documentation called for in the Proof of Claim and Release form with respect to your holdings of and transactions in FCA/STLA Common Stock. |
| XX | NO PURCHASES WERE CLAIMED IN THE CLASS PERIOD | This Claim does not contain any acquisitions and/or purchases of FCA/STLA Common Stock purchased or acquired on a US Exchange during the Class Period, i.e., from February 26, 2016 and January 27, 2021, inclusive. | Please Note: If you have purchase transactions of FCA/STLA Common Stock on a US Exchange during this period, you must also provide this and all other information and supporting documentation called for in the Proof of Claim and Release form with respect to your holdings of and transactions in FCA/STLA Common Stock. |
| XXX | DUPLICATE CLAIM FILED | The Claim referenced is a duplicate and is therefore, rejected. | You can only resolve this condition of ineligibility if you can demonstrate that this Claim is not a duplicate of the Primary Claim. You must send an email explaining why you believe this Claim should not be deemed a duplicate along with acceptable documentation to support your position. If you acknowledge that this Claim is a duplicate of the Primary Claim but wish this Claim to be the operative Claim and the Primary Claim to be rejected, a signed, notarized letter from the beneficial owner of the securities stating that this Claim should be considered and that the Primary Claim should be withdrawn must be submitted along with a copy of this notice. |
| XXX | CLAIM SUBMITTED BY OR ON BEHALF OF AN EXCLUDED PERSON OR ENTITY | The person or entity on whose behalf this Claim was filed is an excluded person or entity under the terms of this Settlement | Excluded from the Settlement Class are Defendants, current and former officers and directors of Fiat Chrysler Automobiles at all relevant times, and all such excluded persons' Immediate Family members, legal representatives, heirs, agents, affiliates, predecessors, successors and assigns, and any entity in which any excluded person has or had a controlling interest. Also excluded from the Settlement Class are any persons and entities who or which exclude themselves by submitting a request for exclusion that is accepted by the Court.<br><br>If you believe that the person or entity on whose behalf this Claim was filed was incorrectly identified as an Excluded Person, please contact or call the Claims Administrator. |
| XX | CLAIM DOES NOT CALCULATE TO A RECOGNIZED LOSS UNDER THE PLAN OF ALLOCATION | In accordance with the Court-Approved Plan of Allocation set forth in the Notice, the Claim referenced in the attached spreadsheet does not calculate to a Recognized Claim and is, therefore, ineligible to receive a payment from the Net Settlement Fund. | You can resolve this condition of ineligibility only by submitting additional purchase transactions of FCA/STLA Common Stock during the Class Period, i.e., from February 26, 2016 through January 27, 2021, inclusive, that were not previously reflected in your Claim and which make your Claim calculate to a Recognized Claim. You must also support any additional transactions with acceptable documentation.<br><br>Acceptable documentation includes securities broker's confirmation slips, month- and year-end account statements or similar documentation (self-generated documents are not acceptable). |
| XX | MISSING TRANSACTION INFORMATION | The information as entered on your submission did not include all details for the transaction(s). | You can resolve this deficiency by supplying all the called-for transactional information in a revised data file.<br>Please note the submission must include whether or not these transactions occurred on a US Exchange. |
| XX | Foreign/Ineligible Exchange | This Claim does not contain any acquisitions and/or purchases of FCA/STLA Common Stock purchased or acquired on a US Exchange during the Class Period, i.e., from February 26, 2016 through January 27, 2021, inclusive. | Please Note: If you have purchase transactions of FCA/STLA Common Stock on a US Exchange during this period, you must also provide this and all other information and supporting documentation called for in the Proof of Claim and Release form with respect to your holdings of and transactions in FCA/STLA Common Stock. |
| XX | Missing Exchange Information on Entire Claim | This Claim as submitted does not indicate the exchange that the transactions were traded. | In order to be eligible for the above referenced Settlement the acquisitions and/or purchases had to occur on a US exchange. The only way to cure this deficiency is to submit a revised file with this information. |
| XX | PLACEHOLDER CLAIM | Your previous correspondence included submission(s) without data in the Panitza Fiat Chrysler Securities Litigation. | Please submit the data for the submission(s) within 20 days of this letter. If you do not submit the data within the 20 days, the submission(s) will be rejected, and any further submission(s) will be considered late. Please note that we cannot guarantee the acceptance of any late Claim(s). |

## Transaction Level Deficiency

| Deficiency ID | Deficiency Name | Deficiency Description | How to Fix |
|---|---|---|---|
| XX | TRANSACTION(S) IS/ARE TRANSFER IN(S) | The Claim referenced contains one or more transactions that were presented or identified as a gift or transfer into your account (also called a "free receipt") during the Class Period.  The data submitted, however, does not reflect when the shares were purchased. | In order for the Claim to be properly calculated, you must submit revised data that provides information regarding the **original** purchase/acquisition of the shares in the noted transactions before they were transferred into the account.  Specifically, you must submit, with respect to each transaction, revised data that reflects the date on which the shares in each transaction were purchased/acquired. These shares must have been purchased /acquired on a US exchange. |
| XX | PRICE PER SHARE OUT OF RANGE | The price per share or the price X quantity is outside of the normal range for that day. Please check dates and data. If you submitted a transaction(s) in a foreign currency, the Price Per Share and Net Amount have been converted to US Dollars, therefore, the transaction information will not appear as it was submitted. | Please review your data to confirm the price of the transaction. If the data is correct, provide adequate supporting documentation substantiating the price and/or net amount. Please note that the transactions must have occurred on a US exchange. |
| XX | NET OUT OF RANGE | The price X quantity is outside of the normal range. Please check dates and data. If you submitted a transaction(s) in a foreign currency, the Price Per Share and Net Amount have been converted to US Dollars, therefore the transaction information will not appear as submitted. | Please review your data to confirm the net amount of the transaction. If the data is correct, provide adequate supporting documentation substantiating net amount. Please note that the transactions must have occurred on a US exchange. |
| XX | INELIGIBLE SECURITY(IES) CLAIMED FOR CERTAIN TRANSACTION(S) | The security claimed for the transaction(s) set forth is not the eligible security for this settlement. | The only security eligible in this Settlement is FCA/STLA Common Stock.  If you did not purchase  FCA/STLA common stock during the Class Period on a US exchange, you are not eligible to participate in the Settlement. |
| XX | TRANSACTION(S) IS/ARE OUTSIDE CLASS PERIOD | The purchase Transaction(s) set forth did not occur during the Class Period. Unless the date(s) originally submitted are incorrect, then the transaction(s) will not be included in your Claim. | |
| XX | TRANSACTION(S) IS/ARE TRANSFER(S) OUT | The Claim referenced contains one or more transactions that were presented or identified as a transfer out of your account (also called a "free delivery") during the Class Period.  The data submitted, however, does not reflect the date and means of final disposition of the shares. | In order to include the below-noted shares in the calculation of the Claim, you must submit acceptable supporting documentation demonstrating that the final sale of those shares subsequent to the transfer out of the account occurred during the period of February 26, 2016 through April 26, 2021, both dates inclusive, or held as of close of trading on. Specifically, if the shares identified below as a "Transfer Out" were ultimately sold during the period of February 26, 2016 through April 26, 2021, both dates inclusive, you must submit, with respect to each transaction, acceptable supporting documentation that reflects the date of the final sale of the shares. |
| XX | MISSING TRANSACTION INFORMATION | The information as entered on your submission did not include all details for the transaction(s). | You can resolve this deficiency by supplying all the called-for transactional information in a revised data file. |
| XX | Missing Exchange Information | These transactions as submitted does not indicate the exchange that the transactions were traded. | In order to for these transactions to be eligible for the above referenced Settlement the acquisitions and/or purchases had to occur on a US exchange. The only way to cure this deficiency is to submit a revised file with this information. |
| XX | Foreign/Ineligible Exchange | These transactions  were  purchased or acquired on an exchange other than a  US Exchange. | If you have purchases transactions that occurred on a US excchange please submit a revised file and supporting documentation to support these updated transctions. |