# EXHIBIT C CLAIM DISPUTES

Panitza Fiat Chrysler Automobile Securities Litigation - Disputing Claimants

| Disputing Claimant | Claim Number |
|---|---|
| 1 | PHTA52RCKN |
| 2 | PRG8PHZ2X9 |
| 3 | P48ZJS9MQD |
| 4 | PDY86XARTF |
| 5 | PRGJY83L2M |
| 6 | PHXVW9C5QD |
| 7 | PNL9H6ES2T |
| 8 | PTAKZ849NS |
| 9 | DAWYZX4G3J |
| 10 | D95ZT-42X7H |

| Disputing Claimant/ Claim Number | Information Regarding Disputed Claim |
|---|---|
| 1. PHTA52RCKN | Disputing Claimant No. 1 submitted a timely Claim with supporting documentation showing one (1) purchase for two-thousand (2,000) shares of Fiat common stock during the Class Period with a purchase price of $12.44. These shares were held through the end of the relevant period.<br><br>As set forth in the Plan of Allocation, shares of FCAU or STLA common stock purchased or otherwise acquired during the Class Period (i.e., between February 26, 2016 and January 27, 2021, inclusive) and held as of the close of trading on April 26, 2021, the Recognized Loss per share shall be the lesser of: (i) the artificial inflation at the time of the purchase ($0.06), or (ii) the purchase price minus $17.02, which is the mean (average) closing price of FCA (now STLA) common stock between the end of the Class Period and April 26, 2021. As this Claimant purchased his shares on February 28, 2020, for $12.44 per share, the lesser of calculation is $12.44 minus $17.02, which equals a negative number. Pursuant to the Plan, to the extent a Claimant's Recognized Loss Amount results in a negative number, it shall be set to zero.<br><br>On or about May 6, 2022, JND emailed a Deficiency Notice to the Claimant advising that the Claim did not calculate to a Recognized Claim under the Court-approved Plan of Allocation. On May 7, 2022, JND received an email from the Claimant requesting Court review of JND's determination. Between May 11, 2022, and June 9, 2022, JND exchanged a number of emails and phone calls with the Claimant in an attempt to explain the Plan of Allocation and ultimate determination of the Claim. As a result, the Claimant provided a December 2020 account statement |

| Disputing Claimant/ Claim Number | Information Regarding Disputed Claim |
|---|---|
| | showing the February 28, 2020, purchase at $12.44 per share (previously discussed), and the holding of those shares; and, as requested, JND provided an electronic copy of the Notice which contains the Plan of Allocation. Thereafter, between June 9, 2022, and July 1, 2022, JND made additional attempts by phone, and left four voicemails, to further discuss the determination. To date, the Claimant has not responded to those additional attempts, nor confirmed whether JND's explanation resolved his request for Court review. <br><br> JND has reevaluated Disputing Claimant No. 1's Claim and request for Court review. Accordingly, JND recommends that Claim Number PHTA52RCKN be rejected as it does not calculate to a Recognized Claim pursuant to the Plan. |
| 2. PRG8PHZ2X9 | Disputing Claimant No. 2 submitted a timely Claim with supporting documentation showing two-hundred and fifty (250) shares of Fiat common stock purchased during the Class Period, with the largest purchase price per share of $15.25. All two-hundred and fifty (250) shares were sold between January 3, 2018, and March 2, 2021, with sales prices between $16.95 and $22.35 per share. <br><br> As set forth in the Plan of Allocation, there is an out-of-pocket provision for all shares of FCAU or STLA common stock purchased during the Class Period and sold prior to the end of trading on April 26, 2021. If the purchase price minus the sales price is a negative number, the Recognized Loss Amount will be set to zero. All two-hundred and fifty (250) shares purchased during the Class Period were purchased for between $5.55 per share and $7.94 per share, and sold for between $16.95 and $22.35 per share. Specifically, the purchase on May 4, 2016, for fifty (50) shares with a purchase price per share of $7.94 matches to the sale on January 3, 2018, with a sale price of $18.45. This results in a negative $10.51 per share. The purchase on May 4, 2016, for fifteen (15) shares with a purchase price of $7.94 per share, matches against the sale on February 21, 2018, with a sales price of $22.35 per share. This results in a negative $14.41 per share. The purchase on May 17, 2016, for 35 shares at a purchase price of $7.14 per share, matches to a sale on February 21, 2018, with a sale price per share of $22.35. This result in a negative $15.21 per share. The purchase on May 19, 2016, for fifty (50) share with a purchase price of $6.92, matches against the sale on March 2, 2021, with a sales price per share of $16.95. This results in a negative $10.03. The purchase on June 16, 2016, for 25 share at a purchase price of $6.33, matches to the sale on March 2, 2021, with a sales price per share of $16.95. This results in a negative $10.62 per share. The purchase on June 27, 2016, for twenty-five (25) shares with a purchase price per share of $6.00 matches to a sale on March 2, 2021, with a sales price of $16.95. This results in a negative $10.95 per share. |

| Disputing Claimant/ Claim Number | Information Regarding Disputed Claim |
|---|---|
| | The purchase on June 27, 2016, for 25 shares at a purchase price of $6.00, matches against the sale on March 2, 2021, with a sales price per share of $16.95. This results in a negative $10.95. The purchase on July 6, 2016, with a purchase price per share of $5.55, matches against the sale on March 2, 2021, for a sales price of $16.95. This results in a negative $11.40. The purchase on December 10, 2018, for twenty-five (25) shares at a purchase price per share of $15.25, matches against the sale on March 2, 2021, with a sales price of $16.95 which results in a negative $1.70. <br><br> On or about May 6, 2022, JND emailed a Deficiency Notice to the Claimant advising that the Claim did not calculate to a recognized claim under the Court-approved Plan of Allocation. On May 7, 2022, JND received an email from the Claimant requesting Court review of JND's determination of the Claim. JND followed up via email and made multiple attempts to reach the claimant using the phone number provided on the claim and left 3 detailed voicemails between May 27, 2022, and July 1, 2022, with no response. To date, the Claimant has not confirmed whether JND's explanation resolved his request for Court review. <br><br> JND has reevaluated Disputing Claimant No. 2's Claim and request for Court review. Accordingly, JND recommends that Claim Number PRG8PHZ2X9 be rejected as it does not calculate to a Recognized Claim pursuant to the Plan. |

| 3.  P48ZJS9MQD | |
|---|---|
| | Disputing Claimant No. 3 submitted a timely Claim with supporting documentation showing one (1) purchase for one-hundred (100) shares of Fiat common stock during the Class Period on August 17, 2018, at a purchase price per share of $17.00; and one (1) sale of one-hundred (100) shares on August 27, 2018, with a sales price per share of $17.54. |
| | As set forth in the Plan of Allocation, shares of FCAU or STLA common stock sold between February 26, 2016, and January 26, 2021, the Recognized Loss shall be the lesser of: (i) the applicable purchase date artificial inflation per share less the applicable sales date artificial inflation per share; or (ii) the difference between the purchase price per share and the sales price per share. In both scenarios there is no Recognized Loss since the purchase and the sale fall within the same artificial inflation period ($0.48 minus $0.48 = 0) and the purchase price of $17.00 minus the sales price of $17.54 equals a negative number, and therefore is set to zero. |
| | On or about May 6, 2022, JND emailed a Deficiency Notice to the Claimant advising that the Claim did not calculate to a Recognized Claim under the Court-approved Plan of Allocation. On May 6, 2022, JND received an email from the Claimant requesting Court review of JND's determination of the Claim. JND responded via email and made |

3

| Disputing Claimant/ Claim Number | Information Regarding Disputed Claim |
|---|---|
| | May 10, 2022, and July 1, 2022, with no response. To date, the Claimant has not confirmed whether JND's explanation resolved his request for Court review. <br><br> JND has reevaluated Disputing Claimant No. 3's Claim and request for Court review. Accordingly, JND recommends that Claim Number P48ZJS9MQD be rejected as it does not calculate to a Recognized Claim under the Plan. |
| 4.  PDY86XARTF | Disputing Claimant No. 4 submitted a timely Claim with partial supporting documentation, claiming beginning holdings as of February 26, 2016, of two-hundred (200) shares without documentation, one (1) Class Period purchase of two-hundred (200) shares with supporting documentation, an additional purchase of two-hundred (200) shares (during the January 28, 2021 through April 26, 2021, lookback period) without documentation, and one (1) sale of two-hundred (200) shares on June 13, 2017. <br><br> As set forth in the Plan of Allocation, shares of FCAU or STLA common stock will be matched on a FIFO basis. Accordingly, the one Class Period sale on June 13, 2017, is matched against the 200 shares claimed to have been held at the beginning of the Class Period.  Thereafter, the purchase of 200 shares on February 16, 2017, at a purchase price per share of $11.495, will be matched against an assumed holding on April 6, 2021.  For shares held at the end of trading on April 26, 2021, the Recognized Loss shall be that number of shares multiplied by the lesser of: (i) the applicable purchase date artificial inflation per share; or (ii) the difference between the purchase price per share and $17.02. Since the shares were purchased for $11.495 per share, the purchase price of $11.495 minus $17.02 (the holding value at the end of the 90-day lookback) is a negative number, and therefore results in a zero Recognized Loss. <br><br> On or about May 6, 2022, JND emailed a Deficiency Notice to the Claimant advising that the Claim did not calculate to a Recognized Claim under the Court-approved Plan of Allocation. On May 16, 2022, JND received an email from the Claimant requesting Court review of JND's determination of the Claim. JND responded via email and multiple phone calls.  After speaking at length on May 31, 2022, the Claimant indicated his desire to re-review his paperwork before withdrawing the request for Court review.  Additional attempts were made to follow up resulting in three detailed voicemails between June 9, 2022, and July 1, 2022, with no response. To date, the Claimant has not confirmed whether JND's explanation resolved his request for Court review. |

4

| Disputing Claimant/ Claim Number | Information Regarding Disputed Claim |
|---|---|
| | JND has reevaluated Disputing Claimant No. 4's Claim and request for Court review. Accordingly, JND recommends that Claim Number PDY86XARTF be rejected as it does not calculate to a Recognized Claim under the Plan. |
| 5. PRGJY83L2M | Disputing Claimant No. 5 submitted a timely Claim with supporting documentation, showing one (1) purchase for twenty-five (25) shares of Fiat common stock on March 25, 2020, at a purchase price per share of $6.99; and one (1) sale of twenty-five (25) shares on April 13, 2020, with a sales price of $8.22 per share.<br><br>As set forth in the Plan of Allocation, shares of FCAU or STLA common stock sold between February 26, 2016, and January 26, 2021, the Recognized Loss shall be the lesser of: (i) the applicable purchase date artificial inflation per share less the applicable sales date artificial inflation per share; or (ii) the difference between the purchase price per share and the sales price per share. In both scenarios, there is no recognized loss since the purchase and the sale fall within the same artificial inflation period ($0.06 minus $0.06 = 0) and the purchase price of $6.99 minus the sales price of $8.22 equals a negative number and is therefore set to zero.<br><br>On or about May 6, 2022, JND emailed a Deficiency Notice to the Claimant advising that the Claim did not calculate to a Recognized Claim under the Court-approved Plan of Allocation. On May 17, 2022, JND received an email from the Claimant requesting Court review of JND's determination of the Claim. JND responded via email and made four attempts to follow up between June 2, 2022, and July 1, 2022, using the phone numbers provided on the Claim Form, however, we were unable to leave a voicemail as the voice mailbox was full. To date, the Claimant has not confirmed whether JND's explanation resolved his request for Court review.<br><br>JND has reevaluated Disputing Claimant No. 5's Claim and request for Court review. Accordingly, JND recommends that Claim Number PRGJY83L2M be rejected as it does not calculate to a Recognized Claim under the Plan. |
| 6. PHXVW9C5QD | Disputing Claimant No. 6 submitted a timely Claim with supporting documentation, showing one (1) purchase for fifty-three (53) shares of Fiat common stock on July 24, 2018, at a purchase price of $19.384; and one (1) sale of fifty-three (53) shares on December 24, 2018, for a sales price per share of $14.44. |

5

| Disputing Claimant/ Claim Number | Information Regarding Disputed Claim |
|---|---|
| | As set forth in the Plan of Allocation, shares of FCAU or STLA common stock sold between February 26, 2016, and January 26, 2021, the Recognized Loss shall be the lesser of: (i) the applicable purchase date artificial inflation per share less the applicable sales date artificial inflation per share; or (ii) the difference between the purchase price per share and the sales price per share. There is no Recognized Loss since the purchase and sale fall within the same artificial inflation period ($0.48 minus $0.48 = 0). On or about May 7, 2022, JND emailed a Deficiency Notice to the Claimant advising that the Claim did not calculate to a Recognized Claim under the Court-approved Plan of Allocation. On May 23, 2022, JND received a phone call and an email from the Claimant requesting more information on claim calculations and requesting Court review of JND's determination. JND responded via email and made attempts to follow up by phone resulting in 3 detailed voicemails between June 2, 2022, and July 1, 2022, with no response. To date, the Claimant has not confirmed whether JND's explanation resolved his request for Court review. JND has reevaluated Disputing Claimant No. 6's Claim and request for Court review. Accordingly, JND recommends that Claim Number PHXVW9C5QD be rejected as it does not calculate to a Recognized Claim under the Plan. |
| 7. PNL9H6ES2T | Disputing Claimant No. 7 submitted a timely Claim with supporting documentation, showing one (1) purchase for twenty (20) shares of Fiat common stock on July 24, 2018, with a purchase price of $19.335; and one (1) sale of twenty (20) shares on December 24, 2018, with a sales price of $14.44. As set forth in the Plan of Allocation, shares of FCAU or STLA common stock sold between February 26, 2016, and January 26, 2021, the Recognized Loss shall be the lesser of: (i) the applicable purchase date artificial inflation per share less the applicable sales date artificial inflation per share; or (ii) the difference between the purchase price per share and the sales price per share. There is no Recognized Loss since the purchase and sale fall within the same artificial inflation period ($0.48 minus $0.48 = 0). On or about May 7, 2022, JND emailed a Deficiency Notice to the Claimant advising that the Claim did not calculate to a Recognized Claim under the Court-approved Plan of Allocation. On May 23, 2022, JND received a phone call |

| Disputing Claimant/ Claim Number | Information Regarding Disputed Claim |
|---|---|
|  | received an email from the Claimant requesting more information on the claim calculations and requesting Court review of JND's determination. JND responded via email and made attempts to follow up by phone resulting in 4 detailed voicemails between June 1, 2022, and July 1, 2022, with no response. To date, the Claimant has not confirmed whether JND's explanation resolved his request for Court review.<br><br>JND has reevaluated Disputing Claimant No. 7's Claim and request for Court review. Accordingly, JND recommends that Claim Number PNL9H6ES2T be rejected as it does not calculate to a Recognized Claim under the Plan. |
| 8.  PTAKZ849NS | Disputing Claimant No. 8 submitted a timely Claim with supporting documentation, showing one (1) purchase for five-hundred (500) shares of Fiat common stock on February 14, 2020, at a purchase price per share of $13.27; and one (1) sale of five-hundred (500) shares on March 16, 2020 with a sales price per share of $7.72.<br><br>As set forth in the Plan of Allocation, shares of FCAU or STLA common stock sold between February 26, 2016, and January 26, 2021, the Recognized Loss shall be the lesser of: (i) the applicable purchase date artificial inflation per share less the applicable sales date artificial inflation per share; or (ii) the difference between the purchase price per share and the sales price per share. There is no Recognized Loss since the purchase and sale fall within the same artificial inflation period ($0.06 minus $0.06 = 0).<br><br>On or about May 7, 2022, JND emailed a Deficiency Notice to the Claimant advising that the Claim did not calculate to a Recognized Claim under the Court-approved Plan of Allocation. On May 20, 2022, JND received a call from the Claimant, discussed his Claim's determination, and followed up with an email concerning the Plan of Allocation. On May 27, 2022, JND received an email from the Claimant requesting Court review of JND's determination of the Claim. JND responded via email and made multiple attempts to follow up using the phone numbers provided on the claim, resulting in 3 detailed voicemails between May 27, 2022, and July 1, 2022. On July 1, 2022, the Claimant emailed and stated that he does not want to receive additional voicemails, that the minimum payment to him should be $250, and that the loss he sustained was over $2,500. JND responded by email on July 5, 2022, and explained why the Claim does not calculate to a Recognized Loss in accordance with the Plan of Allocation. No further correspondence has been received from this Claimant. |

| Disputing Claimant/ Claim Number | Information Regarding Disputed Claim |
|---|---|
| | JND has reevaluated Disputing Claimant No. 8's Claim and request for Court review. Accordingly, JND recommends Claim Number PTAKZ849NS be rejected as it does not calculate to a Recognized Claim under the Plan. |
| 9. DAWYZX4G3J | Disputing Claimant No. 9 submitted a timely Claim with supporting documentation. Following the deficiency response, the Claim now shows a total of one-thousand two-hundred fifty-five (1,255) shares of Fiat common stock purchased during the Class Period, one (1) sale of nine-hundred fifty-five (955) shares, and three-hundred (300) shares held as of April 26, 2021.<br><br>As the original claim submission listed an additional 1,255 shares allegedly purchased or acquired from January 28, 2021 through April 26, 2021, this Claim was out of balance, and could not be calculated accurately.<br><br>On or about May 5, 2022, JND mailed a Deficiency Notice to the Claimant advising that the Claim did not balance. On May 16, 2022, JND received a mailed response from the Claimant requesting Court review of JND's determination of the Claim, and included a letter of explanation, a corrected Claim, and supporting documentation. As a result, the Claim was updated and the out of balance deficiency was resolved. On June 29, 2022, JND called and emailed the Claimant to advised him that the deficiency had been resolved and his claim is now in good standing. JND reached out again on July 1, 2022, via the phone number provided on the claim, and left a detailed voicemail, asking for confirmation that the request for Court review could be withdrawn. To date, the Claimant has not responded nor confirmed whether JND's explanation resolved his request for Court review. Even though the claim is currently in good standing, as the Claimant has not affirmatively confirmed the withdrawal of the Court review request, it is being included here.<br><br>JND has reevaluated Disputing Claimant No. 9's Claim and request for Court review. Accordingly, JND recommends Claim Number DAWYZX4G3J be included as an Authorized Eligible Claim. |
| 10. D95ZT42X7H | Disputing Claimant No. 10 submitted a timely Claim with supporting documentation, showing one (1) purchase for one-thousand two-hundred and twenty-eight (1,228) shares of Fiat common stock on February 6, 2019, for a purchase price per share of $17.3286, and one (1) sale of one-thousand two-hundred and twenty-eight (1,228) shares on February 20, 2019, for a sale price per share of $15.0677. |

| Disputing Claimant/ Claim Number | Information Regarding Disputed Claim |
|---|---|
| | As set forth in the Plan of Allocation, for shares of FCAU or STLA common stock purchased during the Class Period and sold between February 26, 2016, and January 26, 2021, the Recognized Loss shall be the lesser of: (i) the applicable purchase date artificial inflation per share less the applicable sales date artificial inflation per share; or (ii) the difference between the purchase price per share and the sales price per share. There is no Recognized Loss on this Claim since the purchase and sale fall within the same artificial inflation period ($0.48 minus $0.48 = 0). <br><br> On May 5, 2022, JND mailed a Deficiency Notice to the Claimant advising that the Claim did not calculate to a Recognized Claim under the Court-approved Plan of Allocation. On May 24, 2022, JND received a mailed response with a letter from the Claimant requesting Court review of JND's determination of the Claim and attaching supporting documentation showing the February 2019 purchase and sale of his shares. JND made 2 attempts to follow up using the phone number provided on the claim and left detailed voicemails on June 29, 2022, and July 1, 2022. No email address has been provided by this Claimant. To date, the Claimant has not responded, nor confirmed whether JND's explanation resolved his request for Court review. <br><br> JND has reevaluated Disputing Claimant No. 10's Claim and request for Court review. Accordingly, JND recommends Claim Number D95ZT-42X7H be rejected as it does not calculate to a Recognized Claim under the Plan. |