# EXHIBIT E
# LATE BUT OTHERWISE ELIGIBLE CLAIMS



## IN RE STELLANTIS N.V. SECURITIES LITIGATION
## LATE BUT OTHERWISE ELIGIBLE CLAIMS

**TOTAL CLAIMS: 231**
**TOTAL RECOGNIZED CLAIM: $3,723,373.43**

| CLAIM | RECOGNIZED CLAIM | CLAIM | RECOGNIZED CLAIM |
|---|---|---|---|
| D24N5QMGB9 | $ (20,150.76) | DNBJTH5Y76 | $ (9.24) |
| D2M4ZN3HQP | $ (27.30) | DNH6J49XFT | $ (65.52) |
| D2NTDYKLQ6 | $ (22.38) | DNR7HGEJ5F | $ (18.48) |
| D2V5JSXAL4 | $ (230,015.95) | DNUVYHLZKX | $ (420.00) |
| D32KB9UY46 | $ (9.66) | DP67F5MSKQ | $ (246,013.07) |
| D347ZUBJCN | $ (19.74) | DPFCTYHBNU | $ (279.30) |
| D3RXESBCZM | $ (11.34) | DPHM7R5FZ4 | $ (129,060.36) |
| D3S86DMHPT | $ (9,484.80) | DPJEHWQ9T8 | $ (8.40) |
| D3UFTNCVXP | $ (20,832.00) | DPLXCERK24 | $ (11.34) |
| D43EMXSUK5 | $ (9,984.00) | DPRSJBN67Z | $ (37.80) |
| D4F62G3KLV | $ (13.86) | DPV2ATMDQX | $ (17.64) |
| D4F6SZUM87 | $ (148.58) | DQ92SLRGYK | $ (4.20) |
| D4HQCUJZNY | $ (182.40) | DQEKN896Z3 | $ (192.00) |
| D4J3SE69QW | $ (48.00) | DQETM7XF92 | $ (4,507.02) |
| D4PGEVS957 | $ (94.50) | DQG2TWJDV4 | $ (18.90) |
| D4RMTZ9NKB | $ (11,945.83) | DQRLKWXF7S | $ (15.08) |
| D4WHGARF7X | $ (15.96) | DQUPD3XTAH | $ (1,468.80) |
| D574VYW8DT | $ (37,315.32) | DQVEMCU7R8 | $ (132.30) |
| D5D4QUA3PS | $ (0.42) | DQY3JCMV2A | $ (9.66) |
| D5EA7W48TB | $ (6.84) | DR73DKNYCG | $ (11.04) |
| D5HVQN24RG | $ (14.59) | DRBS7KVDQU | $ (10.50) |
| D5K2TQR7A9 | $ (28.14) | DRJLH97KGT | $ (13,160.34) |
| D5LAEJFXGT | $ (30.24) | DRSBTFLJDG | $ (17.03) |
| D6B493GWLY | $ (24,898.56) | DRSQXJU8HT | $ (68.92) |
| D6BDX8A7YC | $ (10.08) | DRZJ324UVY | $ (188,263.54) |
| D6C5GWXBMJ | $ (950.40) | DS3927KMPQ | $ (17,637.10) |
| D6FDMSAVN7 | $ (9.24) | DS49X3KU7V | $ (835.20) |
| D6GLBR4K9Y | $ (14.28) | DS5NU3BPQR | $ (27.72) |
| D6YJ47QHNV | $ (6.00) | DS7FY38ZHB | $ (35,251.86) |
| D7EGNQMUD8 | $ (12.60) | DSNVMKA3YW | $ (119,175.00) |
| D7JWS2VZB5 | $ (36.00) | DSU3E5QG2L | $ (1,440.00) |
| D7N6YHSC5R | $ (0.57) | DSVQH4DF3J | $ (6.72) |
| D7V2HGXPUD | $ (1.38) | DSWKXNCB2L | $ (52.80) |

**TOTAL CLAIMS: 231**
**TOTAL RECOGNIZED CLAIM: $3,723,373.43**

_____

| CLAIM | RECOGNIZED CLAIM | | CLAIM | RECOGNIZED CLAIM | |
|---|---|---|---|---|---|
| D7VWFBZNU8 | $ | (9,334.26) | DSX89D64H7 | $ | (42.00) |
| D7YBRDUCP2 | $ | (15.54) | DSZ3GNRCU9 | $ | (113.39) |
| D7YPJN2A5K | $ | (19,228.80) | DT32Y5Q9KS | $ | (4,339.20) |
| D86ASB7YTF | $ | (23.52) | DT657WENUK | $ | (120.12) |
| D87M3QJGPY | $ | (0.18) | DT7ZK2WBPH | $ | (86.88) |
| D8C9Y54PHW | $ | (8,749.46) | DTEVJ7XLF4 | $ | (96.00) |
| D8H9ZFA5SK | $ | (24.36) | DUHD4T8PNM | $ | (41,885.76) |
| D8PLRKNHM4 | $ | (382.62) | DUSW68K9TM | $ | (187.74) |
| D8RHEPUC4V | $ | (30.65) | DV3SL958GY | $ | (31.08) |
| D8S5WZE6NU | $ | (140.28) | DV67J3XLZW | $ | (1,405.80) |
| D8W2LHRF7M | $ | (175.14) | DV78UML4KJ | $ | (1.08) |
| D8ZXET7BHF | $ | (15.96) | DVD2LUPWQE | $ | (1,324.66) |
| D9DCGENZHM | $ | (13.02) | DVDB5FGR9E | $ | (32.34) |
| D9NWTYZP6X | $ | (19,008.00) | DVNYUP6JDL | $ | (294.42) |
| D9PHRNKU6E | $ | (19.32) | DVREUJ5G37 | $ | (24.36) |
| D9XMYLGZCW | $ | (11,565.12) | DVWKXEU5MD | $ | (30.24) |
| D9YLCHX3TJ | $ | (249,739.90) | DVY6EXL2GS | $ | (126.00) |
| DA3TBXMWHR | $ | (2.14) | DW2V9CG6N7 | $ | (6.72) |
| DA4JTLXYN3 | $ | (2,848.28) | DW5ZSHBMQN | $ | (41.16) |
| DA6PRV349X | $ | (688.38) | DWA6GKNF34 | $ | (13.62) |
| DA72FUTWZ4 | $ | (294.19) | DWH4FPEN89 | $ | (30.66) |
| DADBHG5T4Y | $ | (78.54) | DWHAR6YZMB | $ | (16.38) |
| DAPQ6RH2YE | $ | (13.44) | DWR9AUXD3C | $ | (114.72) |
| DAQF6WLGR5 | $ | (16.80) | DWSKPN8C5M | $ | (24,758.40) |
| DAQWNX83RB | $ | (1,464.77) | DX32PY4GZ6 | $ | (9.83) |
| DAV4ZKYUH5 | $ | (210.00) | DX5F4YKLGJ | $ | (8.00) |
| DAZ7U3R4YQ | $ | (330.96) | DX7L6YRMSG | $ | (64.26) |
| DB3NECVF8K | $ | (2.16) | DXFCTE6KNG | $ | (17.98) |
| DBKHU6R7DN | $ | (21.84) | DXHZR37YKG | $ | (16,643.04) |
| DBM4FWE9TJ | $ | (4,817.40) | DXJRWD4B82 | $ | (4,838.40) |
| DBXP8DW6MZ | $ | (23.94) | DXK9AE67QT | $ | (787.20) |
| DBY6GZUFQE | $ | (455.70) | DXM3F4NBDG | $ | (168,524.58) |
| DBZH42KLJM | $ | (1.20) | DY9HUG8JRD | $ | (115.20) |
| DC62VX4MJ3 | $ | (21.84) | DYBVED7SZJ | $ | (34,468.10) |
| DCG9LHP325 | $ | (40.86) | DYG6KSJA7N | $ | (1,845.90) |
| DCL4VG7WBS | $ | (261,387.70) | DYJNZDSXH2 | $ | (31.08) |
| DCR6G8D9XP | $ | (0.90) | DZ9MQ37CK8 | $ | (84.48) |
| DCW97L3GYV | $ | (36.12) | DZTGJ67H9P | $ | (30.24) |
| DD7KJNTPL8 | $ | (41.16) | DZTUS3BNML | $ | (33.57) |

**TOTAL CLAIMS: 231**
**TOTAL RECOGNIZED CLAIM: $3,723,373.43**

| CLAIM | RECOGNIZED CLAIM | | CLAIM | RECOGNIZED CLAIM | |
|---|---|---|---|---|---|
| DDAZJLR5X8 | $ | (294.00) | P2CR8V7SXA | $ | (0.04) |
| DDCJET46RY | $ | (96.00) | P38EW7Q2GD | $ | (1.74) |
| DDF8ABH6ET | $ | (24.00) | P3X9M75WHZ | $ | (0.06) |
| DDVECM75ZG | $ | (24.00) | P6B5DEG9W4 | $ | (42.00) |
| DE5YUDJGWF | $ | (12.18) | P6DWAN3PKQ | $ | (0.07) |
| DEBAPVDW7J | $ | (547.53) | P8P6QRCKYG | $ | (0.06) |
| DEBC7Z8LYP | $ | (648,773.30) | P95QREHD6K | $ | (5.46) |
| DEKYF32D7C | $ | (9.66) | P9NWJCQDYF | $ | (1.68) |
| DEN6WQKM2C | $ | (96.00) | PB4D6HQK72 | $ | (19.20) |
| DEYQJT27GF | $ | (13.44) | PBRGX8HSV7 | $ | (26.88) |
| DF5HM3KJYW | $ | (47,221.86) | PCXEN7GZ28 | $ | (12.00) |
| DF6SJXZHK9 | $ | (598,455.31) | PD4ETYVH2U | $ | (3.19) |
| DF7SVUAHBP | $ | (41,190.41) | PEUJM4LZX6 | $ | (38.64) |
| DFEXL864KR | $ | (316.68) | PG2WBT8EFP | $ | (380.00) |
| DFU8JNHL6Y | $ | (66.78) | PG5XFANL6Y | $ | (48.00) |
| DG3LEC4FWD | $ | (14.28) | PG86ZD5BQF | $ | (5.01) |
| DGDRXWB8S5 | $ | (261.66) | PH9AMQJ5VS | $ | (0.90) |
| DGZ6CVBA5Q | $ | (101.64) | PHETXQ6ZL4 | $ | (0.02) |
| DH9K7PL5XZ | $ | (237.30) | PHKX3M5C9Y | $ | (48.00) |
| DH9RGXYSKT | $ | (49.14) | PHME46AQGY | $ | (2.52) |
| DHB9V4Y5ZM | $ | (7.56) | PJSDTU9YQE | $ | (0.84) |
| DHZ7PUGCD2 | $ | (13.86) | PKA3SDQ98C | $ | (0.12) |
| DJ93K7DHLG | $ | (23.52) | PKVEF95RS2 | $ | (210.00) |
| DJBA3H8QRE | $ | (560.02) | PKWXER2Q6V | $ | (5.28) |
| DJFL7E23AN | $ | (13.02) | PKX82QWZG3 | $ | (8.40) |
| DJGMBVA946 | $ | (15.12) | PL8U54EJWX | $ | (11.52) |
| DJH7UVG3T8 | $ | (15.54) | PLUXB3VHWR | $ | (60.00) |
| DJKUTR8ECV | $ | (88,536.00) | PLYDV945CJ | $ | (47.04) |
| DJN5M8EPX9 | $ | (70,698.91) | PM4ZQJ6GYP | $ | (0.71) |
| DJN6DRSEXL | $ | (326.40) | PMBPW49ZT8 | $ | (0.30) |
| DKWJVQM53D | $ | (39.18) | PNFEYXPBV6 | $ | (19.68) |
| DL5SRJPW7M | $ | (96.00) | PP26JRBX7W | $ | (1.16) |
| DL84ZR7WUB | $ | (18.06) | PQUKX73YCE | $ | (0.55) |
| DLGJY3MKB9 | $ | (34,802.58) | PSBCEF4ML7 | $ | (0.12) |
| DLQ734WVJD | $ | (42.63) | PSBRN8VHGJ | $ | (168.00) |
| DLQWZHDKVR | $ | (661.30) | PU7V3EBM4L | $ | (0.90) |
| DLSJYC2985 | $ | (4.20) | PUBECP4DAQ | $ | (0.42) |
| DLW95SQTXN | $ | (374.40) | PUPM3BVKQW | $ | (35.08) |
| DM3GY8CRHS | $ | (2,319.36) | PVRAYQDFZJ | $ | (14.40) |

**TOTAL CLAIMS: 231**
**TOTAL RECOGNIZED CLAIM: $3,723,373.43**

| CLAIM | RECOGNIZED CLAIM | CLAIM | RECOGNIZED CLAIM |
|---|---|---|---|
| DMK86U2579 | $ (14.28) | PXPM38YBRA | $ (95.00) |
| DMKJYSN3GE | $ (161,115.75) | PYAQLUN7CH | $ (4,200.00) |
| DMPLF2BK7Z | $ (22.68) | PYB2VLTHRU | $ (2.34) |
| DMSCAJ7N4Z | $ (1,852.80) | PYCSFBX5RL | $ (0.06) |
| DN7PJM4RVZ | $ (0.06) | | |