# EXHIBIT G

Case 1:19-cv-06770-EK-MMH     Document 73-7     Filed 12/07/22     Page 1 of 9 PageID #: 4312



Class Action Administration LLC
1100 2nd Ave., Suite #300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 11/22/2021 | 146545 |

**BILL TO**

Bernstein Liebhard LLP
Stanley S Bernstein
10 E. 40th Street
New York, NY  10016

| PROJECT | TERMS |
|---|---|
| PNZ - Panitza Fiat Chrysler Sec Litig. | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period  (Inception - October 31, 2021) | | |
| | Case Start-Up | 7,500.00 | 7,500.00 |
| 8.75 | Project Management | 150.00 | 1,312.50 |
| 21 | Working with Brokers | 150.00 | 3,150.00 |
| 1 | IVR Script Update and Recording | 1,900.00 | 1,900.00 |
| 4.75 | Live Operators | 60.00 | 285.00 |
| 1 | Monthly Call Center Fees | 150.00 | 150.00 |
| 45.5 | Claim Filing Interactive Website | 150.00 | 6,825.00 |
| 1 | Website Monthly Fee | 200.00 | 200.00 |
| | | | |
| | Expenses: | | |
| 1 | P.O. Box Rental | 150.00 | 150.00 |
| | Broker Reimbursement | 900.00 | 900.00 |
| 1,961 | Electronic Data Storage | 0.006 | 11.77 |
| | Domain Charges | 1,259.21 | 1,259.21 |
| | Copies | 3.20 | 3.20 |

| | Invoice Total | $23,646.68 |
|---|---|---|

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 12/23/2021 | 142781 |

**BILL TO**

Bernstein Liebhard LLP
Stanley S Bernstein
10 E. 40th Street
New York, NY  10016

| PROJECT | TERMS |
|---|---|
| PNZ - Panitza Fiat Chrysler Sec Litigatio | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period  (November 1 - 30, 2021) | | |
| 21.75 | Project Management | 150.00 | 3,262.50 |
| 76.75 | Working with Brokers | 150.00 | 11,512.50 |
| 20.25 | Live Operators | 60.00 | 1,215.00 |
| 1 | Monthly Call Center Fees | 150.00 | 150.00 |
| 42.25 | Claim Filing Interactive Website | 150.00 | 6,337.50 |
| 1 | Website Monthly Fee | 200.00 | 200.00 |
| 50,000 | Notice Printing | 0.12 | 6,000.00 |
| 5 | Process Undeliverables | 0.25 | 1.25 |
| 46.78 | IVR Minutes | 0.32 | 14.97 |
| 9.5 | Building & Testing Database Calc.Module | 125.00 | 1,187.50 |
| 52.5 | Online Claims Testing | 150.00 | 7,875.00 |
| 1 | Summary Notice Implementation Cost | 1,000.00 | 1,000.00 |
| | | | |
| | Expenses: | | |
| 1 | P.O. Box Rental | 150.00 | 150.00 |
| | Broker Reimbursement | 81.35 | 81.35 |
| 20,626 | Electronic Data Storage | 0.006 | 123.76 |
| | Copies | 1,822.80 | 1,822.80 |
| | Postage | 5,998.54 | 5,998.54 |
| | Supplies | 0.10 | 0.10 |
| | PR Newswire | 2,705.00 | 2,705.00 |
| | Investor's Business Daily (1/6 page) | 3,600.00 | 3,600.00 |

| | Invoice Total | $53,237.77 |
|---|---|---|

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 1/25/2022 | 142990 |

**BILL TO**

Bernstein Liebhard LLP
Stanley S Bernstein
10 E. 40th Street
New York, NY  10016

| PROJECT | TERMS |
|---|---|
| PNZ - Panitza Fiat Chrysler Sec Litigation | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period  (December 1 - 31, 2021) | | |
| 48.75 | Project Management | 150.00 | 7,312.50 |
| 54.25 | Working with Brokers | 150.00 | 8,137.50 |
| 69.25 | Live Operators | 60.00 | 4,155.00 |
| 1 | Monthly Call Center Fees | 150.00 | 150.00 |
| 48.25 | Claim Filing Interactive Website | 150.00 | 7,237.50 |
| 1 | Website Monthly Fee | 200.00 | 200.00 |
| 145,680 | Notice Printing | 0.12 | 17,481.60 |
| 1 | Process Undeliverables | 0.25 | 0.25 |
| 3,748.21 | IVR Minutes | 0.32 | 1,199.43 |
| 23.75 | Building & Testing Database Calc.Module | 125.00 | 2,968.75 |
| 101 | Remal Undeliverables | 0.25 | 25.25 |
| | | | |
| | Expenses: | | |
| 1 | P.O. Box Rental | 150.00 | 150.00 |
| | Broker Reimbursement | 4,478.95 | 4,478.95 |
| 117,453 | Electronic Data Storage | 0.006 | 704.72 |
| | Copies | 656.60 | 656.60 |
| | Postage | 35,395.13 | 35,395.13 |
| | Supplies | 7.39 | 7.39 |
| | Address Research | 45.12 | 45.12 |
| 1 | Box Storage | 1.50 | 1.50 |
| | FedEx and Shipping | 395.00 | 395.00 |

| | | **Invoice Total** | $90,702.19 |
|---|---|---|---|

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 5/9/2022 | 143977 |

**BILL TO**

Bernstein Liebhard LLP
Stanley S Bernstein
10 E. 40th Street
New York, NY  10016

| PROJECT | TERMS |
|---|---|
| PNZ - Panitza Fiat Chrysler Sec Litig. | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period  (January 1 - April 30, 2022) | | |
| | | | |
| | FEES: | | |
| 122 | Project Management | 150.00 | 18,300.00 |
| 43,000 | Notice Printing | 0.12 | 5,160.00 |
| 173.5 | Mailroom Scanning and Prep | 95.00 | 16,482.50 |
| 75 | Working with Brokers | 150.00 | 11,250.00 |
| 8,458.77 | IVR Minutes | 0.32 | 2,706.81 |
| 182 | Live Operators | 60.00 | 10,920.00 |
| 4 | Monthly Call Center Fees | 150.00 | 600.00 |
| 9.75 | Claim Filing Interactive Website | 150.00 | 1,462.50 |
| 4 | Website Monthly Maintenance | 200.00 | 800.00 |
| 0.5 | Exclusion Processing | 150.00 | 75.00 |
| 9 | Building & Testing Database Calc. Module | 125.00 | 1,125.00 |
| 10,000 | Claims (1 - 10,000) | 5.75 | 57,500.00 |
| 15,000 | Claims (10,001 - 25,000) | 4.75 | 71,250.00 |
| 25,000 | Claims (25,001 - 50,000) | 3.55 | 88,750.00 |
| 10,000 | Claims (50,001 - 60,000) | 2.50 | 25,000.00 |
| 16,308 | Claims (60,001+) | 1.75 | 28,539.00 |
| 53.75 | Process Deficiency Responses | 125.00 | 6,718.75 |
| | | | |
| | EXPENSES: | | |
| 4 | P.O. Box Rental | 150.00 | 600.00 |
| | Broker Reimbursement | 34,357.69 | 34,357.69 |
| 994,630 | Electronic Data Storage | 0.006 | 5,967.78 |
| | Copies | 3,009.00 | 3,009.00 |

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 5/9/2022 | 143977 |

**BILL TO**

Bernstein Liebhard LLP
Stanley S Bernstein
10 E. 40th Street
New York, NY  10016

| PROJECT | TERMS |
|---|---|
| PNZ - Panitza Fiat Chrysler Sec Litig. | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Postage | 19,406.82 | 19,406.82 |
| | Supplies | 209.98 | 209.98 |
| 15 | Box Storage | 1.50 | 22.50 |
| | FedEx and Shipping | 46.84 | 46.84 |
| | Translation | 17.00 | 17.00 |
| | 2021 QSF Tax Return | 2,100.00 | 2,100.00 |

| | **Invoice Total** | $412,377.17 |
|---|---|---|

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA 98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/20/2022 | 145295 |

**BILL TO**

Bernstein Liebhard LLP
Stanley S Bernstein
10 E. 40th Street
New York, NY 10016

| PROJECT | TERMS |
|---|---|
| PNZ - Panitza Fiat Chrysler Sec Litig. | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (January 1 - September 30, 2022) | | |
| | | | |
| | FEES: | | |
| 303.25 | Project Management | 150.00 | 45,487.50 |
| 43,000 | Notice Printing | 0.12 | 5,160.00 |
| 173.5 | Mailroom Scanning and Prep | 95.00 | 16,482.50 |
| 84 | Working with Brokers | 150.00 | 12,600.00 |
| 13,193.51 | IVR Minutes | 0.32 | 4,221.92 |
| 321.25 | Live Operators | 60.00 | 19,275.00 |
| 9 | Monthly Call Center Fees | 150.00 | 1,350.00 |
| 9.75 | Claim Filing Interactive Website | 150.00 | 1,462.50 |
| 9 | Website Monthly Maintenance | 200.00 | 1,800.00 |
| 0.5 | Exclusion Processing | 150.00 | 75.00 |
| 9 | Building & Testing Database Calc. Module | 125.00 | 1,125.00 |
| 10,000 | Claims (1 - 10,000) | 5.75 | 57,500.00 |
| 15,000 | Claims (10,001 - 25,000) | 4.75 | 71,250.00 |
| 25,000 | Claims (25,001 - 50,000) | 3.55 | 88,750.00 |
| 10,000 | Claims (50,001 - 60,000) | 2.50 | 25,000.00 |
| 16,468 | Claims (60,001+) | 1.75 | 28,819.00 |
| 221.25 | Process Deficiency Responses | 125.00 | 27,656.25 |
| 2.25 | Fraud Review/Research | 170.00 | 382.50 |
| | | | |
| | | | |
| | EXPENSES: | | |
| 9 | P.O. Box Rental | 150.00 | 1,350.00 |
| | Broker Reimbursement | 35,375.35 | 35,375.35 |

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA 98101
Electronic: Account Name: Class Action Administration LLC, Account Number: 1381 2299 2573
Bank Name: Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/20/2022 | 145295 |

**BILL TO**

Bernstein Liebhard LLP
Stanley S Bernstein
10 E. 40th Street
New York, NY  10016

| PROJECT | TERMS |
|---------|-------|
| PNZ - Panitza Fiat Chrysler Sec Litig. | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|-------------|-------------|------|--------|
| 2,576,637 | Electronic Data Storage | 0.006 | 15,459.82 |
| | Copies | 4,626.80 | 4,626.80 |
| | Postage | 20,024.15 | 20,024.15 |
| | Supplies | 411.08 | 411.08 |
| 40 | Box Storage | 1.50 | 60.00 |
| | FedEx and Shipping | 65.66 | 65.66 |
| | Translation | 17.00 | 17.00 |
| | Domain Renewal | 249.99 | 249.99 |
| 1 | Tax Return | 2,100.00 | 2,100.00 |
| | Less Courtesy Discount | -100,000.00 | -100,000.00 |

| | **Invoice Total** | **$388,137.02** |
|--|-------------------|-----------------|

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/20/2022 | 145296 |

**BILL TO**

Bernstein Liebhard LLP
Stanley S Bernstein
10 E. 40th Street
New York, NY  10016

| PROJECT | TERMS |
|---|---|
| PNZ - Panitza Fiat Chrysler Sec Litig. | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Distribution Estimate  (October 1 - March 31, 2023) | | |
| | FEES: | | |
| 1,026 | Check Printing, including reissues | 0.21 | 215.46 |
| 14 | Coordinate Wire Disbursement | 160.00 | 2,240.00 |
| 10 | Uncashed Check Outreach | 125.00 | 1,250.00 |
| 30 | Bank Account Reconciliation | 125.00 | 3,750.00 |
| 40 | Coordinate Distribution/Project Management/Audit Review | 150.00 | 6,000.00 |
| 500 | IVR Minutes | 0.32 | 160.00 |
| 30 | Contact Center Agents | 60.00 | 1,800.00 |
| 20 | Claimant Communication | 125.00 | 2,500.00 |
| 6 | IVR Maintenance Fee | 150.00 | 900.00 |
| 6 | Website Monthly Maintenance Fee | 200.00 | 1,200.00 |
| 1 | OFAC | 2,500.00 | 2,500.00 |
| | EXPENSES: | | |
| 9 | P.O. Box | 165.00 | 1,485.00 |
| 2,850,327 | Electronic Data Storage | 0.006 | 17,101.96 |
| 125 | Copy Charges | 0.20 | 25.00 |
| 1,026 | Check Postage | 0.57 | 584.82 |
| 1 | Supplies | 85.00 | 85.00 |
| | FedEx | 75.00 | 75.00 |
| 45 | Box Storage | 1.50 | 67.50 |
| 2 | 2022 and 2023 Tax Returns | 2,100.00 | 4,200.00 |

**Invoice Total**  $46,139.74

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

**Total Balance Due**

$524,978.95